**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>                Plaintiff,<br><br>    v.<br><br>SONY GROUP CORPORATION,<br>a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company.<br><br>                Defendants. | Civil Action No. 6:22-cv-386<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ACQIS LLC ("ACQIS") hereby states that it is a limited liability company organized and existing under the laws of the State of Texas, having a principal place of business at 411 Interchange Street, McKinney, Texas 75071. ACQIS is a wholly-owned subsidiary of parent company ACQIS Technology, Inc., a corporation organized and existing under the laws of the State of Delaware. No publicly-held corporation owns 10% or more of ACQIS Technology, Inc.'s stock.

1

Dated: April 14, 2022                              Respectfully submitted,

By: /s/ Ronald J. Schutz w/permission Andrea L. Fair

Ronald J. Schutz (to appear *pro hac vice*)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (to appear *pro hac vice*)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
Mary Pheng (to appear *pro hac vice*)
MN Bar No. 0398500
Email: mpheng@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff ACQIS LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 14, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                          /s/ *Andrea L. Fair*
                                          Andrea L. Fair