UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SONY GROUP CORPORATION,<br>a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT<br>INC., a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT<br>LLC, a California limited liability company.<br><br>　　　　　　Defendants. | Civil Action No. 6:22-cv-386<br><br>**JURY TRIAL DEMANDED** |

## JURY DEMAND

　　Plaintiff hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

1

Dated: April 14, 2022                               Respectfully submitted,

By: /s/ Ronald J. Schutz w/permission Andrea L. Fair

Ronald J. Schutz (to appear *pro hac vice*)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (to appear *pro hac vice*)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
Mary Pheng (to appear *pro hac vice*)
MN Bar No. 0398500
Email: mpheng@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff ACQIS LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on April 14, 2022 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                     /s/ *Andrea L. Fair*
                                                     Andrea L. Fair