# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**ACQIS LLC,**
*Plaintiff*

V.  Civil Action No. **6:22−CV−00386−ADA**

**SONY GROUP CORPORATION, ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO:  **Sony Interactive Entertainment Inc.**
 **c/o Registered Agent**
 **Corporation Service Company**
 **251 Little Falls Drive**
 **Wilmington, DE 19808**

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

 **Ronald J. Schutz**
 **Robins Kaplan LLP**
 **800 LaSalle Avenue**
 **2800 LaSalle Plaza**
 **Minneapolis, MN 55402**

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

 **s/LEIGH ANNE DIAZ**
DEPUTY CLERK



**ISSUED ON 2022−04−22 15:48:13**

Civil Action No. 6:22–CV–00386–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                    _____
                                                           *Server's signature*

                                                           _____
                                                           *Printed name and title*

                                                           _____
                                                           *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____