# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**ACQIS LLC,**
*Plaintiff*

V.     Civil Action No. **6:22−CV−00386−ADA**

**SONY GROUP CORPORATION, ET AL.,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: **Sony Interactive Entertainment LLC**
**c/o Registered Agent**
**Corporation Service Company**
**211 E 7th Street, Suite 620**
**Austin, Texas 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Ronald J. Schutz**
**Robins Kaplan LLP**
**800 LaSalle Avenue**
**2800 LaSalle Plaza**
**Minneapolis, MN 55402**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT
**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2022−04−22 15:49:53**

Civil Action No. 6:22–CV–00386–ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                                                   _____
                                                                         *Server's signature*

                                                                         _____
                                                                         *Printed name and title*

                                                                         _____
                                                                         *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____