AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

ACQIS LLC,
*Plaintiff*

V.

Civil Action No. **6:22-CV-00386-ADA**

SONY GROUP CORPORATION, ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: Sony Interactive Entertainment LLC
c/o Registered Agent
Corporation Service Company
211 E 7th Street, Suite 620
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald J. Schutz
Robins Kaplan LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

ISSUED ON 2022-04-22 15:49:53

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

Civil Action No. 6:22-CV-00386-ADA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐ I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐ I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

[STAMP: SERVICE RETURN ATTACHED]

_____
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

**ATX Process, LLC**
**604 West 9th Street**
**Suite B**
**Austin, TX 78701**

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:22-CV-00386-ADA

Plaintiff:
**Acqis, LLC**

vs.

Defendant:
**Sony Group Corporation, et al.**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by Dane Ray Cuppett on the 22nd day of April, 2022 at 4:10 pm to be served on **Sony Interactive Entertainment, LLC c/o Registered Agent, Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Dane Ray Cuppett, being duly sworn, depose and say that on the **25th day of April, 2022** at **2:33 pm**, I:

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint for Patent Infringement with Exhibits 1 through 5** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Ste. 620, Austin, Travis County, TX 78701** on behalf of **Sony Interactive Entertainment, LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 25th day of April, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane Ray Cuppett
PSC-7114, Exp. 10/31/23
4/25/2022
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2022004414
Ref: Acqis, LLC v. Sony Group