AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

ACQIS LLC,
*Plaintiff*

V.    Civil Action No. **6:22-CV-00386-ADA**

SONY GROUP CORPORATION, ET AL.,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Sony Interactive Entertainment Inc.
c/o Registered Agent
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald J. Schutz
Robins Kaplan LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/LEIGH ANNE DIAZ
DEPUTY CLERK

ISSUED ON 2022-04-22 15:48:13

SERVICE RETURN ATTACHED

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-00386-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐   I personally served the summons on the individual at *(place)* _____
   _____ on *(date)* _____; or

☐   I left the summons at the individual's resident or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____, who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   _____ on *(date)* _____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify): _____
   _____
   _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

*SERVICE RETURN ATTACHED*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Texas

Case Number: 6:22-CV-00386-ADA

Plaintiff:
Acqis, LLC
vs.
Defendant:
Sony Group Corporation, et al.

For: Ward, Smith & Hill, PLLC

Received these papers on the 22nd day of April, 2022 at 4:05 pm to be served on Sony Interactive Entertainment, Inc. c/o registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, DE 19808. I, **KEVIN S. DUNN**, being duly sworn, depose and say that on the **25TH** day of **APRIL**, 20**22** at **12:30** pm., executed service by delivering a true copy of the Summons in a Civil Action and Complaint for Patent Infringement with Exhibits 1 through 5 in accordance with state statutes in the manner marked below:

[X] CORPORATE SERVICE: By delivering to **LYNANNE GARES** (individual accepting) as **MANAGING AGENT** (title), at **251 LITTLE FALLS DR** (street) **WILMINGTON** (city), **DE** (state) **19808** (zip code) **NEW CASTLE** (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS: _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

KEVIN S. DUNN
PROCESS SERVER # 1985
Appointed in accordance with State Statutes

Subscribed and sworn to before me on the 25TH day of APRIL, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Our Job Serial Number: 2022004413
Ref: Acqis, LLC v. Sony Group

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h