# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC, <br> a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SONY GROUP CORPORATION, <br> a Japanese corporation, <br> SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation, <br> SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company. <br><br> Defendants. | Civil Action No. 6:22-cv-386 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff ACQIS LLC and Defendant Sony Interactive Entertainment LLC, hereby notify the Court of their agreement to extend the deadline for Defendant to answer, move, or otherwise respond until and including May 23, 2022. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

1

Dated: May 16, 2022	Respectfully submitted,

By: /s/ Ronald J. Schutz w/permission Andrea L. Fair

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
E-mail: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
E-mail: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
*Attorneys for Plaintiff ACQIS LLC*

Abran J. Kean (CO Bar 44660)
**ERISE IP P.A**.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Fax: 913.777.5601
Abran.kean@eriseip.com
*Attorneys for Defendant Sony Interactive Entertainment LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 16th day of May, 2022.

>*/s/ Andrea Fair*
> Andrea Fair