IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br> v.<br><br>SONY GROUP CORPORATION,<br>a Japanese corporation,<br>SONY INTERACTIVE<br>ENTERTAINMENT INC., a Japanese corporation,<br>SONY INTERACTIVE<br>ENTERTAINMENT LLC, a California limited liability company.,<br><br>    Defendants. | Civil Action No. 6:22-cv-00386-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

Notice is hereby given that Eric A. Buresh enters his appearance as counsel for Defendants SONY GROUP CORPORATION, a Japanese corporation, SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation, and SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Buresh is currently admitted to practice in the United States District Court for the Western District of Texas. Mr. Buresh's contact information is as follows:

Eric A. Buresh<br>
Erise IP, P.A.<br>
7015 College Boulevard, Suite 700<br>
Overland Park, KS 66211<br>
Telephone: (913) 777-5600<br>
Fax: (913) 777-5601<br>
Kansas Bar Number: 19895<br>
eric.buresh@eriseip.com

Dated: May 20, 2022

Respectfully submitted,

**Erise IP, P.A.**

By: /s/ *Eric A. Buresh*
Eric A. Buresh
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
eric.buresh@eriseip.com

*Attorney for SONY GROUP CORPORATION, SONY INTERACTIVE ENTERTAINMENT INC., and SONY INTERACTIVE ENTERTAINMENT LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, the foregoing was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel of record.

/s/ *Eric A. Buresh*
Eric A. Buresh