# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SONY GROUP CORPORATION,<br>a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT<br>INC., a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT<br>LLC, a California limited liability company<br><br>Defendants. | Civil No. 6:22-cv-386<br><br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND NOTICE OF EXTENSION TO ANSWER, SERVICE,
AND DISMISSAL OF SONY GROUP CORPORATION**

1. Sony Group Corporation ("SGC") represents that it is not involved in development, production, or distribution of the Sony PlayStation 4 video game console products (the "Accused Products") accused in ACQIS's complaint in the above-captioned action ("ACQIS's complaint"), and that Sony Interactive Entertainment Inc. ("SIEI") and Sony Interactive Entertainment LLC ("SIE") are the responsible Sony entities for those products.

2. SGC represents that it does not perform or control the manufacturing of the Accused Products in ACQIS's complaint, and that SIEI and/or SIE are the Sony entities responsible for the manufacturing of the Accused Products.

3. SGC represents that it has no discoverable information in its possession, custody, or control relating to the issues raised in ACQIS's claims or that the Sony defendants may raise in any counterclaims or affirmative defenses, except for information that is also in the possession, custody, or control of SIEI or SIE.

4. SGC represents that it does not perform, direct, or control any U.S. manufacture, use, offers for sale, sales, or importation of the Accused Products.

5. Based on these representations, ACQIS agrees to dismiss Sony Group Corporation without prejudice.

6. If discovery in this matter demonstrates that any of these representations are inaccurate or incomplete, SIEI and SIE will cooperate with ACQIS to determine whether amendment of ACQIS's complaint to name Sony Group Corporation as a defendant would be appropriate.

7. SIEI has authorized Erise IP, P.A. to waive service of ACQIS's complaint.

8. The parties agree to an extension until August 15, 2022, for SIEI and SIE to respond to ACQIS's complaint.

Dated: May 23, 2022                    Respectfully submitted,

By: */s/ Andrea Fair*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (to appear *pro hac vice*)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)


By: */s/ Eric A. Buresh*

Eric A. Buresh (admitted in this District)
Email: eric.buresh@eriseip.com
**ERISE IP**
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: 913-777-5600
Facsimile: 913-777-5601

Abran J. Kean (to be admitted *pro hac vice*)
Email: abran.kean@eriseip.com
**ERISE IP**
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Telephone: 913-777-5600
Facsimile: 913-777-5601

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 23rd day of May, 2022.

*/s/ Andrea Fair*
Andrea Fair