UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION ▼

ACQIS, LLC

vs.  Case No.: **6:22-CV-386**

SONY GROUP CORPORATION, SONY
INTERACTIVE ENTERTAINMENT, INC. and
SONY INTERACTIVE ENTERTAINMENT

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Abran J. Kean, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Ersise, IP with offices at:

   Mailing address: 5299 DTC Blvd. Suite 1340
   City, State, Zip Code: Greenwood Village, CO 80111
   Telephone: 913-777-5600      Facsimile: 913-777-5601

2. Since 6/18/2012, Applicant has been and presently is a member of and in good standing with the Bar of the State of Colorado. Applicant's bar license number is 44660.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Missouri | 10/4/2006 |
| Kansas | 11/22/2010 |
| South Dakota | 9/17/2020 |

Supplemental Answers to Question #3

3. Applicant has been admitted to practice before the following courts:

- W.D. Mo. – October 12, 2006
- D. Kan. – November 22, 2010
- D. Colo. – June 22, 2012
- E.D. Tex. – April 21, 2014
- Fed. Cir. – August 12, 2010
- US Supreme Court – February 19, 2013

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Eric A. Buresh

Mailing address: Erise, IP, 7015 College, Suite 700

City, State, Zip Code: Overland Park, KS 66211

Telephone: 913-777-5600

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Abran J. Kean to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Abran J. Kean
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 23rd day of May, 2022.

Abran J. Kean
[printed name of Applicant]

*[signature]*
[signature of Applicant]