UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ACQIS, LLC

vs.                                                            Case No.:  6:22-CV-386

SONY GROUP CORPORATION, SONY
INTERACTIVE ENTERTAINMENT, INC. and SONY
INTERACTIVE ENTERTAINMENT

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Abran J. Kean, counsel for Defendants, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Abran J. Kean may appear on behalf of Defendants in the above case.

IT IS FURTHER ORDERED that Abran J. Kean, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of May_____, 20_____.

_____
Please Choose Judge