# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation, SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company <br><br> Defendants. | Civil No. 6:22-cv-386 <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF EXTENSION OF DEADLINE TO ANSWER OR OTHERWISE RESPOND

Plaintiff ACQIS LLC ("Plaintiff") and Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Defendants") hereby provide notice that the parties have agreed to extend Defendants' deadline to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. 1). The current deadline is August 15, 2022. The parties have agreed that this deadline be extended until September 14, 2022. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: August 12, 2022								Respectfully submitted,

By: /s/ *Andrea L. Fair*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (to appear *pro hac vice*)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
Emily J. Tremblay (to appear *pro hac vice*)
MN Bar No. 0395003
Email: etremblay@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

By: /s/ *Eric A. Buresh*

Eric A. Buresh (admitted in this District)
Email: eric.buresh@eriseip.com
**ERISE IP**
7015 College Blvd., Suite 700
Overland Park, KS 66211
Telephone: 913-777-5600
Facsimile: 913-777-5601

Abran J. Kean (to be admitted *pro hac vice*)
Email: abran.kean@eriseip.com
**ERISE IP**
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Telephone: 913-777-5600
Facsimile: 913-777-5601

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Eric A. Buresh*
Eric A. Buresh