# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>SONY GROUP CORPORATION, et al,<br><br>    *Defendants*. | Case No. 6:22-cv-386-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendants SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation and SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, in this matter as counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: October 4, 2022              Respectfully submitted,

                                                                                   By: */s/ Melissa R. Smith*
                                                                                   Melissa R. Smith
                                                                                   State Bar No. 24001351
                                                                                   GILLAM & SMITH, LLP
                                                                                   303 South Washington Avenue
                                                                                   Marshall, Texas 75670
                                                                                   Tel: (903) 934-8450
                                                                                   Fax: (903) 934-9257
                                                                                   melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on October 4, 2022.

/s/ Melissa R. Smith