IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |  |
|---|---|---|
| ACQIS LLC,<br>a Texas limited liability company, | )<br>)<br>) |  |
| Plaintiff, | )<br>) | Civil Action No. 6:22-cv-386-ADA-DTG |
| v. | )<br>)<br>) | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation<br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company. | )<br>)<br>)<br>)<br>) |  |
| Defendants. | )<br>) |  |

**DECLARATION OF ABRAN J. KEAN IN SUPPORT OF DEFENDANTS SONY INTERACTIVE ENTERTAINMENT INC. ET AL.'S PARTIAL 12(B)(6) MOTION TO DISMISS**

I, Abran J. Kean, declare as follows:

1. I am an attorney with Erise IP, P.A., counsel of record for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Sony") in the above-captioned matter. I submit this declaration based on personal knowledge following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as **Exhibit 1** is a true and correct copy of *ACQIS, LLC v. EMC Corp.*, No. 2021-1772, 2022 WL 1562847 (Fed. Cir. May 18, 2022).

3. Attached as **Exhibit 2** is a true and correct copy of the Family Tree of Asserted Patents filed in *ACQIS LLC v. Lenovo Group et al.*, No. 6:20-cv-00967-ADA, Dkt. No. 77, Ex. 2.

1

4. Attached as **Exhibit 3** is a true and correct copy of the claims reciting "PCI Bus Transaction" filed in *ACQIS LLC v. Lenovo Group et al.*, No. 6:20-cv-00967-ADA, Dkt. No. 77, Ex. 26.

5. Attached as **Exhibit 4** is a true and correct copy of the claims reciting "Encoded" PCI Bus Transaction filed in *ACQIS LLC v. Lenovo Group et al.*, No. 6:20-cv-00967-ADA, Dkt. No. 77, Ex. 15.

6. Attached as **Exhibit 5** is a true and correct copy of the claims reciting specific "Bits" of a PCI Bus Transaction filed in *ACQIS LLC v. Lenovo Group et al.*, No. 6:20-cv-00967-ADA, Dkt. No. 77, Ex. 13.

7. Attached as **Exhibit 6** is a true and correct copy of ACQIS's Corrected Opening Appeal Brief filed in *ACQIS, LLC v. EMC Corporation*, 21-1772 (Fed. Cir.), dated August 16, 2021.

8. Attached as **Exhibit 7** is a true and correct copy of *ACQIS, LLC v. EMC Corp.*, No. 14-CV-13560-ADB, 2017 WL 6211051 (D. Mass. Dec. 8, 2017).

9. Attached as **Exhibit 8** is a true and correct copy of *ACQIS LLC v. Lenovo Group et al.*, No. 6:20-cv-00967-ADA, Dkt. No. 92, ACQIS'S Claim Construction Surreply Brief, filed October 11, 2021.

10. Attached as **Exhibit 9** is a true and correct copy of *ACQIS, LLC v. EMC Corp.*, No. 14-CV-13560-ADB, 2021 WL 1088207 at *3–6 (D. Mass. Feb. 19, 2021).

11. Attached as **Exhibit 10** is a true and correct copy of Statement of Material Facts in Support of Defendant EMC Corporation's Motion for Summary Judgment of Non-Infringement filed in ACQIS, LLC v. EMC Corporation, 1:14-cv-13560-ABD (D. Mass.), dated July 20, 2018.

12. Attached as **Exhibit 11** is a true and correct copy of Plaintiff ACQIS, LLC's Rebuttal to EMC's Statement of Material Facts in Support of Defendant EMC Corporation's Motion for Summary Judgment of Non-Infringement filed in *ACQIS, LLC v. EMC Corporation*, 1:14-cv-13560-ABD (D. Mass.), dated August 22, 2018.

13. Attached as **Exhibit 12** is a true and correct copy of the Third Amended Complaint filed in *ACQIS, LLC v. EMC Corp.*, No. 14-CV-13560-ADB, Dkt No. 307 (D. Mass.) on July 7, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December 2022 in Greenwood Village, Colorado.

DATED: December 20, 2022

/s/ *Abran J. Kean*
Abran J. Kean (*pro hac*)