# Exhibit 2



Reissue Patents

