# Exhibit 3

**Claims Reciting "Peripheral Component Interconnect (PCI) bus transaction" / "PCI bus transaction"**

| Patent | Claim(s) |
| --- | --- |
| '768 patent | 1, 3-18, 21, 22, 30, 33, 35, 39 |
| '750 patent | 1, 2, 5, 6, 10, 11, 18, 19, 21, 25, 26, 27, 29, 31, 35, 37, 38, 44, 45, 46, 47 |
| '797 patent | 7, 10, 14, 36, 38 |
| '359 patent | 3, 7, 17 |
| '624 patent | 6, 11 |
| '873 patent | 54, 77, 97 |
| '977 patent | 1, 9, 10, 16 |
| '654 patent | 14 |
| '739 patent | 23, 31 |
| '602 patent | 14 |
| '984 patent | 52 |
| '140 patent | 30 |
| '468 patent | 14, 21, 26, 29, 35, 37, 45 |
| '947 patent | 19, 35, 48, 51, 54, 57 |