# Exhibit 4

## Claims Reciting A "Encoded" PCI Bus Transaction Or
## A PCI Bus Transaction In "Serial Stream" Or "Serial Form"

| Claim Limitations | Asserted Claims |
|---|---|
| "**encoded** address and data bits of a Peripheral Component Interconnect (PCI) bus transaction in (a) **serial** form/bit stream" | '768 patent, claims 4, 7, 18, 30, 39; <br><br> '750 patent, claims 5, 10, 14, 35, 46; <br><br> '797 patent, claims 7, 10, 14, 36; <br><br> '977 patent, claims 1, 9, 10, 16; <br><br> '654 patent, claim 14. |
| "**encoded** address bits, data bits, and byte enable information bits of a Peripheral Component Interconnect (PCI) bus transaction in **serial** form" | '750 patent, claims 18, 21, 27, 44. |
| "**encoded serial** bit stream of address bits, data bits, and byte enable information bits of (a) PCI bus transaction" | '947 patent, claims 35, 48, 51. |
| "**encoded serial** bit stream of (encoded) address and data bits of a Peripheral Component Interconnect (PCI) bus transaction" | '739 patent, claims 29, 31; <br><br> '468 patent, claims 14, 26, 29, 35, 37, 45; <br><br> '947 patent, claims 54, 57. |
| "**encoded serial** bit stream of Peripheral Component Interconnect (PCI) bus transaction" | '624 patent, claim 6; <br><br> '873 patent, claims 54, 77, 97; <br><br> '984 patent, claim 52. |
| "**encoded** address and data bits of a Peripheral Component Interconnect (PCI) bus transaction with **different serialized forms**" | '768 patent, claim 8. |
| "**encoded** address and data (bits) of a Peripheral Component Interconnect (PCI) bus transaction" | '768 patent, claims 9, 22, 33; <br><br> '140 patent, claim 30. |
| "**encoded** Peripheral Component Interconnect (PCI) address and data bits of a PCI bus transaction" | '359 patent, claims 3, 7, 17. |
| "**encoded** PCI bus transaction data" | '624 patent, claim 11. |