# Exhibit 5

**Claims Reciting Specific "Bits" Of A PCI Bus Transaction, Including But Not Limited To "Address Bits," "Data Bits," And "Byte Enabled Information Bits"**

| Claim Limitations | Asserted Claims |
|---|---|
| "**address and data bits** of a Peripheral Component Interconnect (PCI) bus transaction" | '768 patent, claims 1, 4, 7, 9, 10, 13, 15, 18, 22, 30, 33, 39;<br><br>'750 patent, claims 5, 10, 18, 31, 35, 46;<br><br>'797 patent, claims 7, 10, 14, 36;<br><br>'359 patent, claims 3, 7, 17;<br><br>'977 patent, claims 1, 9, 10, 16;<br><br>'654 patent, claim 14;<br><br>'739 patent, claims 29, 31;<br><br>'602 patent, claim 14;<br><br>'140 patent, claim 30;<br><br>'468 patent, claims 14, 26, 29, 35, 37, 45;<br><br>'947 patent, claims 54, 57. |
| "**address and data bits** of a Peripheral Component Interconnect (PCI) bus transaction **with different serialized forms**" | '768 patent, claim 8. |
| "**address bits, data bits, and byte enable information bits** of a Peripheral Component Interconnect (PCI) bus transaction" | '750 patent, claims 1, 18, 21, 25, 27, 29, 44;<br><br>'947 patent, claims 19, 35, 48, 51. |