# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation<br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company.<br><br>    Defendants. | Civil Action No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC'S PARTIAL 12(B)(6) MOTION TO DISMISS

Before the Court is Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Partial 12(b)(6) Motion to Dismiss. After consideration of the motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Claims for Infringement of U.S. Patent Nos. 9,529,768, 9,703,750, and 8,977,797 are Dismissed.

_____
UNITED STATES DISTRICT COURT JUDGE