**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 6:22-cv-386-ADA-DTG |
| v. | ) **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT<br>INC., a Japanese corporation<br>SONY INTERACTIVE ENTERTAINMENT<br>LLC, a California limited liability company. | )<br>)<br>)<br>) |
| Defendants. | ) |

**SONY INTERACTIVE ENTERTAINMENT INC. AND
SONY INTERACTIVE ENTERTAINMENT LLC'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC hereby disclose:

Defendant Sony Interactive Entertainment Inc. is a subsidiary of Sony Group Corporation. Sony Interactive Entertainment Inc. has no additional corporate or other parents, subsidiaries, affiliates, securities or other interests that are publicly held or traded on an American stock exchange.

Defendant Sony Interactive Entertainment LLC is a subsidiary of Sony Corporation of America, which is a subsidiary of Sony Group Corporation. Sony Interactive Entertainment LLC has no additional corporate or other parents, subsidiaries, affiliates, securities or other interests that are publicly held or traded on an American stock exchange.

Date: December 20, 2022	Respectfully submitted:

By: */s/ Eric A. Buresh*
Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Mark.Lang@eriseip.com

Abran J. Kean (CO Bar 44660)
Erise IP, P.A.
5299 DTC Blvd., Ste. 1340
Greenwood Village, CO 80111
Telephone: (913) 777-5600
Fax: (913) 777-5601
Abran.Kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Sony Interactive Entertainment LLC and Sony Interactive Entertainment Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on December 20, 2022.

<em>/s/ Melissa R. Smith</em>