IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>Plaintiff,<br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation,<br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company<br><br>Defendants. | Civil Action No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Notice is hereby given that attorney Logan J. Drew enters his appearance in this matter as counsel for Plaintiff ACQIS LLC. Mr. Drew is currently admitted to practice in the United States District Court for the Western District of Texas. The undersigned counsel requests that all notices required to be given and all papers required to be served in this matter be copied to and served upon him using the following contact information:

Logan J. Drew
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Email: LDrew@robinskaplan.com

1

Dated: December 22, 2022					Respectfully submitted,

By: */s/ Logan J. Drew*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
Emily J. Tremblay (to appear *pro hac vice*)
MN Bar No. 0395003
Email: etremblay@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Attorneys for Plaintiff ACQIS LLC*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 22nd day of December, 2022.

/s/ *Logan J. Drew*
Logan J. Drew
