# Exhibit A



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | ACQIS TECHNOLOGY, INC. |
| Entity (File) Number: | C3441799 |
| File Date: | 12/08/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | H016582 |

**Detailed Filing Information**

1. Entity Name:

   ACQIS TECHNOLOGY, INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   b. Mailing Address:

   1503 Grant Road Suite 100
   Mountain View, California 94040
   United States of America

   c. Street Address of Principal Executive Office:

   1503 Grant Road Suite 100
   Mountain View, California 94040
   United States of America

3. Officers:

   a. Chief Executive Officer:

   William   Chu
   1503 Grant Road Suite 100
   Mountain View, California 94040
   United States of America

   b. Secretary:

   William   Chu
   1503 Grant Road Suite 100
   Mountain View, California 94040
   United States of America

Document ID: H016582

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Officers (cont'd):

    c.   Chief Financial Officer:

William Chu
1503 Grant Road Suite 100
Mountain View, California 94040
United States of America

4.   Director:   Not Applicable

Number of Vacancies on the Board of Directors:   Not Applicable

5.   Agent for Service of Process:

William Chu
1503 Grant Road Suite 100
Mountain View, California 94040
United States of America

6.   Type of Business:   Intellectual property licensing

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   William Chu

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: H016582