# Exhibit C

   Home  My Network  Jobs  Messaging   Notifications



# Bill Chu

--

-  ACQIS Technology, Inc.
-  University of California, Berkeley

United States · **Contact info**

4 connections

**Connect**   **+ Follow**   More

## Activity
5 followers

### Bill hasn't posted lately
Bill's recent posts and comments will be displayed here.

   Home  My Network  Jobs  Messaging  Notifications

## Experience


**CEO**
ACQIS Technology, Inc.
Jul 1998 - Present · 24 yrs 6 mos
Mountain View CA

## Education


**University of California, Berkeley**
Doctor of Philosophy - PhD, Electrical and Electronics Engineering
1969 - 1976

## Interests

**Companies**   Schools


**AMD**
992,998 followers
+ Follow


**University of California, Berkeley**
885,801 followers
+ Follow

Top Skills
Start-ups
Product Marketing
Semiconductors

# Bill Chu

CEO at ACQIS
Mountain View, California, United States

## Experience

ACQIS
CEO

Cirrus Logic
General Manager, Desktop Graphics
1993 - 1997 (4 years)

Western Digital / Verticom
VP
1982 - 1992 (10 years)

---

## Education

University of California, Berkeley
D. Eng., EECS · (1972 - 1976)