# Exhibit G

 

  



# Bill Galliani · 3rd

Partner at Cooley LLP

-  Cooley LLP
-  Santa Clara University

Menlo Park, California, United States · **Contact info**

**500+** connections

🔒 **Message**   + **Follow**   **More**

---

## Activity
611 followers

**Bill hasn't posted lately**
Bill's recent posts and comments will be displayed here.

**Show all activity →**

---

## Experience

 **Partner**
Cooley LLP
2000 - Present · 23 yrs

 **Partner**
Pennie & Edmonds
1998 - 2000 · 2 yrs








**Partner**

Flehr Hohbach Test Albritton & Herbert

1988 - 1998 · 10 yrs

Palo Alto

## Education



**Santa Clara University**

JD

1990



**Northwestern University**

Bachelor of Science (B.S.), Electrical and Electronics Engineering

1984

## Interests

**Companies**    Groups    Schools



**Santa Clara University**

104,901 followers

+ Follow



**Cooley LLP**

42,854 followers

+ Follow

Show all 3 companies →

## Contact

www.linkedin.com/in/bill-
galliani-034aa050 (LinkedIn)

# Bill Galliani

Partner at Cooley LLP

Menlo Park, California, United States

## Experience

**Cooley LLP**
Partner
2000 - Present (22 years)

**Pennie & Edmonds**
Partner
1998 - 2000 (2 years)
Palo Alto

**Flehr Hohbach Test Albritton & Herbert**
Partner
1988 - 1998 (10 years)
Palo Alto

―――――

## Education

**Santa Clara University**
JD · (1990)

**Northwestern University**
Bachelor of Science (B.S.), Electrical and Electronics Engineering · (1984)