# Exhibit I

    



# Yukio Otaguro

Hardware Engineer

San Jose, California, United States · **Contact info**

**128** connections

🔒 Message    More

## About

-

## Activity
128 followers

**Yukio hasn't posted lately**
Yukio's recent posts and comments will be displayed here.

Show all activity →

## Experience



**Hadware Engineer**
Oracle
Feb 2010 - Aug 2017 · 7 yrs 7 mos
santa clara, CA

   

Standard cell library design.
CPU integration. Global clock, power grid, bump, design and physical verification.


### Hardware Engineer
Sun Microsystems
May 2001 - Jan 2010 · 8 yrs 9 mos
Santa clara ca

CPU integration. Floorplan, pin assignment, abstract management, routing, timing/noise/EM fix
SRAM circuit design. Single ended, differential, dynamic, L2Tag, register file. Decoder and I/O

### Hardware Engineer
Toshiba Corporation japan
Oct 1997 - May 2001 · 3 yrs 8 mos
Kawasaki, Kanagawa, Japan

Development of timing estimation and budgeting flow from floorplan.
Repeater insertion methodology and flow development.
RC extraction flow, backend verification.
Floorplan, synthesis, place and route, and timing check.
Hierarchical floorplan, place and route.

### Hardware Engineer
Toshiba America Electronic Components, Inc.
Nov 1995 - Sep 1997 · 1 yr 11 mos
San Francisco Bay Area

Project with SGI/MIPS
Circuit design methodology definition.
 - Noise simulation and design guidelines
 - RC delay, power grid simulation and design guidelines
CAM circuit design


### Hardware Engineer
Toshiba Corporation japan
Apr 1986 - Oct 1995 · 9 yrs 7 mos
Kawasaki, Kanagawa, Japan

RTL and circuit design of integer unit in CPU.
Static timing analysis, timing budgeting.
Development of architecture and gate level power estimation tool.
Standard cell library design.
Register file design.

    


Tohoku University
Master's degree, Electrical, Electronics and Communications Engineering
1984 - 1986

## Skills

**Integrated Circuit Design**
Endorsed by 4 colleagues at Oracle
4 endorsements

**IC Layout**
Endorsed by 4 colleagues at Oracle
4 endorsements

**Standard Cell**
Endorsed by 4 colleagues at Oracle
4 endorsements

Show all 8 skills →

## Languages

**English**
Professional working proficiency

**Japanese**
Native or bilingual proficiency

## Contact

www.linkedin.com/in/yukio-otaguro-2119a8144 (LinkedIn)

### Top Skills
Integrated Circuit Design
IC Layout
Standard Cell

### Languages
Japanese (Native or Bilingual)
English (Professional Working)

# Yukio Otaguro
Hardware Engineer
San Jose, California, United States

## Summary

-

---

## Experience

**Oracle**
Hadware Engineer
February 2010 - August 2017 (7 years 7 months)
santa clara, CA

SRAM design.

EMIR, signal integrity, power, noise check and flow verification.

Standard cell library design.

CPU integration. Global clock, power grid, bump, design and physical verification.

**Sun Microsystems**
Hardware Engineer
May 2001 - January 2010 (8 years 9 months)
Santa clara ca

CPU integration. Floorplan, pin assignment, abstract management, routing, timing/noise/EM fix

SRAM circuit design. Single ended, differential, dynamic, L2Tag, register file, Decoder and I/O

**Toshiba Corporation japan**
Hardware Engineer
October 1997 - May 2001 (3 years 8 months)
Kawasaki, Kanagawa, Japan

Development of timing estimation and budgeting flow from floorplan.

Repeater insertion methodology and flow development.

RC extraction flow, backend verification.

Floorplan, synthesis, place and route, and timing check.

Hierarchical floorplan, place and route.

Toshiba America Electronic Components, Inc.

Hardware Engineer
November 1995 - September 1997 (1 year 11 months)
San Francisco Bay Area

Project with SGI/MIPS

Circuit design methodology definition.

- Noise simulation and design guidelines

- RC delay, power grid simulation and design guidelines

CAM circuit design

Toshiba Corporation japan
Hardware Engineer
April 1986 - October 1995 (9 years 7 months)
Kawasaki, Kanagawa, Japan

RTL and circuit design of integer unit in CPU.

Static timing analysis, timing budgeting.

Development of architecture and gate level power estimation tool.

Standard cell library design.

Register file design.

---

# Education

Tohoku University
Master's degree, Electrical, Electronics and Communications Engineering · (1984 - 1986)