# Exhibit S


  


# Dan Lenehan

Independent Board Director at O2Micro

-      O2Micro
-  New Jersey Institute of Technology

Los Altos, California, United States · **Contact info**

**465** connections

🔒 Message    + Follow    More

---

**Open to work**
Member Board of Directors roles
**See all details**

---

## About

Broad accomplishments in product development, business development, applications, and customer support. Development experience in component and system hardware as well as firmware, software, and web technologies. Leader who integrates strategy and execution towards program and corporate objectives. Experienced people manager in multisite organizations and multi-disciplined teams.

## Activity

461 followers

**Dan hasn't posted lately**
Dan's recent posts and comments will be displayed here.

  

 **Dan Lenehan**
Independent Board Director at O2Micro

More    + Follow    🔒 Message

← **Experience**

### Independent Board Director
O2Micro · Part-time
Jul 2016 - Present · 6 yrs 6 mos
Sunnyvale, California

---

### Developer
Kinnective, LLC
Sep 2010 - Present · 12 yrs 4 mos

Founder and developer of web based social bookmarking service.
Developed server side PHP code using Zend Studio environment.
Defined XML command set to support interface to Javascript clients.
Developed MySQL database to store user and system data.

• Developed MySQL database using PDO interface and InnoDB engine to support transactions.
• Developed PHP code to support user management, editing of database, search, and other commands.
• Developed PHP interfaces to MySQL database using PHP classes for each table.
• Migrated site from MyHosting.com to Amazon AWS using EC2 and RDS services.

---

 **Xilinx**
5 yrs 4 mos

### Asia Design Center and Spartan Integration Team
Aug 2008 - Feb 2010 · 1 yr 7 mos

Managed a team of multisite developers with a budget of $21M.

• Completed development of S6, Xilinx's low cost programmable logic family, achieving the fastest new product verification cycle in company history. S6 is currently a leading revenue generator in Xilinx's "new products" category.
• Won EDN's 2010 Innovation of the Year award for unique, state-of-the-art electronics in programmable logic.
• Completed verification of first three S6 devices and transitioned bulk of team to next generation development

 
Managed chip developers supporting the CPLD, Automotive, and Spartan product lines. The group consisted of Architecture, Design, Layout, and Product Test Engineering resources.

• Doubled the Singapore design center with financial support from Singapore government.
• Retargeted development of 65nm product to 45nm and successfully switched to Samsung for wafer fabrication.

### General Products Division

Oct 2006 - May 2007 · 8 mos

Managed an engineering and marketing organization through major management changes on Executive staff while maintaining 3.7 % undesired turnover.

• Managed a $560M/yr business with continued year on year growth in excess of 10%.
• Led definition and planning for next generation 65nm FPGA family targeting the automotive and display markets.
• Contributed to significant wafer price reduction from fab vendor by pushing for lower cost 65nm process and introduction of secondary fab vendor.

### GPD IC Design

Nov 2004 - Oct 2006 · 2 yrs

Managed multisite design engineering resources for the Spartan product line.

• Enhanced product definition through creation of an Architecture team and more formal documentation process.
• Enhanced tape out quality by creating separate holistic test group.
• Brought two new product lines, S3E and S3A, into production within one year of tape out on first chip.
• Decreased mask fix rate by 30 % and reduced development wafer expenses by 15%.
• Enhanced sampling and verification methodology leading to one of the cleanest product launches, S3A, in the company's history.
• Drove increase in test chips to remove product risk in areas like BOAC, DAC circuit, ESD, and 65nm memory cell.
• Brought more focus to other required collaterals to enable customer sales including improvements in IBIS models, SSO performance and specification, and speed files.



Aug 2002 – Feb 2004 · 1 yr 7 mos

Initial employee brought in to work with founders and engineering team to transition technology from lab to market. Company developed a fully integrated pumped fluid cooling solution for high performance CPUs.

• Drove resolution of key business model decisions and product direction. Set company direction for initial target market segment.
• Developed business and technical relationship with Apple, the first major customer.
• Pursued additional potential customers to gauge roadmap needs for thermal cooling in PC, communications, electro-optics, and other markets.



### Mobile Architecture Lab

Intel

May 2000 – Aug 2002 · 2 yrs 4 mos

Built a new R&D organization within Intel's Technology and Research Labs reporting to the Chief Technology Officer.

• Drove new technology evaluation for potential platform applications and investments. Led relationships between Intel's mobile organization, external companies, and customers using these new technologies to bring Intel products successfully into the market.
• Developed corporate positions for corporate wide initiatives like ACPI.
• Led Intel's mobile product direction for demand based performance switching, Linux ACPI implementation, Intel tablet activity, and flat panel investments.



US006324606B1

(12) **United States Patent** (10) Patent No.: **US 6,324,606 B1**

Lenehan et al. (45) Date of Patent: **Nov. 27, 2001**

(54) **APPARATUS AND METHOD FOR CONNECTING A COMPUTER TO A DOCKING STATION VIA A CABLE**

(75) Inventors: **Daniel J. Lenehan**, Los Altos; **Ram Bhuma**, San Jose, both of CA (US)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/281,254**

(22) Filed: **Mar. 30, 1999**

(51) **Int. Cl.**[7] .................................................... **G06F 13/00**

(52) **U.S. Cl.** .......................................... **710/101**; 361/679

(58) **Field of Search** .................................. 710/100–104; 361/679–686

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,157,769 | * | 10/1992 | Eppley et al. ........................ | 709/253 |
| 5,504,864 | * | 4/1996 | Berg ..................................... | 709/253 |
| 5,619,659 | * | 4/1997 | Kikinis et al. ...................... | 710/101 |
| 5,689,402 | * | 11/1997 | Ralston, Jr. .......................... | 361/686 |
| 5,878,211 | * | 3/1999 | Delagrange et al. ............... | 713/200 |
| 5,889,964 | | 3/1999 | Cho et al. . | |
| 5,982,614 | * | 11/1999 | Reid ...................................... | 361/686 |
| 6,029,215 | * | 2/2000 | Watts, Jr. et al. .................... | 710/101 |
| 6,105,096 | * | 8/2000 | Martinelli et al. ................... | 710/129 |

OTHER PUBLICATIONS

Institute of Electrical and Electronics Engineers, Inc. IEEE Standard for Scalable Coherent Interface (SCI)—IEEE STD 1596–1992 Aug. 2, 1993 pp: 1–249.

Institute of Electrical and Electronics Engineers, Inc. IEEE Standard for Low–Voltage Differential Signals (LVDS) for Scalable Coherent Interface (SCI)—IEEE STD 1596.3–1996 Jul. 31, 1996 pp: 1–30.

Institute of Electrical and Electronics Engineers, Inc. IEEE Standard for High–Brandwidth Memory Interface Based on Scalable Coherent Interface Signaling Technology—IEEE STD 1596–1996 Sep. 15, 1996 pp: 1–90.

Institute of Electrical and Electronics Engineers, Inc. IEEE Standard for Shared Data Formats Optimized for Scalable Coherent Interface Processors—IEEE STD 1596.5–1993 Apr. 25, 1994 pp: 1–81.

* cited by examiner

*Primary Examiner*—Sumati Lefkowitz
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A cable for coupling a portable computer to a docking station is disclosed. The cable comprises a first end for coupling the cable to the docking station and a second end for coupling the cable to the portable computer. The cable also includes a lock that locks the second end to the portable computer until unlocked by a predetermined sequence.

**15 Claims, 4 Drawing Sheets**





FIG. 1

PORTABLE
COMPUTER

100

120

LOCK

130

DOCKING
STATION

150

# FIG. 2



DOCKING STATION 150

210

250

CABLE 120

202

204

262

264

PORTABLE COMPUTER 100

200

260

# FIG. 3





FIG. 4

# APPARATUS AND METHOD FOR CONNECTING A COMPUTER TO A DOCKING STATION VIA A CABLE

## FIELD OF THE INVENTION

The invention relates to docking computers, and more specifically, to a cable interconnection between a computer and a docking station.

## BACKGROUND OF THE INVENTION

To decrease the weight and power requirements of portable computers, resources that are used infrequently or have relatively large power requirements are often not included in the portable computer case. These resources remain in a docking station that is typically left at a user's desk or other location where they may be used. For example, network interface circuitry is not used when a portable computer is used away from a home or office, so network interface circuitry is not required for a portable computer to be functional; however network interface circuitry is often used when the portable computer is used in a home or office environment.

Other devices, such as CD drives, may be used so infrequently when operating under battery power that the user prefers a lighter portable computer without the device may also be left out of the portable computer. Resources that are not included in the portable computer case, but which are utilized by the computer user, may be housed in a docking station that is designed to be connected to the portable computer when portability is not necessary.

Typical docking stations include a mechanical attachment device. The portable computer is actually attached into the docking station and must be detached by the docking device before the portable computer is portable. This often results in docking stations that are custom designed to fit with the case of a particular portable computer. A new docking station must be designed each time a computer manufacturer changes the case of its portable computers, which increases the cost of docking stations and slows the progress of portable computers.

Another concern with respect to docking stations is that the docking station may limit the effectiveness of the cooling elements employed by the portable computer. For example, cooling vents are typically located at the back of the portable computer and when the portable computer is attached into the docking station, the docking station often limits the flow of air to the cooling vents, which reduces the effectiveness of the cooling elements. This may restrict the circuitry, particularly the choice of processors, available for use in the portable computer.

Furthermore, typical docking stations consume desk space, which may be limited to the point of requiring that a user use a small portable computer at his or her desk. Because a docking station may take as much or more desk space as a desktop computer system, a docking station may not be feasible for some portable computer users, whereas a docking station that may be placed beneath or beside a desk may be more attractive to these users. Therefore, it would be desirable to provide an improved docking solution.

## SUMMARY OF THE INVENTION

A portable computer docking solution including a docking cable is described. In one embodiment, the docking cable has a first end coupled to a docking station having devices to be used by a portable computer system and a

second end to couple to a portable computer system. The docking cable has a plurality of lines to communicate low voltage differential signals between the portable computer system and the docking station. The docking cable also includes a locking mechanism controllable by software executing on the portable computer system. The locking mechanism selectively locks the portable computer system to the docking cable.

In an alternative embodiment, a network access device has a network interface to access the network, an output interface to provide output signals to a display device, and a port to receive a docking cable. The docking cable has a plurality of lines to communicate low voltage differential signals between the network access device and an external device. The docking cable further includes a locking mechanism controllable by software executing on the network access device. The locking mechanism selectively locks the network access device to the external device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention is illustrated by way of example, and not by way of limitation, in the figures of the accompanying drawings and in which like reference numerals refer to similar elements and in which:

FIG. 1 is one embodiment of a block diagram of an apparatus for docking a portable computer with a docking station according to the present invention.

FIG. 2 is one embodiment of a low-voltage differential signal (LVDS) interface according to the present invention.

FIG. 3 is a hysteresis diagram for one embodiment of receivers according to the present invention.

FIG. 4 is one embodiment of an upgradable Internet appliance with an upgrade connected via a cable according to the present invention.

## DETAILED DESCRIPTION

A computer-docking station interface is described. In the following description, for the purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the invention may be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid obscuring the present invention.

Reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment.

Generally, the computer docking station interface comprises a cable that couples a portable computer with a docking station that provides access to resources for use with the portable computer. In the invention, the cable is capable of transmitting data at a high bandwidth over multiplexed lines, such that the pin count of the cable is reduced from that of a non-multiplexed cable. The cable also comprises a locking mechanism controlled by software that prevents the cable from being removed prior to the time when the software prepares the portable computer for separation from the docking station.

FIG. 1 is one embodiment a block diagram of an apparatus for docking a portable computer with a docking station

according to the present invention. Generally, portable computer **100** is coupled to docking station **150** via cable **120**. Cable **120** also includes lock **130** that locks cable **120** to portable computer **100**.

Portable computer **100** may be any portable (e.g., notebook, laptop) computer that a user may wish to couple to a docking station. Portable computer **100** has an interface compatible with cable **120**. According to one embodiment, portable computer **100** and cable **120** have a 30 pin connection interface; however, other configurations may also be used. By having a standard interface which is common to many computers, cable **120** may be used to couple many different computers to docking station **150**. Thus, a new docking station is not required for each portable computer case, as is typically required in the prior art.

Docking station **150** may provide access to any number of devices to which portable computer **100** may be attached. For example, docking station **150** may contain containing a floppy disk drive, a hard disk drive and/or a CD-ROM drive. Other devices may also be used included in docking station **150**. According to one embodiment, cable **120** is permanently attached to docking station **150**; however, cable **120** may be coupled using a 30-pin connection or other interface.

Cable **120** is a high bandwidth multiplexed cable that allows the number of pins to be reduced compared to a non-multiplexed cable. According to one embodiment, the cable is designed according to the Low Voltage Differential Signaling (LVDS) technology as described in IEEE standard 1596.3-1996 "LVDS for Scalable Coherent Interface (SCI)" Published Jul. 31, 1996. According to one LVDS embodiment, a 30-pin connection PCI standard bus and sideband signals are propagated over a cable that may be up to 25 feet long. However, other multiplexed transmission schemes may also be used.

Lock **130** locks cable **120** to portable computer **100** when cable **120** is coupled to portable computer **100**. In one embodiment, lock **130** is controlled by the operating system running on portable computer **100**. The operating system engages lock **130** until the user executes a program through the operating system that prepares portable computer **100** for undocking. To prepare for undocking, the operating system, for example, saves files and settings as necessary and communicates to devices and networks that portable computer **100** is to be removed from its connection. Other software control can also be provided for lock **130**.

In one embodiment, the operating system controls an electromechanical locking device that prevents portable computer system **100** from being detached from cable **120**. For example, the operating system can prepare computer system **100** for undocking (e.g., by saving files accessed on remote storage devices) prior to releasing computer system **100** form cable **120**. In an alternative embodiment, computer system **100** is not physically locked to cable **120**, but the operating system informs the user when computer system **100** can be undocked safely.

In one embodiment, lock **130** is for compliance with docking requirements of the operating system running on the portable computer. For example, operating systems available from Microsoft Corp. specify certain requirements of the docking connection in order to guarantee file integrity. Thus, lock **130** operates in conjunction with the operating system of the portable computer to prevent undocking prior to the time when the operating system has prepared portable computer **100** and necessary files for decoupling from the docking station.

FIG. **2** is one embodiment of a LVDS interface. The LVDS interface comprises a series of differential signal

lines. Thus, both portable computer **100** and docking station **150** include both drivers and receivers. For simplicity, lock **130** is not shown in FIG. **2**.

Low voltage differential signal embodiments provide several advantages over single-ended transmission schemes. For example, low voltage swings (<400 mV in one embodiment) provide for very high-speed switching and low power dissipation. Differential signals reduce the area between the signal and return paths and cancel electromagnetic fields through use of equal and opposite current flow. Further, differential signals are relatively immune to external noise and produce little noise to interfere with other signals.

The embodiment of FIG. **2** provides a plurality of LVDS drivers and receivers, whereby data is communicated in a source-synchronous manner. The embodiment is unidirectional because the driver is always at one end of the link and the receiver is always at the other end of the link. The drivers are differential because each driver provides two outputs that are equal in magnitude and opposite in sign. The interface is sourcesynchronous because a clock or other timing signal is sent along with the data to be communicated as if it were another data bit.

Referring to FIG. **2**, Portable computer **100** includes a plurality of drivers (e.g., **200**) and receivers (e.g., **260**). Similarly, docking station **150** also contains a plurality of drivers (e.g., **250**) and receivers (e.g., **210**). When docked via cable **120**, the drivers of portable computer **100** are coupled corresponding receivers in docking station **150** and the drivers of docking station **150** are coupled to corresponding receivers in portable computer **100**. Corresponding drivers and receivers are coupled by a pair of lines included in cable **120**, such as lines **202** and **204** that couple driver **200** to receiver **210**. In order to prevent noise reflected by a driver from becoming a differential signal, the output impedance of the inverting outputs and the non-inverting outputs is closely matched.

Each receiver contains a terminating resistor that has a resistance approximately equal to the impedance of the line coupling the corresponding driver and receiver. This value is typically approximately 100 ohms. Also, the ground to which each driver and receiver is coupled should be within approximately 1 volt of each other.

Because the interface between portable computer **100** and docking station **150** is source synchronous, data transmitted over cable **120** is sampled and aligned with the clock of the receiving component (e.g., portable computer **100** or docking station **150**). To do this, data that is transmitted over cable **120** is sampled in response to the transitions of the signal transmitted on the clock signal line. According to one embodiment, data is sampled on both the rising and falling edges of the clock signal. Data is then stored in receiving latches until accessed by the receiving component.

FIG. **3** is a hysteresis diagram for one embodiment of receivers according to the present invention. Hysteresis in the receivers of the invention prevent undefined input signals that occur, for example, due to disconnecting the receiver inputs or powering down the corresponding driver, from causing an oscillating output from the receiver.

In FIG. **3**, $V_{out}$ represents a single-ended output from the receiver. $V_{idthl}$ and $V_{idthh}$ represent the low and high input differential threshold voltages, respectively. These are the differential input voltages that cause the output of the receiver transitions to output low and high voltages, respectively. $V_{idth}(\min)$ and $V_{idth}(\max)$ are the minimum and maximum differential input voltages that can be used as inputs to the receiver. According to one embodiment, the

hysteresis voltage ($V_{hyst}$=$V_{idthh}$–$V_{idthl}$) is 25 mV. The hysteresis voltage represents the differential voltage input to the receiver below which the output of the receiver does not change.

FIG. 4 is one embodiment of an upgradable Internet appliance with an upgrade connected via a cable according to the present invention. Internet appliance **400** is connected to television **410** or other monitor and to Internet **420**. Internet appliance **400** provides access to Internet **420** via television **410** without requiring a full computer system. Thus, Internet appliance **400** may provide inexpensive access to Internet **420**.

Eventually, a user of Internet appliance **400** may wish to upgrade by connecting a larger hard disk, a floppy disk drive, or other device. These devices may be located in Internet appliance upgrade **420**, which is coupled to Internet appliance **400** via cable **120**. Cable **120** (including lock **130**, not shown) is the same cable discussed above. Thus, additional devices may be connected to Internet appliance **400** without replacing or opening Internet appliance **400**.

In the foregoing specification, the invention has been described with reference to specific embodiments thereof. It will, however, be evident that various modifications and changes may be made thereto without departing from the broader spirit and scope of the invention. The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.

What is claimed is:

1. A docking cable comprising:

a first end coupled to a docking station providing access to multiple devices to be used by a portable computer system;

a second end to couple to a portable computer system, wherein the docking cable has a plurality of lines to communicate low voltage differential signals between the portable computer system and the docking station; and

a locking mechanism controllable by software to be executed by the portable computer system, the locking mechanism to selectively lock the portable computer system to the docking cable.

2. The docking cable of claim **1** wherein the low voltage differential signals between the portable computer system and the docking state are multiplexed.

3. The docking cable of claim **1** wherein the low voltage differential signals provide a source synchronous interface between the portable computer system and the docking station.

4. The docking cable of claim **1** wherein the docking cable comprises a 30-pin connection between the portable computer system and the docking station.

5. The docking cable of claim **4** wherein PCI standard bus signals and sideband signals are communicated between the portable computer system and the docking station.

6. An apparatus for coupling a portable computer system to a docking station, the apparatus comprising:

means for providing a low voltage differential signal connection between the docking station and the portable computer system, the low voltage differential signal connection to provide access to multiple devices coupled to the docking station; and

means for locking the portable computer system in connection with the docking station, wherein the means for locking is controllable by software executing on the portable computer system.

7. The apparatus of claim **6** wherein the low voltage differential signals between the portable computer system and the docking state are multiplexed.

8. The apparatus of claim **6** wherein the low voltage differential signals provide a source synchronous interface between the portable computer system and the docking station.

9. The apparatus of claim **6** wherein the docking cable comprises a 30-pin connection between the portable computer system and the docking station.

10. The apparatus of claim **9** wherein PCI standard bus signals and sideband signals are communicated between the portable computer system and the docking station.

11. A network access device comprising:

a network interface to access a network; and

a port to receive a docking cable, the docking cable having a plurality of lines to communicate low voltage differential signals between the network access device and multiple external devices through an interface, the docking cable further comprising a locking mechanism controllable by software executing on the network access device, the locking mechanism to selectively lock the network access device to the interface.

12. The network access device of claim **11** wherein the low voltage differential signals between the network access device and the interface are multiplexed.

13. The network access device of claim **11** wherein the low voltage differential signals provide a source synchronous interface between the network access device and the interface.

14. The network access device of claim **11** wherein the docking cable comprises a 30-pin connection between the network access device and the interface.

15. The network access device of claim **14** wherein PCI standard bus signals and sideband signals are communicated between the network access device and the interface.

*   *   *   *   *