# Exhibit U

2207 Bridgepointe Pkwy to San Francisco International Airport      Drive 7.9 miles, 10 min



- via US-101 N — 10 min, 7.9 miles
  Fastest route now due to traffic conditions
- via J Hart Clinton Dr and US-101 N — 11 min, 7.6 miles

Explore San Francisco International Airport

 Restaurants    Hotels    Gas stations    Parking Lots    More