# Exhibit V

 San Francisco International Airport to Austin-Bergstrom International Airport



Map data ©2022 Google, INEGI    100 mi

 **San Francisco, CA—Austin, TX**

Nonstop (5–6 per day)          3 hr 25 min
Connecting                      4 hr 45 min+

Round trip price, Dec 30, 2022 – Jan 3, 2023 from $326

United, Alaska, American…

 See results on Google Flights

## Explore Austin-Bergstrom International Airport

 Restaurants   Hotels   Bars   Coffee   More