# Exhibit W

# Haneda Airport to Austin-Bergstrom International Airport



Map data ©2022 Google, INEGI            1000 mi

 **Tokyo, Japan—Austin, TX**

Connecting (1 or more stops)          14 hr 20 min+

Round trip price, Dec 31, 2022 – Jan 4, 2023 from $1,268

Delta, United, ANA…

 See results on Google Flights

## Explore Austin-Bergstrom International Airport

    

Restaurants    Hotels    Bars    Coffee    More

**Measure distance**
Total distance: 6,567.59 mi (10,569.51 km)