# Exhibit X



Google Maps — Austin-Bergstrom International Airport to 800 Franklin Ave #301, Waco, TX 76701  
Drive 107 miles, 1 hr 35 min

- **via I-35 N** — **1 hr 35 min**, 107 miles
  Best route now, avoids road closure on S 17th St
  ⚠ This route has tolls.

- **via TX-130 N and I-35 N** — **1 hr 35 min**, 111 miles

- **via 183 Toll and I-35 N** — **1 hr 36 min**, 107 miles

Explore 800 Franklin Ave #301