# Exhibit Y

Austin-Bergstrom International Airport to United States Federal Courthouse

Drive 7.5 miles, 17 min



Map data ©2022 Google  2 mi

🚗 **via E 7th St**  **17 min**
Fastest route now due to traffic conditions  7.5 miles

🚗 **via State Hwy 71 W and I-35 N**  **20 min**
Some traffic, as usual  10.6 miles

### Explore United States Federal Courthouse

 Restaurants
 Hotels
 Gas stations
 Parking Lots
 More