# Exhibit Z

 **1503 Grant Rd #100, Mountain View, CA 94040 to Sony Interactive Entertainment, 2207 Bridgepointe Pkwy, San Mateo, CA 94404**    Drive 20.4 miles, 25 min



Map data ©2022 Google          2 mi

  **via US-101 N**                                   **25 min**
Fastest route now due to traffic            20.4 miles
conditions

## Explore Sony Interactive Entertainment

                                  
Restaurants      Hotels         Gas stations    Parking Lots      More