# Exhibit AA

 

**1503 Grant Rd #100, Mountain View, CA 94040 to San Francisco International Airport**

Drive 25.7 miles, 27 min

Map data ©2022 Google    2 mi

 **via US-101 N**                                    **27 min**

Fastest route now due to traffic                    25.7 miles
conditions

## Explore San Francisco International Airport

                                        

Restaurants          Hotels          Gas stations          Parking Lots          More