# Exhibit BB



**Mountain View, California to Phillip Burton Federal Building and U.S. Courthouse, 450 Golden Gate Ave, San Francisco, CA 94102**

Drive 39.2 miles, 48 min



Map data ©2022 Google    2 mi

🚗 **via US-101 N**    **48 min**
Fastest route now due to traffic conditions    39.2 miles

🚗 **via I-280 N**    **52 min**
43.0 miles

🚆 ⓘ **11:04 AM—12:23 PM**    **1 hr 19 min**
🚇 L5 › 🚌 Red-N › 🚶

## Explore Phillip Burton Federal Building and U.S. Courthouse