# Exhibit CC





| | via US-101 N | 26 min |
|---|---|---|
| | Fastest route now due to traffic conditions | 20.9 miles |
| | via I-280 N and US-101 N | 30 min |
| | | 25.6 miles |

## Explore Phillip Burton Federal Building and U.S. Courthouse

 Restaurants    Hotels    Gas stations    Parking Lots    More