# Exhibit DD



Dallas/Fort Worth International Airport (DFW)

American AA 1198 · Economy · Airbus A321

- Average legroom (30 in)
- Wi-Fi for a fee
- In-seat power & USB outlets
- Stream media to your device
- Carbon emissions estimate: 174 kg ⓘ

---

1 hr 44 min layover · Dallas (DFW)

---



**1:11 PM**
Dallas/Fort Worth International Airport (DFW)

Travel time: 49 min

**2:00 PM**
Waco Regional Airport (ACT)

American AA 4980 · Economy · Canadair RJ 700

Plane and crew by Skywest Airlines as American Eagle

Often delayed by 30+ min

- Average legroom (31 in)
- Wi-Fi for a fee
- In-seat power & USB outlets
- Stream media to your device
- Carbon emissions estimate: 50 kg ⓘ

---

## 224 kg CO$_2$

+28% emissions ⓘ



| | 2:00 PM → 11:31 PM | | $518 | |
|---|---|---|---|---|
| | SFO ACT | | | |
| | 1 stop · 7 hr 31 min · American · Operated by Skywest Airlines as American Ea… | | 224 kg CO₂ +28% emissions | |
| | 10:00 AM → 7:35 PM | | $550 | |
| | SFO ACT | | | |
| | 1 stop · 7 hr 35 min · American · Operated by Skywest Airlines as American Ea… | | 224 kg CO₂ +28% emissions | |
| | 9:00 AM → 7:35 PM | | $523 | |
| | SFO ACT | | | |
| | 1 stop · 8 hr 35 min · American · Operated by Skywest Airlines as American Ea… | | 224 kg CO₂ +28% emissions | |
| | 8:55 AM → 7:35 PM | | $554 | |
| | SFO ACT | | | |
| | 2 stops · 8 hr 40 min · American · Operated by Skywest Airlines as American E… | | 249 kg CO₂ +43% emissions | |
| | 8:55 AM → 7:35 PM | | $554 | |
| | SFO ACT | | | |
| | 2 stops · 8 hr 40 min · American · Operated by Skywest Airlines as American E… | | 249 kg CO₂ +43% emissions | |
| | 12:40 PM → 11:31 PM | | $523 | |
| | SFO ACT | | | |
| | 1 stop · 8 hr 51 min · American · Operated by Skywest Airlines as American Ea… | | 193 kg CO₂ +11% emissions | |
| | 12:20 PM → 11:31 PM | | $910 | |
| | SFO ACT | | | |

| | | | |
|---|---|---|---|
| | 2 stops · 9 hr 11 min · Alaska, American · Operated by Skywest Airlines as A… | 352 kg $CO_2$ +102% emissions | |
| | 11:45 AM → 11:31 PM SFO ACT | $554 | |
| | 2 stops · 9 hr 46 min · American · Operated by Skywest Airlines as American E… | 275 kg $CO_2$ +58% emissions | |
| | 11:45 AM → 11:31 PM SFO ACT | $554 | |
| | 2 stops · 9 hr 46 min · American · Operated by Skywest Airlines as American E… | 249 kg $CO_2$ +43% emissions | |
| | 11:45 AM → 11:31 PM SFO ACT | $554 | |
| | 2 stops · 9 hr 46 min · American · Operated by Skywest Airlines as American E… | 275 kg $CO_2$ +58% emissions | |
| | 11:42 AM → 11:31 PM SFO ACT | $554 | |
| | 2 stops · 9 hr 49 min · American · Operated by Skywest Airlines as American E… | 255 kg $CO_2$ +46% emissions | |
| | 11:42 AM → 11:31 PM SFO ACT | $554 | |
| | 2 stops · 9 hr 49 min · American · Operated by Skywest Airlines as American E… | 235 kg $CO_2$ +35% emissions | |
| | 11:42 AM → 11:31 PM SFO ACT | $560 | |
| | 2 stops · 9 hr 49 min · American · Operated by Skywest Airlines as American E… | 235 kg $CO_2$ +35% emissions | |



| | 7:30 AM → 7:35 PM SFO ACT | $523 | |
| --- | --- | --- | --- |
| | 1 stop · 10 hr 5 min · American · Operated by Skywest Airlines as American Ea… | 224 kg $CO_2$ +28% emissions | |

| | 7:15 AM → 7:35 PM SFO ACT | $522 | |
| --- | --- | --- | --- |
| | 2 stops · 10 hr 20 min · American · Operated by Skywest Airlines as American … | 238 kg $CO_2$ +37% emissions | |

| | 7:15 AM → 7:35 PM SFO ACT | $554 | |
| --- | --- | --- | --- |
| | 2 stops · 10 hr 20 min · American · Operated by Skywest Airlines as American … | 264 kg $CO_2$ +52% emissions | |

| | 7:15 AM → 7:35 PM SFO ACT | $554 | |
| --- | --- | --- | --- |
| | 2 stops · 10 hr 20 min · American · Operated by Skywest Airlines as American … | 238 kg $CO_2$ +37% emissions | |

| | 7:15 AM → 7:35 PM SFO ACT | $698 | |
| --- | --- | --- | --- |
| | 2 stops ⚠ · 10 hr 20 min · American · Operated by Skywest Airlines as Ameri… | 260 kg $CO_2$ +49% emissions | |

| | 10:00 AM → 11:31 PM SFO ACT | $555 | |
| --- | --- | --- | --- |
| | 1 stop · 11 hr 31 min · American · Operated by Skywest Airlines as American E… | 224 kg $CO_2$ +28% emissions | |

| | 6:00 AM → 7:35 PM SFO ACT | $485 | |
| --- | --- | --- | --- |

| | 1 stop · 11 hr 35 min · American · Operated by Skywest Airlines as American E… | 224 kg CO$_2$ +28% emissions |

| 6:00 AM → 7:35 PM SFO — ACT | $522 |
| 2 stops · 11 hr 35 min · American · Operated by Skywest Airlines as America… | 352 kg CO$_2$ +102% emissions |

| 6:00 AM → 7:35 PM SFO — ACT | $522 |
| 2 stops · 11 hr 35 min · American · Operated by Skywest Airlines as America… | 352 kg CO$_2$ +102% emissions |

| 11:59 PM → 2:00 PM$^{+1}$ SFO — ACT | $523 |
| 1 stop · 12 hr 1 min · American · Operated by Skywest Airlines as American Ea… | 224 kg CO$_2$ +28% emissions |

| 11:45 PM → 2:00 PM$^{+1}$ SFO — ACT | $554 |
| 2 stops · 12 hr 15 min · American · Operated by Skywest Airlines as America… | 352 kg CO$_2$ +102% emissions |

| 11:45 PM → 2:00 PM$^{+1}$ SFO — ACT | $554 |
| 2 stops · 12 hr 15 min · American · Operated by Skywest Airlines as America… | 352 kg CO$_2$ +102% emissions |

| 9:00 AM → 11:31 PM SFO — ACT | $523 |
| 1 stop · 12 hr 31 min · American · Operated by Skywest Airlines as American E… | 224 kg CO$_2$ +28% emissions |

| | 8:55 AM → 11:31 PM | $528 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 2 stops · 12 hr 36 min · American · Operated by Skywest Airlines as American ... | 235 kg $CO_2$ +35% emissions | |

| | 8:55 AM → 11:31 PM | $560 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 2 stops · 12 hr 36 min · American · Operated by Skywest Airlines as American ... | 249 kg $CO_2$ +43% emissions | |

| | 8:55 AM → 11:31 PM | $560 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 2 stops · 12 hr 36 min · American · Operated by Skywest Airlines as American ... | 249 kg $CO_2$ +43% emissions | |

| | 10:20 PM → 2:00 PM$^{+1}$ | $758 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 2 stops · 13 hr 40 min · American · Operated by Skywest Airlines as America... | 392 kg $CO_2$ +125% emissions | |

| | 7:30 AM → 11:31 PM | $523 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 1 stop · 14 hr 1 min · American · Operated by Skywest Airlines as American Ea... | 224 kg $CO_2$ +28% emissions | |

| | 7:15 AM → 11:31 PM | $528 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |
| | 2 stops · 14 hr 16 min · American · Operated by Skywest Airlines as American ... | 238 kg $CO_2$ +37% emissions | |

| | 7:15 AM → 11:31 PM | $560 | |
| --- | --- | --- | --- |
| | SFO            ACT | | |



2 stops · 14 hr 16 min · American · Operated by Skywest Airlines as American ...    238 kg $CO_2$    +37% emissions

7:15 AM → 11:31 PM    $560
SFO    ACT
2 stops · 14 hr 16 min · American · Operated by Skywest Airlines as American ...    264 kg $CO_2$    +52% emissions

6:00 AM → 11:31 PM    $485
SFO    ACT
1 stop · 15 hr 31 min · American · Operated by Skywest Airlines as American E...    224 kg $CO_2$    +28% emissions

6:00 AM → 11:31 PM    $528
SFO    ACT
2 stops · 15 hr 31 min · American · Operated by Skywest Airlines as America...    352 kg $CO_2$    +102% emissions

6:00 AM → 11:31 PM    $528
SFO    ACT
2 stops · 15 hr 31 min · American · Operated by Skywest Airlines as America...    352 kg $CO_2$    +102% emissions

6:41 PM → 2:00 PM+1    $618
SFO    ACT
2 stops · 17 hr 19 min · American · Operated by Skywest Airlines as American ...    249 kg $CO_2$    +43% emissions

6:41 PM → 2:00 PM+1    $639
SFO    ACT
2 stops ⚠ · 17 hr 19 min · American · Operated by Skywest Airlines as Ameri...    275 kg $CO_2$    +58% emissions



2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
11:45 PM → 7:35 PM+1
SFO ACT
$560
2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
11:45 PM → 7:35 PM+1
SFO ACT
$618
2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
11:45 PM → 7:35 PM+1
SFO ACT
$673
2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
11:45 PM → 7:35 PM+1
SFO ACT
$681
2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
11:45 PM → 7:35 PM+1
SFO ACT
$681
2 stops · 17 hr 50 min · American · Operated by Skywest Airlines as America...
352 kg $CO_2$
+102% emissions
2:57 PM → 2:00 PM+1
SFO ACT
$528
2 stops · 21 hr 3 min · American · Operated by Skywest Airlines as Americ...
235 kg $CO_2$
+35% emissions

| | 2:57 PM → 2:00 PM +1 | | $618 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 2 stops ⚠ · 21 hr 3 min · American · Operated by Skywest Airlines as Americ… | | 255 kg CO$_2$ +46% emissions ⓘ | |

| | 2:57 PM → 2:00 PM +1 | | $794 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 2 stops ⚠ · 21 hr 3 min · American · Operated by Skywest Airlines as Americ… | | 255 kg CO$_2$ +46% emissions ⓘ | |

| | 2:57 PM → 2:00 PM +1 | | $794 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 2 stops ⚠ · 21 hr 3 min · American · Operated by Skywest Airlines as Americ… | | 255 kg CO$_2$ +46% emissions ⓘ | |

| | 2:00 PM → 2:00 PM +1 | | $523 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 1 stop ⚠ · 22 hr · American · Operated by Skywest Airlines as American Eagle | | 224 kg CO$_2$ +28% emissions ⓘ | |

| | 6:41 PM → 7:35 PM +1 | | $618 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 2 stops · 22 hr 54 min · American · Operated by Skywest Airlines as American … | | 249 kg CO$_2$ +43% emissions ⓘ | |

| | 6:41 PM → 7:35 PM +1 | | $639 | |
|---|---|---|---|---|
| | SFO           ACT | | | |
| | 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | | 249 kg CO$_2$ +43% emissions ⓘ | |

| | 6:41 PM → 7:35 PM +1 | | $639 | |
|---|---|---|---|---|
| | SFO           ACT | | | |

| | | |
|---|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 275 kg $CO_2$ +58% emissions | |

| 6:41 PM → 7:35 PM +1 SFO ACT | $639 |
|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 249 kg $CO_2$ +43% emissions |

| 6:41 PM → 7:35 PM +1 SFO ACT | $644 |
|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 256 kg $CO_2$ +47% emissions |

| 6:41 PM → 7:35 PM +1 SFO ACT | $644 |
|---|---|
| 2 stops · 22 hr 54 min · American · Operated by Skywest Airlines as American … | 280 kg $CO_2$ +61% emissions |

| 6:41 PM → 7:35 PM +1 SFO ACT | $644 |
|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 275 kg $CO_2$ +58% emissions |

| 6:41 PM → 7:35 PM +1 SFO ACT | $644 |
|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 249 kg $CO_2$ +43% emissions |

| 6:41 PM → 7:35 PM +1 SFO ACT | $644 |
|---|---|
| 2 stops ⚠ · 22 hr 54 min · American · Operated by Skywest Airlines as Ameri… | 275 kg $CO_2$ +58% emissions |

| | 12:40 PM → 2:00 PM +1 | | $523 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 1 stop ⚠ · 23 hr 20 min · American · Operated by Skywest Airlines as Americ... | | 193 kg CO₂ +11% emissions ⓘ | |

| | 6:10 PM → 7:35 PM +1 | | $523 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 1 stop ⚠ · 23 hr 25 min · American · Operated by Skywest Airlines as Americ... | | 224 kg CO₂ +28% emissions ⓘ | |

| | 11:45 AM → 2:00 PM +1 | | $618 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 2 stops ⚠ · 24 hr 15 min · American · Operated by Skywest Airlines as Ameri... | | 275 kg CO₂ +58% emissions ⓘ | |

| | 11:45 AM → 2:00 PM +1 | | $618 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 2 stops ⚠ · 24 hr 15 min · American · Operated by Skywest Airlines as Ameri... | | 275 kg CO₂ +58% emissions ⓘ | |

| | 11:42 AM → 2:00 PM +1 | | $560 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 2 stops ⚠ · 24 hr 18 min · American · Operated by Skywest Airlines as Ameri... | | 235 kg CO₂ +35% emissions ⓘ | |

| | 10:00 AM → 2:00 PM +1 | | $613 | |
|---|---|---|---|---|
| | SFO | ACT | | |
| | 1 stop ⚠ · 26 hr · American · Operated by Skywest Airlines as American Eagle | | 224 kg CO₂ +28% emissions ⓘ | |

| | 9:00 AM → 2:00 PM +1 | | $523 | |
|---|---|---|---|---|
| | SFO | ACT | | |

| | | | |
|---|---|---|---|
| | 1 stop ⚠ · 27 hr · American · Operated by Skywest Airlines as American Eagle | 224 kg $CO_2$ +28% emissions | ⌄ |
| ✈ | **2:00 PM → 7:35 PM**[+1]<br>SFO    ACT | **$523** | ⌄ |
| | 1 stop ⚠ · 27 hr 35 min · American · Operated by Skywest Airlines as Americ… | 224 kg $CO_2$ +28% emissions | |
| ✈ | **7:30 AM → 2:00 PM**[+1]<br>SFO    ACT | **$523** | ⌄ |
| | 1 stop ⚠ · 28 hr 30 min · American · Operated by Skywest Airlines as Americ… | 224 kg $CO_2$ +28% emissions | |
| ✈ | **12:40 PM → 7:35 PM**[+1]<br>SFO    ACT | **$523** | ⌄ |
| | 1 stop ⚠ · 28 hr 55 min · American · Operated by Skywest Airlines as Americ… | 193 kg $CO_2$ +11% emissions | |
| ✈ | **6:00 AM → 2:00 PM**[+1]<br>SFO    ACT | **$485** | ⌄ |
| | 1 stop ⚠ · 30 hr · American · Operated by Skywest Airlines as American Eagle | 224 kg $CO_2$ +28% emissions | |
| ✈ | **10:00 AM → 7:35 PM**[+1]<br>SFO    ACT | **$613** | ⌄ |
| | 1 stop ⚠ · 31 hr 35 min · American · Operated by Skywest Airlines as Americ… | 224 kg $CO_2$ +28% emissions | |

⌃ Hide 71 flights

 Language · English (United States)     Location · United States    Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more