# Exhibit EE






| | 7:00 AM → 2:00 PM | | $465 | |
|---|---|---|---|---|
| | LAX         ACT | | | |
| | 1 stop · 5 hr · American · Operated by Skywest Airlines as American Eagle | | 200 kg $CO_2$ +37% emissions | |
| | 12:20 PM → 7:35 PM | | $465 | |
| | LAX         ACT | | | |
| | 1 stop · 5 hr 15 min · American · Operated by Skywest Airlines as American Ea… | | 174 kg $CO_2$ +19% emissions | |
| | 6:27 AM → 2:00 PM | | $465 | |
| | LAX         ACT | | | |
| | 1 stop · 5 hr 33 min · American · Operated by Skywest Airlines as American Ea… | | 174 kg $CO_2$ +19% emissions | |
| | 6:00 AM → 2:00 PM | | $465 | |
| | LAX         ACT | | | |
| | 1 stop · 6 hr · American · Operated by Skywest Airlines as American Eagle | | 200 kg $CO_2$ +37% emissions | |
| | 3:26 PM → 11:31 PM | | $465 | |
| | LAX         ACT | | | |
| | 1 stop · 6 hr 5 min · American · Operated by Skywest Airlines as American Eag… | | 200 kg $CO_2$ +37% emissions | |
| | 2:32 PM → 11:31 PM | | $465 | |
| | LAX         ACT | | | |
| | 1 stop · 6 hr 59 min · American · Operated by Skywest Airlines as American Ea… | | 200 kg $CO_2$ +37% emissions | |
| | 10:35 AM → 7:35 PM | | $469 | |
| | LAX         ACT | | | |
| | 2 stops · 7 hr · American · Operated by Skywest Airlines as American Eagle, S… | | 282 kg $CO_2$ | |

| | | | |
|---|---|---|---|
| | | +92% emissions ⓘ | |
| ✈ | 10:35 AM → 7:35 PM  LAX   ACT | $469 | ⌄ |
| | 2 stops · 7 hr · American · Operated by Skywest Airlines as American Eagle | 234 kg CO$_2$ | |
| | | +60% emissions ⓘ | |
| ✈ | 10:30 AM → 7:35 PM  LAX   ACT | $465 | ⌄ |
| | 1 stop · 7 hr 5 min · American · Operated by Skywest Airlines as American Eag… | 174 kg CO$_2$ | |
| | | +19% emissions ⓘ | |
| ✈ | 12:59 AM → 10:06 AM  LAX   ACT | $465 | ⌄ |
| | 1 stop · 7 hr 7 min · American · Operated by Skywest Airlines as American Eag… | 191 kg CO$_2$ | |
| | | +30% emissions ⓘ | |
| ✈ | 10:00 AM → 7:35 PM  LAX   ACT | $465 | ⌄ |
| | 1 stop · 7 hr 35 min · American · Operated by Skywest Airlines as American Ea… | 200 kg CO$_2$ | |
| | | +37% emissions ⓘ | |
| ✈ | 9:35 AM → 7:35 PM  LAX   ACT | $469 | ⌄ |
| | 2 stops · 8 hr · American · Operated by Skywest Airlines as American Eagle | 226 kg CO$_2$ | |
| | | +55% emissions ⓘ | |
| ✈ | 9:35 AM → 7:35 PM  LAX   ACT | $469 | ⌄ |
| | 2 stops · 8 hr · American · Operated by Skywest Airlines as American Eagle | 226 kg CO$_2$ | |
| | | +55% emissions ⓘ | |
| ✈ | 1:15 PM → 11:31 PM | $469 | |


|  | LAX | ACT |  |  |
|---|---|---|---|---|
|  | 2 stops · 8 hr 16 min · American · Operated by Skywest Airlines as American E… | | 235 kg CO₂ +60% emissions | |

1:15 PM → 11:31 PM   $469
LAX          ACT
2 stops · 8 hr 16 min · American · Operated by Skywest Airlines as American E…   235 kg CO₂
+60% emissions

1:15 PM → 11:31 PM   $469
LAX          ACT
2 stops · 8 hr 16 min · American · Operated by Skywest Airlines as American E…   243 kg CO₂
+66% emissions

9:05 AM → 7:35 PM   $469
LAX          ACT
2 stops · 8 hr 30 min · American · Operated by Skywest Airlines as American …   313 kg CO₂
+114% emissions

9:00 AM → 7:35 PM   $470
LAX          ACT
1 stop · 8 hr 35 min · American · Operated by Skywest Airlines as American Ea…   181 kg CO₂
+24% emissions

8:40 AM → 7:35 PM   $469
LAX          ACT
2 stops · 8 hr 55 min · American · Operated by Skywest Airlines as American E…   279 kg CO₂
+90% emissions

8:40 AM → 7:35 PM   $469
LAX          ACT
2 stops · 8 hr 55 min · American · Operated by Skywest Airlines as American E…   279 kg CO₂
+90% emissions

| Flight | Departure | Arrival | Price | Details | Emissions |
|---|---|---|---|---|---|
| American | 12:31 PM LAX | 11:31 PM ACT | $469 | 2 stops · 9 hr · American · Operated by Skywest Airlines as American Eagle | 219 kg $CO_2$ · +50% emissions |
| American | 12:31 PM LAX | 11:31 PM ACT | $469 | 2 stops · 9 hr · American · Operated by Skywest Airlines as American Eagle | 199 kg $CO_2$ · +36% emissions |
| American | 12:30 PM LAX | 11:31 PM ACT | $469 | 2 stops · 9 hr 1 min · American · Operated by Skywest Airlines as American E… | 355 kg $CO_2$ · +143% emissions |
| American | 12:26 PM LAX | 11:31 PM ACT | $469 | 2 stops · 9 hr 5 min · American · Operated by Skywest Airlines as American E… | 299 kg $CO_2$ · +104% emissions |
| American | 12:20 PM LAX | 11:31 PM ACT | $470 | 1 stop · 9 hr 11 min · American · Operated by Skywest Airlines as American Ea… | 174 kg $CO_2$ · +19% emissions |
| American | 7:45 AM LAX | 7:35 PM ACT | $469 | 2 stops · 9 hr 50 min · American · Operated by Skywest Airlines as American … | 355 kg $CO_2$ · +143% emissions |
| American | 7:15 AM LAX | 7:35 PM ACT | $469 | | |

| | | | |
|---|---|---|---|
| | 2 stops · 10 hr 20 min · American · Operated by Skywest Airlines as American … | 268 kg CO₂ +83% emissions | |
| ✈ | 7:00 AM → 7:35 PM LAX      ACT 2 stops · 10 hr 35 min · American · Operated by Skywest Airlines as American … | $469 258 kg CO₂ +76% emissions | ⌄ |
| ✈ | 7:00 AM → 7:35 PM LAX      ACT 2 stops · 10 hr 35 min · American · Operated by Skywest Airlines as American … | $469 235 kg CO₂ +60% emissions | ⌄ |
| ✈ | 7:00 AM → 7:35 PM LAX      ACT 1 stop · 10 hr 35 min · American · Operated by Skywest Airlines as American E… | $470 200 kg CO₂ +37% emissions | ⌄ |
| ✈ | 10:54 AM → 11:31 PM LAX      ACT 2 stops · 10 hr 37 min · American · Operated by Skywest Airlines as America… | $469 342 kg CO₂ +134% emissions | ⌄ |
| ✈ | 1:13 AM → 2:00 PM LAX      ACT 2 stops · 10 hr 47 min · American · Operated by Skywest Airlines as America… | $838 413 kg CO₂ +182% emissions | ⌄ |
| ✈ | 10:35 AM → 11:31 PM LAX      ACT 2 stops · 10 hr 56 min · American · Operated by Skywest Airlines as American … | $469 282 kg CO₂ +92% emissions | ⌄ |



| Flight | Times | Route | Stops/Duration | Airline | Price | Emissions |
|---|---|---|---|---|---|---|
| American | 10:35 AM → 11:31 PM | LAX → ACT | 2 stops · 10 hr 56 min | American · Operated by Skywest Airlines as American ... | $469 | 234 kg CO₂ +60% emissions |
| American | 12:59 AM → 2:00 PM | LAX → ACT | 1 stop · 11 hr 1 min | American · Operated by Skywest Airlines as American Ea... | $470 | 191 kg CO₂ +30% emissions |
| American | 10:30 AM → 11:31 PM | LAX → ACT | 1 stop · 11 hr 1 min | American · Operated by Skywest Airlines as American Ea... | $470 | 174 kg CO₂ +19% emissions |
| American | 6:27 AM → 7:35 PM | LAX → ACT | 1 stop · 11 hr 8 min | American · Operated by Skywest Airlines as American Ea... | $470 | 174 kg CO₂ +19% emissions |
| American | 10:00 AM → 11:31 PM | LAX → ACT | 1 stop · 11 hr 31 min | American · Operated by Skywest Airlines as American E... | $470 | 200 kg CO₂ +37% emissions |
| American | 6:00 AM → 7:35 PM | LAX → ACT | 2 stops · 11 hr 35 min | American · Operated by Skywest Airlines as America... | $469 | 342 kg CO₂ +134% emissions |
| American | 6:00 AM → 7:35 PM | LAX → ACT | | | $469 | |



| | | | |
|---|---|---|---|
| | 2 stops · 11 hr 35 min · American · Operated by Skywest Airlines as America… | 342 kg $CO_2$ +134% emissions | |
| ✈ | 9:56 AM → 11:31 PM LAX — ACT 2 stops · 11 hr 35 min · American · Operated by Skywest Airlines as America… | $469 355 kg $CO_2$ +143% emissions | ⌄ |
| ✈ | 9:56 AM → 11:31 PM LAX — ACT 2 stops · 11 hr 35 min · American · Operated by Skywest Airlines as America… | $469 347 kg $CO_2$ +137% emissions | ⌄ |
| ✈ | 6:00 AM → 7:35 PM LAX — ACT 1 stop · 11 hr 35 min · American · Operated by Skywest Airlines as American E… | $470 200 kg $CO_2$ +37% emissions | ⌄ |
| ✈ | 11:59 PM → 2:00 PM$^{+1}$ LAX — ACT 1 stop · 12 hr 1 min · American · Operated by Skywest Airlines as American Ea… | $470 174 kg $CO_2$ +19% emissions | ⌄ |
| ✈ | 11:55 PM → 2:00 PM$^{+1}$ LAX — ACT 2 stops · 12 hr 5 min · American · Operated by Skywest Airlines as American … | $469 342 kg $CO_2$ +134% emissions | ⌄ |
| ✈ | 11:55 PM → 2:00 PM$^{+1}$ LAX — ACT 2 stops · 12 hr 5 min · American · Operated by Skywest Airlines as American … | $469 342 kg $CO_2$ +134% emissions | ⌄ |

| | 9:05 AM → 11:31 PM | $469 | |
|---|---|---|---|
| | LAX          ACT | | |
| | 2 stops · 12 hr 26 min · American · Operated by Skywest Airlines as America… | 303 kg CO$_2$ +107% emissions | |
| | 9:00 AM → 11:31 PM | $470 | |
| | LAX          ACT | | |
| | 1 stop · 12 hr 31 min · American · Operated by Skywest Airlines as American E… | 181 kg CO$_2$ +24% emissions | |
| | 7:45 AM → 11:31 PM | $469 | |
| | LAX          ACT | | |
| | 2 stops · 13 hr 46 min · American · Operated by Skywest Airlines as America… | 347 kg CO$_2$ +137% emissions | |
| | 7:15 AM → 11:31 PM | $418 | |
| | LAX          ACT | | |
| | 2 stops · 14 hr 16 min · American · Operated by Skywest Airlines as American … | 268 kg CO$_2$ +83% emissions | |
| | 7:00 AM → 11:31 PM | $470 | |
| | LAX          ACT | | |
| | 1 stop · 14 hr 31 min · American · Operated by Skywest Airlines as American E… | 200 kg CO$_2$ +37% emissions | |
| | 9:00 PM → 2:00 PM$^{+1}$ | $475 | |
| | LAX          ACT | | |
| | 2 stops · 15 hr · American · Operated by Skywest Airlines as American Eagle,… | 317 kg CO$_2$ +117% emissions | |
| | 9:00 PM → 2:00 PM$^{+1}$ | $589 | |
| | LAX          ACT | | |

| | | | |
|---|---|---|---|
| | 2 stops ⚠ · 15 hr · American · Operated by Skywest Airlines as American Eag… | | 226 kg CO₂ +54% emissions |
| ✈ | 9:00 PM → 2:00 PM⁺¹  LAX           ACT | | $589 |
| | 2 stops ⚠ · 15 hr · American · Operated by Skywest Airlines as American Eag… | | 234 kg CO₂ +60% emissions |
| ✈ | 6:27 AM → 11:31 PM  LAX           ACT | | $470 |
| | 1 stop · 15 hr 4 min · American · Operated by Skywest Airlines as American Ea… | | 174 kg CO₂ +19% emissions |
| ✈ | 8:55 PM → 2:00 PM⁺¹  LAX           ACT | | $632 |
| | 2 stops ⚠ · 15 hr 5 min · American · Operated by Skywest Airlines as Americ… | | 254 kg CO₂ +74% emissions |
| ✈ | 6:00 AM → 11:31 PM  LAX           ACT | | $470 |
| | 1 stop · 15 hr 31 min · American · Operated by Skywest Airlines as American E… | | 200 kg CO₂ +37% emissions |
| ✈ | 1:13 AM → 7:35 PM  LAX           ACT | | $844 |
| | 2 stops · 16 hr 22 min · American · Operated by Skywest Airlines as America… | | 401 kg CO₂ +174% emissions |
| ✈ | 1:13 AM → 7:35 PM  LAX           ACT | | $879 |
| | 2 stops · 16 hr 22 min · American · Operated by Skywest Airlines as America… | | 413 kg CO₂ +182% emissions |

| | 1:13 AM → 7:35 PM | $939 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 2 stops · 16 hr 22 min · American · Operated by Skywest Airlines as America… | 406 kg $CO_2$ +177% emissions | |

| | 12:59 AM → 7:35 PM | $470 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 1 stop · 16 hr 36 min · American · Operated by Skywest Airlines as American E… | 191 kg $CO_2$ +30% emissions | |

| | 7:15 PM → 2:00 PM[+1] | $652 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 2 stops ⚠ · 16 hr 45 min · American · Operated by Skywest Airlines as Ameri… | 281 kg $CO_2$ +92% emissions | |

| | 6:30 PM → 2:00 PM[+1] | $539 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 1 stop ⚠ · 17 hr 30 min · American · Operated by Skywest Airlines as Americ… | 200 kg $CO_2$ +37% emissions | |

| | 11:59 PM → 7:35 PM[+1] | $470 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 1 stop · 17 hr 36 min · American · Operated by Skywest Airlines as American E… | 174 kg $CO_2$ +19% emissions | |

| | 11:55 PM → 7:35 PM[+1] | $475 | |
|---|---|---|---|
| | LAX         ACT | | |
| | 2 stops · 17 hr 40 min · American · Operated by Skywest Airlines as America… | 342 kg $CO_2$ +134% emissions | |

| | 11:55 PM → 7:35 PM[+1] | $475 | |
|---|---|---|---|
| | LAX         ACT | | |

| | | | |
|---|---|---|---|
| | 2 stops · 17 hr 40 min · American · Operated by Skywest Airlines as America… | 342 kg $CO_2$ +134% emissions | |
| ✈ | 6:20 PM → 2:00 PM +1  LAX  ACT | $575 | |
| | 2 stops ⚠ · 17 hr 40 min · American · Operated by Skywest Airlines as Ameri… | 247 kg $CO_2$ +69% emissions | |
| ✈ | 6:20 PM → 2:00 PM +1  LAX  ACT | $575 | |
| | 2 stops ⚠ · 17 hr 40 min · American · Operated by Skywest Airlines as Ameri… | 241 kg $CO_2$ +64% emissions | |
| ✈ | 11:55 PM → 7:35 PM +1  LAX  ACT | $608 | |
| | 2 stops · 17 hr 40 min · American · Operated by Skywest Airlines as America… | 342 kg $CO_2$ +134% emissions | |
| ✈ | 6:20 PM → 2:00 PM +1  LAX  ACT | $645 | |
| | 2 stops ⚠ · 17 hr 40 min · American · Operated by Skywest Airlines as Ameri… | 232 kg $CO_2$ +58% emissions | |
| ✈ | 6:20 PM → 2:00 PM +1  LAX  ACT | $645 | |
| | 2 stops ⚠ · 17 hr 40 min · American · Operated by Skywest Airlines as Ameri… | 241 kg $CO_2$ +64% emissions | |
| ✈ | 5:30 PM → 2:00 PM +1  LAX  ACT | $636 | |
| | 2 stops ⚠ · 18 hr 30 min · American · Operated by Skywest Airlines as Ameri… | 268 kg $CO_2$ +83% emissions | |

https://www.google.com/travel/flights/search?tfs=CBwQAhokagcIARIDTEFYEgoyMDIyLTEyLTMwcg0IAhIJL20vMDZxMThocAGCAQsI_____AUABSAGYAQI&tfu=EgYIBRABGAA&hl=en&authuser=0  12/17

| | 4:35 PM → 2:00 PM +1 | | $539 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 1 stop ⚠ · 19 hr 25 min · American · Operated by Skywest Airlines as Americ… | | 174 kg CO₂ +19% emissions ⓘ | |

| | 4:30 PM → 2:00 PM +1 | | $632 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 2 stops ⚠ · 19 hr 30 min · American · Operated by Skywest Airlines as Ameri… | | 254 kg CO₂ +74% emissions ⓘ | |

| | 1:13 AM → 11:31 PM | | $844 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 2 stops · 20 hr 18 min · American · Operated by Skywest Airlines as America… | | 401 kg CO₂ +174% emissions ⓘ | |

| | 1:13 AM → 11:31 PM | | $844 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 2 stops · 20 hr 18 min · American · Operated by Skywest Airlines as America… | | 406 kg CO₂ +177% emissions ⓘ | |

| | 1:13 AM → 11:31 PM | | $884 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 2 stops · 20 hr 18 min · American · Operated by Skywest Airlines as America… | | 376 kg CO₂ +157% emissions ⓘ | |

| | 12:59 AM → 11:31 PM | | $470 | |
|---|---|---|---|---|
| | LAX          ACT | | | |
| | 1 stop · 20 hr 32 min · American · Operated by Skywest Airlines as American E… | | 191 kg CO₂ +30% emissions ⓘ | |

| | 3:26 PM → 2:00 PM +1 | | $470 | |
|---|---|---|---|---|
| | LAX          ACT | | | |

| | | |
|---|---|---|
| 1 stop ⚠ · 20 hr 34 min · American · Operated by Skywest Airlines as Americ… | | 200 kg CO₂ +37% emissions ⓘ |
| ✈ 9:00 PM → 7:35 PM⁺¹ LAX           ACT | | $589 ⌄ |
| 2 stops ⚠ · 20 hr 35 min · American · Operated by Skywest Airlines as Ameri… | | 234 kg CO₂ +60% emissions ⓘ |
| ✈ 2:32 PM → 2:00 PM⁺¹ LAX           ACT | | $539 ⌄ |
| 1 stop ⚠ · 21 hr 28 min · American · Operated by Skywest Airlines as Americ… | | 200 kg CO₂ +37% emissions ⓘ |
| ✈ 6:30 PM → 7:35 PM⁺¹ LAX           ACT | | $539 ⌄ |
| 1 stop ⚠ · 23 hr 5 min · American · Operated by Skywest Airlines as America… | | 200 kg CO₂ +37% emissions ⓘ |
| ✈ 6:20 PM → 7:35 PM⁺¹ LAX           ACT | | $575 ⌄ |
| 2 stops ⚠ · 23 hr 15 min · American · Operated by Skywest Airlines as Ameri… | | 241 kg CO₂ +64% emissions ⓘ |
| ✈ 12:20 PM → 2:00 PM⁺¹ LAX           ACT | | $539 ⌄ |
| 1 stop ⚠ · 23 hr 40 min · American · Operated by Skywest Airlines as Americ… | | 174 kg CO₂ +19% emissions ⓘ |
| ✈ 4:35 PM → 7:35 PM⁺¹ LAX           ACT | | $539 ⌄ |
| 1 stop ⚠ · 25 hr · American · Operated by Skywest Airlines as American Eagle | | 174 kg CO₂ +19% emissions ⓘ |

| | 10:30 AM → 2:00 PM +1 | | $470 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 25 hr 30 min · American · Operated by Skywest Airlines as America… | | 174 kg CO$_2$ +19% emissions ⓘ | |

| | 10:00 AM → 2:00 PM +1 | | $470 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 26 hr · American · Operated by Skywest Airlines as American Eagle | | 200 kg CO$_2$ +37% emissions ⓘ | |

| | 3:26 PM → 7:35 PM +1 | | $470 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 26 hr 9 min · American · Operated by Skywest Airlines as America… | | 200 kg CO$_2$ +37% emissions ⓘ | |

| | 9:00 AM → 2:00 PM +1 | | $470 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 27 hr · American · Operated by Skywest Airlines as American Eagle | | 181 kg CO$_2$ +24% emissions ⓘ | |

| | 2:32 PM → 7:35 PM +1 | | $539 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 27 hr 3 min · American · Operated by Skywest Airlines as America… | | 200 kg CO$_2$ +37% emissions ⓘ | |

| | 7:00 AM → 2:00 PM +1 | | $470 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |
| | 1 stop ⚠ · 29 hr · American · Operated by Skywest Airlines as American Eagle | | 200 kg CO$_2$ +37% emissions ⓘ | |

| | 12:20 PM → 7:35 PM +1 | | $539 | |
| --- | --- | --- | --- | --- |
| | LAX            ACT | | | |



| | | |
|---|---|---|
| 1 stop ⚠ · 29 hr 15 min · American · Operated by Skywest Airlines as Americ… | 174 kg $CO_2$ +19% emissions | |
| 6:27 AM → 2:00 PM +1  LAX    ACT | $470 | |
| 1 stop ⚠ · 29 hr 33 min · American · Operated by Skywest Airlines as Americ… | 174 kg $CO_2$ +19% emissions | |
| 6:00 AM → 2:00 PM +1  LAX    ACT | $470 | |
| 1 stop ⚠ · 30 hr · American · Operated by Skywest Airlines as American Eagle | 200 kg $CO_2$ +37% emissions | |
| 10:30 AM → 7:35 PM +1  LAX    ACT | $470 | |
| 1 stop ⚠ · 31 hr 5 min · American · Operated by Skywest Airlines as America… | 174 kg $CO_2$ +19% emissions | |
| 10:00 AM → 7:35 PM +1  LAX    ACT | $470 | |
| 1 stop ⚠ · 31 hr 35 min · American · Operated by Skywest Airlines as Americ… | 200 kg $CO_2$ +37% emissions | |

Hide 89 flights

🌐 Language · English (United States)    📍 Location · United States    💵 Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more