# Exhibit FF




Round trip   1   Economy

San Francisco ⇄ Austin   Sat, Jan 14   Sun, Jan 15

All filters | Stops | Airlines | Bags | Price | Times | Emissions

Track prices — Jan 14–15, 2023   Any dates   Date grid   Price graph

## Best departing flights

Ranked based on price and convenience. Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by:

| Flight | Price |
|---|---|
| 8:49 AM → 2:27 PM<br>SFO — AUS<br>Nonstop · 3 hr 38 min · United | $194 round trip<br>165 kg $CO_2$<br>Avg emissions |
| 10:59 AM → 4:37 PM<br>SFO — AUS<br>Nonstop · 3 hr 38 min · United | $194 round trip<br>182 kg $CO_2$ |

Avg emissions

4:50 PM → 10:22 PM　　　　　　$194
SFO　　　　AUS　　　　　　　round trip
Nonstop · 3 hr 32 min · United　　172 kg CO₂

Avg emissions

6:15 PM → 11:41 PM　　　　　　$194
SFO　　　　AUS　　　　　　　round trip
Nonstop · 3 hr 26 min · Alaska · American　　168 kg CO₂

Avg emissions

5:18 AM → 12:50 PM　　　　　　$217
SFO　　　　AUS　　　　　　　round trip
1 stop · 5 hr 32 min · United　　241 kg CO₂
　　　　　　　　　　　　　　+37% emissions

Prices are currently typical for your trip.

## Other departing flights

8:33 AM → 3:52 PM　　　　　　$172
SFO　　　　AUS　　　　　　　round trip
1 stop · 5 hr 19 min · Frontier, Spirit　　164 kg CO₂
SEPARATE TICKETS BOOKED TOGETHER　　-6% emissions

6:00 AM → 1:35 PM　　　　　　$226

|  |  |  |
|---|---|---|
| SFO | AUS | round trip |
| 1 stop · 5 hr 35 min · American | | 217 kg CO$_2$ |
| | | +23% emissions |

| | 12:55 PM → 9:09 PM | 🧳 $240 |
|---|---|---|
| | SFO      AUS | round trip |
| | 1 stop · 6 hr 14 min · United | 247 kg CO$_2$ |
| | | +40% emissions |

⌄ 62 more flights

 Language · English (United States)   Location · United States   Currency · USD

About    Privacy    Terms    Join user studies    Feedback    Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more