# Exhibit GG




Round trip | 1 | Economy

Los Angeles ⇄ Austin | Sat, Jan 14 | Sun, Jan 15

All filters | Stops | Airlines | Bags | Price | Times | Emissions

Track prices — Jan 14–15, 2023 | Any dates | Date grid | Price graph

## Best departing flights

Ranked based on price and convenience · Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.

Sort by:

| | 2:05 PM → 7:04 PM | $74 round trip |
|---|---|---|
| Spirit | LAX — AUS Nonstop · 2 hr 59 min · Spirit | 126 kg CO₂ — 13% emissions |

| | 9:15 AM → 2:12 PM | $128 round trip |
|---|---|---|
| American | LAX — AUS Nonstop · 2 hr 57 min · American | 141 kg CO₂ |






| 12:18 PM → 5:08 PM | $148 round trip |
| LAX    AUS | 141 kg CO$_2$ |
| Nonstop · 2 hr 50 min · American | Avg emissions |

| 5:58 PM → 10:49 PM | $168 round trip |
| LAX    AUS | 146 kg CO$_2$ |
| Nonstop · 2 hr 51 min · Delta | Avg emissions |

| 7:10 AM → 12:00 PM | Price unavailable |
| LAX    AUS | 160 kg CO$_2$ |
| Nonstop · 2 hr 50 min · Southwest | +9% emissions |

Prices are currently typical for your trip.

## Other departing flights



| 9:07 AM → 3:52 PM | $107 round trip |
| LAX    AUS | 156 kg CO$_2$ |
| 1 stop · 4 hr 45 min · Spirit | +6% emissions |

| 6:15 AM → 1:04 PM | $151 round trip |
| LAX    AUS | 163 kg CO$_2$ |
| 1 stop · 4 hr 49 min · American | |



| | | |
|---|---|---|
| 10:32 AM → 3:38 PM | $188 round trip | +11% emissions |
| LAX　　　AUS | 169 kg CO₂ | |
| Nonstop · 3 hr 6 min · United · Operated by Skywest DBA United Express | | |
| 7:06 PM → 12:08 AM⁺¹ | $188 round trip | +15% emissions |
| LAX　　　AUS | 169 kg CO₂ | |
| Nonstop · 3 hr 2 min · United · Operated by Skywest DBA United Express | | +15% emissions |
| 8:40 AM → 1:38 PM | $198 round trip | |
| LAX　　　AUS | 146 kg CO₂ | |
| Nonstop · 2 hr 58 min · Delta | Avg emissions | |

79 more flights

🌐 Language · English (United States)　　📍 Location · United States　　💵 Currency · USD

About　Privacy　Terms　Join user studies　Feedback　Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more