# Exhibit HH

Google Maps — 5000 Plaza on the Lake, Austin, TX to 800 Franklin Ave #380, Waco, TX 76701 — Drive 100 miles, 1 hr 32 min



Map data ©2022 Google — 10 mi

- **via I-35 N** — **1 hr 32 min**, 100 miles
  Fastest route now, avoids road closure on S 17th St
  ⚠ This route has tolls.

- **via State Hwy 95 N and I-35 N** — **1 hr 52 min**, 110 miles

### Explore 800 Franklin Ave #380

 Restaurants   Hotels   Gas stations   Parking Lots   More