# Exhibit II

5000 Plaza on the Lake, Austin, TX to 501 W 5th St #1100, Austin, TX 78701      Drive 12.7 miles, 18 min



| | via TX-360 Loop S | 18 min |
|---|---|---|
|  | Best route now due to traffic conditions | 12.7 miles |

| | via Ranch to Market 2222 E and TX-1 Loop S | 17 min |
|---|---|---|
| | | 11.1 miles |

Explore 501 W 5th St #1100

 Restaurants    Hotels    Gas stations    Parking Lots    More