# Exhibit JJ

# Google Maps

7800 Shoal Creek Blvd, Austin, TX 78757 to 800 Franklin Ave #380, Waco, TX 76701

Drive 96.4 miles, 1 hr 25 min



Map data ©2022 Google    10 mi



**via I-35 N** — 1 hr 25 min, 96.4 miles
Fastest route now, avoids road closure on S 17th St
This route has tolls.

**via State Hwy 95 N and I-35 N** — 1 hr 46 min, 106 miles

---

### Explore 800 Franklin Ave #380

 Restaurants   Hotels   Gas stations   Parking Lots   More