# Exhibit KK

Google Maps    7800 Shoal Creek Blvd, Austin, TX 78757 to 501 W 5th St #1100, Austin, TX 78701    Drive 7.9 miles, 11 min



| | via TX-1 Loop S | 11 min |
|---|---|---|
| | Fastest route now due to traffic conditions | 7.9 miles |

| | via TX-1 Loop S and N Lamar Blvd | 13 min |
|---|---|---|
| | | 7.9 miles |

| | via Shoal Creek Blvd and TX-1 Loop S | 15 min |
|---|---|---|
| | | 8.2 miles |

Explore 501 W 5th St #1100

    

Restaurants    Hotels    Gas stations    Parking Lots    More