IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS, LLC<br><br>               Plaintiff,<br>   v.<br><br>SONY INTERACTIVE<br>ENTERTAINMENT INC. and<br>SONY INTERACTIVE<br>ENTERTAINMENT LLC<br><br>               Defendants. | Civil No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ADDITIONAL ATTACHMENTS

Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment Inc. file the attached Declarations and Exhibits as additional attachments to their Motion to Transfer Venue to The Northern District of California, or in The Alternative, to the Austin Division of The Western District of Texas (Dkt. 21).

Dated: December 19, 2022

ERISE IP, P.A.

*/s/ Melissa R. Smith*
Eric A. Buresh
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: eric.buresh@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Abran J. Kean
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Email: abran.kean@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 19, 2022, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

*/s/ Melissa R. Smith*
