# Exhibit A


## Office of the Secretary of State

### Certificate of Fact

The undersigned, as Deputy Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for BLUEPOINT GAMES INC (file number 800624171), a Domestic For-Profit Corporation, was filed in this office on March 09, 2006.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on October 13, 2021.



Jose A. Esparza
Deputy Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555　　Fax: (512) 463-5709　　Dial: 7-1-1 for Relay Services
Prepared by: SOS-WEB　　TID: 10264　　Document: 1086186620003