# Exhibit B


# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Certificate of Formation for BLUEPOINT GAMES INC (file number 800624171), a Domestic For-Profit Corporation, was filed in this office on March 09, 2006.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on September 23, 2022.



John B. Scott  
Secretary of State

Come visit us on the internet at https://www.sos.texas.gov/

Phone: (512) 463-5555    Fax: (512) 463-5709    Dial: 7-1-1 for Relay Services  
Prepared by: SOS-WEB    TID: 10264    Document: 1180316260003