IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>    Defendants. | Case No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF INTENT TO PROCEED WITH VENUE DISCOVERY**

Plaintiff ACQIS LLC ("ACQIS" or "Plaintiff") hereby provides notice to all parties and the Court of its intent to proceed with venue discovery pursuant to the Court's September 16, 2022 Standing Order Governing Proceedings (OGP) 4.2—Patent Cases ("OGP 4.2"). On December 19, 2022, Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Defendants") filed Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Motion to Transfer Venue to the Northern District of California, or In the Alternative, to the Austin Division of the Western District of Texas ("Motion to Transfer"). Dkt. 21.

Section V of the Court's OGP provides, "Venue or jurisdictional discovery automatically opens upon the filing of an initial venue or jurisdictional motion and shall be completed no later than 10 weeks after the filing of such motion. Parties shall file a notice of venue or jurisdictional discovery if the discovery will delay a response to a motion to transfer." OGP 4.2 at § V.

1

Pursuant to OGP 4.2, § 5, ACQIS hereby provides notice of its intent to proceed with venue discovery, which will be completed no later than **February 27, 2023**.

Further, pursuant to the Court's OGP 4.2, "The deadline for plaintiff's response is 2 weeks after the completion of venue or jurisdictional discovery." OGP 4.2 at § VI.

Pursuant to OGP 4.2, § 6, ACQIS will file its brief in response to Defendants' Motion to Transfer within two weeks of completing venue discovery.

Dated: December 30, 2022

Respectfully submitted,

By: */s/ Logan J. Drew*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway

Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew