IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>                Plaintiff,<br>      v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>                Defendants. | Civil Action No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF LOGAN J. DREW IN OPPOSITION TO
DEFENDANT SONY INTERACTIVE ENTERTAINMENT INC., ET AL.'S
PARTIAL 12(B)(6) MOTION TO DISMISS**

I, Logan J. Drew, hereby declare as follows:

1. I am an attorney with the law firm of Robins Kaplan LLP, counsel of record for Plaintiff ACQIS LLC in the above-captioned matter. I submit this declaration based on personal knowledge following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. Attached as **Exhibit A** is a true and correct copy of the Claim Construction Memorandum Opinion and Order from *ACQIS LLC v. Samsung Elecs. Co., Ltd., et al.*, No. 2:20-cv-00295-JRG, Dkt. 92 (E.D. Tex. Sept. 26, 2021), with cited material highlighted in yellow.

3. Attached as **Exhibit B** is a true and correct copy of the Court's Order overruling Samsung's claim construction objections in *ACQIS LLC v. Samsung Elecs. Co., Ltd., et al.*, No. 2:20-cv-00295-JRG, Dkt. 116 (E.D. Tex. Nov. 17, 2021).

1

4.      Attached as **Exhibit C** is a true and correct copy of an email dated December 18, 2022, from the Court's Technical Advisor in the *ACQIS v. ASUSTeK* and *ACQIS v. Wiwynn* matters, Dr. Joshua J. Yi, to counsel for the parties in those matters, setting forth the Court's Preliminary Rulings for the December 19, 2022 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of January, 2023, in Minneapolis, Minnesota.

                                                 Respectfully submitted,

                                                 */s/ Logan J. Drew*
                                                 Logan J. Drew