# Exhibit C

**From:** Joshua J. Yi <josh@joshuayipatentlaw.com>
**Sent:** Sunday, December 18, 2022 1:26 AM
**To:** Collard, Case <collard.case@dorsey.com>; Tahdooahnippah, Forrest <forrest@dorsey.com>; Tamkin, Greg <Tamkin.Greg@dorsey.com>; Hepler, Madeline <hepler.madeline@dorsey.com>; Meyer, Ryan <meyer.ryan@dorsey.com>; Hales, Elliot <hales.elliot@dorsey.com>; Miller, Mark <miller.mark@dorsey.com>; stinson.michael@dorsey.com; Lee, Robert <lee.robert@dorsey.com>; pamstutz@scottdoug.com; chris.schmidt@eriseip.com; eric.buresh@eriseip.com; michelle.marriott@eriseIP.com; tom@gillamsmithlaw.com; melissa@gillamsmithlaw.com; sandc@gtlaw.com; blochd@gtlaw.com; shaneyfeltj@gtlaw.com; mark@swclaw.com; meansc@gtlaw.com; greg@swclaw.com; acharyan@gtlaw.com; hillro@gtlaw.com; cfeddeler@desmaraisllp.com; cdorman@desmaraisllp.com; dcho@desmaraisllp.com; efindlay@findlaycraft.com; steve.ravel@kellyhart.com; jkringstein@desmaraisllp.com; jseddon@desmaraisllp.com; jdesmarais@desmaraisllp.com; kelly.ransom@kellyhart.com; lspencer@desmaraisllp.com; lmiller@desmaraisllp.com; lklapp@rshc-law.com; MWueste@desmaraisllp.com; pmagic@desmaraisllp.com; rhabbaz@desmaraisllp.com; lwang@desmaraisllp.com; fsilletta@desmaraisllp.com
**Cc:** josh@joshuayipatentlaw.com
**Subject:** ACQIS LLC v. ASUSTeK 6:20-cv-00966), Lenovo (6:20-cv-00967), Wiwynn (6:20-cv-00968)

EXTERNAL FROM OUTSIDE DORSEY. BE CAUTIOUS OF LINKS AND ATTACHMENTS.

Counsel,

Below are the Court's Preliminary Rulings for Monday's hearing. To the extent there is a better way of organizing this table, please let me know. Otherwise, please let me know which terms the parties would like to argue by 8AM on Monday, and if a junior attorney will be arguing any of the terms. Furthermore, to the extent the parties will be using any slides, please send those to me by 1PM. Thanks.

| Term Construed by Judge Burroughs | Terms in This Case | Preliminary Ruling |
|---|---|---|
| "Communicating … a PCI bus transaction" | **"Full Transaction"** terms (*e.g.*, '416 Patent, Claim 60: "for communicating encoded serialized Peripheral Component Interconnect (PCI) bus transaction data…wherein the serial bit stream of PCI bus transaction comprises encoded PCI address and data bits." <br><br> **"Address and Data"** terms (*e.g.*, RE'814 Patent, Claim 31: "to communicate address and data bits of PCI bus transactions in serial form…") | **"Full Transaction"**: *EMC* construction apply to these terms <br><br><br><br> **"Address and Data"**: *EMC* construction do not apply to these terms |

| | | |
|---|---|---|
| "encoded … serial bit stream of a PCI bus transaction" | "Encoding" terms – claims reciting an "encoded" PCI bus transaction<br><br>"Serial" terms – claims reciting a PCI bus transaction in "serial stream" or "serial form", but do not recite "encoding" the PCI bus transaction or an "encoded" PCI bus transaction: | *EMC* construction only applies to terms that recite (1) "encoded," (2) "serial," and (3) "PCI bus transaction"<br><br>Note: The Court does not find it necessary to construe (1) "encoded," (2) "serial," and (3) "PCI bus transaction" as Judge Burroughs already construed—and the Circuit affirmed—the meaning of each of these words. |

The information for the Zoom hearing is as follows:

https://txwd-uscourts.zoomgov.com/j/1613131172?pwd=ek9WOFZLeHZXalNYVmFOdkJabDJoQT09

Meeting ID: 161 313 1172
Passcode: 167817

One tap mobile
+16692545252,,1613131172#,,,,*167817# US (San Jose)
+16692161590,,1613131172#,,,,*167817# US (San Jose)

Dial by your location
        +1 669 254 5252 US (San Jose)
        +1 669 216 1590 US (San Jose)
        +1 551 285 1373 US
        +1 646 828 7666 US (New York)

Meeting ID: 161 313 1172
Passcode: 167817

Find your local number: https://txwd-uscourts.zoomgov.com/u/ae3OuAb5i

If you have any questions, please let me know.  Thanks.

-Josh

P.S., Hopefully I am emailing everyone that are on these cases, but to the extent I have missed someone, if one of you can please forward to that person, I would appreciate it.


**Joshua J. Yi, Ph.D.**
The Law Office of Joshua J. Yi, PLLC
13492 Research Blvd; Ste. 120 – #445
Austin, TX 78750-2254