IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>　　　　　Plaintiff,<br>　v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br>　　　　　Defendants. | Case No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER DENYING DEFENDANTS' PARTIAL 12(B)(6) MOTION TO DISMISS

BEFORE THE COURT is Defendant Sony Interactive Entertainment Inc., et al.'s Partial 12(b)(6) Motion to Dismiss ("Motion to Dismiss"). Dkt. 24. The Court, having considered the Motion to Dismiss, as well as Plaintiff's opposition, any reply and/or sur-reply, and the competent evidence, finds that Defendants' Motion to Dismiss should be and is hereby DENIED.

SIGNED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE