# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>　　　　　Plaintiff,<br>　v.<br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br>　　　　　Defendants. | Case No. 6:22-cv-386-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING ACQIS'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO SONY'S PARTIAL 12(B)(6) MOTION TO DISMISS

BEFORE THE COURT is Plaintiff ACQIS's Unopposed Motion for Leave to File Sur-reply in Opposition to Sony's Partial Rule 12(b)(6) Motion to Dismiss ("Motion for Leave"). The Court, having considered the unopposed Motion for Leave, finds that Plaintiff's Motion for Leave should be and is hereby GRANTED.

SIGNED this _____ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE