IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC,<br>  *Plaintiff,*<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC. and SONY INTERACTIVE ENTERTAINMENT LLC,<br>  *Defendant.* | §§§§§§§§§§ | 6:22-CV-00386-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland on April 14, 2022, is hereby vacated.

**SIGNED** this 18th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE