# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., et al.,<br><br>   Defendants. | Case No. 6:22-cv-386-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff ACQIS LLC ("ACQIS" or "Plaintiff") and Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Defendants") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed. The parties intend to file a motion to enter a Scheduling Order, whether agreed or disputed, no later than February 24, 2023, i.e., two weeks after the Case Management Conference (CMC) will be deemed to have occurred on February 10, 2023.

A *Markman* date has not yet been proposed. Pursuant to the Court's OGP, the *Markman* hearing will likely be initially scheduled for July 21, 2023, i.e., 23 weeks after the CMC.

A trial date has not yet been proposed. Pursuant to the Court's OGP, trial will likely be initially scheduled for July 19, 2024, i.e., 52 weeks after the *Markman* hearing.

1

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on April 14, 2022. Dkt. 1. There have been seven extensions for a total of 242 days, due in part to then-pending issue preclusion and claim construction disputes in two cases involving some of the same asserted patents, *ACQIS LLC v. ASUSTeK Computer Inc.*, 6:20-cv-966-ADA ("*ACQIS v. ASUSTeK*") and *ACQIS LLC v. Wistron Corp. & Wiwynn Corp.*, 6:20-cv-968-ADA ("*ACQIS v. Wiwynn*"). A hearing was held on December 19, 2022 to address supplemental claim construction issues in those matters, and the Court has issued an Order resolving the remaining claim construction disputes in those matters. *See ACQIS v. ASUSTeK*, Dkt. 144 (dated Dec. 28, 2022, entered Jan. 6, 2023); *ACQIS v. Wiwynn*, Dkt. 141 (dated Dec. 28, 2022, entered Jan. 6, 2023). Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC contend that the issue preclusion issues remain unresolved.

## RESPONSE TO THE COMPLAINT

Defendants responded to the Complaint on December 20, 2022 by filing Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Partial 12(b)(6) Motion to Dismiss regarding issue preclusion. Dkt. 24.

## PENDING MOTIONS

The following motions are pending before the Court:

- Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Motion to Transfer Venue to the Northern District of California, or in the Alternative, to the Austin Division of the Western District of Texas (Dkt. 21), filed under seal on December 19, 2022; and

- Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Partial 12(b)(6) Motion to Dismiss regarding issue preclusion (Dkt. 24), filed on December 20, 2022.

**RELATED CASES IN THIS JUDICIAL DISTRICT**

The following cases, each of which involves multiple common asserted patents, are pending in this Judicial District:

- *ACQIS LLC v. Microsoft Corp.*, 6:22-cv-385-ADA (filed Apr. 14, 2022);[1]
- *ACQIS LLC v. ASUSTek Computer Inc.*, 6:20-cv-966-ADA (filed Oct. 15, 2020); and
- *ACQIS LLC v. Wistron Corp. & Wiwynn Corp.*, 6:20-cv-968-ADA (filed Oct. 15, 2020).

**IPR, CBM, AND OTHER PGR FILINGS**

There are no known current IPR, CBM, or other PGR filings relating to any of the patents-in-suit. There are pending *ex parte* reexaminations of claim 7 of U.S. Patent No. 8,977,797 and claims 14 and 23 of U.S. Reissued Patent No. RE44,654, which were filed by Wiwynn Corporation.

**NUMBER OF ASSERTED PATENTS AND CLAIMS**

Plaintiff has asserted five patents and expects to assert approximately 60-80 claims against Defendants in its infringement contentions, which are due February 3, 2023. The asserted patents are U.S. Patent Nos. 9,529,768, 9,703,750, 8,977,797, RE44,654, and RE45,140.

**APPOINTMENT OF TECHNICAL ADVISOR**

At this time, the parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues. The parties note that the

---

[1] This matter is a CRSR Related Case as defined in OGP 4.2, Section I.

Court has appointed Dr. Joshua Yi as technical advisor in the *ACQIS v. ASUSTek* and *ACQIS v. Wiwynn* matters.

## **MEET AND CONFER STATUS**

Plaintiff and Defendants have met and conferred. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: January 27, 2023

Respectfully submitted,

By: */s/ Logan J. Drew*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (to appear *pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (to appear *pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Plaintiff ACQIS LLC*


By: */s/ Abran J. Kean*

Abran J. Kean (*pro hac vice*)
CO Bar 44660
ERISE IP, P.A.
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Phone: 913-777-5600
Fax: 913-777-5601
Abran.kean@eriseip.com

Eric A. Buresh (admitted in this District)
KS Bar 19895
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew