# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., et al.,<br><br>    Defendants. | Case No. 6:22-cv-386-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Plaintiff ACQIS LLC ("ACQIS" or "Plaintiff") and Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Sony" or "Defendants") (collectively, the "Parties") hereby jointly move for entry of the agreed upon proposed Scheduling Order attached hereto as **Exhibit A**. The proposed Scheduling Order is based on the Exemplary Schedule as set forth in Appendix A to the Court's Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases, dated September 16, 2022.

Dated: February 24, 2023        Respectfully submitted,

                     By: */s/ Logan J. Drew*

                     Ronald J. Schutz (admitted in this District)
                     MN Bar No. 0130849
                     Email: rschutz@robinskaplan.com
                     Aaron R. Fahrenkrog (*pro hac vice*)
                     MN Bar No. 0386673
                     Email: afahrenkrog@robinskaplan.com
                     Logan J. Drew (admitted in this District)
                     MN Bar No. 0389449

Email: ldrew@robinskaplan.com
William Jones (*pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Plaintiff ACQIS LLC*


By: */s/ Abran J. Kean*

Abran J. Kean (*pro hac vice*)
CO Bar 44660
ERISE IP, P.A.
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Phone: 913-777-5600
Fax: 913-777-5601
Abran.kean@eriseip.com

Eric A. Buresh (admitted in this District)
KS Bar 19895
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew
