IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., et al.,<br><br>        Defendants. | Case No. 6:22-cv-386-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF EXTENSION OF BRIEFING DEADLINES ON SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA, OR IN THE ALTERNATIVE, TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, dated March 7, 2022, Plaintiff ACQIS LLC ("ACQIS" or "Plaintiff") and Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Sony" or "Defendants") (collectively, the "parties") hereby provide notice that the parties have agreed to extend to **March 22, 2023** ACQIS's deadline to file its opposition to Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's Motion to Transfer Venue to the Northern District of California, or in the Alternative, to the Austin Division of the Western District of Texas ("Motion to Transfer"). Dkt. 21. The parties also agree to a corresponding extension of Sony's deadline for filing its reply to **April 5, 2023**.

Good cause exists to extend the briefing schedule. Sony filed its Motion to Transfer on December 19, 2022. Dkt. 21. On December 30, 2022, ACQIS filed Plaintiff's Notice of Intent to

Proceed with Venue Discovery. Dkt. 29. The parties then engaged in venue discovery. Pursuant to the Court's September 16, 2022 Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases ("OGP"), the venue discovery period closed on **February 27, 2023**. OGP at § V.

Pursuant to the Court's OGP, "[t]he deadline for plaintiff's response [to Sony's Motion to Transfer] is 2 weeks after the completion of venue or jurisdictional discovery." OGP at § VI. Based on the parties' belief that venue discovery was complete as of February 27, 2023, ACQIS's deadline for filing its opposition would have been **March 13, 2023**.

On March 8, 2023, Sony produced an additional responsive document and served a supplemental set of responses to ACQIS's venue interrogatories based on Sony's discovery of new responsive information.

Based on this newly discovered information and the parties' belief that venue discovery is now complete as of March 8, 2023, the parties agree that it is appropriate to extend ACQIS's response deadline to "2 weeks after the completion of venue or jurisdictional discovery," (OGP at § VI), *i.e.*, two weeks from service of Sony's supplemental discovery responses, or **March 22, 2023**. The parties further agree that pursuant to the Court's OGP, the deadline for Sony's reply will be **April 5, 2023**. OGP at § VI.

The *Markman* hearing in this matter is currently scheduled for July 21, 2023. Dkt. 42 (Scheduling Order). Trial is currently set to begin on July 19, 2024. *Id.* This extension will not change or affect the date for any hearing, any final submission to the Court related to a hearing, the trial, or any other Court event.

Accordingly, the parties respectfully request that the Court grant the parties' joint extension of the briefing schedule on Sony's Motion to Transfer.

| | |
|---|---|
| Dated: March 10, 2023 | Respectfully submitted,<br><br>By: */s/ Logan J. Drew*<br><br>Ronald J. Schutz (admitted in this District)<br>MN Bar No. 0130849<br>Email: rschutz@robinskaplan.com<br>Aaron R. Fahrenkrog (*pro hac vice*)<br>MN Bar No. 0386673<br>Email: afahrenkrog@robinskaplan.com<br>Logan J. Drew (admitted in this District)<br>MN Bar No. 0389449<br>Email: ldrew@robinskaplan.com<br>William Jones (*pro hac vice*)<br>MN Bar No. 0402360<br>Email: wjones@robinskaplan.com<br>**ROBINS KAPLAN LLP**<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Facsimile: 612-339-4181<br><br>Of Counsel:<br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>Email: jw@wsfirm.com<br>Andrea L. Fair<br>Texas State Bar No. 24078488<br>Email: andrea@wsfirm.com<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br><br>*Counsel for Plaintiff ACQIS LLC*<br><br>By: */s/ Abran J. Kean*<br><br>Abran J. Kean (*pro hac vice*)<br>CO Bar 44660<br>ERISE IP, P.A.<br>5299 DTC Blvd., Suite 1340<br>Greenwood Village, CO 80111 |

Phone: 913-777-5600
Fax: 913-777-5601
Abran.kean@eriseip.com

Eric A. Buresh (admitted in this District)
KS Bar 19895
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew