# Exhibit 11

Case 1:23-cv-00822-ADA   Document 45-6   Filed 03/29/23   Page 2 of 7

# Tom Mckeone · 3rd

Chief Engineer at Uhnder, Inc.

- Uhnder, Inc.
- University of Iowa

Austin, Texas, United States · Contact info

500+ connections

Message  + Follow  More

## About

Engineering professional with over 25 years of experience in design & system engineering and management who is able to quickly switch between technical and management concerns. Constantly analyzing how things are done and looking for ways to improve them. No nonsense leader that delivers results.

## Activity

2,013 followers

**Tom hasn't posted lately**
Tom's recent posts and comments will be displayed here.

Show all activity →

## Experience

Chief Engineer



### Chief Engineer
Uhnder, Inc. · Full-time
Apr 2021 - Present · 2 yrs
Austin, Texas, United States

Developing disruptive products for sensing, cognition, and communication.
…                                                                      …see more

### Sabbatical
Freelance
Feb 2020 - Apr 2021 · 1 yr 3 mos
Austin, Texas, United States

It has been an incredible 25 years with many trials, tribulations, and triumphs. AMD is rare place that combines great, talented peopl…  …see more



### AMD
11 yrs 8 mos

### Corporate Vice President
Sep 2016 - Jan 2020 · 3 yrs 5 mos
Austin, Texas

Lead hardware engineering for Radeon Technology Group for all GFX related SOC designs and GFX, Multimedia, Display, Audio, Image processing, and memory IPs.

### Corporate Vice President
Apr 2013 - Sep 2016 · 3 yrs 6 mos
Austin, Texas

Lead all engineering efforts (design, platform, and software) in semi-custom division. Products range from high-end APU (CPU+Graphics) processors to IP licensing.

Worked to bring next generation gaming consoles to the market with Sony Playstation 4 & 5 and Microsoft Xbox One/S & Xbox X

### Senior Director, Design
Jun 2008 - Apr 2013 · 4 yrs 11 mos

Responsible for all aspects of product development for large, high performance SOCs. In later programs responsible for entire program execution from concept to production acting in a Chief Engineer role. Worked with all engineering functions from design engineer, platform, product/test, and software.This included working closely with customers for product definition and execution.



**Director**
AMD
1994 - 2008 · 14 yrs

Design lead on next generation microprocessors including graphics IP (APUs).

## Education



**University of Iowa**
BSEE, Computer Engineering
1983 - 1987

## Skills

**ASIC**

Endorsed by Tiger Lu ( 陆卫东) P.Eng who is highly skilled at this

Endorsed by 6 colleagues at AMD

80 endorsements

**SoC**

Endorsed by Anil Deshpande and 1 other who is highly skilled at this

Endorsed by 13 colleagues at AMD

99+ endorsements

**IC**

Endorsed by Moises E. Robinson who is highly skilled at this

Endorsed by 7 colleagues at AMD

55 endorsements

Show all 33 skills →

## Recommendations

**Received**     Given



**Wade Buckner** · 3rd

IP & Foundry Operations Manager

March 29, 2009, Wade worked with Tom on the same team

I have had the pleasure to work with Tom a number of times throughout my career. Tom is an outstanding engineering manager that has successfully lead diverse teams on complex projects at AMD. He has a strong technical background with a broad experience base. Tom has excellent leadership…

## Languages

Spanish

## Interests

**Top Voices**    Companies    Groups    Newsletters    Schools



**Pat Gelsinger** 🔗 · 3rd

CEO Intel

166,504 followers

➕ Follow

## People also viewed



**David Gonzalez** • 3rd

Manager, Mechanical Engineering at Uhnder, Inc.

🔒 Message

**Lysander Lim** • 3rd

Principal Engineer at Uhnder, Inc.

🔒 Message



**Richard Maslowski** • 3rd

Chief System Architect at Uhnder, Inc.

🔒 Message



**Dennis Porter** • 3rd

Staff Engineer at Uhnder, Inc.

Message

**Eric Venditti** • 3rd

SOC lead at Uhnder, Inc.

Message

Show more

## People you may know

**Emily Slagle**

Business Development Manager

Connect

**Katelyn Kasella**

Marketing and Communications Coordinator at Robins Kaplan LLP

Connect

**Marc Betinsky**

Partner at Robins Kaplan LLP

Connect

**Katie Bennett**

Partner at Robins Kaplan LLP

Connect

**Ricardo Ehramjian**

Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect

Show more