# Exhibit 12

Case 1:23-cv-00822-ADA   Document 45-7   Filed 03/29/23   Page 2 of 6



# Masooma Bhaiwala · 3rd

Vice President, Accelerated Computing Systems and Graphics (AXG); GM Xe Silicon Eng (XSE)

Andover, Massachusetts, United States · Contact info

**500+** connections

Message    + Follow   More

## About

• Proven track record of 30 years of building Silicon design teams and delivering on-schedule, high quality parts

• Successfully lead and delivered chips from concept to Silicon
 AMD – Three Special semi-custom game console chips and other semi-custom APUs and ASIC
 designs for various customers
 AMD APU "Trinity", AMD K8 Rev G
 SUN - UltraSparc-V
 Digital –Alpha 21264 (EV6), Alpha 21264 Core Logic chipset, Digital – Alpha 21064

• Broad knowledge of chips – SOC, core CPU design – RTL, Verification, ASIC flows, debug and bring-up, physical design

• Highly experienced in building and leading large, multi-site international SOC chip organizations
Excellent team builder with ability to build, mentor and motivate teams to maximize their throughput and energize them to deliver quality products.

• Strong leadership and problem solving skills, very successful in managing by influence across matrixed organizations, both internally and with external vendors.

• Skilled negotiator with strong customer focus

• Built several Overseas Design Centers (ODCs) for resource augmentation with successful project deliverables.

## Activity

3,140 followers

Masooma Bhaiwala commented on a post • 6d

Congrats 

 300                                                                88 comments

Masooma Bhaiwala commented on a post • 2w

Congrats my dear and on this women's day - keep achieving and rising 👌❤️

 233                                                                60 comments

Show all activity →

## Experience


**Vice President**
Intel Corporation · Full-time
Dec 2019 - Present · 3 yrs 4 mos
Hudson, Massachusetts

Discrete GFx SOCs

**AMD**
15 yrs 6 mos

**Corporate Vice President**
Feb 2018 - Dec 2019 · 1 yr 11 mos
Boxborough, MA

**Corporate Vice President**
Feb 2018 - Nov 2019 · 1 yr 10 mos
Boxborough

Semi-custom SOCs

### Senior Director of Design Engineering

Jul 2004 - Feb 2018 · 13 yrs 8 mos
Boxborough

Lead SOC design team for AMD's semi-custom business unit - oversee all Silicon design effort (RTL, synthesis and physical design, design verification & DFT) for SOC development including planning, hiring and execution & pre-Silicon customer engagement.

Directed and managed the planning and execution of several AMD APUs and CPU Client chips

Set-up and directed the Program Management Center of Excellence for the Design Engineering group at AMD - this included
Training of Design Program Managers, establishing standards and directing tools development to improve program planning and execution tracking
Standardizing milestone and metrics across AMD design community by aligning on the design development cycle across various BUs


### Senior RTL manager
Sun Microsystems
1999 - 2004 · 5 yrs
Burlington MA

Held several positions - micro-architect / RTL designer for the instruction renamer unit; RTL manager of the Boston design center and own  …see more


### Senior Verification Engineer/ASIC Design Engineer
DEC Digital Equipment Corporation
1991 - 1999 · 8 yrs
Hudson, MA

Logic Designer and Senior DV engineer and DV lead for various Alpha Chips and Chipsets.

## Education


### University of Massachusetts Lowell
Master of Science (MS), Computer Engineering
1989 - 1990


### NED University of Engineering and Technology
Bachelor of Engineering (B.E.), Electrical and Computer Engineering

## Volunteering



**Board member of TCF USA; Co-founder and core team member of TCF Boston chapter**
The Citizens Foundation, USA (TCF-USA)
Jan 2013 - Present · 10 yrs 3 mos
Education

raise funds to build schools in Pakistan

**President**
OPEN - Organization of Pakistani Entrepreneurs and Professionals
Jan 2014 - Jan 2016 · 2 yrs
Science and Technology



**Volunteer for Saheli - raise awareness on issues related to domestic violence amongst Pakistani and Muslim diaspora**
Saheli Inc
Jan 2014 - Present · 9 yrs 3 mos
Social Services

## Skills

### RTL design
Alexei Navolokin has given an endorsement for this skill

5 endorsements

### Functional Verification

 Endorsed by Kumar Nandan and 1 other who is highly skilled at this

 Endorsed by 5 colleagues at Intel Corporation

 24 endorsements

### ASIC

 Endorsed by Tom Trocine who is highly skilled at this

 Endorsed by 6 colleagues at Intel Corporation

 39 endorsements

Show all 28 skills →

Show all 23 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that Masooma receives will appear here.

## Interests

**Companies**    Groups    Newsletters    Schools

**AMD**
1,060,055 followers
+ Follow

**HealthDiariesUS**
75 followers
+ Follow

Show all 22 companies →