# Exhibit 13

Case 1:23-cv-00822-ADA   Document 45-8   Filed 03/29/23   Page 2 of 5



# Bob Feldstein · 2nd
Consultant at Merriam Honey

- Merriam Honey
-  The University of Connecticut

Marlborough, Massachusetts, United States · **Contact info**

**500+** connections

Connect   🔒 Message   More

## Activity
1,163 followers

**Bob hasn't posted lately**
Bob's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Consultant**
Merriam Honey
Sep 2018 - Present · 4 yrs 7 mos

 **VIce President and General Manager IP Core Licensing**
NVIDIA
Jul 2012 - Dec 2018 · 6 yrs 6 mos

Jul 2012 - Dec 2018 · 6 yrs 6 mos
Santa Clara, CA

Responsible for NVIDIA's GPU Core licensing business.



### Corporate Vice President Game Console
AMD
Oct 2006 - Jun 2012 · 5 yrs 9 mos
Marlborough MA

Created and led the game console business within AMD. AMD won all 3 of the major living room consoles during this period.

The game console business was realized as a strategic partnership between companies, involving long term semi-custom development. The technology for game console both borrowed from and pushed the edges of AMD's long term product roadmap.

### ATI
13 yrs 1 mo

#### VP GPU Core LIcensing
Aug 2005 - Oct 2006 · 1 yr 3 mos
Marlborough MA

Created and managed the graphics core IP licensing business and engineering team within ATI. Developed low power scalable GPU  …see more

#### VP Engineering
May 2001 - Oct 2005 · 4 yrs 6 mos
Marlborough

ATI was a leading provider of Graphics Processing Unit (GPU) chips. I was responsible for a GPU engineering team consisting of 150 engineers locate…

#### Director Engineering
Oct 1993 - May 2001 · 7 yrs 8 mos
Marlborough MA

Group delivered 3D graphics cores for inclusion in silicon that also included multimedia and display hardware. Oversight of 60 person silicon…

## Education



### University of Connecticut
BSEE and BS Biology
1974 - 1983

1974 – 1985

## Skills

### SoC

 Endorsed by Anand Mandapati who is highly skilled at this

 Endorsed by 3 colleagues at AMD

 53 endorsements

### Semiconductors

 Endorsed by Jean Boufarhat and 3 others who are highly skilled at this

 Endorsed by 10 colleagues at NVIDIA

 69 endorsements

### IC

 Endorsed by Anand Mandapati who is highly skilled at this

 Endorsed by 6 colleagues at AMD

 24 endorsements

Show all 47 skills →

## Recommendations

**Received**   Given



**Kevin Gorey** · 3rd
Director, Strategic Technical Initiatives, Office of the CTO at HP
February 13, 2015, Bob was senior to Kevin but didn't manage Kevin directly

Bob is unique in his ability to surface and solve key engineering and business issues as they became relevant in dealings with customers. He works from a general manager's perspective but with an engineer's experience.

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

**Bracken Darrell** in · 2nd
CEO, Logitech
85,201 followers

+ Follow

**Satya Nadella** in · 3rd
Chairman and CEO at Microsoft
10,423,122 followers

+ Follow

Show all 3 Top Voices →