# Exhibit 14

Case 1:23-cv-00822-ADA   Document 45-9   Filed 03/29/23   Page 2 of 4

# Rick Fuller · 3rd

Corporate Vice President - GPU IP Operations

-  AMD
-  Worcester Polytechnic Institute

Boston, Massachusetts, United States · **Contact info**

**500+** connections

Message      More

## Activity

786 followers

**Rick hasn't posted lately**
Rick's recent posts and comments will be displayed here.

**Show all activity →**

## Experience

 **Corporate Vice President of Operations, GPU IP Development**
AMD
Mar 1995 - Present · 28 yrs 1 mo

## Education



**Worcester Polytechnic Institute**
Bachelor of Science (BS), Computer Engineering
1990 - 1994

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Rick receives will appear here.

## Interests

**Top Voices**   Companies   Schools



**LeVar Burton** in · 3rd
Actor, presenter, director, author and podcaster. Founder at LeVar Burton Entertainment.
822,972 followers

+ Follow



**Bill Gates** in
Co-chair, Bill & Melinda Gates Foundation
36,275,515 followers

+ Follow

| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Community Guidelines | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2023