# Exhibit 15



# Rick Hagen · 3rd
Senior Director of Engineering at NVIDIA

-  NVIDIA
-  Rensselaer Polytechnic Institute

Marlborough, Massachusetts, United States · **Contact info**

**500+** connections

Message     Follow    More

## Activity
1,115 followers

**Rick hasn't posted lately**
Rick's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Senior Director of Engineering**
NVIDIA
Oct 2012 - Present · 10 yrs 6 mos
MA

 **AMD**
12 yrs 10 mos

**Chief Engineer, Senior Director - Silicon Engineering**
Sep 2011 - Oct 2012 · 1 yr 2 mos

Sep 2011 - Oct 2012 · 1 yr 2 mos
Boxborough, MA

**Senior Director, Processor Solutions Engineering**
Oct 2009 - Sep 2011 · 2 yrs
Boxborough, MA

**Director of Engineering, Graphics Product Group**
Oct 2006 - Oct 2009 · 3 yrs 1 mo

Show all 4 experiences →



**Senior Manager, Eastern Region Design Centers**
Synopsys
Feb 1999 - Dec 1999 · 11 mos

**Sr Manager HW Engineering**
DEC
1983 - 1999 · 16 yrs

## Education



**Rensselaer Polytechnic Institute**
Post Grad Studies, Plasma Physics
1982 - 1983



**Rensselaer Polytechnic Institute**
BSEE, Computer Hardware Design, Semiconductor Devices
1978 - 1982

**Blake School**

## Skills

**IC**

Endorsed by Alfred Crouch who is highly skilled at this

Endorsed by 3 colleagues at AMD

24 endorsements

**Semiconductors**

Endorsed by Eric Tosaya and 4 others who are highly skilled at this

Endorsed by 4 colleagues at NVIDIA

35 endorsements

**Simulations**

Endorsed by 9 colleagues at AMD

9 endorsements

Show all 38 skills →

## Recommendations

**Received**     Given

**Nothing to see for now**
Recommendations that Rick receives will appear here.

## Interests

**Companies**     Groups     Schools

**Rensselaer Polytechnic Institute**
99,775 followers

＋ Follow

**NVIDIA AI**
419,965 followers

＋ Follow

Show all 8 companies →

**People also viewed**

**Niranjan Avadhanam** • 3rd
Director, Engineering at NVIDIA

Message

**Raghav Mani** • 3rd
Director of Product for Healthcare AI at NVIDIA

Message

**Cameron Moore** • 3rd
Senior Director of Software Engineering at NVIDIA

Message

**Andi Skende** • 3rd
Senior Director & Distinguished Engineer at NVIDIA, System and SoC Architecture

Message

**Jordan Hubbard** • 3rd
Senior Director at NVIDIA

Follow

Show more

## People you may know

**Emily Slagle**
Business Development Manager

Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

Connect



**Marc Betinsky**
Partner at Robins Kaplan LLP

Connect

**Katie Bennett**
Partner at Robins Kaplan LLP

Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect

Show more