# Exhibit 16

Case 1:23-cv-00822-ADA   Document 45-11   Filed 03/29/23   Page 2 of 5

## Andi Skende · 3rd

Senior Director & Distinguished Engineer at NVIDIA, System and SoC Architecture

-  NVIDIA
-  Worcester Polytechnic Institute

Westford, Massachusetts, United States · Contact info

500+ connections

Message    + Follow   More

## Activity

1,172 followers

**Andi Skende** posted this • 2mo

Trey Cain is #hiring. Know anyone who might be interested?

 **Senior Memory System Architect**
Job by NVIDIA
Santa Clara, California, United States

 16

Show all activity →

## Experience

 NVIDIA


Full-time · 2 yrs 6 mos

### Senior Director and Distinguished Engineer
Jul 2022 - Present · 9 mos
Westford, Massachusetts, United States

### Distinguished Engineer
Oct 2020 - Jul 2022 · 1 yr 10 mos
Massachusetts, United States


### Senior Fellow
AMD
Jun 2019 - Oct 2020 · 1 yr 5 mos
Boxborough, Massachusetts


### NVIDIA
6 yrs 8 mos

### Distinguished Engineer, Tegra System Architecture
Oct 2014 - Jun 2019 · 4 yrs 9 mos

### Principal System Architect
Nov 2012 - Oct 2014 · 2 yrs
Westford, MA


### Fellow at Advanced Micro Devices
Advanced Micro Devices (AMD)
Apr 1999 - Nov 2012 · 13 yrs 8 mos
Marlborough and Boxborough, MA

### Graphics Hardware Architect
ATI Research Inc.
Apr 1999 - Nov 2007 · 8 yrs 8 mos
Marlborough, MA

**Show all 8 experiences →**

## Education


### Worcester Polytechnic Institute
Bachelor of Science - BS, Electrical and Computer Engineering
1994 - 1997

**Tirana Polytechnic University**
Electrical and Electronics Engineering
1992 - 1993

## Skills

**Processors**

 Endorsed by Eric Demers and 5 others who are highly skilled at this

 Endorsed by 2 colleagues at NVIDIA

 23 endorsements

**Computer Architecture**

Endorsed by Ljubisa Bajic and 3 others who are highly skilled at this

 Endorsed by 7 colleagues at NVIDIA

 32 endorsements

**RTL design**

 Endorsed by 2 colleagues at NVIDIA

 17 endorsements

**Show all 28 skills →**

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Andi receives will appear here.

## Interests

**Top Voices**   Companies   Groups   Schools



**Bill Gates**

Andi Skende | LinkedIn

https://www.linkedin.com/in/andi-skende-b6970a3/

Co-chair, Bill & Melinda Gates Foundation
36,275,514 followers

+ Follow