# Exhibit 17

# Peter Pellerite · 3rd

Staff Program Manager at Synopsys Inc

-  Synopsys Inc
-  Rensselaer Polytechnic Institute

Leominster, Massachusetts, United States · **Contact info**

**215** connections

Message    Follow   More

## About

Technical Program Manager with extensive experience managing large cross site and cross company programs. Demonstrated success in delivering complex silicon projects. Knowledge across the engineering life cycle from product design through ramp to volume production.

## Activity

217 followers

**Peter hasn't posted lately**
Peter's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Staff Program Manager**



Synopsys Inc
2015 - Present · 8 yrs 3 mos
Greater Boston Area



AMD
14 yrs 1 mo
Greater Boston Area

### Senior Program Manager, CSSE Cores IP
2015 · Less than a year

Senior Program Manager
Lead PM for portfolio of CPU Cores IP programs. Drive common metrics/methods across teams, coordinated phase exits and managed headcount plans within budget for a 600+ person organization encompassing IP at various stages of development. Reported status updates to executive management. Assumed additional responsibility to drive third party IP through planning/acquisition process and tracking through its life cycle.

### Senior Program Manager, Discrete GPU SOC
2013 - 2015 · 2 yrs

Senior Program Manager
Chief of Staff responsible for running day to day group operations and creating a $40 million labor plus material budget for a 300 person multi-national team. Maintained this budget within planned annual targets while resolving multimillion dollar challenges by analyzing multiple scenarios to optimize budget and product roadmap.

### Senior Program Manager, Semi-Custom Business Unit
2009 - 2013 · 4 yrs

Senior Program Manager
Responsible program manager for AMD's game console partnership with Sony requiring planning, coordination and tracking of program status and deliverables for over 500 AMD engineers spread across North America and Asia.
The program used and drove improvements to AMD's technology from Graphics and Multimedia to CPUs while working within stringent system design constraints
• Managed cross program communications as the center point for status reporting and problem solving involving all aspects of the multi-year project: including chip design, software deliverables, software development systems, fab readiness and manufacturing.
• Cultivated a strong customer relationship working directly with the customer team on a daily basis. Regularly reported status to Sony executive management while simultaneously working with the customer's engineering

team to anticipate and solve issues.
• Negotiated payment milestones, acceptance criteria and other issues tracking AMD's performance against schedule and contract deliverables.
• Responsible for the budget and the worldwide staffing plan for the program.
• Managed delivery and interdependency through definition with internal groups and the external customer for the program from start to finish with intermediate deliverables and checkpoints.
• Interdependencies included management of software development interaction with hardware.
• Successful program delivery accomplished through attention to detail of deliverables across architectural specifications, design implementation, package and system design.

The program won the highest level corporate award in AMD for its efforts:
• Secured significant NRE funding for development work
• Created a significant new revenue stream for AMD

Show all 4 experiences →

### Engineering Manager, CPCG Professional Graphics
Compaq Computer Corporation
Apr 1999 - Jun 2001 · 2 yrs 3 mos
Greater Boston Area

Engineering Manager
Established and managed a team of key people through a corpo  …see more

### Digital Equipment Corporation
13 yrs 9 mos
Greater Boston Area

### Engineering Manager, Workstation Graphics and Multimedia
Dec 1995 - Mar 1999 · 3 yrs 4 mos

Engineering Manager
Defined the engineering project scope, budget, deliverables and schedule…

### Principal Engineer / Senior Engineer
Jul 1985 - Nov 1995 · 10 yrs 5 mos

SBU M&D Technology
Principle Engineer and Technical Manager. Converted 11 obsolete…

## Education



**Rensselaer Polytechnic Institute**

Credits towards Master of Science (M.S.), Materials Science

Glass/Ceramics, Semiconductors

---

**Rensselaer Polytechnic Institute**

Bachelor of Science (B.S.), Chemical Engineering

Polymer Science

## Skills

**Program Management**

 Endorsed by 2 colleagues at AMD

 4 endorsements

---

**Electronics Packaging**

Rick Hagen has given an endorsement for this skill

 1 endorsement

---

**SoC**

 Endorsed by 2 colleagues at AMD

 10 endorsements

Show all 21 skills →

## Recommendations

**Received**   Given

**Nothing to see for now**

Recommendations that Peter receives will appear here.

## Publications

**IEEE Electronic Manufacturing Symposium, Sockets: Considerations as**

an alternative to Surface Mounting
Jan 1, 1988

**Other authors**



## Interests

**Top Voices**    Companies    Schools



**Guy Kawasaki** · 3rd
On a mission to make people remarkable. Chief evangelist, Canva. Host, Remarkable People podcast.
3,070,143 followers

+ Follow



**Jack Welch** · 3rd
Executive Chairman, The Jack Welch Management Institute
7,159,042 followers

+ Follow

Show all 4 Top Voices →

## People also viewed

**Bruce Ellsworth** • 3rd+
President at Saul's Creek Engineering Inc.

+ Connect



**Toshiaki Sakaguchi** • 3rd+
General and operations management, Project management

+ Connect

**Andy Vesper** • 3rd
Software Engineer and Architect

🔒 Message



Message

**Marty Jenkel** • 3rd+
Principal Systems Engineer
Message

**Yevgeniy Khudyakov** • 3rd
Build/Release Engineer
Message

Show more

## People you may know

**Emily Slagle**
Business Development Manager
Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP
Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP
Connect

**Katie Bennett**
Partner at Robins Kaplan LLP
Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP
Connect

Show more