# Exhibit 18



# Chris Kilburn · 3rd

Corporate Vice President and General Manager, Client Channel Business at AMD

- AMD
-  Purdue University

Cedar Park, Texas, United States · **Contact info**

500+ connections

Message   + Follow   More

## Activity

668 followers

### Chris hasn't posted lately

Chris' recent posts and comments will be displayed here.

**Show all activity →**

Case 1:23-cv-00822-ADA   Document 45-13   Filed 03/29/23   Page 3 of 5

## Experience

### AMD
16 yrs 9 mos

**Corporate Vice President Strategic Programs and Operations, RTG**
Oct 2017 - Present · 5 yrs 6 mos
Austin, Texas Area

**Sr. Director Product Management**
Jul 2006 - Present · 16 yrs 9 mos

**Sr. Manager IT PMO**
Jul 2006 - Jul 2008 · 2 yrs 1 mo


**Product Marketing Director**
Advanced Micro Devices
Jul 2006 - Present · 16 yrs 9 mos
Austin, Texas Area


**Senior Consultant**
Cyberplex
2000 - 2006 · 6 yrs

**Sr. Consultant**
CX Digital Media Inc.
2000 - 2006 · 6 yrs


**Product Support Engineer**
3M
1997 - 1999 · 2 yrs

## Education


**Purdue University**
MSCE, Engineering
1989 - 1993


**Purdue University**
Master of Engineering (M.Eng.)
1989 - 1993

# Skills

## Product Management

 Endorsed by Edgar F. who is highly skilled at this

 Endorsed by 12 colleagues at AMD

 24 endorsements

## Program Management

 Endorsed by 4 colleagues at AMD

13 endorsements

## Product Marketing

 Endorsed by 5 colleagues at AMD

 8 endorsements

Show all 20 skills →

# Recommendations

**Received**    Given

Case 1:23-cv-00822-ADA   Document 45-13   Filed 03/29/23   Page 5 of 5

**Nothing to see for now**

Recommendations that Chris receives will appear here.

## Interests

**Companies**   Schools



**AMD**
1,059,868 followers


+ Follow

**Microsoft**
19,237,989 followers




+ Follow

Show all 14 companies →