# Exhibit 19



# Mignonne Gros · 3rd
Senior Engineering Program Manager at Apple

-  Apple
-  University of Louisiana at Lafayette

Austin, Texas, United States · **Contact info**

**390** connections

Message     Connect    More

## About

Diverse technical background within industry leading technology companies including international and domestic customer management. Highly driven and results oriented Program Manager with extensive experience managing customers, development teams, and executive management. Able to communicate d … **see more**

## Activity
389 followers

**Mignonne hasn't posted lately**
Mignonne's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Senior Engineering Program Manager**


Apple
Jul 2019 - Present · 3 yrs 9 mos
Austin, Texas


**Senior Engineering Program Manager, Pursuit Engineering**
Hewlett Packard Enterprise
May 2017 - Jul 2019 · 2 yrs 3 mos
Austin, Texas Area

• Work with strategic customers to establish optimized solutions in a variety of commercial applications. Leveraging my years of customer-fac  ...see more


**Readiness Manager, Americas Readiness Operations**
Apple
Jun 2016 - May 2017 · 1 yr
Austin, Texas Area

• The Americas Readiness Program Manager drives and oversees new product introductions throughout the Americas region, with proj  ...see more

**Founder, Head of Sales and Marketing, Brewer**
Last Stand Brewing Company
Jul 2014 - Aug 2016 · 2 yrs 2 mos
Austin, Texas Area

• Formed a partnership to establish and open Last Stand Brewing Company. Once established the brewery opened in February 2015 and by D  ...see more


**AMD**
11 yrs

**Sr. Program Manager, Semi-Custom Business Unit**
Jan 2013 - Jun 2015 · 2 yrs 6 mos
Austin, Texas Area

• Served as the Lead AMD PM for the PS4 project with Sony. The product was met with wide acceptance at launch in November 2013, pushing Sony into the lead position for global console sales for the first time since 2005. By late-November 2015 Sony reported at least 30 million units were sold world-wide.

• Managed the activity and budget of all teams with executive management e.g., design teams, product development teams, validation, and platform engineering.

• Owned weekly executive management customer meeting including tracking of all major tasks and initiatives.

### Sr. Program Manager, Customer Support Services
Aug 2008 - Dec 2012 · 4 yrs 5 mos

• Member of CSS Staff. Drive strategic business initiatives to ensure development of people and process.

• Currently working with a global team to adopt a new system of tracking customer development across multiple regions. The tool has the potential to deliver significant efficiency improvements and enable efficient, extensive collaboration between Asia and North America based teams.

• My role is to bring together the interests all groups as required for a successful roll-out and adoption. In this capacity I meet regularly with the multiple Asia based teams for assistance and agreement on tool definition. Another portion of the assignment is to train the management and end user teams on how to utilize the tool's benefits and deliver the data requirements.

### Client TPM Manager in Customer Support Services
Feb 2006 - Aug 2008 · 2 yrs 7 mos

•Managed a North America based team that supports top tier desktop and mobile customers as they brought designs to market. The team of Technical Project Managers (TPMs) worked with numerous engineering functions to ensure the best support services from AMD. Assisted global TPM organizations with consistent process through on-site training and regular interactions.

•Drove critical lines-down issues to closure with global coordination efforts as well as customer and management interfacing. Heavily involved during initial volume product ramps of top tier customers, and when needed, resolved issues through the coordination of regional TPM and engineering resources.

•Delivered customer feedback for areas of improvement as products were developed. Work with the regional offices to ensure consistency in process through on-site training and meetings. Escalation path for regional customer issues.

Show all 5 experiences →

Show all 13 experiences →

## Education

 **University of Louisiana at Lafayette**

 Bachelor of Science, Electrical and Computer Engineering
1990 - 1996

## Skills

### Cross-functional Team Leadership

 Endorsed by Tim Jackson CPM and 5 others who are highly skilled at this

Endorsed by 3 colleagues at Hewlett Packard Enterprise

32 endorsements

### Processors

 Endorsed by Mike Lowe who is highly skilled at this

 Endorsed by 10 colleagues at AMD

 13 endorsements

### Program Management

 Endorsed by Tim Jackson CPM and 1 other who is highly skilled at this

Endorsed by 3 colleagues at Hewlett Packard Enterprise

 19 endorsements

**Show all 21 skills →**

## Recommendations

**Received**   Given

 **Peter Zhang** · 3rd
Experienced Computer Engineer and Data Scientist
December 29, 2008, Peter reported directly to Mignonne

Mignonne is a very effecient manager. She does not back away from tough decisions, and resolves them quickly and fairly.

 **Lloyd Gauthier** · 3rd
Program, Process, & People Leader | Delivering Technology Solutions | Developing Products That Transform How We Live

Developing Products That Transform How We Live
December 7, 2008, Lloyd was senior to Mignonne but didn't manage Mignonne directly

Mignonne is a detail oriented, customer focused manager who is very effective in leading people within and outside of her team to identify issues and drive to resolution in a way that meets her customers needs in terms of technical reliability, schedule, and cost.



**Rahul Tikoo** · 3rd
Senior Vice President & GM, Client Product Group, Dell
November 16, 2008, Rahul reported directly to Mignonne

Mignonne is an excellent international crisis manager and has managed some very key problems within the customer support world of AMD. She was critical in ensuring the success of some key product launches for AMD client business in the last several years. She is a well seasoned technical…

Show all 14 received →

## Interests

**Top Voices**   Companies   Schools



**Pat Gelsinger** in · 3rd
CEO Intel
166,502 followers

+ Follow



**Mark Cuban** in · 3rd
President
7,691,890 followers

+ Follow

## People also viewed

**Annie Gallego** · 3rd
Operations Program Manager at Intel Corporation

🔒 Message

**Todd Clauson** · 3rd



**Todd Clauson** • 3rd
Validation | Software Engineering | Management

 Message



**Richard Teal** • 3rd
Chief Architect at Sophos

 Message

**Jackson Erny** • 3rd+
Student at Marian University Indianapolis, studying for a bachelors degree in biology

+ Connect

**Greg Becker** • 3rd+
SMTS, Principal Software Engineer at Micron Technology

 Message

Show more ⌄

### People you may know



**Emily Slagle**
Business Development Manager

 + Connect



**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect



**Marc Betinsky**
Partner at Robins Kaplan LLP

+ Connect



**Katie Bennett**
Partner at Robins Kaplan LLP

Case 1:23-cv-00822-ADA   Document 45-14   Filed 03/29/23   Page 8 of 8



Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect

Show more