# Exhibit 20



# Brian Hunter · 3rd

RETIRED - Program Management Expertise | Delivering Leading Edge Technology On Time and Under Budget

-  University of Aberdeen

San Francisco Bay Area · **Contact info**

**500+** connections

Message    + Follow    More

## About

High Tech Industry Executive Delivering Cutting-Edge Products On Time and Under Budget.

Proven experience leading Program Management organizations within lar  …see more

## Activity
531 followers

**Brian hasn't posted lately**
Brian's recent posts and comments will be displayed here.

Show all activity →

## Experience

 **Program Management, SOC Business Unit**
Microsemi Corporation

Apr 2016 - Aug 2019 · 3 yrs 5 mos
San Jose, CA



### Sr Director, Program Management
AMD
Apr 2013 - Jun 2015 · 2 yrs 3 mos
Sunnyvale, CA

• Recruited by previous Manager (VP of Engineering) at Trident to join him in the newly created Semi Custom BU
• Managed the Program Management Team for the Semi Custom BU resulting in the Development of several AMD Semi Custom products and successful ramp to Volume Production
• The Program Management team is responsible for the oversight of SCBU's Development Process consisting of Programs of up to 24-30months duration, involving a global team of over 200 Engineers and with a Budget of up to $100m.



### Director Program Management
SanDisk
Jun 2012 - Apr 2013 · 11 mos
Milpitas, California

• Responsible for the SanDisk Product Development Process, Tracking and Reporting of all SanDisk SSD Development Programs and the da   ...see more



### Vice President, Program Management
Trident Microsystems
Feb 2010 - Jun 2012 · 2 yrs 5 mos
Sunnyvale, California

Responsible for the following;
• Product Development Process definition – built a Program Mar   ...see more



### Director, Program Management
Broadcom
May 2006 - Jul 2009 · 3 yrs 3 mos
Toronto, Canada Area

Responsible for the following activities;
• Program Management Team Leadership – Lead a global team of Progra...

**Show all 10 experiences →**

## Education

University of Aberdeen

 University of Aberdeen
BSc., Electrical Engineering
1978 - 1980

 University of Phoenix
MBA, Business

## Skills

**Program Management**

 Endorsed by 2 colleagues at AMD

👥 9 endorsements

**Product Development**

 Endorsed by Kent Heath and 1 other who is highly skilled at this

 Endorsed by 3 colleagues at AMD

👥 11 endorsements

**Team Leadership**

 Endorsed by 2 colleagues at Broadcom Inc.

👥 7 endorsements

Show all 39 skills →

## Recommendations


**Received**       Given

**Nothing to see for now**
Recommendations that Brian receives will appear here.

## Interests


**Companies**     Groups     Schools

**Theery**
59,416 followers

+ Follow

**AMD**
1,059,873 followers

+ Follow

Show all 66 companies →

### People also viewed

**Mark Reed** • 3rd
Retired from HP

🔒 Message

**Stephen Biracree** • 3rd
Executive Vice President at Iberium Communications

+ Connect

**Jason(Dongjian) Wang** • 3rd
PE Architect, Director of Algorithm at Amlogic, Inc.

🔒 Message

**Robert Schutz** • 3rd
Energy Efficiency & Edge Node Analytics

🔒 Message

**Siddharth Palaniappan** • 3rd
Senior Engineer at Apple

🔒 Message

Show more ⌄

## People you may know



**Emily Slagle**

Business Development Manager

+ Connect



**Katelyn Kasella**

Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect



**Marc Betinsky**

Partner at Robins Kaplan LLP

+ Connect



**Katie Bennett**

Partner at Robins Kaplan LLP

+ Connect



**Ricardo Ehramjian**

Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

+ Connect

Show more