# Exhibit 21



**Amy Lau** · 3rd
Program Management Director at AMD

-  AMD
- University of Saskatchewan

Richmond Hill, Ontario, Canada · **Contact info**

**303** connections

Message    + Follow    More

## About

Technical program management, ASIC flow in deep submicron technology

## Activity

305 followers

**Amy hasn't posted lately**
Amy's recent posts and comments will be displayed here.

Show all activity →

## Experience



**AMD**
Permanent Full-time · 24 yrs 8 mos

**Program Management Director in Multimedia IP Team**

Jul 2022 - Present · 9 mos
Markham, Ontario, Canada

### Senior Program Manager / Chief of Staff in Multimedia IP team
Feb 2019 - Present · 4 yrs 2 mos

### Program Manager in dGPU Physical Design team, Senior Program Manager in Semi-Custom Business Uni
Sep 2005 - Jan 2019 · 13 yrs 5 mos

Executing various SOC level program management for semi-custom projects including schedule planning, IT resource planning, project environment setup, convergence meetings, internal program reviews, customer design reviews, risk and change management.

Managed cross-site physical design program execution and its day-to-day activities centered on resource planning, schedule tracking, and risk management.

Worked collaboratively with the global AMD Program Management community on infrastructure development and continuous process improvement.

Introduced new worldwide standards and methodologies to streamline physical design program management for the global organization.

Coordinated departmental global quarterly IT and headcount forecast which includes working with project managers and program managers to ensure accurate and timely forecast, summarizing site forecast and reviewing with executives.

Co-authoring department global intranet site with other program managers and facilitating that as the central repository of documentation.

Working and negotiating with IT or Design Infrastructure Enablement team in compute and storage allocation.

Drove and facilitated design guideline development; project managed test chip and testing

Show all 5 experiences →


### CAD Engineer
ATI Technologies Inc · Permanent Full-time
1995 - 1998 · 3 yrs

Case 1:23-cv-00822-ADA   Document 45-16   Filed 03/29/23   Page 4 of 7



**Research Associate**
University of Toronto · Permanent Full-time
1991 - 1995 · 4 yrs

Technical CAD support in VLSI Research Group

## Education



**University of Saskatchewan**
M. Sc., Electrical Engineering

## Skills

**ASIC**

 17 endorsements

**SoC**

 12 endorsements

**IC**

 11 endorsements

**Show all 7 skills →**

## Recommendations

**Received**   Given



**Saif Alam** 🔗 · 3rd
Vice President of Engineering
July 31, 2012, Saif worked with Amy on the same team

Amy was the program manager on a number of discrete and Fusion projects that I managed at AMD. Amy has keen insights, is very dependable, and is great at tracking deliverables and milestones. Amy is also very hard working and she has the unique ability to quickly identify critical dependencies and…

## Languages

**Cantonese**
Native or bilingual proficiency

**English**
Native or bilingual proficiency

## Interests

**Companies**    Schools

**AMD**
1,059,872 followers

+ Follow

**University of Saskatchewan**
123,099 followers

+ Follow

Show all 3 companies →

## People also viewed

**James Fry** • 3rd
Corp. VP, Radeon IP at AMD

🔒 Message

**Carrie Sutherland** • 3rd
Director, Technology and Engineering Global Operations at AMD

👤+ Connect

**Neil Mclellan** • 3rd
Director PDE at AMD

🔒 Message



**Mikhail Rodionov** • 3rd+

Principle Member of Technical Staff at AMD

🔒 Message

**Maureen Woodyard** • 3rd+

IT MTS at AMD

🔒 Message

Show more ⌄

### People you may know



**Emily Slagle**

Business Development Manager

+ Connect



**Katelyn Kasella**

Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect



**Marc Betinsky**

Partner at Robins Kaplan LLP

+ Connect



**Katie Bennett**

Partner at Robins Kaplan LLP

+ Connect

**Ricardo Ehramjian**

Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

+ Connect

Show more ⌄

Case 1:23-cv-00822-ADA   Document 45-16   Filed 03/29/23   Page 7 of 7