# Exhibit 22



## Jeff Connell · 3rd
Corporate VP and GM

- AMD
-  Purdue University

Austin, Texas, United States · **Contact info**

**500+** connections

Message   + Follow   More

### Activity
709 followers

**Jeff hasn't posted lately**
Jeff's recent posts and comments will be displayed here.

Show all activity →

### Experience

**Corporate VP and GM, Sony Business Unit**
**AMD**
**Jun 2016 - Present · 6 yrs 10 mos**
**Austin, Texas Area**

**Intel Corporation**
1 yr 8 mos
Austin, Texas Area

General Manager

### General Manager
May 2015 - Jun 2016 · 1 yr 2 mos

Responsible for Wireless Access: strategy, investment priorities, revenue, long range planning, landing zone requirements and enabling cu ...see more

### Marketing Director
Nov 2014 - May 2015 · 7 mos

Lead a group of PLMs for Axxia Communication Processors, specifically focused on the wireless access market.



### LSI, an Avago Technologies Company
10 yrs 2 mos

### Marketing Director
Jan 2013 - Nov 2014 · 1 yr 11 mos
Austin, Texas Area

Lead a group of PLMs for Axxia Communication Processors, specifically focused on the service provider market.

### Application Engineering Director
Feb 2012 - Jan 2013 · 1 yr
Austin, Texas Area

Direct a group of System Applications Engineers, Feild Applications Engineers and System Architects for the Axxia Communication Pi ...see more

### System Application Engineering Manager
Jan 2009 - Feb 2012 · 3 yrs 2 mos

Manager of System Application Engineers for the Content and Security Processing group (Tarari) and the FPI System Applications Engine ...see more

Show all 5 experiences →

### SW engineer
White Rock Networks
2000 - 2004 · 4 yrs



### Embedded Software engineer
Alcatel
1998 - 2000 · 2 yrs

## Education



**Purdue University**
BS, Electrical Engineering

## Skills

**Processors**

 Endorsed by 11 colleagues at Intel Corporation

 28 endorsements

**ASIC**

Cristina Rodriguez has given an endorsement for this skill

 11 endorsements

**SoC**

 15 endorsements

**Show all 10 skills →**

## Recommendations

**Received**     Given



**John Hausmann** 🅛 · 3rd
ABM Manufacturing & Distribution
August 28, 2008, Jeff was John's client

Jeff Connell brings a mixture of hard-core technical know how and unwielding business savvy to the table. There is no one else I would think of first to lead a major technology & development project, particularly one that spans multiple international boundaries.

## Interests

**Companies**     Groups     Schools

**Application-Specific Integrated Circuits (ASIC)**

Application-Specific Integrated Circuits (ASIC)
18,562 followers

+ Follow

**Purdue University**
493,616 followers

+ Follow

Show all 9 companies →

## People also viewed

**Jack Huynh** • 3rd
Senior Vice President & General Manager, Semi-Custom Group at AMD

## People you may know

**Emily Slagle**
Business Development Manager

+ Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP

+ Connect

**Katie Bennett**
Partner at Robins Kaplan LLP

+ Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins

Case 1:23-cv-00822-ADA   Document 45-17   Filed 03/29/23   Page 6 of 6



Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect

Show more