# Exhibit 23



# Kursad Albayraktaroglu · 3rd

Senior SoC Design Engineer at Intel

-  Intel
-  University of Maryland

Austin, Texas, United States · Contact info

**500+** connections

Message   + Follow   More

## About

Ph.D in EE; with primary professional interests in microprocessor RTL design and verification, computer architecture, microprocessor performance modeling and hardware security. Experienced in many different aspects of front-end chip design and SoC (system-on-chip) design methodologies….                    …see more

## Activity

797 followers

**Kursad Albayraktaroglu** commented on a post • 2w

Basarilar Almila, tebrik ederim

 180                                                      62 comments

**Show all activity** →

## Experience


**Senior SoC Design Engineer**
Intel
Jan 2013 - Present · 10 yrs 3 mos
Austin, Texas Area

I currently work as a SoC (System-on-Chip) Design Engineer on various Intel server CPU projects in the NEX (Networking & Edge Group) . I pr  ...see more

**Skills:** SVA · Verilog · SystemVerilog · Functional Verification


**Member of Technical Staff**
Advanced Micro Devices (AMD)
May 2006 - Dec 2012 · 6 yrs 8 mos
Austin, Texas Area

MTS (Member of Technical Staff) Design Engineer in the Microprocessor Solutions Sector, Austin South Design Center. I worked in the pre-silicon design verification team that verified the RTL designs of AMD "Barcelona" (world's first single-chip quad core x86 processor) quad-core microprocessor. I also contributed to the design verification of AMD "Shanghai", "Istanbul" and "Magny-Cours" server microprocessor designs.

 I later worked on pre-silicon design verification and IP integration for the 32nm AMD "Llano" APU. I was responsible for integration of the low-power northbridge (memory controller). I contributed to the verification/IP integration methodology, did first-level debugging of northbridge-related problems, and coordinated all northbridge integration activities.

==During the last two years of my career at AMD, I was involved in the design==

==verification of both of the next generation game console APUs designed by the company :==

==I first worked as the SoC DRAM verification lead of the AMD "Thebe-J" APU for the next generation Sony PlayStation 4 game console.==

I was later responsible for verification of the secure boot functionality of the AMD "Kryptos" APU for the Microsoft Xbox One console on the Cadence Palladium emulation platform.


### Research Intern
IBM T.J. Watson Research Center
Jun 2005 - Dec 2005 · 7 mos
Yorktown Heights, NY

Worked on new applications for the STI Cell Broadband Engine (Cell BE). Most of this work involved porting several well-known scientific/  ...see more


### Research Assistant
University of Maryland
Aug 2002 - Jun 2005 · 2 yrs 11 mos
College Park, MD

Ph.D. candidate in Electrical & Computer Eng. Thesis subject was the performance evaluation and characterization of bioinformatic wc  ...see more


### Software Engineer
Vibrant Solutions
Oct 2001 - Jun 2002 · 9 mos
Fairfax, VA

(Vibrant Solutions purchased the assets of Longitude Systems in October 2001)…

Show all 7 experiences →

## Education


### University of Maryland



Ph.D., Electrical Engineering
2002 - 2007



**University of Maryland**
M.Sc., Electrical Engineering
1998 - 2001



**Bilkent University**
B.Sc., Electrical Engineering
Aug 1993 - Jun 1997

**Show all 4 education →**

# Licenses & certifications



**Software Security**
Coursera
Issued Mar 2020
Credential ID 2BXBZ5YZE9ZE

Show credential ↗



**Usable Security**
Coursera
Issued Feb 2020
Credential ID JQKZLQ8L8TKE

Show credential ↗



**Cryptography**
Coursera
Issued Jan 2020
Credential ID 2FB4Y3TJJD36

Show credential ↗

Show all 6 licenses & certifications →

## Skills

### SVA

 Senior SoC Design Engineer at Intel

 Endorsed by 2 colleagues at AMD

### Perl

 Endorsed by Jason Doege who is highly skilled at this

 Endorsed by 3 colleagues at Intel Corporation

 21 endorsements

### Computer Architecture

 Endorsed by Mohamed Zahran and 1 other who is highly skilled at this

 Endorsed by 5 colleagues at AMD

 23 endorsements

Show all 23 skills →

## Recommendations

**Received**   Given



**Mohamed Zahran** · 3rd
Faculty Member at New York University
March 14, 2008, Mohamed worked with Kursad on the same team

I have known Kursad for more than 7 years now. We were both members of

the same computer architecture laboratory at University of Maryland. Kursad has always been very energetic, imaginative, and hard working. He always tries to do his work to perfection. Also Kursad has a very good writing style…



**Rob Frye** · 3rd
Enterprise & Data Architect | Agile Cloud, DevOps Engineer | Network Software SME
October 2, 2005, Rob managed Kursad directly

Kursad is a very motivated developer who does continuous research to keep on top of cutting-edge technologies. Great guy to have on a team!

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools



**Zeynep Tufekci** in · 3rd
Columbia Professor. New York Times Columnist. Author of the book Twitter and Tear Gas. Science, technology, society from a complex systems and sociology lens.
8,759 followers

+ Follow



**Pat Gelsinger** in · 3rd
CEO Intel
166,501 followers

+ Follow

Show all 3 Top Voices →