# Exhibit 24

### Victor F Andrade · 3rd
IP Management

-  Ambiq
- University of Pennsylvania

Austin, Texas, United States · **Contact info**

**500+** connections

Message   + Follow   More

### About

• Proven technical leadership working with teams of highly skilled designers in the development of custom/semi-custom digital components, across many generations of AMD processors. Designs included memory arrays, SRAMs, ROMs, Register-File arrays and other custom specific IPs, including the base-cell components …see more

### Activity
844 followers

Victor F Andrade commented on a post • 2mo

A highly talented and experienced individual. Certainly, a very valuable asset at any company in our industry. Congratulations, Aulihan!

154                                                                35 comments

**Show all activity →**

## Experience


**IP Management, Verification and Validation**
Ambiq · Full-time
Jun 2022 - Present · 10 mos
Austin, Texas, United States


**AMS Verification Manager**
Mythic
May 2019 - Present · 3 yrs 11 mos
Austin, Texas Area

**Principal Engineer/Manager**
Qualcomm
Mar 2013 - Feb 2019 · 6 yrs
Austin, Texas Area

**AMD**
21 yrs 8 mos

==**PMTS, Chip Level Circuits Design Manager/Technical Lead.**==
==Jun 2012 - Dec 2012 · 7 mos==
==Austin, Texas==

==Worked with and guided the team responsible for the design of the custom circuits used at the chip-level of AMD's recent 28nm APU devices. Team owned the custom IPs for the North-Bridge and GPU Clock-Control Units:==

• North-Bridge SRAM 32K and 64K arrays.

• North-Bridge Register File Memory and Dual-Supply Port FIFO Array.

• Digital Clock-Synthesizer and Clock-Stretcher, based on manipulation of multi-phase outputs produced from the PLL and power domains droop-detection circuits.

• North-Bridge Clock Distribution network and building blocks

**Circuit Methodology/Analysis Lead, 28nm APU Processor. PMTS.**
Dec 2010 - May 2012 · 1 yr 6 mos
Austin, Texas

• Worked in the establishment of the macro design guidelines by working with a small team of tool owners to define consistent procedures in the functional, electrical and power integrity analysis and establish the design metrics, all based on Globalfoundries (GF) 28nm process parameters.

• Closely interacted with CAD team to propose tool enhancements, as well

• Closely interacted with CAD team to propose tool enhancements, as well as monitoring of pending bug fixes.

• Drove the initial timing analysis of a couple of custom IPs, Execution Unit Shifter-Array and Register-File macros using Synopsys's NanoTime tool.

• Developed Twiki Pages to automatically and periodically post guidelines and tracking of tool bugs. Among guidelines: Design-Topology, Beta-Ratio, Fanout/Sizing, Write-Ability, Cell-Stability, Noise Analysis, IR-drop limits, EM/FIT budget, Reliability, Dynamic and Static Patterns for Power Characterization, Timing Rules and Constraints, DFT, DFM, Multi-Clock/Power-Domain Crossing, Initialization, among others.

• Defined tape-out checklists to ensure full adherence of design guidelines to attain best margins and robust operation of our designs. Focused on the physical/construction, functional, electrical and long term reliability requirements.

• Created Twiki/HTML utility to automatically monitor checklist completion for each macro/IP component, held reviews until full closure of action items and final tape-out sign-off.

### Design Manager/Technical Lead. PMTS.

May 2001 - Nov 2010 · 9 yrs 7 mos
Austin, Texas

Managed and provided technical guidance to a team of designers in the design and development of custom digital circuits for various generations of AMD Microprocessors. Actively involved in the initial planning; feasibility studies; milestone scheduling; driving and participating in circuit design reviews; functional and timing verification; variability/skewed-corner checks, establishment of design guidelines/checklists; team personnel administration and assessment reviews; coordinating the resolution of design issues or concerns with various support technical teams and IP consumer teams; silicon debug and bring-up; executive updates and progress reports; created HTML based scoreboard to automatically track and report the electrical and functional analysis results for each IP; silicon debug liaison with process and product teams; among other activities for the following processor developments:

  • Llano/Husky APU Processor, GF's 32nm Process.
  • Cell-base designs for compiled arrays, 45nm/32nm Fabs.
  • Ridgeback CPU Processor, GF's 45nm Process.
  • Barcelona CPU Processor. AMD's 65nm Fab.
  • 65nm Test-Chip. AMD's Dresden Fab bring-up.
  • K9 CPU. AMD's 90nm Fab.

Show all 6 experiences →

**Senior Design Engineer**
Commodore Business Machines, Inc
May 1984 - Apr 1991 · 7 yrs
West Chester, PA

Main circuit designer of the Video Controllers (DMA, UART and other microcontrollers) for the VIC20, Commodore C64, C128, C65 and Amiga…

Show all 11 experiences →

## Education



**University of Pennsylvania**
Master of Science, Electrical Engineering
1985 - 1988



**University of Pennsylvania**
Bachelor of Science, Electrical Engineering
1977 - 1981

Activities and societies: Tau Beta Pi, Eta Kappa Nu.

## Skills

**SoC**

 33 endorsements

**Physical Design**

Endorsed by Scott Johnson and 1 other who is highly skilled at this

 Endorsed by 23 colleagues at AMD

 24 endorsements

**ASIC**

 25 endorsements

Show all 16 skills →

## Recommendations

**Received**   Given



**Tom Meneghini** · 3rd
Principal Member of Technical Staff at AMD
March 25, 2013, Victor F was senior to Tom but didn't manage Tom directly

Over the course of the Steamroller project I had opportunity to interact with Victor on a number of occasions. Each time I was impressed by his depth of knowledge, understanding of the big picture, and interpersonal skills. Victor is an accomplished manager and technical lead who is respected and…

## Publications

**An x86 64 core implemented in 32nm SOI CMOS.**
IEEE International Solid-State Circuits Conference · Feb 1, 2010

Show publication

The 32 nm implementation of an AMD x86-64 core occupying 9.69 mm2 and containing more than 35 million transistors (excluding L2 cache), operates at…

**Other authors**


+4

**A 7th-generation x86 microprocessor**
IEEE International Solid-State Circuits Conference · Feb 1, 1999

Show publication

The AMD-K7 (TM) processor is an out-of-order, three-way superscalar x86 microprocessor with a 15-stage pipeline, organized to allow 500+MHz operation. T…

**Other authors**


+7

## Patents

**Method and apparatus to achieve more level thermal gradient**
US 7,991,955 · Issued Aug 2, 2011

Case 1:23-cv-00822-ADA   Document 45-19   Filed 03/29/23   Page 7 of 9

See patent

Achieving better uniformity of temperature on an integrated circuit while performing burn-in can result in reduced burn-in time and more uniform acceleration. One way…

Other inventors

### Memory array with global bitline domino read/write scheme

US 7,355,881 · Issued Apr 8, 2008

See patent

A circuit for implementing memory arrays using a global bitline domino read/write scheme. The memory circuit includes a plurality of cells each configured to store a b…

Other inventors

### Integrated processor and memory control unit including refresh queue logic for refreshing DRAM during idle cycles.

US 5,873,114 · Issued Feb 16, 1999

See patent

An integrated processor is provided with a memory control unit having refresh queue logic for refreshing dynamic random access memory (DRAM) banks during idle…

Other inventors

Show all 8 patents →

## Languages

**English**
Native or bilingual proficiency

**Spanish**
Native or bilingual proficiency

## Interests

**Top Voices**  Companies  Groups  Newsletters  Schools



**Jon Steinberg** · 3rd

Incoming CEO of Future Plc. Founder of Cheddar, former President/COO of BuzzFeed, former President News and Advertising at Altice USA

1,853,155 followers

+ Follow



**Jeff Haden** · 3rd

Speaker, Inc. Magazine contributing editor, author of THE MOTIVATION MYTH, ghostwriter.

1,056,738 followers

+ Follow

Show all 5 Top Voices →

## People also viewed



**Paul Toth** • 3rd

Verification Lead at Mythic AI

🔒 Message

**Atmik Singal** • 3rd

Verification at Ambiq Micro

🔒 Message



**Laura Fick** • 3rd

Analog Compute Architect, Founding Engineer, AI Compute Researcher

🔒 Message



**Ty Garibay** • 3rd

President, Condor Computing

+ Follow

**Steve Mulanax** • 3rd
FPGA/Hardware/Software

Message

Show more

## People you may know

**Emily Slagle**
Business Development Manager

Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP

Connect

**Katie Bennett**
Partner at Robins Kaplan LLP

Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect

Show more

