# Exhibit 25



### Renato Fragale (He/Him) · 3rd

Sr. Director, Consumer & Gaming Client Business at AMD

-  AMD
-  The University of Texas at Austin - Red McCombs School of Business

Round Rock, Texas, United States · **Contact info**

**500+** connections

Message     + Follow    More

## About

Lead AMD's Gaming Client PC business, working across business, sales, marketing and engineering disciplines, as well as driving strong relationships with customers and industry partners to deliver notebook and desktop Gaming PC's

Strong team leader with a broad background in business and engineering, and a strong track record of delivering results.

## Activity

838 followers

Renato Fragale reposted this • 2w

 **AMD strikes back: Ryzen 9 7945HX - Asus ROG Zephyrus Duo 16**
notebookcheck.net • 1 min read

428    5 comments

Show all activity →

## Experience



**AMD**
20 yrs 9 mos

### Sr. Director, OEM Consumer & Gaming Client Business
Aug 2018 - Present · 4 yrs 8 mos
Austin, Texas

Lead AMD's Client Consumer & Gaming Compute Business for OEM Customers

### Director of Supply Chain
Jul 2014 - Jul 2018 · 4 yrs 1 mo
Austin, Texas Area

• Lead Integrated Supply Chain team delivering over $5B of revenue, managing $250M+ in capital expense spend and managing a 50+ person global organization
• Delivered over 10 new successful product introductions on time and within budget, while managing upstream delays
• Re-architected S&OP process increasing scope from a wafer purchase approval to overall sales and operations risk management including capital expense, portfolio management, inventory management and sourcing decisions
• Converged to single planning system after ATI acquisition, driving aligned business process across both companies
• Reduced weekly planning cycle by 50% from 6 days to 3 days through implementation of KPI metric and data driven improvement projects
• Defined, negotiated and wrote many supply and services agreements with Nantong-Fujitsu as AMD established a joint venture and sold backend manufacturing facility to them

### Sr Manager Product Development Engineering
Jun 2012 - Jul 2014 · 2 yrs 2 mos

• Managed 15-person product development team for Sony PlayStation 4 (PS4) that has sold over 91Mu to date. Viewed as one of the most successful launches in AMD history helping AMD to avoid bankruptcy.
• Drove engineering, supply chain and factory alignment across several geographies (USA, Singapore, Taiwan, China and Malaysia) delivering largest custom product ramp for two customers concurrently driving 11M units and >$800M in revenue in 6 months
• Helped to develop several engineers where over half went on to become leaders of other new products within the company
• Interfaced demanding customer (Sony Interactive Entertainment Inc.)

interfaced demanding customer (Sony Interactive Entertainment Inc.), involving technical discussions and agreement on schedules and deliverables, which were critical in keeping the launch of the Sony PlayStation 4 on track
• Delivered optimized product cost and production metrics (yields and test costs) two quarters ahead of plan improving product margin by 5%.
•

Show all 5 experiences →


**Engineering Co-Op**
3M
Jun 1999 - Dec 2001 · 2 yrs 7 mos

Did a three tour co-op at 3M where in each tour I was able to experience different groups there…            …see more


**QA Developer Support Intern**
Eureka E-Solutions Inc.
May 1999 - Sep 1999 · 5 mos

Did QA testing on software solutions. Within this time frame I was also contracted out to work for Living.com a .com startup in Austin doing QA…

## Education


**Texas McCombs School of Business**
Master of Business Administration (MBA)
2016 - 2018


**The University of Texas at Austin**
BS, Electrical Engineering
1997 - 2002

Activities and societies: Lambda Omega Alpha, Longhorn Awakening, Emerging Scholars Program, Golden Key National Honor Society, Universit…


**International School of Brussels**
1993 - 1997

## Skills

**Product Development**

 Endorsed by Domingo Guerra and 2 others who are highly skilled at this

 Endorsed by 11 colleagues at AMD

 16 endorsements

### Program Management

 Endorsed by 11 colleagues at AMD

 20 endorsements

### Manufacturing

Endorsed by 8 colleagues at AMD

13 endorsements

**Show all 32 skills** →

## Recommendations

**Received**    Given


**Jason Banta** · 3rd
Corporate Vice President and General Manager, Client OEM at AMD
May 26, 2014, Jason managed Renato directly

Renato is one of those rare guys that can do it all. He builds up strong teams, delegates well, stays involved in the right details, and makes hard decisions when needed. Renato injects his teams with the right level of 'swagger' to get through tough situations. …


**Charles K. Bachand** · 3rd
Principal Engineer | Optimizing DFT collaboratively across Design, Product and Test
April 12, 2014, Charles K. worked with Renato but on different teams

I worked with Renato in preparation for new products and identifying improvements for future products. Renato had a strong technical understanding across the product and test disciplines allowing him to be effective defining and implementing product strategies. He is goal and…


**Casey Anderson** · 3rd
Chief of Staff to CEO & VP Program Management at Cirrus Logic
April 7, 2014, Casey worked with Renato but on different teams

I had the opportunity to work with Renato on multiple SOC projects in my time at AMD. Renato consistently managed his product engineering team to meet or exceed commitments. He is a strong problem solver as both an engineer and a manager and able to communicate effectively at all levels o...

**Show all 6 received →**

## Interests

**Companies**   Groups   Schools


**Product Engineering**
6,322 followers

+ Follow


**AMD**
1,059,879 followers

+ Follow

**Show all 11 companies →**

## People also viewed


**Matthew Unangst • 3rd**
Sr. Director, AMD Commercial Client and Workstation

🔒 Message


**Chris Kilburn • 3rd**
Corporate Vice President and General Manager, Client Channel Business at AMD

🔒 Message

**Sridhar Gada • 3rd**
Power Managemant Architect at AMD

🔒 Message



**Charles Rugh** • 3rd
Director, Program Management

🔒 Message



**Leah Howard, PMP** • 3rd
Marketing LifeCycle Manager II , Consumer Marketing AMD

🔒 Message

Show more ⌄

### People you may know



**Emily Slagle**
Business Development Manager

+ Connect



**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect



**Marc Betinsky**
Partner at Robins Kaplan LLP

+ Connect



**Katie Bennett**
Partner at Robins Kaplan LLP

+ Connect



**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

+ Connect

Show more ⌄

Case 1:23-cv-00822-ADA   Document 45-20   Filed 03/29/23   Page 8 of 8