# Exhibit 26

Case 1:23-cv-00822-ADA   Document 45-21   Filed 03/29/23   Page 2 of 7



# Robert George · 3rd

Senior Fellow, Lead SoC Architect/Product Architect Radeon Technology Group (RTG) at AMD

-  AMD
-  Naval Postgraduate School

Austin, Texas, United States · **Contact info**

**500+** connections

Message     + Follow     More

## About

Seasoned computer architect with more than 30 years' experience and demonstrated successes in the architecture, micro-architecture, design and development of high-performance microprocessor, graphics and SoC architectures.

Driving corporate-level technology direction, and leading architecture teams to define and optimize new products for performance, power, schedule and cost.

More recently, driving radical SoC/product modularity improvements via 3D chip architectures, chiplets and advanced 3D packaging, UCIE.

A core member of the architecture team that defined the Intel virtualization extensions on Prescott and Tejas, and the Intel Common System Interconnect (iTanium coherency) fabric.

Chief architect and technical lead at AMD for the PlayStation 4, PS4 Pro, and

PlayStation 5.

**Specialties**

• Rare combination of CPU and GPU micro-architecture expertise, including CPU/GPU inter-operation, internal/distributed cache coherency, coherent interconnects ….

• Super-scalar and OOO CPU architecture, graphics/GPU architecture, chip multiprocessing/many-core arrays, heterogeneous CMP and co-processor architectures, fine-grained threading and vector processing.

• Memory coherency protocols, hardware synchronization mechanisms, interconnection networks.

• Virtual Machine architectures

• Data integrity architecture and soft error analysis

• Identifying and analyzing long-term technology trends and competitive analysis.

• Working with customers/OEMs and the corresponding corporate business units to develop, scope, rank, and prioritize product requirements, use cases.

## Activity
508 followers

**Robert hasn't posted lately**
Robert's recent posts and comments will be displayed here.

Show all activity →

## Experience



**AMD**
10 yrs 2 mos

**Senior Fellow, SoC Architecture Lead, Radeon Technology Group (RTG)**
Full-time
Jul 2016 - Present · 6 yrs 9 mos

Chief Architect for Radeon System on Chip/discrete GPU architectures

• Leading a team of architects defining and architecting a roadmap of next generation GPU products: 6 products spread across 2 architecture generations, and 3 process technologies, including discrete GPU

generations, and 5 process technologies, including discrete GPU, datacenter/machine learning, and low power/mobility products.

• Driving a broad collaboration with IP leads across the company, process and power teams and business leads to architect Radeon dGPU products precisely aligned against the competition and optimized for Performance/mm2, Performance/Watt, Performance/Bandwidth

• Leveraging next-generation technologies including cutting-edge 3D packaging and chiplet construction, stacked caches, large memory caches, HBM and GDDR-6 memory

**Fellow, Consoles/Semi-custom Business Unit**
Feb 2013 - Jul 2016 · 3 yrs 6 mos
Austin, Texas Area

Chief architect and technical lead at AMD for the PlayStation 4, PS4 Pro, PlayStation 5 APU (CPU + GPU).

• Worked closely with Sony to define, architect, and champion a series of next generation APU's



**Principal Architect**
NVIDIA
Jul 2008 - Feb 2013 · 4 yrs 8 mos

2011 - 2013
…                                                                                      …see more

**Senior Staff Architect**
Intel Corp
1998 - 2008 · 10 yrs

Led the Tejas VT Virtual Machine architecture definition

# Education



**Naval Postgraduate School**
Master of Science (M.S.), Computer Engineering
1994 - 1995



**Virginia Tech**
Bachelor of Science (B.S.), Computer Engineering
1984 - 1988

## Skills

### Computer Architecture

 Endorsed by Anirudh Acharya and 2 others who are highly skilled at this

 Endorsed by 4 colleagues at AMD

 18 endorsements

### Microprocessors

 Endorsed by Fred Gruner who is highly skilled at this

 Endorsed by 3 colleagues at AMD

 14 endorsements

### Microarchitecture

 Endorsed by 3 colleagues at AMD

 11 endorsements

Show all 10 skills →

## Publications

**Intel 870: a building block for cost-effective, scalable servers**
IEEE · Mar 1, 2002

Show publication ⬈

**A rate-monotonic scheduler for the real-time control of autonomous robots**
Proceedings of IEEE International Conference on Robotics and Automation · Apr 1, 1996

Show publication ⬈

## Patents

Method and apparatus for the synchronization of distributed caches

Method and apparatus for the synchronization of distributed caches
US 8,046,539 · Issued Jun 5, 2009

See patent

The present invention to cache memory systems and more particularly to a hierarchical caching protocol suitable for use with distributed caches.

### Maintaining processor resources during architectural events
US 7,562,179 · Issued Jul 30, 2004

See patent

The first of many Vanderpool Technology (Processor Virtualization) patents.

### Associating address space identifiers with active contexts
US 7,552,254 · Issued Jul 30, 2003

See patent

Cache-coherent TLB's for synchronizing page tables between multiprocessors, especially big and little (co-processor) cores.

Show all 8 patents →

## Interests

**Companies**   Groups   Schools


**AMD**
1,060,042 followers

+ Follow


**Virginia Tech**
306,427 followers

+ Follow

Show all 13 companies →

Case 1:23-cv-00822-ADA   Document 45-21   Filed 03/29/23   Page 7 of 7