# Exhibit 27



# Frank Helms · 3rd
Sr Fellow at AMD

-  AMD
-  California State University-Los Angeles

Austin, Texas, United States · **Contact info**

**500+** connections

Message    + Follow    More

## Activity
849 followers

**Frank hasn't posted lately**
Frank's recent posts and comments will be displayed here.

**Show all activity →**

## Experience

 **Sr. Fellow, Server GPU System Architect**
AMD
Jul 2014 - Present · 8 yrs 9 mos
Austin, Texas Area

- System Architect in the Radeon Technology Group (RTG)

**Principal Engineer, System Architect**
Samsung Austin R&D Center
Aug 2011 - Jun 2014 · 2 yrs 11 mos

Aug 2011 - Jan 2014 · 2 yrs 4 mos  
Austin, Texas

- First System Architect hired for Samsung's ARM Server SOC start-up.
- Co-defined first and second generation 64-bit Server SOCs and  ...see more



**AMD Fellow**  
AMD  
1996 - Aug 2011 · 15 yrs 8 mos  
Austin, Texas Area

- System Architect and Chief Engineer in training for AMD's "Fusion" CPU/GPU integration products  
 - Key contributor to product definition  
- Technical representative to AMD's customers including HP, Acer, Dell, and Sony.  
- Power Management Architect including:  
 - PowerNow!, K8 processor driver requirements, AMD's ACPI 2.0 representative  
 - Power Management for HyperTransport  
 - CPU/GPU Thermal Design Power sharing definition for AMD's 2011 "Fusion" products



**Notebook Design Engineer**  
Dell  
1993 - 1997 · 4 yrs

Participated in the design of Dell Notebook products

**Design Engineer**  
Advanced Logic Research (ALR)  
1991 - 1993 · 2 yrs

Desktop and Notebook PC design.

Show all 6 experiences →

## Education



**California State University, Los Angeles**  
BSEE  
1983 - 1987

## Skills

**SoC**

Anirudh Acharya has given an endorsement for this skill

 56 endorsements

### Hardware Architecture

 Endorsed by Lloyd Gauthier and 1 other who is highly skilled at this

Endorsed by 30 colleagues at AMD

 38 endorsements

### System Architecture

Endorsed by Elsie Wahlig who is highly skilled at this

Endorsed by 30 colleagues at AMD

38 endorsements

37 endorsements

**Show all 12 skills** →

## Recommendations

**Received**    Given



**Sridhar Sundaram** · 3rd

AMD Fellow, Product Development Engineer at AMD

June 5, 2014, Sridhar worked with Frank on the same team

Frank pro-actively identifies technical issues, and quickly and decisively resolves them. Frank is very good communicator, and strives to keep all stake holders informed about critical decisions through all stages of a project. Frank has a very broad knowledge of all aspects of computer…

## Interests

**Top Voices**    Companies    Schools



**Satya Nadella** 🔗 · 3rd

Chairman and CEO at Microsoft

10,422,724 followers

➕ Follow



**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
36,274,730 followers

+ Follow

---

**Show all 3 Top Voices →**

## People also viewed



**Indrani Paul** • 3rd
Sr. Fellow at AMD - Lead SoC power architect

🔒 Message



**Eric Morton** • 3rd
Senior Fellow at Advanced Micro Devices

👤+ Connect



**Michael Drake** • 3rd
AMD Fellow

🔒 Message



**Gabriel (Gabe) Loh** • 3rd
Senior Fellow at Advanced Micro Devices (he/him)

+ Follow



**Kevin Lepak** • 3rd
Lead AMD EPYC Datacenter CPU Architect

🔒 Message

**Show more ⌄**

## People you may know



Emily Slagle



Emily Slagle  
Business Development Manager  
Connect

Katelyn Kasella  
Marketing and Communications Coordinator at Robins Kaplan LLP  
Connect

Marc Betinsky  
Partner at Robins Kaplan LLP  
Connect

Katie Bennett  
Partner at Robins Kaplan LLP  
Connect

Ricardo Ehramjian  
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP  
Connect

Show more

Case 1:23-cv-00822-ADA   Document 45-22   Filed 03/29/23   Page 7 of 7