# Exhibit 28



## Jack Huynh · 3rd

Senior Vice President & General Manager, Semi-Custom Group at AMD

-  AMD
-  University of Illinois Urbana-Champaign

Austin, Texas, United States · Contact info

**2,370** followers · **500+** connections

Follow   🔒 Message   More

## Featured

Post

It's been an amazing multi-year journey to partner with **Valve corporation** on the creation of the **#SteamDeck**. I am thrilled how our friends at Valve and…



AMD Powers Valve Steam Deck, Delivering a New Category of PC Gaming
community.amd.com • 3 min read

 113 • 4 comments

## Activity

2,370 followers

**+ Follow**

**Jack hasn't posted lately**
Jack's recent posts and comments will be displayed here.

**Show all activity →**

## About

As Senior Vice President and General Manager, I lead AMD's Semi-Custom Group with an engineering and entrepreneurial mindset and drove it with new transformational design wins to a multi-billion dollar business for AMD. In this role, I run all aspects of the semi-custom business across strategy, product deve  ...see more

## Experience



**AMD**
24 yrs 8 mos

**Senior Vice President & General Manager, Semi-Custom Group**
Jan 2022 - Present · 1 yr 3 mos

**Corporate Vice President & General Manager, Semi-Custom Group**
Mar 2014 - Jan 2022 · 7 yrs 11 mos

As Corporate Vice President and General Manager, I lead AMD's Semi-Custom Group with an engineering and entrepreneurial mindset and drove it with new transformational design wins to a multi-billion dollar business for AMD. In this role, I run all aspects of the semi-custom business across strategy, product development & architecture, operations, business development & sales, and silicon SoC design & platform engineering. In addition to Semi-Custom, I also lead our Cloud Gaming and Virtualized Desktop Infrastructure datacenter GPU businesses.

Engage with market makers to identify optimal technology and define innovative product architectures.

Develop strategic and deep engagements with partners' business & technical executive team to design highly advanced SOCs.

Lead fellow level architects for complex silicon designs into successful products. Engaging in early business development, engineering contracts through silicon and product architecture and development.

Lead SOC design team - oversee all silicon design effort (RTL, synthesis and physical design, design verification & DFT) for SOC development.

Lead business/competitive strategy and contract negotiation.

Lead AMD's overall Microsoft engagement of the entire AMD product portfolio, including game consoles (Xbox), graphics, client (Surface), and server (xCloud) solutions.

### Corporate Vice President, Mobility Solutions, Client Business Unit

Mar 2013 - Mar 2014 · 1 yr 1 mo

Corporate Vice President & General Manager of AMD's Mobility Business Group.

Led end to end business execution of AMD's mobility products, including strategy, product definition & roadmap, pricing strategy, business development, product management, product marketing, and business plans to ensure AMD delivers world class differentiated solutions to its customers.

Led the ODM development and ecosystem team in Taiwan.

Show all 5 experiences →

## Education


**University of Illinois Urbana-Champaign**
Bachelor of Science, Electrical Engineering


**University of Illinois Urbana-Champaign**
Minor, International Studies


**Tsinghua University**

Study Abroad - China, International Studies

## Skills

**Pricing Strategy**

 Endorsed by Bob Grim who is highly skilled at this

 Endorsed by 20 colleagues at AMD

 22 endorsements

**Go-to-market Strategy**

 Endorsed by Alexei Navolokin and 3 others who are highly skilled at this

 Endorsed by 34 colleagues at AMD

 38 endorsements

**ODM**

 Endorsed by 9 colleagues at AMD

 10 endorsements

Show all 50 skills →

## Recommendations

**Received**   Given



**Prabir Sarkar** · 3rd
Senior Director, Engineering Program Management at ChargePoint
April 30, 2009, Prabir worked with Jack on the same team

Jack was the best deal maker I had know at AMD. His technical and business skills helped AMD gain tremendous market share worldwide. I whole heartedly recommed Jack as a business development leader.

**Steve Wahl**
Director at AMD
September 15, 2006, Steve worked with Jack on the same team

Jack has all the skills you could ask for. He is hard working, very smart

Jack has all the skills you could ask for. He is hard working, very smart, diligent and fun to work with. He gets the job done and works well under pressure. 2 thumbs up!

## Interests

**Top Voices**   Companies   Groups   Schools



**John Chambers** · 3rd
Chairman Emeritus, Cisco / CEO, JC2 Ventures
271,647 followers

＋ Follow

## People also viewed



**Mark Fuselier** • 3rd
Senior Vice President, Technology & Product Engineering at AMD

＋ Follow



**Saeid Moshkelani** • 3rd
SVP and GM, Client Business Unit at AMD

＋ Follow



**Homi Nariman** • 3rd
Corporate Vice President - AMD Quality & Reliability

🔒 Message



**John Arends** • 3rd
Corporate Vice President, Client Products Architecture at AMD

🔒 Message



**Matthew Unangst** • 3rd
Sr. Director, AMD Commercial Client and Workstation

🔒 Message



Show more

**People you may know**

**Emily Slagle**
Business Development Manager
Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP
Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP
Connect

**Katie Bennett**
Partner at Robins Kaplan LLP
Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP
Connect

Show more