# Exhibit 29

(4) Nick Jones | LinkedIn    https://www.linkedin.com/in/nicktj/

**Nick Jones** (He/Him) · 3rd

Director of Engineering at Qualcomm

-  Qualcomm
- Trinity University

Austin, Texas, United States · **Contact info**

**500+** connections

Message  + Follow  More

## About

Specialties: Functional and formal design verification of ARM A-class microprocessors (middle machine, VMSAv8, CoreSight ETM) with SV/SVA/UVM/C++. Develop and deploy DV tools using Go, Rust, Python, web development (HTML/CSS/JavaScript), SQL, and RabbitMQ.

## Activity

800 followers

**Nick hasn't posted lately**
Nick's recent posts and comments will be displayed here.

Show all activity →

## Experience

 Qualcomm



Full-time · 2 yrs 1 mo
Austin, Texas, United States

### Director of Engineering
Jan 2023 - Present · 3 mos

### Principal Engineer
Mar 2021 - Jan 2023 · 1 yr 11 mos



### Member Of Technical Staff
NUVIA Inc · Full-time
Nov 2019 - Mar 2021 · 1 yr 5 mos
Austin, Texas Area

NUVIA Inc. was acquired by Qualcomm in March of 2021.

### Samsung Austin R&D Center
6 yrs 6 mos

### Sr. Staff Verification Engineer
Mar 2017 - Nov 2019 · 2 yrs 9 mos
Austin, Texas

CPU-level functional and formal design verification of ARM V8 architecture using UVM components written in SystemVerilog. Verification Le ...see more

### Sr. Verification Engineer II
Mar 2014 - Mar 2017 · 3 yrs 1 mo

CPU-level functional and formal design verification of custom design for debug and test (DFD/DFT) features implemented in an ARM V8 a ...see more

### Sr. Verification Engineer I
Jun 2013 - Mar 2014 · 10 mos
Austin, Texas Area

CPU-level design verification of custom design for debug and test (DFD/DFT) features implemented in an ARM architecture using U ...see more



### AMD
8 yrs

### MTS Systems Design Engineer
Oct 2012 - Jun 2013 · 9 mos
Austin, Texas Area

Cross-functionally leading planning and execution of validation for the APU

in PlayStation 4. This includes producing strategies, plans, execution updates, and risk mitigation for feature and system validation. Working directly with Sony in addressing their needs and concerns in our planning and execution.

### MTS Design Engineer

Jun 2011 - Oct 2012 · 1 yr 5 mos
Austin, Texas Area

Developed SystemVerilog and C++ test benches, checkers, monitors, SystemVerilog Assertions (SVA), and test cases against Verilog instances of DFx IP in a parameterized, random environment. Also partnered with the Software Tools teams to enable leveraging hardware features for debugging purposes. Started some work in using UVM 1.1 on a new test bench.

### MTS Systems Design Engineer

Nov 2010 - Jun 2011 · 8 mos
Austin, Texas Area

Test planning and technical leadership of a team in executing emulation test plans prior to silicon tape-out.

Show all 7 experiences →


**Student Systems Administrator**
Trinity University
Aug 2004 - May 2005 · 10 mos

## Education


**Trinity University**
BS, Engineering Science with a specialty in Electrical Engineering
2001 - 2005

**Lakeridge High School**

## Skills

### Debugging

 Endorsed by Jason Doege and 27 others who are highly skilled at this

Endorsed by 2 colleagues at Qualcomm

56 endorsements

### SystemVerilog

Endorsed by 17 colleagues at AMD

19 endorsements

### X86

Endorsed by Vaseekaran Rajagopal and 2 others who are highly skilled at this

Endorsed by 23 colleagues at AMD

24 endorsements

Show all 49 skills →

## Recommendations

**Received**   Given



**Scott Matlock** · 3rd
Lead Debugger for System level issues on 5G Baseband and Radio products
February 21, 2014, Scott managed Nick directly

I was Nick's manager for four years while Nick was in the Customer Debug group. Nick was one of the best engineers in all of AMD and consistently performed well above his title. Nick has an exceptional grasp of system level concepts including computer H/W, BIOS, OS, Application S/W and H/W…



**James (JT) Longino** · 3rd
Verification Engineer
July 19, 2013, James (JT) worked with Nick on the same team

Nick is a stunningly capable engineer with a broad understanding of both hardware and software. He brings an insatiable curiosity and ever-growing toolbox to whatever problem he runs across, but has enough business sense to not just wander off looking for something cool to do. …

## Publications

**Leveraging LevelDB for Unit-Level Replay of Top-Level Stimulus in UVM**

Case 1:23-cv-00822-ADA   Document 45-24   Filed 03/29/23   Page 6 of 9

**Leveraging LevelDB for Unit-Level Replay of Top-Level Stimulus in UVM**

SNUG Austin · Jan 1, 2016

Show publication ↗

Also presented at DVClub Austin (2018) and DVClub Europe (2019).

## Courses

**ARM - ARM V8 Architecture**
Associated with Samsung Austin R&D Center

**Cadence - UVM 1.1**
Associated with Samsung Austin R&D Center

**Coursera - Stanford Cryptography I**

Show all 5 courses →

## Honors & awards

**AMD Spotlight Award**
Jan 2011

Scan dump analysis engine (Scan View)

**AMD Spotlight Award**
Jan 2010

Creation of an automation and characterization platform

**AMD Spotlight Award**
Jan 2010

Barracuda bring-up efforts

Show all 5 honors & awards →

## Languages

**English**
Native or bilingual proficiency

**Korean**
Limited working proficiency

## Interests

**Top Voices**   Companies   Groups   Schools


**Bill Gates**
Co-chair, Bill & Melinda Gates Foundation
36,274,744 followers

+ Follow

## People also viewed


**Deepa Duraiswamy Rajan** • 3rd 
Director Engineering, CPU Physical Design at Qualcomm (Nuvia)

Message


**Philip L.** • 3rd
Principal Engineer at Qualcomm

Message


**Amardeep Paluru** • 3rd
Engineer at Qualcomm

+ Follow


**David Palframan** • 3rd
Principal Engineer at Qualcomm

Message


**Paul Kitchin** • 3rd
Principal Engineer at Qualcomm - NUVIA

Message

Show more

**People you may know**

**Emily Slagle**
Business Development Manager
+ Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP
+ Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP
+ Connect

**Katie Bennett**
Partner at Robins Kaplan LLP
+ Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP
+ Connect

Show more