# Exhibit 30

Case 1:23-cv-00822-ADA   Document 45-25   Filed 03/29/23   Page 2 of 8



## George Mantaring · 3rd

Design Verification Engineer at Amazon Web Services

-  Amazon Web Services
- The University of Texas at Austin

Austin, Texas, United States · **Contact info**

**500+** connections

Message      Follow     More

## About

Detail-oriented engineer tasked with using the latest methodologies to verify building blocks for today's leading edge SoCs. Particularly enjoys leveraging backgrounds in product engineering and emulation to debug complex system-level problems and ensure that designs meet planned performance targets.

## Activity

810 followers

**George hasn't posted lately**
George's recent posts and comments will be displayed here.

Show all activity →

## Experience

**Design Verification Engineer**


Amazon Web Services · Full-time
Dec 2014 - Present · 8 yrs 4 mos
Austin, Texas Area

\* AWS Trainium - Cloud-Scale Machine Learning Acceleration
\* AWS Inferentia - Cloud-Scale Machine Learning Acceleration...   ...see more

   +2


### Staff Engineer
Qualcomm
Mar 2014 - Dec 2014 · 10 mos
Austin, TX

Created performance verification testplans for new SoC server design and a variety of subsystems. Helped to develop MMU translation test c   ...see more

### Staff Photographer / Freelance Wedding Videographer
AM3 Photography
Aug 2010 - Jun 2014 · 3 yrs 11 mos

Photographer and Videographer for Weddings, Engagements, Family Portraits, Food, and Travel - specializing in shooting and editing (   ...see more


### AMD
11 yrs 7 mos

**Senior Member of Technical Staff, Design Verification**
Jul 2012 - Feb 2014 · 1 yr 8 mos
Austin, Texas Area

Responsible for SoC Verification of x86 processor designs on the Cadence Palladium platform, including the APU being used in the recently released Sony PlayStation 4. Debugged configuration, modeling, and RTL issues found by platforms and product engineering teams.

Additionally, helped to drive a variety of verification, emulation, and pattern delivery efforts for AMD's 1st ARM server SoC, sampling Q1'14.

### Member of Technical Staff, Verification Engineer
Jul 2010 - Jul 2012 · 2 yrs 1 mo

Developing and enabling hardware emulation infrastructure to verify next generation microprocessors and provide the framework for downstream teams to validate their test environments in preparation for 1st silicon.

### Member of Technical Staff, Product Engineering Operations

Oct 2007 - Jul 2010 · 2 yrs 10 mos

Led a team of engineers to prepare for our the 32nm generation of Fusion x86 microprocessors, working with the design teams to inlay the required DFT, documenting our methodologies and coverage maps, and putting together plans for 1st silicon.

**Show all 7 experiences** ➔

 **Co-op Engineer, Functional Verification**
Advanced Micro Devices
Jan 2001 - May 2001 · 5 mos

Wrote x86 assembly directed tests to test new instructions on the AMD K8 processor. Wrote PERL scripts to automate ATE tester pattern generation.

**Show all 14 experiences** ➔

# Education

 **The University of Texas at Austin**
BS, Electrical Engineering (Computer Engineering Tech Area)
1998 - 2002

Activities and societies: Filipino Students Association, Kappa Theta Epsilon, Gamma Beta Phi

In pursuing my Electrical Engineering degree, I opted for the Computer Engineering technical area, where I took classes in Computer Architecture,...

**Texas Academy of Math & Science**
HS
1996 - 1998

Activities and societies: Fellowship for Advancing Cultural Education (FACEs), Junior Engineering Technical Society (JETS)

The Texas Academy of Math & Science (TAMS) is a program where junior and senior-level high school students move to the University of North Texa...

# Skills

**Microprocessors**

 Endorsed by Trent Johnson and 2 others who are highly skilled at this

Endorsed by 2 colleagues at Qualcomm

Case 1:23-cv-00822-ADA    Document 45-25    Filed 03/29/23    Page 5 of 8

34 endorsements

**SoC**

29 endorsements

**Debugging**

Endorsed by Charles K. Bachand and 8 others who are highly skilled at this

Endorsed by 2 colleagues at Qualcomm

29 endorsements

**Show all 15 skills →**

## Recommendations

**Received**    Given

**Nothing to see for now**
Recommendations that George receives will appear here.

## Courses

**C++ Data Structures**
EE 360C

**Computer Architecture**
EE 360N

**VLSI Design**
EE 360R

## Languages

**Tagalog**
Limited working proficiency

## Interests

**Companies**   Groups   Schools

**AMD**
1,059,874 followers

\+ Follow

**Functional Verification**
3,871 followers

\+ Follow

Show all 23 companies →

## People also viewed

**Shilton Udayaselvam** • 3rd
Design Verification Engineer at Amazon Web Services (AWS)

🔒 Message

**Udhay Sankar Venugopal** • 3rd
Design Verification Engineer at Amazon Web Services (AWS)

🔒 Message

**Kiran Bachchu** • 3rd
Design Verification Engineer at Amazon Web Services (AWS)

🔒 Message

**Amruta Pendharkar** • 3rd
Design Verification Engineer at Amazon Web Services (AWS)

🔒 Message

**Horace Lau** • 3rd
Design Verification Engineer at Amazon Web Services

🔒 Message

Show more ⌄

## People you may know



**Emily Slagle**
Business Development Manager

➕ Connect



**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

➕ Connect



**Marc Betinsky**
Partner at Robins Kaplan LLP

➕ Connect



**Katie Bennett**
Partner at Robins Kaplan LLP

➕ Connect



**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

➕ Connect

Show more ⌄

Case 1:23-cv-00822-ADA    Document 45-25    Filed 03/29/23    Page 8 of 8