# Exhibit 31

Case 1:23-cv-00822-ADA   Document 45-26   Filed 03/29/23   Page 2 of 8



# Scott Matlock · 3rd

Lead Debugger for System level issues on 5G Baseband and Radio products

-  Ericsson
-  University of Houston-Clear Lake

Austin, Texas, United States · **Contact info**

**365** connections

Message　　+ Follow　　More

## Activity
373 followers

**Scott hasn't posted lately**
Scott's recent posts and comments will be displayed here.

Show all activity →

## Experience



**Debug Lead**
Ericsson · Full-time
Sep 2022 - Present · 7 mos
Austin, Texas Metropolitan Area · On-site

Debug Lead for 5G Baseband and Radio ASICs



**AMD**
5 yrs 4 mos

### Director Design Engineering
Full-time
Sep 2021 - Sep 2022 · 1 yr 1 mo
Austin, Texas Metropolitan Area · On-site

Managed a team of 15-20 validation and debug engineers working on Client PC products
Role included:
Debugged critical System Level issues blocking production of Mobile platforms
Managed a team of debuggers working on next generation mobile platforms. This included managing dozens of issues in parallel
Managed a team of validation engineers creating and executing system validation plans for Mobile products

### Director, Design Engineering
Full-time
Jul 2019 - Sep 2021 · 2 yrs 3 mos
Austin, Texas Metropolitan Area · On-site

Director, Design Engineering at AMD

Lead System Engineer leading a team of 50+ engineers to test and validate a unique low power APU
Duties include:
- Work with the engineering teams to create test plans to fully cover customer H/W and S/W use cases
- Drive alignment between H/W validation, Firmware development, Android OS development, and Software QA and test
- Review and align all Silicon coverage test plans
- Work with Business and Production teams to align validation and production streams
- Work with customer to address critical validation and H/W compliance issues
- Work with System Program Management to complete all AMD validation work threads
- Drive all critical program observations to root cause and help in developing workarounds and fixes

### Director Design Engineering
Jun 2017 - Jul 2019 · 2 yrs 2 mos
Austin, Texas Area

Technical Lead for Tier 1 Graphics customer. Duties include:
- Lead a team of Application Engineers in three geographic regions
- Provide Design, Debug, and Platform Engineering support to the customer
- Drive all gating H/W issues to resolution before product production

### Senior Staff Engineer
Samsung Austin R&D Center (SARC)  
Mar 2015 - Jun 2017 · 2 yrs 4 mos  
FM2222 in Austin Tx

**SARC IP Design Debug**  
…                                                                 …see more



### AMD
9 yrs 5 mos

### Principle Member Technical Staff
Sep 2011 - Mar 2015 · 3 yrs 7 mos  
Adanced Micro Devices, Austin

Served as a technical lead to validate and enable APU products for the Ultra Low Power (ULP) market segment. This includes:  
- Helped to define feature sets of the APU with a focus on platform cost and power reduction  
- Helped to architect a reference platform to showcase the unique features of the ULP APU  
- Helped to architect a validation platform to effectively test, debug, and characterize a ULP APU  
- Led a team of validation architects to ensure all critical APU features were fully validated  
- Worked with Customer Enablement teams to ensure platform feature sets were properly documented so customer design teams could optimize their platforms for performance and power.  
- Represented the Platform Engineering organization in technical syncs with OS vendors, third party H/W and S/W vendors

### Senior Member Technical Staff
Nov 2005 - Aug 2011 · 5 yrs 10 mos  
Austin, Texas Area

Technical lead (manager) of eight engineers in the system debug department.  
- Responsible for all external customer issues (Server, Desktop, and Notebook)  
- Provided detailed resolution reports back to the customer  
- Provided H/W fixes, BIOS, S/W and OS patches as necessary to the customer  
- Mentored the younger engineers on technical subjects as well as providing advice on career advancement

### Hewlett-Packard

Case 1:23-cv-00822-ADA   Document 45-26   Filed 03/29/23   Page 5 of 8

8 yrs 6 mos
Houston, Texas Area

**Engineer V**
May 2003 - Oct 2005 · 2 yrs 6 mos

\*\*Server Storage Design Group\*\*
…                                                                 …see more

**Engineer IV**
May 1997 - Apr 2003 · 6 yrs

\*\*Industry Standard Servers (ISS) Hardware Engineering Problem Resolution
(EPR) group\*\*…                                                    …see more

Show all 11 experiences →

## Education

 **University of Houston-Clear Lake**
Bachelor of Science (BS), Computer Engineering
2001 - 2005

Grade: Graduated Summa Cum Laude 3.98 GPA

Activities and societies: Member of Alpha Chi (National College Honor Society)

 **San Jacinto College**
General Studies, Pre Engineering
1997 - 2001

Grade: GPA 3.95

Activities and societies: Member of Phi Theta Kappa (National Junior College Honor Society)

## Skills

**RTL design**

 2 endorsements

**Semiconductors**

 Endorsed by 8 colleagues at AMD

8 endorsements

Case 1:23-cv-00822-ADA   Document 45-26   Filed 03/29/23   Page 6 of 8

8 endorsements

**DFT**

1 endorsement

**Show all 50 skills →**

## Recommendations

**Received**   Given



**Somas Thyagaraja** · 3rd
Director, Product Management at SoFi
April 29, 2014, Somas reported directly to Scott

Scott is without doubt one of the best managers I have ever had. He has never hesitated to share his technical expertise and assist me on issues I was debugging while at AMD. His professional attitude, hardworking nature, and analytical approach to solving problems are all qualities I've observed and…

## Patents

**Emulated legacy bus operation over a bit-serial bus**
US 9,858,235 · Issued Jan 2, 2018

**EMULATED KEYBOARD CONTROLLER AND EMBEDDED CONTROLLER INTERFACE VIA AN INTERCONNECT INTERFACE**
US 20140006645 · Filed Jul 12, 2012

See patent

Low cost alternative to connect a PC compatible EC to an I2C bus. This eliminates the need to have an antiquated LPC bus on the I/O bridge.

## Interests

**Companies**   Groups   Schools



**AMD**
1,059,875 followers

+ Follow

**San Jacinto College**
74,937 followers

+ Follow

Show all 7 companies →

## People also viewed

**Adrian Barrera** • 3rd
PMTS - Lead System Engineer at AMD

🔒 Message

**Teja Singh** • 3rd
Senior Fellow Design Engineer at AMD

🔒 Message

**Chris Kuruts** • 3rd
Senior Systems Design Engineer at AMD

🔒 Message

**Allan Parker** • 2nd
AMD Fellow x86 Client Platform Engineering

+ Connect

**Krish Venkatachalam** • 3rd
Director Design Engineering at AMD

🔒 Message

Show more ⌄

## People you may know



**Emily Slagle**
Business Development Manager
+ Connect

**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP
+ Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP
+ Connect

**Katie Bennett**
Partner at Robins Kaplan LLP
+ Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP
+ Connect

Show more ⌄