# Exhibit 32



# Saeid Moshkelani · 3rd

SVP and GM, Client Business Unit at AMD

-  AMD
-  Oregon State University

Los Gatos, California, United States · **Contact info**

**500+** connections

Follow   🔒 Message   More

## About

As SVP and GM, I lead AMD's Client Business Unit, responsible for all aspects of product strategy, management and engineering for client computing products and solutions.

I joined AMD in 2012 as general manager of the AMD Semi-Custom Business Unit, which grew from infancy to a multi-billion-dollar business. I then spent two years leading product and platform engineering operations.

As an experienced executive with more than 30 years of engineering and operations leadership experience, I have a strong track record of driving product development and business growth for semiconductor companies, including Trident Microsystems Inc., LSI Logic, C-Cube Microsystems and VLSI.

## Activity

**1,027** followers



+ Follow

**Saeid hasn't posted lately**
Saeid's recent posts and comments will be displayed here.

**Show all activity** →

## Experience



**AMD**
10 yrs 10 mos

**SVP and GM, Client Business Unit**
Aug 2018 - Present · 4 yrs 8 mos
Austin, Texas Area

Lead AMD's Client Business Unit, responsible for all aspects of product strategy, management and engineering for client computing products and solutions.

**CVP, Product and Platform Development**
Apr 2016 - Jul 2018 · 2 yrs 4 mos
Austin, Texas Area

**CVP and GM, Semi Custom Business Unit**
Jun 2012 - Apr 2016 · 3 yrs 11 mos
Sunnyvale, CA

Led AMD's semi-custom business unit, growing the unit from infancy to a multi-billion dollar business. Led a 1,000+ engineering and business team developing and marketing industry leading products for gaming applications.



**Executive Vice President, R&D**
Trident Microsystems
Sep 2008 - Jun 2012 · 3 yrs 10 mos
Sunnyvale, CA

Reported to CEO. Led a 1500+ global R&D team.
Let all aspects of product development for STB and DTV product  …see more

**Vice President of engineering & operations**
Dust Networks
Jun 2006 - Jun 2008 · 2 yrs 1 mo
Hayward, CA

Dust was a privately funded startup focusing on wireless sensor networking

solutions. Company was purchased by Linear Technology.... ...see more


### Vice President of engineering and operations, Consumer division
LSI Logic
May 2001 - Jun 2006 · 5 yrs 2 mos
Milpitas, CA

Led the consumer division's engineering team in development of LSI's products in consumer business. ...


### Senior Vice President of engineering and operations
C-Cube Microsystems
Nov 1998 - May 2001 · 2 yrs 7 mos
Milpitas, CA

Led C-Cube's R&D team of 350+ in developments of all C-Cube products in STB, DVD and VCD product line....

**Show all 8 experiences →**

## Education


**Oregon State University**
B.S., Electrical Engineering
1981 - 1984

Activities and societies: International student body president( ISOSU). Memeber of Tau Beta Pi, Eta Kappa Nu, Phi Kappa Phi honor societies

## Skills

### Engineering Management

 Endorsed by Mark D'Souza who is highly skilled at this

 Endorsed by 7 colleagues at AMD

 40 endorsements

### Semiconductors

Endorsed by Naveed Sherwani and 7 others who are highly skilled at this

Endorsed by 6 colleagues at AMD

39 endorsements

### ASIC

Farid Moshgelani has given an endorsement for this skill

32 endorsements

**Show all 23 skills** →

## Recommendations

**Received**   Given

### Nothing to see for now

Recommendations that Saeid receives will appear here.

## Interests

**Companies**   Groups   Schools

**AMD**
1,059,871 followers

+ Follow

**Dell Technologies**
4,980,908 followers

+ Follow

**Show all 19 companies** →

### People also viewed

**Dan McNamara** • 3rd
Senior Vice President & General Manager Server Business Advanced Micro Devices

+ Follow



**Jack Huynh** • 3rd

Senior Vice President & General Manager, Semi-Custom Group at AMD

+ Follow



**Scott Herkelman** • 3rd 

Senior Vice President & General Manager Graphics Business Unit

🔒 Message



**Rajneesh Gaur** • 3rd

Corporate Vice President & GM at AMD

🔒 Message



**David McAfee** • 3rd 

Corporate VP and General Manager, Client Channel Business at AMD

➤ Message

Show more ⌄

### People you may know



**Emily Slagle**

Business Development Manager

+ Connect



**Katelyn Kasella**

Marketing and Communications Coordinator at Robins Kaplan LLP

+ Connect



**Marc Betinsky**

Partner at Robins Kaplan LLP

+ Connect



**Katie Bennett**

Partner at Robins Kaplan LLP

Case 1:23-cv-00822-ADA   Document 45-27   Filed 03/29/23   Page 7 of 7

&#43; Connect



**Ricardo Ehramjian**

Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

&#43; Connect

Show more ⌄