# Exhibit 33

## Vassil Papageorgiou · 3rd
Product Reliability Engineering

-  Advanced Micro Devices (AMD)
-  Michigan State University

Austin, Texas Metropolitan Area · **Contact info**

500+ connections

Message    Connect   More

## Activity
2,080 followers

**Vassil hasn't posted lately**
Vassil's recent posts and comments will be displayed here.

**Show all activity →**

## Experience

 **Advanced Micro Devices (AMD)**
21 yrs 11 mos

**Product Reliability Engineering**
Mar 2012 - Present · 11 yrs 1 mo
Austin, Texas Area

• Define and execute product reliability qualification for APU and Game Console products.
• Develop analytical tools for early detection of product reliability and test

margin issues.
• Analysis of extrinsic reliability modes during HTOL product qualifications.
• Perform reliability modeling estimation across varying usage and operating life conditions.

### Member of Technical Staff, Product Development Engineering
Jan 2009 - Mar 2012 · 3 yrs 3 mos
Austin, Texas Area

• Interface with foundry partners, product engineering, design and program management from planning through execution phase of new product introductions. Solve foundry process and product design issues to enable successful manufacturing ramp.

### Sr. Device Engineer, Technology and Integration
Nov 2007 - Jan 2009 · 1 yr 3 mos
Dresden, Germany

• Expatriate Assignment at AMD Fab30 (now GlobalFoundries).
• Lead engineer responsible for developing 65nm/45nm CMOS transistor technology, transfer of device development and definition into high volume manufacturing.

Show all 4 experiences →


### Quality Engineer
Dell
May 2000 - Feb 2001 · 10 mos
Round Rock, TX

• Led problem-solving resolution of Inspiron field issues; drove rapid containment, root cause and corrective action of supplier factory  …see more


### Supplier Quality
Chrysler
Jun 1997 - Aug 1998 · 1 yr 3 mos
Auburn Hills, MI

• Led problem-solving resolution of electrical component failures at Chrysler assembly plants.…

## Education


### Michigan State University
M.S., Electrical Engineering
1999

1999


**Michigan State University**
B.S., Electrical Engineering
1996

## Skills

### Semiconductor Industry

 Endorsed by 19 colleagues at AMD

 Endorsed by 7 people who know the skill

 24 endorsements

### Testing

 Endorsed by Mark D'Souza who is highly skilled at this

 Endorsed by 16 colleagues at AMD

 20 endorsements

### Yield

 Endorsed by 2 colleagues at AMD

 2 endorsements

Show all 31 skills →

## Recommendations

**Received**    Given


**Frank Casilio** · 3rd
Senior Director, Product Development Engineering
February 16, 2016, Frank worked with Vassil but on different teams

I have worked with Vassil since 2005 on various AMD product development projects. He has excellent project management and problem solving skills coupled with hands-on experience in fab process technology and product reliability. He is consistent, dependable and manages his projects effectivel…



**Majed Anani** · 3rd
Wireless Reliability Technologist at Apple
July 28, 2015, Majed was senior to Vassil but didn't manage Vassil directly

I recognize Vassil as a highly talented engineer with broad technical knowledge in the semiconductor industry fab processes and packaging level, and a talented engineer with a solid background in project and test management. Vassil is able to find solutions to difficult engineering…

**Amado Ramirez, III** · 3rd
Foundry Operations | Product & Test Engineering | Product Development Engineering | Technology Development
October 29, 2014, Amado managed Vassil directly

I am pleased to write a recommendation for Vassil as he has consistently contributed to several engineering teams - high quality results delivered in a timely manner. Vassil has very good problem solving abilities and can effectively communicate across engineering teams, business units, and…

Show all 7 received →

## Interests

**Companies**    Groups    Newsletters    Schools


**Product Engineering**
6,322 followers
 Follow


**AMD**
1,059,880 followers
 Follow

Show all 15 companies →

## People you may know


**Emily Slagle**
Business Development Manager
 Connect



**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

Connect

**Marc Betinsky**
Partner at Robins Kaplan LLP

Connect

**Katie Bennett**
Partner at Robins Kaplan LLP

Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

Connect