# Exhibit 34



### Jason [JT] Scott · 3rd

Senior Member of Technical Staff - Volume Scan Diagnostics Program Principal - Yield Engineering - CPU/GPU/Game Console

-  AMD

- Nova Scotia Institute of Technology

Austin, Texas, United States · **Contact info**

**500+** connections

Message    + Follow    More

## About

Stong technical leadership and program ownership skills. 19+ years in the semiconductor industry. Results oriented with strong leadership abilities. Experienced in the global economy, with time spent overseas. Product development expert with successful project management track record. Competitive analysis and IP intelligence.

Specialties: Volume Scan Diagnostics analysis for advanced process technology systrmatic defect identification, electrical fault isolation, memory product development, root cause microprocesspor / memory silicon debug, Lean Six Sigma based project management, engineering management, high speed signal analysis, memory bit cell engineering, failure analysis, device characterization, device qualification, yield enhancement, physical design, verification, reverse engineering, reliability test, patent intelligence, verilog

## Activity
584 followers

Jason [JT] hasn't posted lately

Jason [JT] hasn't posted lately
Jason [JT]'s recent posts and comments will be displayed here.

**Show all activity →**

## Experience

**Member of Technical Staff - Fault Isolation Product Manager; Server/Console**
AMD
Aug 2010 - Present · 12 yrs 8 mos
Austin, TX

• Electrical Fault Isolation - Device Analysis Department
• Responsible for electrical fault isolation on AMD's advanced 32nm, 28nm, 20nm APU / CPU architectures throughout; NPI, Qualification, Yield enhancement and Customer Return cycles
• Product owner for Game Console (Xbox / Playstation) and Server products
• FEOL / BEOL defect isolation
• Backside laser / emission based tool; silicon debug, characterization and defect based root cause determination
• Synopsys Camelot CAD database translation and management

**Product Line Manager**
Sidense
Feb 2009 - Aug 2010 · 1 yr 7 mos
Ottawa, Canada Area

• Responsible for OTP NVM silicon debug and device characterization across 6 foundries in process nodes from 28nm-180nm...                                      ...see more



**Staff Engineer - Product Engineering; Design Analysis**
Qimonda
Mar 2004 - Jan 2009 · 4 yrs 11 mos
Cary, NC

• Team Lead for complete design verification and analysis coordination within the product engineering team for various Graphics, Low P...  ...see more

**Staff Engineer - Design Center Enablement**
Qimonda Technologies (Suzhou) Co., Ltd.
Jun 2008 - Nov 2008 · 6 mos
Suzhou, Jiangsu, China

• 1Gb 65nm DDR2 design verification and low voltage root cause failure identification...                                                                              ...see more

**Manager R&D (functional), Memory Bit Cell Design**
MoSys
Sep 2002 - Apr 2003 · 8 mos
Ottawa, Canada Area

• Manage and coordinate team of Test Engineers from project specification through device evaluation... ...see more

**Show all 9 experiences** →

## Education

**Nova Scotia Institute of Technology**
Electronics Engineering, Electronincs
1995 - 1997

## Skills

**Fault Isolation**

 Endorsed by 2 colleagues at AMD

 2 endorsements

**Failure Analysis**

 Endorsed by Danielle Dunn and 2 others who are highly skilled at this

 Endorsed by 5 colleagues at AMD

 12 endorsements

**Laser Voltage Probe**

**Show all 33 skills** →

## Recommendations

**Received**   Given

**Shane Sanders** · 3rd
MTS at AMD
December 24, 2008, Shane worked with Jason [JT] on the same team

Jason and I have worked together in the Design Analysis group at Qimonda for nearly 5 years. During that time he has proven to be a strong technical contributor as well as a very effective team leader for the development of low power, commodity, and graphics DRAM products. As a technical…



**Eric Cordes** · 3rd
Vice President GaN Technology Program at Infineon Technologies
December 21, 2008, Eric was senior to Jason [JT] but didn't manage Jason [JT] directly

I know Jason Scott since early in 2004 when he applied for the Qimonda Development Center RTP in Cary, NC, USA (at that time still Infineon). From then on Jason has demonstrated his excellence in many areas: design verification and analysis, utilization of a multitude of test equipment,…



**Jens Niemax** · 3rd
Scientist at Technical University of Munich
December 20, 2008, Jens managed Jason [JT] directly

I worked together with Jason during his time at the Qimonda development center in China. In theory, I was his direct manager. In reality however, we were on equal terms; both doing our part to make the development center a success. …

**Show all 8 received** →

## Interests

**Companies**    Groups



**AMD**
1,059,881 followers

+ Follow



**TSMC**
423,381 followers

+ Follow

**Show all 5 companies** →

## People also viewed

**Shane Sanders** • 3rd
MTS at AMD

🔒 Message



**Abdullah Yassine** • 3rd
Principal Member of Technical Staff at Advanced Micro Devices

🔒 Message



**Ramakanth Kondagunturi** • 3rd
Principal SoC Architect at AMD

🔒 Message



**Arun Sivasubramanian** • 3rd
Member Of Technical Staff at AMD

🔒 Message

**Geoff Bacon** • 3rd+
R&D S&E Mechanical Engineer at Department of Energy

🔒 Message

Show more ⌄

### People you may know



**Emily Slagle**
Business Development Manager

➕ Connect



**Katelyn Kasella**
Marketing and Communications Coordinator at Robins Kaplan LLP

➕ Connect



**Marc Betinsky**
Partner at Robins Kaplan LLP



Partner at Robins Kaplan LLP

➕ Connect

**Katie Bennett**
Partner at Robins Kaplan LLP

➕ Connect

**Ricardo Ehramjian**
Senior A/V Engineer, Trial Consultant and Multimedia Expert at Robins Kaplan LLP

➕ Connect

Show more ⌄