# Exhibit 36

## U.S. District Court — Judicial Caseload Profile

**TEXAS WESTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 11,727 | 13,826 | 15,705 | 13,593 | 12,481 | 13,088 | | |
| | | Terminations | 12,021 | 12,972 | 15,015 | 13,672 | 10,642 | 11,936 | | |
| | | Pending | 6,592 | 7,367 | 7,958 | 7,829 | 9,643 | 10,656 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 11.6 | -5.3 | -16.7 | -3.7 | 4.9 | | 10 | 4 |
| | | Number of Judgeships | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | | Vacant Judgeship Months [2] | 24.0 | 23.4 | 9.9 | 0.0 | 7.1 | 12.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 902 | 1,064 | 1,208 | 1,046 | 960 | 1,007 | 3 | 1 |
| | | Civil | 274 | 264 | 316 | 350 | 332 | 365 | 29 | 4 |
| | | Criminal Felony | 505 | 694 | 771 | 604 | 530 | 540 | 1 | 1 |
| | | Supervised Release Hearings | 123 | 105 | 121 | 92 | 98 | 102 | 7 | 1 |
| | Pending Cases [2] | | 507 | 567 | 612 | 602 | 742 | 820 | 15 | 3 |
| | Weighted Filings [2] | | 696 | 745 | 839 | 830 | 858 | 848 | 3 | 2 |
| | Terminations | | 925 | 998 | 1,155 | 1,052 | 819 | 918 | 4 | 2 |
| | Trials Completed | | 20 | 20 | 22 | 20 | 24 | 26 | 16 | 3 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 5.3 | 4.4 | 4.4 | 4.4 | 5.5 | 5.8 | 4 | 2 |
| | | Civil [2] | 7.7 | 8.0 | 7.1 | 6.4 | 8.0 | 8.3 | 22 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 20.5 | 18.7 | 29.0 | 20.4 | 23.9 | 28.9 | 17 | 5 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 82 / 2.9 | 90 / 3.3 | 145 / 4.7 | 176 / 4.8 | 198 / 5.1 | 228 / 5.7 | 20 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.1 | 1.1 | 1.1 | 1.2 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 51.6 | 62.8 | 56.2 | 49.9 | 49.6 | 50.6 | | |
| | | Percent Not Selected or Challenged | 41.0 | 40.9 | 42.8 | 42.4 | 40.2 | 47.6 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 4,747 | 68 | 46 | 969 | 9 | 151 | 241 | 550 | 414 | 1,156 | 511 | 3 | 629 |
| Criminal [1] | 7,014 | 99 | 822 | 5,144 | 372 | 310 | 67 | 83 | 3 | 12 | 30 | 46 | 26 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**CALIFORNIA NORTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2017 | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | | 8,554 | 8,951 | 9,180 | 9,988 | 11,293 | 8,933 | | |
| | Terminations | | 7,421 | 7,854 | 7,995 | 9,123 | 8,605 | 11,613 | | |
| | Pending | | 9,127 | 10,180 | 11,323 | 12,183 | 14,838 | 12,240 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.4 | -0.2 | -2.7 | -10.6 | -20.9 | | 84 | 13 |
| | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | Vacant Judgeship Months [2] | | 0.0 | 0.0 | 0.0 | 0.0 | 24.1 | 32.3 | | |
| **Actions per Judgeship** | Filings | Total | 611 | 639 | 656 | 713 | 807 | 638 | 13 | 3 |
| | | Civil | 531 | 552 | 564 | 639 | 729 | 566 | 9 | 2 |
| | | Criminal Felony | 43 | 39 | 47 | 36 | 36 | 26 | 90 | 14 |
| | | Supervised Release Hearings | 37 | 48 | 45 | 38 | 42 | 46 | 33 | 8 |
| | Pending Cases [2] | | 652 | 727 | 809 | 870 | 1,060 | 874 | 12 | 2 |
| | Weighted Filings [2] | | 553 | 622 | 599 | 612 | 809 | 606 | 9 | 2 |
| | Terminations | | 530 | 561 | 571 | 652 | 615 | 830 | 5 | 1 |
| | Trials Completed | | 9 | 10 | 9 | 6 | 7 | 8 | 83 | 12 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 19.3 | 16.3 | 13.5 | 12.4 | 16.4 | 17.1 | 72 | 10 |
| | | Civil [2] | 7.2 | 7.2 | 8.7 | 11.4 | 6.3 | 11.4 | 59 | 11 |
| | From Filing to Trial [2] (Civil Only) | | 24.8 | 30.0 | 22.8 | 44.5 | 26.4 | 34.7 | 30 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 496 6.2 | 462 5.1 | 1,516 15.0 | 925 8.4 | 1,374 10.0 | 1,110 10.0 | 46 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.4 | 1.3 | 1.3 | 1.2 | 1.3 | 1.1 | | |
| | Jurors | Avg. Present for Jury Selection | 58.9 | 69.5 | 74.8 | 94.8 | 62.9 | 65.1 | | |
| | | Percent Not Selected or Challenged | 39.3 | 26.0 | 57.0 | 60.7 | 44.8 | 48.9 | | |

### 2022 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,930 | 137 | 2,020 | 1,066 | 7 | 54 | 351 | 468 | 436 | 683 | 1,613 | 46 | 1,049 |
| Criminal [1] | 358 | 4 | 117 | 11 | 90 | 64 | 15 | 26 | - | 2 | 3 | 6 | 20 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."