IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., et al.,<br><br>        Defendants. | Case No. 6:22-cv-00386-ADA<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF WILLIAM W.Y. CHU IN SUPPORT OF ACQIS LLC'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**

I, William W.Y. Chu, hereby declarant and state as follows:

1. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. I am the founder, President, and Chief Executive Officer of ACQIS LLC ("ACQIS"), and I am knowledgeable about the ownership, licensing, and commercialization of the patents-in-suit, and ACQIS's organizational and financial information. I am also the Chief Executive Officer of ACQIS Technology, Inc.

3. ACQIS is a limited liability company organized and existing under the laws of the State of Texas, with offices at 411 Interchange Street, McKinney, Texas 75071. The related entity, ACQIS Technology, Inc., is a corporation organized under the laws of the State of Delaware, having its principal place of business at 1503 Grant Road, Suite 100, Mountain View, California 94040.

1

4. Traveling to the Western District of Texas for this case would not be inconvenient for me. If asked to testify in Waco, Texas, or elsewhere in the Western District of Texas, I would be willing to do so.

5. It would not be inconvenient for ACQIS to produce documents in the Western District of Texas. All of ACQIS's documents are available electronically and are as easily accessible in the Western District of Texas as they are in the Northern District of California. I am not aware of any relevant non-electronic documents or other evidence in ACQIS's possession that are stored in the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2023, in Mt. View, California.

_____
William W.Y. Chu