IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    Plaintiff,<br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>    Defendants. | Case No. 6:22-cv-386-ADA<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING SONY'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA, OR IN THE ALTERNATIVE, TO THE AUSTIN DIVISION OF THE WESTERN DISTRICT OF TEXAS**

BEFORE THE COURT is Defendants' Motion to Transfer Venue to the Northern District of California, or in the Alternative, to the Austin Division of the Western District of Texas ("Motion"). Dkt. 21. The Court, having considered the Motion, as well as Plaintiff's opposition, any reply and/or sur-reply, and the competent evidence, finds that Defendants' Motion should be and is hereby DENIED.

SIGNED this _____ day of _____, 2023.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE