# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ACQIS, LLC, <br> a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation, and <br> SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, <br><br> Defendants. | Civil No. 6:22-cv-386-ADA-DTG <br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF EXTENSION OF TIME TO SERVE PRELIMINARY INVALIDITY CONTENTIONS

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendants respectfully notify the Court that the parties have agreed to an extension to serve Defendants' Preliminary Invalidity Contentions and the accompanying documents productions, previously due March 31, 2023 (Dkt. 42) and now due **April 5, 2023**. This extension is: (1) agreed to between the parties; (2) does not change the date of any hearing, trial, or other Court date; and (3) does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: March 30, 2023                    Respectfully submitted,

*/s/ Eric A. Buresh*
Eric A. Buresh (admitted in this District)
KS Bar 19895
**Erise IP, P.A.**
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: eric.buresh@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Abran J. Kean (*pro hac*)
CO Bar 44660
**Erise IP, P.A.**
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Email: abran.kean@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Eric A. Buresh*
Eric A. Buresh
