IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., et al.,<br><br>    Defendants. | Case No. 6:22-cv-386-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF EXTENSION OF TIME FOR THE PARTIES TO EXCHANGE PROPOSED CLAIM CONSTRUCTIONS AND TO DISCLOSE EXTRINSIC EVIDENCE**

Plaintiff ACQIS LLC ("ACQIS" or "Plaintiff") and Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC ("Sony" or "Defendants") (collectively, the "parties") hereby provide the Court notice of the parties' agreement to extend two deadlines related to the parties' exchanges of proposed claim constructions and disclosure of extrinsic evidence.

1. Deadline for parties to exchange proposed claim constructions. The current deadline is April 28, 2023. Dkt. No. 42. The parties have agreed that this deadline be extended by two business days until May 2, 2023.

2. Deadline for parties to disclose extrinsic evidence. The current deadline is May 5, 2023. Dkt. No. 42. The parties have agreed that this deadline be extended by two business days until May 9, 2023.

The parties' agreed-upon extensions will not change the date for any hearing, trial, or any final submission to the Court related to a hearing or trial.

1

Dated: April 28, 2023						Respectfully submitted,


							By: /s/ Logan J. Drew

							Ronald J. Schutz (admitted in this District)
							MN Bar No. 0130849
							Email: rschutz@robinskaplan.com
							Aaron R. Fahrenkrog (*pro hac vice*)
							MN Bar No. 0386673
							Email: afahrenkrog@robinskaplan.com
							Logan J. Drew (admitted in this District)
							MN Bar No. 0389449
							Email: ldrew@robinskaplan.com
							William Jones (*pro hac vice*)
							MN Bar No. 0402360
							Email: wjones@robinskaplan.com
							**ROBINS KAPLAN LLP**
							2800 LaSalle Plaza
							800 LaSalle Avenue
							Minneapolis, MN 55402
							Telephone: 612-349-8500
							Facsimile: 612-339-4181

							Of Counsel:
							T. John Ward, Jr.
							Texas State Bar No. 00794818
							Email: jw@wsfirm.com
							Andrea L. Fair
							Texas State Bar No. 24078488
							Email: andrea@wsfirm.com
							**WARD, SMITH & HILL, PLLC**
							1507 Bill Owens Parkway
							Longview, TX 75604
							(903) 757-6400 (telephone)
							(903) 757-2323 (facsimile)

							*Counsel for Plaintiff ACQIS LLC*


							By: /s/ Abran J. Kean

							Abran J. Kean (*pro hac vice*)
							CO Bar 44660
							ERISE IP, P.A.
							5299 DTC Blvd., Suite 1340

Greenwood Village, CO 80111
Phone: 913-777-5600
Fax: 913-777-5601
Abran.kean@eriseip.com

Eric A. Buresh (admitted in this District)
KS Bar 19895
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913-777-5600
Fax: 913-777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew
