**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |  |
|---|---|---|
| ACQIS LLC,<br>a Texas limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:22-cv-386 |
| v. | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT<br>INC., a Japanese corporation<br>SONY INTERACTIVE ENTERTAINMENT<br>LLC, a California limited liability company. | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' STATUS REPORT PURSUANT TO SECOND AMENDED STANDING
ORDER REGARDING MOTIONS FOR TRANSFER**

On December 19, 2022, Sony Interactive Entertainment LLC ("SIE") and Sony Interactive

Entertainment Inc. ("SIEI") (collectively, "Sony") filed their Opposed Motion to Transfer to the

Northern District of California, or in the alternative, to the Austin Division of the Western District

of Texas Under 28 U.S.C. § 1404(a) (Dkt. No. 21). Sony's reply was filed on April 5, 2023. Thus,

the motion is fully briefed and is ready for resolution. Sony believes the Court would benefit from

an oral hearing on the Motion. The Markman hearing in this case is set on July 21, 2023.

In addition, Defendants respectfully note that their Partial Motion to Dismiss (Dkt. No. 24),

filed December 20, 2022 is also fully briefed and ready for resolution.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Abran J. Kean (*pro hac*)
CO Bar 44660
Erise IP P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Fax: 913.777.5601
Abran.kean@eriseip.com

Eric A. Buresh (admitted in this District)
KS Bar 19895
Erise IP P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913.777.5600
Fax: 913.777.5601
Eric.buresh@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 28, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*