UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

ACQIS LLC

vs.

Case No.: 6:22-CV-386

Sony Interactive Entertainment, LLC
Sony Interactive Entertainment Inc.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Mark C. Lang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Sony Interactive Entertainment LLC; Sony Interactive Entertainment Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Erise IP, P.A. with offices at:

   Mailing address: 7015 College Boulevard, Suite 700

   City, State, Zip Code: Overland Park KS 66211

   Telephone: 9137775600    Facsimile: 9137775601

2. Since 2013, Applicant has been and presently is a member of and in good standing with the Bar of the State of Kansas. Applicant's bar license number is 26185.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   | --- | --- |
   | Kansas State Court | 12/13/2013 |
   | Eastern District of Texas | 2/11/2016 |
   | Northern District of Illinois | 11/10/2005 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 20-CV-00914 on the 10 day of November, 2020.
   Number: 1:17-CV-1137 on the 28 day of April, 2018.
   Number: 6:21-CV-457 on the 13 day of January, 2023.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Eric A. Buresh

Mailing address: 7015 College Boulevard, Suite 700

City, State, Zip Code: Overland Park KS 66211

Telephone: 913-777-5600

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Mark C. Lang to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Mark C. Lang
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 28 day of April, 2023.

Mark C. Lang
[printed name of Applicant]

[signature of Applicant]