Exhibit 9

Case 1:23-cv-00822-ADA   Document 59-3   Filed 05/19/23   Page 2 of 29

US00RE41294E

(19) **United States**

(12) **Reissued Patent**
Chu

(10) Patent Number: **US RE41,294 E**
(45) Date of Reissued Patent: **\*Apr. 27, 2010**

(54) **PASSWORD PROTECTED MODULAR COMPUTER METHOD AND DEVICE**

(75) Inventor: **William W. Y. Chu**, Los Altos, CA (US)

(73) Assignee: **ACQIS Techonology, Inc.**, Mountain View, CA (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/474,256**

(22) Filed: **Jun. 23, 2006**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,321,335**
Issued: **Nov. 20, 2001**
Appl. No.: **09/183,493**
Filed: **Oct. 30, 1998**

(51) **Int. Cl.**
*H04L 9/32* (2006.01)

(52) **U.S. Cl.** ........................... **713/193**; 710/301; 726/9; 726/18; 726/28

(58) **Field of Classification Search** ................. 713/164, 713/172, 189, 190, 194, 193; 711/164; 710/100, 710/301; 726/2, 9, 17, 18, 19, 20, 28; 361/687
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,996,585 A | 12/1976 | Hogan | |
| 4,623,964 A | 11/1986 | Getz et al. | |
| 4,700,362 A | 10/1987 | Todd et al. | |
| 4,769,764 A | 9/1988 | Levanon | |
| 4,872,091 A | 10/1989 | Maniwa et al. | |
| 4,890,282 A | 12/1989 | Lambert et al. | |
| 4,918,572 A | 4/1990 | Tarver et al. | |
| 4,939,735 A | 7/1990 | Fredericks et al. | |
| 5,056,141 A | 10/1991 | Dyke | |
| 5,086,499 A | 2/1992 | Mutone | |

| | | | |
|---|---|---|---|
| 5,103,446 A | 4/1992 | Fischer | |
| 5,191,581 A | 3/1993 | Woodbury et al. | |
| 5,251,097 A | 10/1993 | Simmons et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 722138 A1 | 7/1996 |
| JP | 6-289953 | 10/1994 |
| WO | WO 92/18924 | 10/1992 |
| WO | WO 94/00097 | 1/1994 |
| WO | WO 95/13640 | 5/1995 |
| WO | WO97/00481 | 1/1997 |

OTHER PUBLICATIONS

"Features Chart", (Feb. 1, 1997) <<http://www.lanti-mes.com/testing/97feb/702b072a.html>>, downloaded from web on Jun. 23, 2004, 3 pgs.
"SQL Server and NT Cluster Manager Availability Demo," Microsoft Server Programmer Developers Conference, Nov. 1996, 15 pages total.
Agerwala, T., Systems Journal "SP2 System Architecture" vol. 34, No. 2, 1995 Scalable Parallel Computing vol. 34, No. 2, 1995.

(Continued)

*Primary Examiner*—Beemnet W Dada
(74) *Attorney, Agent, or Firm*—Cooley Godward Kronish LLP

(57) **ABSTRACT**

A method and device for securing a removable Attached Computer Module ("ACM") **10**. ACM **10** inserts into a Computer Module Bay ("CMB") **40** within a peripheral console to form a functional computer such as a desktop computer or portable computer. The present ACM **10** includes a locking system, which includes hardware and software **600**, **700**, to prevent accidental removal or theft of the ACM from the peripheral console. While ACM is in transit, further security is necessary against illegal or unauthorized use. If ACM contains confidential data, a high security method is needed to safeguard against theft.

**36 Claims, 12 Drawing Sheets**



**US RE41,294 E**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,278,509 A | | 1/1994 | Haynes et al. |
| 5,278,730 A | | 1/1994 | Kikinis |
| 5,293,497 A | | 3/1994 | Free |
| 5,311,397 A | | 5/1994 | Harshberger et al. |
| 5,317,477 A | | 5/1994 | Gillett |
| 5,319,771 A | | 6/1994 | Takeda |
| 5,331,509 A | | 7/1994 | Kikinis |
| 5,355,391 A | | 10/1994 | Horowitz et al. |
| 5,428,806 A | | 6/1995 | Pocrass |
| 5,436,857 A | | 7/1995 | Nelson et al. |
| 5,463,742 A | | 10/1995 | Kobayashi |
| 5,519,843 A | | 5/1996 | Moran et al. |
| 5,539,616 A | | 7/1996 | Kikinis |
| 5,550,710 A | | 8/1996 | Rahamim et al. |
| 5,550,861 A | | 8/1996 | Chan et al. |
| 5,572,441 A | | 11/1996 | Boie |
| 5,578,940 A | | 11/1996 | Dillon |
| 5,600,800 A | | 2/1997 | Kikinis et al. |
| 5,603,044 A | | 2/1997 | Annapareddy et al. |
| 5,606,717 A | | 2/1997 | Farmwald et al. |
| 5,608,608 A | | 3/1997 | Flint et al. |
| 5,623,637 A | * | 4/1997 | Jones et al. ................. 711/164 |
| 5,630,057 A | | 5/1997 | Hait |
| 5,638,521 A | | 6/1997 | Buchala et al. |
| 5,640,302 A | * | 6/1997 | Kikinis ........................ 361/687 |
| 5,648,762 A | | 7/1997 | Ichimura et al. |
| 5,659,773 A | | 8/1997 | Huynh et al. |
| 5,663,661 A | | 9/1997 | Dillon et al. |
| 5,673,174 A | | 9/1997 | Hamirani |
| 5,680,126 A | | 10/1997 | Kikinis |
| 5,689,654 A | | 11/1997 | Kikinis |
| 5,721,837 A | | 2/1998 | Kikinis |
| 5,721,842 A | | 2/1998 | Beasley et al. |
| 5,745,733 A | | 4/1998 | Robinson |
| 5,751,711 A | | 5/1998 | Sakaue |
| 5,752,080 A | | 5/1998 | Ryan |
| 5,764,924 A | | 6/1998 | Hong |
| 5,774,704 A | | 6/1998 | Williams |
| 5,795,228 A | | 8/1998 | Trumbull |
| 5,809,538 A | | 9/1998 | Pollmann |
| 5,815,681 A | | 9/1998 | Kikinis |
| 5,819,050 A | | 10/1998 | Boehling et al. |
| 5,826,048 A | | 10/1998 | Dempsey et al. |
| 5,838,932 A | | 11/1998 | Alzien |
| 5,848,249 A | | 12/1998 | Garbus |
| 5,859,669 A | | 1/1999 | Prentice |
| 5,862,381 A | * | 1/1999 | Advani et al. ............... 717/125 |
| 5,907,566 A | | 5/1999 | Benson et al. |
| 5,933,609 A | | 8/1999 | Walker et al. |
| 5,941,965 A | | 8/1999 | Moroz |
| 5,948,047 A | | 9/1999 | Jenkins et al. |
| 5,960,213 A | | 9/1999 | Wilson |
| 5,968,144 A | | 10/1999 | Walker et al. |
| 5,971,804 A | | 10/1999 | Gallagher et al. |
| 5,977,989 A | | 11/1999 | Lee et al. |
| 5,978,919 A | * | 11/1999 | Doi et al. ....................... 726/36 |
| 5,982,363 A | | 11/1999 | Naiff |
| 5,991,163 A | | 11/1999 | Marconi et al. |
| 5,991,844 A | | 11/1999 | Khosrowpour |
| 5,999,952 A | * | 12/1999 | Jenkins et al. .............. 708/100 |
| 6,002,442 A | | 12/1999 | Li et al. |
| 6,003,105 A | | 12/1999 | Vicard et al. |
| 6,006,243 A | | 12/1999 | Karidis |
| 6,009,488 A | | 12/1999 | Kavipurapu |
| 6,011,546 A | | 1/2000 | Bertram |
| 6,012,145 A | | 1/2000 | Mathers et al. |
| 6,016,252 A | | 1/2000 | Pignolet et al. |
| 6,028,643 A | | 2/2000 | Jordan et al. |
| 6,029,183 A | | 2/2000 | Jenkins et al. |
| 6,038,621 A | | 3/2000 | Gale et al. |

| | | | |
|---|---|---|---|
| 6,040,792 A | | 3/2000 | Watson et al. |
| 6,046,571 A | | 4/2000 | Bovio et al. |
| 6,052,513 A | | 4/2000 | MacLaren |
| 6,069,615 A | | 5/2000 | Abraham et al. |
| 6,070,214 A | | 5/2000 | Ahern |
| 6,088,224 A | | 7/2000 | Gallagher et al. |
| 6,088,752 A | | 7/2000 | Ahern |
| 6,104,921 A | | 8/2000 | Cosley et al. |
| 6,157,534 A | | 12/2000 | Gallagher et al. |
| 6,163,464 A | | 12/2000 | Ishibashi et al. |
| 6,175,490 B1 | | 1/2001 | Papa et al. |
| 6,202,169 B1 | | 3/2001 | Razzaghe-Ashrafi et al. |
| 6,208,522 B1 | | 3/2001 | Manweiler et al. |
| 6,216,185 B1 | | 4/2001 | Chu |
| 6,256,689 B1 | | 7/2001 | Khosrowpour |
| 6,260,155 B1 | | 7/2001 | Dellacona |
| 6,266,539 B1 | | 7/2001 | Pardo |
| 6,289,376 B1 | | 9/2001 | Taylor et al. |
| 6,304,895 B1 | | 10/2001 | Schneider et al. |
| 6,311,268 B1 | | 10/2001 | Chu |
| 6,314,522 B1 | | 11/2001 | Chu et al. |
| 6,317,329 B1 | | 11/2001 | Dowdy et al. |
| 6,321,335 B1 | | 11/2001 | Chu |
| 6,332,180 B1 | | 12/2001 | Kauffman et al. |
| 6,345,330 B2 | | 2/2002 | Chu |
| 6,366,951 B1 | | 4/2002 | Schmidt |
| 6,378,009 B1 | | 4/2002 | Pinkston, II et al. |
| 6,381,602 B1 | | 4/2002 | Shoroff et al. |
| 6,393,561 B1 | | 5/2002 | Hagiwara et al. |
| 6,401,124 B1 | | 6/2002 | Yang et al. |
| 6,425,033 B1 | | 7/2002 | Conway et al. |
| 6,452,789 B1 | | 9/2002 | Pallotti et al. |
| 6,452,790 B1 | | 9/2002 | Chu et al. |
| 6,453,344 B1 | | 9/2002 | Ellsworth |
| 6,496,361 B2 | | 12/2002 | Kim et al. |
| 6,549,966 B1 | | 4/2003 | Dickens et al. |
| 6,564,274 B1 | | 5/2003 | Heath et al. |
| 6,643,777 B1 | | 11/2003 | Chu |
| 6,718,415 B1 | | 4/2004 | Chu |
| 6,725,317 B1 | | 4/2004 | Bouchier et al. |
| 7,099,981 B2 | | 8/2006 | Chu |
| 7,146,446 B2 | | 12/2006 | Chu |
| 2001/0011312 A1 | | 8/2001 | Chu |

## OTHER PUBLICATIONS

Bernal, Carlos, product brochure entitled: "PowerSMP Series 4000", (Mar. 1998) <<http://www/winnetmag.com/Windows/Article/ArticleID/3095/3095.html, downloaded from web on Jun. 22, 2004, 5 pgs.

CETIA Brochure "CETIA Powerengine CVME 603e" pp. 1–6 downloaded from the internet at. http://www.cetia.com/ProductAddOns/wp–47–01.pdf on Feb. 15, 2006.

Cragle, Jonathan, "Density System 1100", (May 1999) <<http://www.winnetmag.com/Windows/Article/ArticleID/5199/5199.html>>, downloaded from web on Jun. 21, 2004, 3 pgs.

Crystal Advertisement for "QuickConnect® Cable Management", (© 2000–2004) <<http://www.crystalpc.com/products/quickconnect.asp>> downloaded from web on Jun. 17, 2004, 4 pgs.

Crystal Advertisement for "Rackmount Computers", (© 2000–2004) <<http://www.crystalpc.com/products/roservers.asp>>, downloaded from web on Jun. 17, 2004, 8 pgs.

Cubix Product Brochure entitled, "Density System", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/density10.htm>> downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix Product Brochure entitled, "Density System, Technical Specifications", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/info/spec.htm>> downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix Product Manual entitled, "Density System", Chapter 1–Introduction, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap–1.htm>> downloaded from web on Jun. 22, 2004, 5 pgs.

Cubix Product Manual entitled, "Density System", Chapter 2–Installation, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap–2.htm>> downloaded from web on Jun. 22, 2004, 9 pgs.

Cubix Product Manual entitled, "Density System", Chapter 3–Operation, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap–3.htm>> downloaded from web on Jun. 22, 2004, 4 pgs.

Cubix Product Manual entitled, "Density System", Chapter 4–Maintenance and Repair, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap–4.htm>> downloaded from web on Jun. 22, 2004, 5 pgs.

Cubix, "Click on the front panel that matches your system", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/density.htm>> downloaded from web on Jun. 22, 2004, 1 pg.

Cubix, "DP 6200 'D' Series Plug–in Computers" <<http://64.173.211.7/support/techinfo/bc/dp/6200d/intro.htm >>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Installing DP or SP Series Boards", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/info/pic–inst.htm">> downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Multiplexing Video, Keyboard & Mouse with Multiple Density Systems", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/info/vkm–mux.htm>> downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Powering On/Off or Resetting Plug–in Computers in an Density System", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/info/power.htm>> downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "SP 5200 Series"Chapter 1–Introduction, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap–1.htm>>, downloaded from web on Jun. 22, 2004, 3 pg.

Cubix, "SP 5200 Series"Chapter 2–Switches & Jumpers, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap–2.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix, "SP 5200 Series"Chapter 3–Installation, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap–3.htm>>, downloaded from web on Jun. 22, 2004, 4 pgs.

Cubix, "SP 5200 Series"Chapter 4–Technical Reference, (© 2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap–4.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix, "SP 5200XS Series Plug–in Computers", (© 2000) <<http://64.173.211.7/support/techinfo/bc7/sp5200xs/intro.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "SP 5200XS Series Technical Specifications", (© 2000) <<http://64.173.211.7/support/techinfo/bc/sp5200xs/spec.htm>>, downloaded from web on Jun. 22, 2004, 2 pg.

Cubix, "What are Groups?", (© 2000) <<http://64.173.211.7/support/techinfo/system/density/info/groups.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

eBay Advertisement for "Total IT Group Network Engines", <<http://cgi.ebay.com/we/eBayISAPI.dll?ViewItem&item=5706388046&sspagename+STRK%3AMDBI%3MEBI3AIT&rd=1>>, downloaded from web on Jun. 25, 2004, 1 pg.

Eversys Corp. "Eversys System 8000 Consolidated Network Server Market and Product Overview," Slide Presentation, downloaded from <<http://eversys.com>>, 20 pages total.

Feldman, Jonathan, "Rack Steady: The Four Rack–Mounted Servers That Rocked Our Network", <<http://www.networkcomputing.com/shared/printArticle.jhtml?article=/910/910r3side1.htm...>> Jun. 23, 2004, 3 pg.

Fetters, Dave, "Cubix High–Density Server Leads the Way With Standout Management Software", (Feb. 8, 1999) <<http://www.nwc.com/shared/printArticle.jhtml?article=/1003/1003r3full.html&pub=nwc>>, downloaded from web on Jun. 23, 2004, 5 pgs.

Gardner, Michael and Null, Christopher, "A Server Condominium", <<http://www.lantimes.com/testing/98jun/806a042a.html>>, Jun. 23, 2004, 3 pgs.

Harrison, Dave, "VME in the Military: The M1A2 Main Battle Tank Upgrade Relies on COTS VME" <<http://www.dy4.com>>, (Feb. 9, 1998), pp. 1–34.

Internet Telephone Roundup, "Industrial Computers", <<http://www.tmcnet.com/articles/itmag/0499/0499round-up.htm>>, downloaded from web on Jun. 23, 2004, 5 pgs.

Microsoft Cluster Service Center, "MSCS Basics," downloaded from <<http://www.nwnetworks.com/mscsbasics.htm>>, Feb. 7, 2005, 4 pages total.

MPL Brochure, "1st Rugged All in One Industrial 486FDX–133 MHz PC" pp. 1–2, downloaded from the internet at. http://www.mpl.ch/DOCs/ds48600.pdf on Feb. 15, 2006.

MPL Brochure "IPM 486 Brochure/IPM5 User Manual" pp. 1–9 downloaded from the Internet at http://www.mpl.ch/DOCs/u48600xd.pdf on Feb. 15, 2006.

MPL, "The First Rugged All–in–One Industrial 486FDX–133 MHz PC", IPM486/IPM5 User Manual, 1998, pp. 1–52.

Press Release: Hiawatha, Iowa, (Mar. 1, 1997) entitled "Crystal Group Products Offer Industrial PCs with Built–in Flexibility", <<http://www.crystalpc.com/news/pressreleases/prodpr.asp>>, downloaded from web on May 14, 2004, 2 pgs.

Press Release: Kanata, Ontario, Canada, (Apr. 1998) entitled "Enhanced COTS SBC from DY 4 Systems features 166MHz Pentium™ Processor" <<http://www.realtime-info.be/VPR/layout/display/pr.asp?/pr.asp?PRID=363>>, 2 pgs.

Product Brochure entitled: "SVME/DM–192 Pentium® II Single Board Computer" (Jun. 1999) pp. 1–9.

Product Brochure entitled: "System 8000", <<http://www.bomara.com/Eversys/briefDefault.htm>>, downloaded from web on Jun. 22, 2004, 4 pgs.

Product Brochure entitled: "ERS/FT II System", (© 2000) <<http://64.173.211.7/support/techinfo/system/ersft2/ersft2.htm>>, downloaded from web on Jun. 22, 2004, 4 pgs.

Product Manual entitled: "ERS II and ERS/FT II", Chap. 3, System Components, <<http://64.173.211.7/support/techinfo/manuals/ers2/ers2–c3.htm>>, downloaded from web on Jun. 22, 2004, 22 pgs.

Product Manual entitled: "ERS II and ERS/FT II", Chap. 6, Component Installation, <<http://64.173.211.7/support/techinfo/manuals/ers2/ers2–c6.htm>>, downloaded from web on Jun. 22, 2004, 18 pgs.

Synder, Joel "Better Management through consolidation" pp. 1–6 downloaded from the internet at http://www.opus1.com/www/jms/nw–con–0818rev.html.

Williams, Dennis, "ChatCom Inc. Chatterbox", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b066ahtml>> downloaded from web on Jun. 23, 2004, 3 pgs.

Williams, Dennis, "Consolidated Servers", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97compare/pcconsol.html>> downloaded from web on Jun. 23, 2004, 2 pgs.

Williams, Dennis, "Cubix Corp. ERS/FTII", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b068b.html>> downloaded from web on Jun. 23, 2004, 4 pgs.

Williams, Dennis, "EVERSYS Corp. System 8000", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b070b.html>> downloaded from web on Jun. 23, 2004, 4 pgs.

Williams, Dennis, "Executive Summary: Consolidate Now", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b064a.html>> downloaded from web on Jun. 23, 2004, 2 pgs.

Williams, Dennis, Top "Scores for Useability and Openness", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b070a.html>> downloaded from web on Jun. 23, 2004, 2 pgs.

Windows Magazine, "Cubix PowerSMP Series 4000", Nov. 1997, <http://www.techweb.com/winmag/library/1997/1101/ntent008.htm>> downloaded from the web on Jun. 22, 2004, p. NT07.

U.S. Appl. No. 12/322,858 filed Feb. 5, 2009, Chu, William W.Y.

Dirk S. Faegre et al., "CTOS Revealed", http://ww.byte–.com/art/9412/sec13/art2.htm.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/talkback/talkback_56555.html.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/story/story_1504.html.

Kelly Spang, "Component House: Design Technology for PCs in a snap"—NeoSystmes Offers Building Blocks", Computer Reseller News, Apr. 21, 1997, Issue 732, Section: Channel Assembly, http://www.techweb.com/se/directlink.cgi?CRN19970421S0054.

Rick Boyd–Merritt, "Ungradeable–PC effort takes divergent paths", http://techweb.cmp.com/eet/news/97/949news.effort.html.

"Think Modular", PC Magazine, Jun. 10, 1997, wysiwyg://60http://homezdnet.com/pcmag/issues/1611/pcmg0072.htm.

* cited by examiner



FIG.1



# FIG.2



FIG.3



FIG.4



FIG.5



FIG.5A



FIG.6

FIG.7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US RE41,294 E

**1**

## PASSWORD PROTECTED MODULAR COMPUTER METHOD AND DEVICE

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

### CROSS REFERENCE TO RELATED APPLICATIONS

[The following two commonly-owned copending applications, including this one, are being filed concurrently and the other one is hereby incorporated by reference in their entirety for all purposes:]

[1. U.S. patent application Ser. No. 09/183,816, William W. Y. Chu, entitled, "Modular Computer Security Method and Device". and]

[2. U.S. patent application Ser. No. 09/183,493, William W. Y. Chu, entitled, "Password Protected Modular Computer Method and Device".]

*Notice: More than one reissue application has been filed for the reissue of U.S. Pat. No. 6,321,335. The reissue applications are application Ser. No. 10/963,825 filed Oct. 12, 2004, application Ser. No. 11/474,256 filed Jun. 23, 2006 (the present application), application Ser. No. 11/517,601 filed Sep. 6, 2006, and application Ser. No. 12/322,858 filed Feb. 5, 2009, the present application being a continuation reissue of U.S. Pat. No. 6,321,335.*

### BACKGROUND OF THE INVENTION

The present invention relates to computing devices. More particularly, the present invention provides a method and device for securing a personal computer or set-top box using password protection techniques. Merely by way of example, the present invention is applied to a modular computing environment for desk top computers, but it will be recognized that the invention has a much wider range of applicability. It can be applied to a server as well as other portable or modular computing applications.

Many desktop or personal computers, which are commonly termed PCs, have been around and used for over ten years. The PCs often come with state-of-art microprocessors such as the Intel Pentium™ microprocessor chips. They also include a hard or fixed disk drive such as memory in the giga-bit range. Additionally, the PCs often include a random access memory integrated circuit device such as a dynamic random access memory device, which is commonly termed DRAM. The DRAM devices now provide up to millions of memory cells (i.e., mega-bit) on a single slice of silicon. PCs also include a high resolution display such as cathode ray tubes or CRTs. In most cases, the CRTs are at least 15 inches or 17 inches or 20 inches in diameter. High resolution flat panel displays are also used with PCs.

Many external or peripheral devices can be used with the PCs. Among others, these peripherals devices include mass storage devices such as a Zip™ Drive product sold by Iomega Corporation of Utah. Other storage devices include external hard drives, tape drives, and other. Additional devices include communication devices such as a modem, which can be used to link the PC to a wide area network of computers such as the Internet. Furthermore, the PC can include output devices such as a printer and other output means. Moreover, the PC can include special audio output devices such as speakers the like.

PCs also have easy to use keyboards, mouse input devices, and the like. The keyboard is generally configured similar to

**2**

a typewriter format. The keyboard also has the length and width for easily inputting information by way of keys to the computer. The mouse also has a sufficient size and shape to easily move a curser on the display from one location to another location.

Other types of computing devices include portable computing devices such as "laptop" computers and the like. Although somewhat successful, laptop computers have many limitations. These computing devices have poor display technology. In fact, these devices often have a smaller flat panel display that has poor viewing characteristics. Additionally, these devices also have poor input devices such as smaller keyboards and the like. Furthermore, these devices have limited common platforms to transfer information to and from these devices and other devices such as PCs.

Up to now, there has been little common ground between these platforms including the PCs and laptops in terms of upgrading, ease-of-use, cost, performance, and the like. Many differences between these platforms, probably somewhat intentional, has benefited computer manufacturers at the cost of consumers. A drawback to having two separate computers is that the user must often purchase both the desktop and laptop to have "total" computing power, where the desktop serves as a "regular" computer and the laptop serves as a "portable" computer. Purchasing both computers is often costly and runs "thousands" of dollars. The user also wastes a significant amount of time transferring software and data between the two types of computers. For example, the user must often couple the portable computer to a local area network (i.e., LAN), to a serial port with a modem and then manually transfer over files and data between the desktop and the portable computer. Alternatively, the user often must use floppy disks to "zip" up files and programs that exceed the storage capacity of conventional floppy disks, and transfer the floppy disk data manually.

Another drawback with the current model of separate portable and desktop computer is that the user has to spend money to buy components and peripherals the are duplicated in at least one of these computers. For example, both the desktop and portable computers typically include hard disk drives, floppy drives, CD-ROMs, computer memory, host processors, graphics, accelerators, and the like. Because program software and supporting programs generally must be installed upon both hard drives in order for the user to operate programs on the road and in the office, hard disk space is often wasted.

One approach to reduce some of these drawbacks has been the use of a docking station with a portable computer. Here, the user has the portable computer for "on the road" use and a docking station that houses the portable computer for office use. The docking station typically includes a separate monitor, keyboard, mouse, and the like and is generally incompatible with other desktop PCs. The docking station is also generally not compatible with portable computers of other vendors. Another drawback to this approach is that the portable computer typically has lower performance and functionality than a conventional desktop PC. For example, the processor of the portable is typically much slower than processors in dedicated desktop computers, because of power consumption and heat dissipation concerns. As an example, it is noted that at the time of drafting of the present application, some top-of-the-line desktops include 400 MHz processors, whereas top-of-the-line notebook computers include 266 MHz processors.

Another drawback to the docking station approach is that the typical cost of portable computers with docking stations

**3**

can approach the cost of having a separate portable computer and a separate desktop computer. Further, as noted above, because different vendors of portable computers have proprietary docking stations, computer users are held captive by their investments and must rely upon the particular computer vendor for future upgrades, support, and the like.

Thus what is needed are computer systems that provide reduced user investment in redundant computer components and provide a variable level of performance based upon computer configuration.

SUMMARY OF THE INVENTION

According to the present invention, a technique including a method and device for securing a computer module using a password in a computer system is provided. In an exemplary embodiment, the present invention provides a security system for an attached computer module ("ACM"). In an embodiment, the ACM inserts into a Computer Module Bay (CMB) within a peripheral console to form a functional computer.

In a specific embodiment, the present invention provides a computer module. The computer module has an enclosure that is insertable into a console. The module also has a central processing unit (i.e., integrated circuit chip) in the enclosure. The module has a hard disk drive in the enclosure, where the hard disk drive is coupled to the central processing unit. The module further has a programmable memory device in the enclosure, where the programmable memory device can be configurable to store a password for preventing a possibility of unauthorized use of the hard disk drive and/or other module elements. The stored password can be any suitable key strokes that a user can change from time to time. In a further embodiment, the present invention provides a permanent password or user identification code stored in flash memory, which also can be in the processing unit, or other integrated circuit element. The permanent password or user identification code is designed to provide a permanent "finger print" on the attached computer module.

In a specific embodiment, the present invention provides a variety of methods. In one embodiment, the present invention provides a method for operating a computer system such as a modular computer system and others. The method includes inserting an attached computer module ("ACM") into a bay of a modular computer system. The ACM has a microprocessor unit (e.g., microcontroller, microprocessor) coupled to a mass memory storage device (e.g., hard disk). The method also includes applying power to the computer system and the ACM to execute a security program, which is stored in the mass memory storage device. The method also includes prompting for a user password from a user on a display (e.g., flat panel, CRT). In a further embodiment, the present method includes a step of reading a permanent password or user identification code stored in flash memory, or other integrated circuit element. The permanent password or user identification code provides a permanent finger print on the attached computer module. The present invention includes a variety of these methods that can be implemented in computer codes, for example, as well as hardware.

Numerous benefits are achieved using the present invention over previously existing techniques. The present invention provides mechanical and electrical security systems to prevent theft or unauthorized use of the computer system in a specific embodiment. Additionally, the present invention substantially prevents accidental removal of the ACM from the console. In some embodiments, the present invention prevents illegal or unauthorized use during transit. The

**4**

present invention is also implemented using conventional technologies that can be provided in the present computer system in an easy and efficient manner. Depending upon the embodiment, one or more of these benefits can be available. These and other advantages or benefits are described throughout the present specification and are described more particularly below.

These and other embodiments of the present invention, as well as its advantages and features, are described in more detail in conjunction with the text below and attached FIGS.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a simplified diagram of a computer system according to an embodiment of the present invention;

FIG. **2** is a simplified diagram of a computer module according to an embodiment of the present invention;

FIG. **3** is a simplified side-view diagram of a computer module according to an embodiment of the present invention;

FIG. **4** is a simplified layout diagram of a security system for a computer system according to an embodiment of the present invention;

FIG. **5** is a simplified block diagram of a security system for a computer module according to an embodiment of the present invention; and

FIGS. **6** and **7** show simplified flow diagrams of security methods according to embodiments of the present invention.

*FIG. 8 is a detailed block diagram of one embodiment of the host interface controller (HIC) of the present invention.*

*FIG. 9 is a schematic diagram of the signal lines PCK, PD0 to PD3, and PCN.*

*FIG. 10 is a block diagram of another embodiment of the HIC and PIC of the present invention and the interface therebetween.*

*FIG. 11 is a detailed block diagram of another embodiment of the HIC of the present invention.*

*FIG. 12 is a schematic diagram of the signal lines PCK and PD0 to PD3.*

DESCRIPTION OF SPECIFIC EMBODIMENTS
I. System Hardware

FIG. **1** is a simplified diagram of a computer system **1** according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The computer system **1** includes an attached computer module (i.e., ACM) **10**, a desktop console **20**, among other elements. The computer system is modular and has a variety of components that are removable. Some of these components (or modules) can be used in different computers, workstations, computerized television sets, and portable or laptop units.

In the present embodiment, ACM **10** includes computer components, as will be described below, including a central processing unit ("CPU"), IDE controller, hard disk drive, computer memory, and the like. The computer module bay (i.e., CMB) **40** is an opening or slot in the desktop console. The CMB houses the ACM and provides communication to and from the ACM. The CMB also provides mechanical protection and support to ACM **10**. The CMB has a mechanical alignment mechanism for mating a portion of the ACM to the console. The CMB further has thermal heat dissipation sinks, electrical connection mechanisms, and the like. Some details of the ACM can be found in co-pending patent appli-

US RE41,294 E

5

cation Nos. 09/149,882 and 09/149,548 filed Sep. 8, 1998, commonly assigned, and hereby incorporated by reference for all purposes.

In a preferred embodiment, the present system has a security system, which includes a mechanical locking system, an electrical locking system, and others. The mechanical locking system includes at least a key **11**. The key **11** mates with key hole **13** in a lock, which provides a mechanical latch **15** in a closed position. The mechanical latch, in the closed position, mates and interlocks the ACM to the computer module bay. The mechanical latch, which also has an open position, allows the ACM to be removed from the computer module bay. Further details of the mechanical locking system are shown in the Fig. below.

FIG. **2** is a simplified diagram of a computer module **10** according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. Some of the reference numerals are similar to the previous Fig. for easy reading. The computer module **10** includes key **11**, which is insertable into keyhole **13** of the lock. The lock has at least two position, including a latched or closed position and an unlatched or open position. The latched position secures the ACM to the computer module bay. The unlatched or open position allows the ACM to be inserted into or removed from the computer bay module. As shown, the ACM also has a slot or opening **14**, which allows the latch to move into and out of the ACM. The ACM also has openings **17** in the backside for an electrical and/or mechanical connection to the computer module bay, which is connected to the console.

FIG. **3** is a simplified side-view diagram of a computer module according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. Some of the reference numerals are similar to the previous FIG. for easy reading. As shown, the ACM module inserts into the computer module bay frame **19**, which is in the console. A side **27** and a bottom **19** of ACM slide and fit firmly into the computer module bay frame, which has at least a bottom portion **19** and back portion **26**. A backside **23** of the ACM faces backside **26** of the frame. ACM also has a front-side or face **25** that houses the lock and exposes the keyhole **13** to a user. The key **11** is insertable from the face into the keyhole.

As the ACM inserts into the frame, connector **17** couples and inserts into connector **21**. Connector **17** electrically and mechanically interface elements of the ACM to the console through connector **21**. Latch **14** should be moved away from the bottom side **19** of the module bay frame before inserting the ACM into the frame. Once the ACM is inserted fully into the frame, latch **15** is placed in a closed or lock position, where it keeps the ACM firmly in place. That is, latch **15** biases against a backside portion **29** of the ACM enclosure to hold the ACM in place, where the connector **17** firmly engages, electrically and mechanically, with connector **21**. To remove the ACM, latch **15** is moved away or opened from the back side portion of the ACM enclosure. ACM is manually pulled out of the computer module bay frame, where connector **17** disengages with connector **21**. As shown, the key **11** is used to selectively move the latch in the open or locked position to secure the ACM into the frame module.

In most embodiments, the ACM includes an enclosure such as the one described with the following components, which should not be limiting:

6

1) A CPU with cache memory;
2) Core logic device or means;
3) Main memory;
4) A single primary Hard Disk Drive ("HDD") that has a security program;
5) Flash memory with system BIOS and programmable user password;
6) Operating System, application software, data files on primary HDD;
7) An interface device and connectors to peripheral console;
8) A software controllable mechanical lock, lock control means, and other accessories.

The ACM connects to a peripheral console with power supply, a display device, an input device, and other elements. Some details of these elements with the present security system are described in more detail below.

FIG. **4** is a simplified layout diagram of a security system for a computer system according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The layout diagram illustrates the top-view of the module **10**, where the backside components (e.g., Host Interface Controller) are depicted in dashed lines. The layout diagram has a first portion, which includes a central processing unit ("CPU") module **400**, and a second portion, which includes a hard drive module **420**. A common printed circuit board **437** houses these modules and the like. Among other features, the ACM includes the central processing unit module **400** with a cache memory **405**, which is coupled to a north bridge unit **421**, and a host interface controller **401**. The host interface controller includes a lock control **403**. As shown, the CPU module is disposed on a first portion of the attached computer module, and couples to connectors **17**. Here, the CPU module is spatially located near connector **17**.

The CPU module can use a suitable microprocessing unit, microcontroller, digital signal processor, and the like. In a specific embodiment, the CPU module uses, for example, a 400 MHz Pentium II microprocessor module from Intel Corporation and like microprocessors from AMD Corporation, Cyrix Corporation (now National Semiconductor Corporation), and others. In other aspects, the microprocessor can be one such as the Compaq Computer Corporation Alpha Chip, Apple Computer Corporation PowerPC G3 processor, and the like. Further, higher speed processors are contemplated in other embodiments as technology increases in the future.

In the CPU module, host interface controller **401** is coupled to BIOS/flash memory **405**. Additionally, the host interface controller is coupled to a clock control logic, a configuration signal, and a peripheral bus. The present invention has a host interface controller that has lock control **403** to provide security features to the present ACM. Furthermore, the present invention uses a flash memory that includes codes to provide password protection or other electronic security methods.

The second portion of the attached computer module has the hard drive module **420**. Among other elements, the hard drive module includes north bridge **421**, graphics accelerator **423**, graphics memory **425**, a power controller **427**, an IDE controller **429**, and other components. Adjacent to and in parallel alignment with the hard drive module is a personal computer interface ("PCI") bus **431**, **432**. A power regulator **435** is disposed near the PCI bus.

7

In a specific embodiment, north bridge unit **421** often couples to a computer memory, to the graphics accelerator **423**, to the IDE controller, and to the host interface controller via the PCI bus. Graphics accelerator **423** typically couples to a graphics memory **423**, and other elements. IDE controller **429** generally supports and provides timing signals necessary for the IDE bus. In the present embodiment, the IDE controller is embodied as a 643U2 PCI-to IDE chip from CMD Technology, for example. Other types of buses than IDE are contemplated, for example EIDE, SCSI, 1394, and the like in alternative embodiments of the present invention.

The hard drive module or mass storage unit **420** typically includes a computer operating system, application software program files, data files, and the like. In a specific embodiment, the computer operating system may be the Windows98 operating system from Microsoft Corporation of Redmond Wash. Other operating systems, such as WindowsNT, MacOS8, Unix, and the like are also contemplated in alternative embodiments of the present invention. Further, some typical application software programs can include Office98 by Microsoft Corporation, Core**1** Perfect Suite by Corel, and others. Hard disk module **420** includes a hard disk drive. The hard disk drive, however, can also be replaced by removable hard disk drives, read/write CD ROMs, flash memory, floppy disk drives, and the like. A small form factor, for example 2.5", is currently contemplated, however, other form factors, such as PC card, and the like are also contemplated. Mass storage unit **240** may also support other interfaces than IDE. Among other features, the computer system includes an ACM with security protection. The ACM connects to the console, which has at least the following elements, which should not be limiting.

1) Connection to input devices, e.g. keyboard or mouse;

2) Connection to display devices, e.g. Monitor;

3) Add-on means, e.g. PCI add-on slots;

4) Removable storage media subsystem, e.g. Floppy drive, CDROM drive;

5) Communication device. e.g. LAN or modem;

6) An interface device and connectors to ACM;

7) A computer module bay with a notch in the frame for ACM's lock; and

8) Power supply and other accessories.

As noted, the computer module bay is an opening in a peripheral computer that receives the ACM. The computer module bay provides mechanical support and protection to ACM. The module bay also includes, among other elements, a variety of thermal components for heat dissipation, a frame the provides connector alignment, and a lock engagement, which secures the ACM to the console. The bay also has a printed circuit board to mount and mate the connector from the ACM to the console. The connector provides an interface between the ACM and other accessories.

FIG. **5** is a simplified block diagram **500** of a security system for a computer module according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The block diagram **500** has a variety of features such as those noted above, as well as others. In the present diagram, different reference numerals are used to show the operation of the present system.

The block diagram is an attached computer module **500**. The module **500** has a central processing unit, which communicates to a north bridge **541**, by way of a CPU bus **527**. The north bridge couples to main memory **523** via memory bus **529**. The main memory can be any suitable high speed

8

memory device or devices such as dynamic random access memory ("DRAM") integrated circuits and others. The DRAM includes at least 32 Meg. or 64 Meg. and greater of memory, but can also be less depending upon the application. Alternatively, the main memory can be coupled directly with the CPU in some embodiments. The north bridge also couples to a graphics subsystem **515** via bus **542**. The graphics subsystem can include a graphics accelerator, graphics memory, and other devices. Graphics subsystem transmits a video signal to an interface connector, which couples to a display, for example.

The attached computer module also includes a primary hard disk drive that serves as a main memory unit for programs and the like. The hard disk can be any suitable drive that has at least 2 GB and greater. As merely an example, the hard disk is a Marathon 2250 (2.25 GB, 2 ½ inch drive) product made by Seagate Corporation of Scotts Valley, but can be others. The hard disk communicates to the north bridge by way of a hard disk drive controller and bus lines **502** and **531**. The hard disk drive controller couples to the north bridge by way of the host PCI bus, which connects bus **537** to the north bridge. The hard disk includes computer codes that implement a security program according to the present invention. Details of the security program are provided below.

The attached computer module also has a flash memory device **505** with a BIOS. The flash memory device **505** also has codes for a user password that can be stored in the device. The flash memory device generally permits the storage of such password without a substantial use of power, even when disconnected. As merely an example, the flash memory device has at least 4 Meg. or greater of memory, or 16 Meg. or greater of memory. A host interface controller **507** communications to the north bridge via bus **535** and host PCI bus. The host interface controller also has a lock control **509**, which couples to a lock. The lock is attached to the module and has a manual override to the lock on the host interface controller in some embodiments. Host interface controller **507** communicates to the console using bus **511**, which couples to connection **513**.

In one aspect of the present invention the security system uses a combination of electrical and mechanical locking mechanisms. Referring to FIG. **5**A, for example, the present system provides a lock status mechanism in the host interface controller **509**. The lock status of the lock is determined by checking a lock status bit **549**, which is in the host interface controller. The lock status bit is determined by a signal **553**, which is dependent upon the position of the lock. Here, the position of the lock is closed in the ground **559** position, where the latch couples to a ground plane in the module and/or system. Alternatively, the signal of the lock is at Vcc, for example, which is open. Alternatively, the signal can be ground in the open position and Vcc in the closed position, depending upon the application. Other signal schemes can also be used depending upon the application.

Once the status is determined, the host interface controller turns the lock via solenoid **557** in a lock on or lock off position, which is provided through the control bit **551**, for example. The control bit is in a register of the host interface controller in the present example. By way of the signal schemes noted and the control bit, it is possible to place the lock in the lock or unlock position in an electronic manner. Once the status of the lock is determined, the host interface controller can either lock or unlock the latch on the module using a variety of prompts, for example.

In a preferred embodiment, the present invention uses a password protection scheme to electronically prevent unau-

**9**

thorized access to the computer module. The present password protection scheme uses a combination of software, which is a portion of the security program, and a user password, which can be stored in the flash memory device **505**. By way of the flash memory device, the password does not become erased by way of power failure or the lock. The password is substantially fixed in code, which cannot be easily erased. Should the user desire to change the password, it can readily be changed by erasing the code, which is stored in flash memory and a new code (i.e., password) is written into the flash memory. An example of a flash memory device can include a Intel Flash 28F800F3 series flash, which is available in 8 Mbit and 16 Mbit designs. Other types of flash devices can also be used, however. Details of a password protection method are further explained below by way of the FIGS.

In a specific embodiment, the present invention also includes a real-time clock **510** in the ACM, but is not limited. The real-time clock can be implemented using a reference oscillator 14.31818 MHz **508** that couples to a real-time clock circuit. The real-time clock circuit can be in the host interface controller. An energy source **506** such as a battery can be used to keep the real-time clock circuit running even when the ACM has been removed from the console. The real-time clock can be used by a security program to perform a variety of functions. As merely an example, these functions include: (1) fixed time period in which the ACM can be used, e.g., ACM cannot be used at night; (2) programmed ACM to be used after certain date, e.g., high security procedure during owner's vacation or non use period; (3) other uses similar to a programmable time lock. Further details of the present real-time clock are described in the application listed under Ser. No. 09/183,816 noted above.

In still a further embodiment, the present invention also includes a permanent password or user identification code to identify the computer module. In one embodiment, the permanent password or user code is stored in a flash memory device. Alternatively, the permanent password or user code is stored in the central processing unit. The password or user code can be placed in the device upon manufacture of such device. Alternatively, the password or user code can be placed in the device by a one time programming techniques using, for example, fuses or the like. The present password or user code provides a permanent "finger print" on the device, which is generally hardware. The permanent finger print can be used for identification purposes for allowing the user of the hardware to access the hardware itself, as well as other systems. These other systems include local and wide area networks. Alternatively, the systems can also include one or more servers. The present password and user identification can be quite important for electronic commerce applications and the like. In one or more embodiments, the permanent password or user code can be combined with the password on flash memory for the security program, which is described below in more detail.

II. SECURITY DETECTION PROGRAMS

FIGS. **6** and **7** show simplified flow diagrams **600**, **700** of security methods according to embodiments of the present invention. These diagrams are merely illustrations and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. Referring to FIG. **6**, which considers an example for when the ACM is inserted into the computer module bay in the console, ACM has already been inserted into the console and is firmly engaged in an electrical and mechanical manner. A computer system is powered up **601**, which provides selected signals to the microproces-

**10**

sor. The microprocessor oversees the operation of the computer system. The microprocessor searches the memory in, for example, the hard disk drive and execute a security program, step **603**.

The security program runs through a sequence of steps before allowing a user to operate the present system with the ACM. Among other processes, the security program determines if an "Auto-lock" is ON. If so, the security program goes via branch **606** to step **607**. Alternatively, the security program goes to step **609**, which determines that the lock stays OFF and loops to step **627**, which indicates that the ACM can be removed physically from the console. In step **607**, the security program turns a switch or switching means that turns ON a lock, which can be electrical, mechanical, or a combination of electrical and mechanical.

In a specific embodiment, the security program turns OFF the power of the ACM and console. Here, the security program directs the OS to turn the power OFF, step **613**. In an embodiment where power failure occurs (step **611**), a key is used to release a latch in the ACM on the lock **615**, where the ACM can be removed, step **627**. From step **613**, the security program determines if the ACM is to be removed, step **617**. If not, the lock stays ON, step **619**. Alternatively, the security detection program determines if the password (or other security code) matches with the designated password, step **621**. If not, the lock stays ON, step **623**. Alternatively, the security program releases the lock **625**, which frees the ACM. Next, the ACM can be removed, step **627**.

In an alternative embodiment, the present invention provides a security system for the ACM, which is outside the console or computer module bay. See, FIG. **7**, for example. As shown, the security system is implemented to prevent illegal or unauthorized use (step **701**) of the ACM, which has not been used in the console. Here, a key turns ON a lock (step **703**). The lock moves a latch in the ACM to a specific spatial location that physical blocks the passage of the ACM into the computer module bay. Accordingly, the ACM cannot insert (step **705**) into the computer module bay.

In an alternative aspect, the key can be used to turn the lock OFF, step **707**. Here, the key moves the latch in a selected spatial location that allows the ACM to be inserted into the computer bay module. In the OFF position, the ACM inserts into the computer module bay, step **709**. Once the ACM is in the bay, a user can begin operating the ACM through the console. In one embodiment, the computer console including the ACM goes through the sequence of steps in the above FIG., but is not limited.

In a specific embodiment, the present invention implements the sequences above using computer software. In other aspects, computer hardware can also be used and is preferably in some applications. The computer hardware can include a mechanical lock, which is built into the ACM. An example of such mechanical lock is shown above, but can also be others. In other aspects, the lock can be controlled or accessed electronically by way of computer software. Here, the key can be used to as a manual override if the ACM or computer fails.

The lock is used to prevent theft and accidental removal inside CMB. The current invention locates the lock inside the ACM to allow a user to keep a single key as ACM is moved from console to console at different locations. When ACM is in transit, the lock can be engaged using the key so that the latch extends outside ACM's enclosure. The extended latch prevents ACM from being inserted into any CMB. This prevents any illegal use of ACM by someone other than the user.

In one aspect of the invention, the user password is programmable. The password can be programmable by way of

**11**

the security program. The password can be stored in a flash memory device within the ACM. Accordingly, the user of the ACM and the console would need to have the user password in order to access the ACM. In the present aspect, the combination of a security program and user password can provide the user a wide variety of security functions as follows:

1) Auto-lock capability when ACM is inserted into CMB;

2) Access privilege of program and data;

3) Password matching for ACM removal; and

4) Automatic HDD lock out if tempering is detected.

In still a further embodiment, the present invention also includes a method for reading a permanent password or user identification code to identify the computer module. In one embodiment, the permanent password or user code is stored in a flash memory device. Alternatively, the permanent password or user code is stored in the central processing unit. The password or user code can be placed in the device upon manufacture of such device. Alternatively, the password or user code can be placed in the device by a one time programming techniques using, for example, fuses or the like. The present password or user code provides a permanent "finger print" on the device, which is generally hardware. The permanent finger print can be used for identification purposes for allowing the user of the hardware to access the hardware itself, as well as other systems. These other systems include local and wide area networks. Alternatively, the systems can also include one or more servers. The present method allows a third party confirm the user by way of the permanent password or user code. The present password and user identification can be quite important for electronic commerce applications and the like, which verify the user code or password. In one or more embodiments, the permanent password or user code can be combined with the password on flash memory for the security program.

*Embodiments in accordance with the present invention may interface two PCI or PCI-like buses using a non-PCI or non-PCI-like channel. In accordance with embodiments of the present invention, PCI control signals are encoded into control bits and the control bits, rather than the control signals that they represent, are transmitted on the interface channel. At the receiving end, the control bits representing control signals are decoded back into PCI control signals prior to being transmitted to the intended PCI bus.*

*The fact that control bits rather than control signals are transmitted on the interface channel allows using a smaller number of signal channels and a correspondingly small number of conductive lines in the interface channel than would otherwise be possible. This is because the control bits can be more easily multiplexed at one end of the interface channel and recovered at the other end than control signals. This relatively small number of signal channels used in the interface channel allows using LVDS channels for the interface. As mentioned above, an LVDS channel is more cable friendly, faster, consumes less power, and generates less noise than a PCI bus channel, which is used in the prior art to interface two PCI buses. Therefore, the present invention advantageously uses an LVDS channel for the hereto unused purpose of interfacing PCI or PCI-like buses. The relatively smaller number of signal channels in the interface also allows using connectors having smaller pins counts. As mentioned above an interface having a smaller number of signal channels and, therefore, a smaller number of conductive lines is less bulky and less expensive than one having a larger number of signal channels. Similarly, connectors having a smaller number of pins are also less expensive and less bulky than connectors having a larger number of pins.*

*In a preferred embodiment, the interface channel has a plurality of serial bit channels numbering fewer than the*

**12**

*number of parallel bus lines in each of the PCI buses and operates at a clock speed higher than the clock speed at which any of the bus lines operates. More specifically, the interface channel includes two sets of unidirectional serial bit channels which transmit data in opposite directions such that one set of bit channels transmits serial bits from the HIC to the PIC while the other set transmits serial bits from the PIC to the HIC. For each cycle of the PCI clock, each bit channel of the interface channel transmits a packet of serial bits.*

*FIG. 8 is a detailed block diagram of one embodiment of the host interface controller (HIC) of the present invention. As shown in FIG. 8, HIC 800 comprises bus controller 810, translator 820, transmitter 830, receiver 840, a PLL 850, an address/data multiplexer (A/D MUX) 860, a read/write controller (RD/WR Cntl) 870, a video serial to parallel converter 880 and a CPU control & general purpose input/output latch/driver (CPU CNTL & GPIO latch/driver) 890.*

*HIC 800 is coupled to an optional flash memory BIOS configuration unit 801. Flash memory unit 801 stores basic input output system (BIOS) and PCI configuration information and supplies the BIOS and PCI configuration information to A/D MUX 860 and RD/WR Control 870, which control the programming, read, and write of flash memory unit 801.*

*Bus controller 810 is coupled to the host PCI bus, which is also referred to herein as the primary PCI bus, and manages PCI bus transactions on the host PCI bus. Bus controller 810 includes a slave (target) unit 811 and a master unit 816. Both slave unit 811 and master unit 816 each include two first in first out (FIFO) buffers, which are preferably asynchronous with respect to each other since the input and output of the two FIFOs in the master unit 816 as well as the two FIFOs in the slave unit 811 are clocked by different clocks, namely the PCI clock and the PCK. Additionally, slave unit 811 includes encoder 822 and decoder 823, while master unit 816 includes encoder 827 and decoder 828. The FIFOs 812, 813, 817 and 818 manage data transfers between the host PCI bus and the XPBus, which in the embodiment shown in FIG. 8 operate at 33 MHz and 66 MHz, respectively. PCI address/data (AD) from the host PCI bus is entered into FIFOs 812 and 817 before they are encoded by encoders 822 and 823. Encoders 822 and 823 format the PCI address/data bits to a form more suitable for parallel to serial conversion prior to transmittal on the XPBus. Similarly, address and data information from the receivers is decoded by decoders 823 and 828 to a form more suitable for transmission on the host PCI bus. Thereafter the decoded data and address information is passed through FIFOs 813 and 818 prior to being transferred to the host PCI bus. FIFOs 812, 813, 817 and 818, allow bus controller 810 to handle posted and delayed PCI transactions and to provide deep buffering to store PCI transactions.*

*Bus controller 810 also comprises slave read/write control (RD/WR Cntl) 814 and master read/write control (RD/WR Cntl) 815. RD/WR controls 814 and 815 are involved in the transfer of PCI control signals between bus controller 810 and the host PCI bus.*

*Bus controller 810 is coupled to translator 820. Translator 820 comprises encoders 822 and 827, decoders 823 and 828, control decoder & separate data path unit 824 and control encoder & merge data path unit 825. As discussed above encoders 822 and 827 are part of slave data unit 811 and master data unit 816, respectively, receive PCI address and data information from FIFOs 812 and 817, respectively, and encode the PCI address and data information into a form more suitable for parallel to serial conversion prior to*

US RE41,294 E

13

transmittal on the XPBus. Similarly, decoders 823 and 828 are part of slave data unit 811 and master data unit 816, respectively, and format address and data information from receiver 840 into a form more suitable for transmission on the host PCI bus. Control encoder & merge data path unit 825 receives PCI control signals from the slave RD/WR control 814 and master RD/WR control 815. Additionally, control encoder & merge data path unit 825 receives control signals from CPU CNTL & GPIO latch/driver 890, which is coupled to the CPU and north bridge (not shown in FIG. 8). Control encoder & merge data path unit 825 encodes PCI control signals as well as CPU control signals and north bridge signals into control bits, merges these encoded control bits and transmits the merged control bits to transmitter 830, which then transmits the control bits on the data lines PD0 to PD3 and control line PCN of the XPBus. Examples of control signals include PCI control signals and CPU control signals. A specific example of a control signal is FRAME# used in PCI buses. A control bit, on the other hand is a data bit that represents a control signal. Control decoder & separate data path unit 824 receives control bits from receiver 840 which receives control bits on data lines PDR0 to PDR3 and control line PCNR of the XPBus. Control decoder & separate data path unit 824 separates the control bits it receives from receiver 840 into PCI control signals, CPU control signals and north bridge signals, and decodes the control bits into PCI control signals, CPU control signals, and north bridge signals all of which meet the relevant timing constraints.

Transmitter 830 receives multiplexed parallel address/ data (A/D) bits and control bits from translator 820 on the AD[31::0] out and the CNTL out lines, respectively. Transmitter 830 also receives a clock signal from PLL 850. PLL 850 takes a reference input clock and generates PCK that drives the XPBus. PCK is asynchronous with the PCI clock signal and operates at 66 MHz, twice the speed of the PCI clock of 33 MHz. The higher speed is intended to accommodate at least some possible increases in the operating speed of future PCI buses. As a result of the higher speed, the XPBus may be used to interface two PCI or PCI-like buses operating at 66 MHz rather than 33 MHz or having 64 rather than 32 multiplexed address/data lines.

The multiplexed parallel A/D bits and some control bits input to transmitter 830 are serialized by parallel to serial converters 832 of transmitter 830 into 10 bit packets. These bit packets are then output on data lines PD0 to PD3 of the XPBus. Other control bits are serialized by parallel to serial converter 833 into 10 bit packets and send out on control line PCN of the XPBus.

The XPBus lines, PD0 to PD3, PCN, PDR0 to PDR3 and PCNR, and the video data and clock lines, VPD and VPCK, are not limited to being LVDS lines, as they may be other forms of bit based lines. For example, in another embodiment, the XPBus lines may be IEEE 1394 lines.

A bit based line (i.e., a bit line) is a line for transmitting serial bits. Bit based lines typically transmit bit packets and use a serial data packet protocol. Examples of bit lines include an LVDS line, an IEEE 1394 line, and a Universal Serial Bus (USB) line.

It is to be noted that although each of the lines PCK, PD0 to PD3, PCN, PCKR, PDR0 to PDR3, PCNR, VPCK, and VPD is referred to as a line, in the singular rather than plural, each such line may contain more than one physical line. For example, in the embodiment shown in FIG. 9, each of lines PCK, PD0 to PD3 and PCN includes two physical lines between each driver and its corresponding receiver. The term line, when not directly preceded by the terms physi-

14

cal or conductive, is herein used interchangeably with a signal or bit channel which may consist of one or more physical lines for transmitting a signal. In the case of non-differential signal lines, generally only one physical line is used to transmit one signal. However, in the case of differential signal lines, a pair of physical lines is used to transmit one signal. For example, a bit line or bit channel in an LVDS or IEEE 1394 interface consists of a pair of physical lines which together transmit a signal.

FIG. 9 is a schematic diagram of lines PCK, PD0 to PD3, and PCN. These lines are unidirectional LVDS lines for transmitting clock signals and bits from the HIC to the PIC. The bits on the PD0 to PD3 and the PCN lines are sent synchronously within every clock cycle of the PCK. Another set of lines, namely PCKR, PDR0 to PDR3, and PCNR, are used to transmit clock signals and bits from the PIC to HIC. The lines used for transmitting information from the PIC to the HIC have the same structure as those shown in FIG. 9, except that they transmit data in a direction opposite to that in which the lines shown in FIG. 9 transmit data. In other words they transmit information from the PIC to the HIC. The bits on the PDR0 to PDR3 and the PCNR lines are sent synchronously within every clock cycle of the PCKR. Some of the examples of control information that may be sent in the reverse direction, i.e., on PCNR line, include a request to switch data bus direction because of a pending operation (such as read data available), a control signal change in the target requiring communication in the reverse direction, target busy, and transmission error detected.

The XPBus which includes lines PCK, PD0 to PD3, PCN, PCKR, PDR0 to PDR3, and PCNR, has two sets of unidirectional lines transmitting clock signals and bits in opposite directions. The first set of unidirectional lines includes PCK, PD0 to PD3, and PCN. The second set of unidirectional lines includes PCKR, PDR0 to PDR3, and PCNR. Each of these unidirectional set of lines is a point-to-point bus with a fixed transmitter and receiver, or in other words a fixed master and slave bus. For the first set of unidirectional lines, the HIC is a fixed transmitter/master whereas the PIC is a fixed receiver/slave. For the second set of unidirectional lines, the PIC is a fixed transmitter/master whereas the HIC is a fixed receiver/slave. The LVDS lines of XPBus, a cable friendly and remote system I/O bus, transmit fixed length data packets within a clock cycle.

FIG. 10 is a block diagram of another embodiment of the HIC and PIC of the present invention and the interface therebetween. One important difference between the XPBuses shown in FIGS. 8 and 10 is the fact that unlike the XPBus of FIG. 8, the XPBus of FIG. 10 does not have control lines PCN and PCNR. Another difference lies in the fact that the XPBus of FIG. 10 has two dedicated reset lines RSTEH# and RSTEP# instead of only one as is the case for the XPBus of FIG. 8. RSTEH# and RSTEP# are unidirectional reset and error condition signal lines that transmit a reset and error condition signal from the host PCI to the peripheral PCI and from the peripheral PCI to host PCI, respectively.

FIG. 11 shows a detailed block diagrams of the HIC shown in FIG. 10. HIC 1100 shown in FIG. 11 is, other than for a few difference, identical to HIC 800 shown in FIG. 8. Accordingly, reference numbers for components in HIC 1100 have been selected such that a component in HIC 1100 and its corresponding component in HIC 800 have reference numbers that differ by 300 and have the same two least significant digits. One of the differences between HIC 1100 and HIC 800 is the fact that, unlike HIC 800, HIC 1100 does not have a parallel to serial converter or a serial to parallel converter dedicated exclusively to CNTL out and CNTL in

US RE41,294 E

15

signals, respectively. This is due to the fact that XPBus for
HIC 1100 does not contain a PCN or PCNR line. Another
important difference between HIC 1100 and HIC 800 is the
fact that HIC 1100, unlike HIC 800, has two reset lines,
RSTEP# and RSTEH#, instead of only one reset line. Reset
line RSTEP# is coupled to Reset & XPBus Parity Error Con-
trol Unit 1136 which receives, on the reset line RSTEP#, a
reset signal and a parity error signal generated by the PIC,
sends a reset signal to the CPU CNTL & GPIO latch/driver
1190, and controls retransmission of bits from the parallel to
serial converters 1132. Reset & XPBus Parity Error Detec-
tion and Control Unit 1146 takes bits from serial to parallel
converters 1142, performs a parity check to detect any trans-
mission error, and sends reset and parity error signals to the
PIC on the reset line RSTEH#. The reset and parity error
signals may be distinguished by different signal patterns
and/or different signal durations. In the two reset line
system, the reset and error parity signals are transmitted on
the same line and it is possible to send a parity error confir-
mation signal on one line while receiving a reset signal on
the other line. Because HIC 1100 provides for parity error
detection, the parallel to serial converters 1132 include buff-
ers. The buffers in parallel to serial converters 1132 store
previously transmitted bits (e.g., those transmitted within the
previous two clock cycles) for retransmission if transmission
error is detected and a parity error signal is received on line
RSTEP#. It is to be noted that parallel to serial converters
832 do not contain buffers such as those contained in paral-
lel to serial converters 1132 for purposes of retransmission
since HIC 800 does not provide for parity error signal detec-
tion. Yet another difference between HIC 800 and HIC 1100
is the fact that in HIC 1100 clock multipliers 1131 and 1141
multiply the PCK and PCKR clocks, respectively, by a factor
of 6 rather than 10 because the XPBus coupled to HIC 1100
transmits six bit packets instead of ten bit packets during
each XPBus clock cycle. Sending a smaller number of bits
per XPBus clock cycle provides the benefit of improving syn-
chronization between the data latching clock output by clock
multipliers 1131 and 1141 and the XPBus clocks, PCK and
PCKR. In another embodiment, one may send 5 or some
other number of bits per XPBus clock cycle. As mentioned
above, the remaining elements in HIC 1100 are identical to
those in HIC 800 and reference to the description of the
elements in HIC 800 may be made to understand the func-
tion of the corresponding elements in HIC 1100.

FIG. 12 is a schematic diagram of the lines PCK and PD0
to PD3. These lines are unidirectional LVDS lines for trans-
mitting signals from HIC 1100 to the PIC of FIG. 10.
Another set of lines, namely PCKR and PDR0 to PDR3, are
used to transmit clock signals and bits from the PIC to HIC
1100.

The above embodiments are described generally in terms
of hardware and software. It will be recognized, however,
that the functionality of the hardware can be further com-
bined or even separated. The functionality of the software
can also be further combined or even separated. Hardware
can be replaced, at times, with software. Software can be
replaced, at times, with hardware. Accordingly, the present
embodiments should not be construed as limiting the scope
of the claims here. One of ordinary skill in the art would
recognize other variations, modifications, and alternatives.

While the above is a full description of the specific
embodiments, various modifications, alternative construc-
tions and equivalents may be used. Therefore, the above
description and illustrations should not be taken as limiting
the scope of the present invention which is defined by the
appended claims.

16

What is claimed is:

[1. A computer module, said module comprising:

an enclosure, said enclosure being insertable into a con-
sole;

a central processing unit in said enclosure, said central
processing unit comprising a microprocessor based
integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive
being coupled to said central processing unit; and

a programmable memory device in said enclosure, said
programmable memory device being configurable to
store a password for preventing a possibility of unau-
thorized use of said hard disk drive.]

[2. The computer module of claim 1 further comprising a
host interface controller for providing a status of a locking
device in said enclosure.]

[3. The computer module of claim 1 further comprising a
mechanical locking device that is coupled to said program-
mable memory device.]

[4. The computer module of claim 1 further comprising a
host interface controller coupled to a mechanical locking
device, said host interface controller being coupled to said
programmable memory device.]

[5. The computer module of claim 1 wherein said pro-
grammable memory device comprises a flash memory
device.]

[6. The computer module of claim 1 wherein said pro-
grammable memory device comprises a flash memory
device having at least 8 Mbits of cells and greater.]

[7. The computer module of claim 1 further comprising a
security program in a main memory.]

[8. The computer module of claim 7 wherein said security
program comprises a code for storing a password on said
programmable memory device.]

[9. The computer module of claim 8 wherein said security
program comprises a code for checking a time from said
real-time clock circuit.]

[10. The computer module of claim 1 further comprising a
host interface controller coupled to a solenoid that drives a
mechanical lock in a first position to a second position.]

[11. The computer module of claim 10 wherein said sole-
noid also drives said mechanical lock from said second posi-
tion to said first position.]

[12. The computer module of claim 1 further comprising a
real-time clock circuit coupled to said central processing
unit.]

[13. The computer module of claim 12 further comprising
a battery coupled to a host interface controller that includes
said real-time clock.]

[14. A method for operating a computer system, said
method comprising:

inserting an attached computer module ("ACM") into a
bay of a modular computer system, said ACM compris-
ing a microprocessor unit coupled to a mass memory
storage device;

applying power to said computer system and said ACM to
execute a security program, said security program
being stored in said mass memory storage device; and

prompting for a user password from a user on a display.]

[15. The method of claim 14 wherein said ACM com-
prises an enclosure that houses said microprocessor unit and
said mass memory storage device.]

[16. The method of claim 14 further comprising providing
a user password to said security program.]

[17. The method of claim 14 further comprising a flash
memory device for storing a desired password for said
ACM.]

US RE41,294 E

17

[**18**. The method of claim **17** wherein said flash memory device maintains said desired password when power is removed from said ACM.]

[**19**. The method of claim **18** wherein said flash memory device is coupled to a host interface controller that is coupled to said microprocessor based unit.]

[**20**. The method of claim **14** wherein said mass memory storage device comprises a code directed to comparing said user password with a desired password.]

[**21**. The method of claim **14** further comprising identifying a permanent password or user code on said attached computer module.]

[**22**. The method of claim **21** wherein said permanent password or user code is stored in said microprocessor unit.]

[**23**. The method of claim **21** wherein said permanent password or user code is stored in a flash memory device coupled to said microprocessor unit.]

*24. A computer module, said module comprising:*

*an enclosure, said enclosure being insertable into a console;*

*a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;*

*a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;*

*an interface controller coupled to a differential signal channel for communicating an encoded serial bit stream of Peripheral Component Interconnect (PCI) bus transaction, wherein the differential signal channel comprises two sets of unidirectional serial bit channels which transmit data in opposite directions; and*

*a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.*

*25. The computer module of claim 24 wherein the encoded serial bit stream comprises 10 bit packets.*

*26. The computer module of claim 24 wherein the serial bit stream of PCI bus transaction comprises encoded PCI address and data bits.*

*27. The computer module of claim 24 wherein the computer module communicates to the console through serial bit based lines transmitting data packets in Universal Serial Bus (USB) protocol.*

*28. A computer module comprising:*

*an enclosure insertable into a console to form a functional computer, said console comprising a first interface controller;*

*a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;*

*a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;*

*a second interface controller coupled to the first interface controller through a differential signal channel comprising two sets of unidirectional serial bit channels in opposite directions which transmit data in 10 bit packets; and*

*a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.*

*29. The computer module of claim 28 wherein the differential signal channels communicate an encoded serial bit stream of Peripheral Component Interconnect (PCI) bus address and data transaction.*

18

*30. The computer module of claim 28 further comprising a security program configured to manage a user's access privilege of data based on said password.*

*31. A computer module comprising:*

*an enclosure being insertable into a console;*

*a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;*

*a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;*

*an interface controller coupled to a differential signal channel for communicating an encoded serial bit stream of Peripheral Component Interconnect (PCI) bus transaction, wherein the differential signal channel comprises two sets of unidirectional serial bit channels which transmit data in opposite directions; and*

*a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive;*

*wherein the computer module communicates to the console through serial bit based lines transmitting data packets in Universal Serial Bus (USB) protocol.*

*32. A method for operating a computer system, said method comprising:*

*inserting an attached computer module ("ACM") into a bay of a modular computer system, said ACM comprising,*

*an interface controller coupled to a differential signal channel for communicating encoded serial bit stream of Peripheral Component Interconnect (PCI) bus transaction, the differential signal channel transmitting data in two sets of unidirectional serial bit channels in opposite directions; and*

*a microprocessor unit coupled to a mass memory storage device;*

*applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and*

*prompting for a user password from a user on a display.*

*33. The method of claim 32 wherein said security program is configured to manage a user's privilege to access data based on said password.*

*34. The method of claim 32 further comprises transmitting the encoded serial bit stream in 10 bit packets.*

*35. The method of claim 32 further comprises the serial bit stream of PCI bus transaction transmitting encoded PCI address and data bits.*

*36. A method for operating a computer system, said method comprising:*

*inserting an attached computer module ("ACM") into a bay of a modular computer system housed in a console, said console comprising a first interface controller; said ACM comprising,*

*a microprocessor unit coupled to a mass memory storage device including a plurality of application software program files, the microprocessor unit configured to execute the plurality of application software program files, and*

*a second interface controller;*

*applying power to said computer system such that said ACM communicates with the console through said interface controllers, the ACM executing a security program, said security program being stored in said mass storage device;*

US RE41,294 E

<table>
<tr><td>19</td><td>20</td></tr>
</table>

storing a user password in said ACM; and

prompting for said user password from a user on a display coupled to the console; wherein said interface controllers communicates through a differential signal channel for communicating an encoded serial bit stream of Peripheral Component Interconnect (PCI) bus transaction, the differential signal channel transmitting data in two sets of unidirectional serial bit channels in opposite directions.

37. The method of claim 36 wherein said mass memory storage device comprises flash memory.

38. The method of claim 36 wherein said security program manages a user's privilege to access data based on said password.

39. The method of claim 36 further comprises transmitting the encoded serial bit stream in 10 bit packets.

40. The method of claim 36 further comprises the serial bit stream of PCI bus transaction transmitting encoded PCI address and data bits.

41. A computer module comprising:

an enclosure configured to be inserted into a console to form a functional computer;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive coupled to said central processing unit;

a differential signal channel in said enclosure, said differential signal channel comprising two sets of unidirectional serial bit channels in opposite directions;

a first interface controller configured to be coupled to the console upon insertion of the enclosure into the console, the first interface controller configured to transmit Peripheral Component Interconnect (PCI) bus transaction on the differential signal channel; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.

42. The computer module of claim 41 wherein the first interface controller is configured to be coupled with a second interface controller of the console through the differential signal channel.

43. A computer module comprising:

an enclosure configured to be inserted into a console;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a differential signal channel in said enclosure, said differential signal channel comprising two sets of unidirectional serial channels in opposite directions;

an interface controller coupled to the differential signal channels and configured to communicate data in a form of encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.

44. A method for operating a computer system, said method comprising:

inserting an attached computer module ("ACM") into a bay of a modular computer system, said ACM comprising,

a microprocessor unit coupled to a mass memory storage device;

a differential signal channel comprising two sets of unidirectional serial channels in opposite directions; and

an interface controller coupled to the differential signal channel and configured to communicate data on the serial channels comprising encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction;

applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and

prompting for a user password from a user on a display.

45. A method for operating a computer system, said method comprising:

inserting an attached computer module ("ACM") into a bay of a modular computer system, said ACM comprising,

a microprocessor unit coupled to a mass memory storage device;

a differential signal channel comprising two sets of unidirectional serial channels in opposite directions; and

an interface controller coupled to a connector through the differential signal channel, wherein data communication to the serial channels comprises an encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction;

applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and

prompting for a user password from a user on a display.

46. A computer module comprising:

an enclosure configured to be inserted into a slot of a console comprising a power supply;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a low voltage differential signal (LVDS) channel in said enclosure, said low voltage differential signal channel comprising two sets of multiple unidirectional serial differential signal channels in opposite directions;

an interface controller coupled to a connector through the low voltage differential signal channel and configured to communicate data in a form of encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.

47. The computer module of claim 46 configured to receive power from the power supply in the console after insertion into the console.

48. The computer module of claim 46 wherein the LVDS channel is configured to communicate in 10 bit packets.

49. The computer module of claim 46 wherein the interface controller in the computer module is configured to couple to the console upon insertion into the console.

50. A computer module comprising:

an enclosure insertable into a slot of a console to form a functional computer, said console comprising a first interface controller;

US RE41,294 E

**21**

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a second interface controller coupled to the first interface controller through a low voltage differential signal (LVDS) channel comprising two sets of multiple unidirectional serial differential signal channels in opposite directions and configured to communicate data in a form of encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.

51. The computer module of claim 50 wherein the LVDS channel is configured to communicate in 10 bit packets.

52. The computer module of claim 50 further comprising a security program configured to manage a user's access privilege of data based on said password.

53. A computer module comprising:

an enclosure insertable into a slot of a console to form a functional computer, said console comprising a power supply;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

an interface controller coupled to the console upon insertion through a low voltage differential signal (LVDS) channel comprising two sets of multiple unidirectional serial differential signal channels in opposite directions and configured to communicate data in a form of encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction; and

a programmable memory device in said enclosure, said programmable memory device being configurable to

**22**

store a password for preventing unauthorized use of said hard disk drive.

54. The computer module of claim 53 wherein the LVDS channel is configured to communicate in 10 bit packets.

55. The computer module of claim 53 further comprising a security program configured to manage a user's access privilege of data based on said password.

56. The computer module of claim 53 configured to receive power from the power supply after insertion into the console.

57. A computer module comprising:

an enclosure configured to be inserted into a slot of a console comprising a LAN communication device;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a low voltage differential signal (LVDS) channel in said enclosure, said low voltage differential signal channel comprising two sets of multiple unidirectional serial bit channels in opposite directions and configured to communicate data in a form of encoded bit stream of Peripheral Component Interconnect (PCI) bus transaction;

an interface controller coupled to the low voltage differential signal channel; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing unauthorized use of said hard disk drive.

58. The computer module of claim 57 wherein the LVDS channel is configured to communicate in 10 bit packets.

59. The computer module of claim 57 wherein the computer module is configured to receive power to operate from a power supply in the console after insertion into the console.

\* \* \* \* \*