# Exhibit 15

US00RE43119E

(19) **United States**

(12) **Reissued Patent**
Chu

(10) Patent Number: **US RE43,119 E**
(45) Date of Reissued Patent: *****Jan. 17, 2012**

(54) **PASSWORD PROTECTED MODULAR COMPUTER METHOD AND DEVICE**

(75) Inventor: **William W. Y. Chu**, Los Altos, CA (US)

(73) Assignee: **ACQIS LLC**, McKinney, TX (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/577,074**

(22) Filed: **Oct. 9, 2009**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,321,335**
Issued: **Nov. 20, 2001**
Appl. No.: **09/183,493**
Filed: **Oct. 30, 1998**

(51) **Int. Cl.**
*H04L 9/00* (2006.01)

(52) **U.S. Cl.** .............. **713/193**; 710/301; 726/9; 726/18; 726/28

(58) **Field of Classification Search** .................. 713/164, 713/172, 189, 190, 193, 194; 711/164; 726/9, 726/18, 28, 34; 710/301
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,996,585 | A | 12/1976 | Hogan |
| 4,141,068 | A | 2/1979 | Mager et al. |
| 4,228,496 | A | 10/1980 | Katzman et al. |
| 4,453,215 | A | 6/1984 | Reid |
| 4,623,964 | A | 11/1986 | Getz et al. |
| 4,670,837 | A | 6/1987 | Sheets |
| 4,680,674 | A | 7/1987 | Moore |
| 4,700,362 | A | 10/1987 | Todd et al. |

| | | | |
|---|---|---|---|
| 4,760,276 | A | 7/1988 | Lethellier |
| 4,769,764 | A | 9/1988 | Levanon |
| 4,791,524 | A | 12/1988 | Teigen et al. |
| 4,799,258 | A | 1/1989 | Davies |
| 4,872,091 | A | 10/1989 | Maniwa et al. |
| 4,890,282 | A | 12/1989 | Lambert et al. |
| 4,918,572 | A | 4/1990 | Tarver et al. |
| 4,939,735 | A | 7/1990 | Fredericks et al. |
| 5,056,141 | A | 10/1991 | Dyke |
| 5,086,499 | A | 2/1992 | Mutone |
| 5,103,446 | A | 4/1992 | Fischer |
| 5,187,645 | A | 2/1993 | Spalding et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP          722138 A1       7/1996

(Continued)

OTHER PUBLICATIONS

Agerwala, T., "SP2 System Architecture," IBM Systems Journal, vol. 34, No. 2, pp. 152-184 (1995).

(Continued)

*Primary Examiner* — Beemnet Dada
(74) *Attorney, Agent, or Firm* — Cooley LLP

(57) **ABSTRACT**

A method and device for securing a removable Attached Computer Module ("ACM") 10. ACM 10 inserts into a Computer Module Bay ("CMB") 40 within a peripheral console to form a functional computer such as a desktop computer or portable computer. The present ACM 10 includes a locking system, which includes hardware and software 600, 700, to prevent accidental removal or theft of the ACM from the peripheral console. While ACM is in transit, further security is necessary against illegal or unauthorized use. If ACM contains confidential data, a high security method is needed to safeguard against theft.

**43 Claims, 15 Drawing Sheets**



# US RE43,119 E
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,191,581 A | 3/1993 | Woodbury et al. | |
| 5,251,097 A | 10/1993 | Simmons et al. | |
| 5,278,509 A | 1/1994 | Haynes et al. | |
| 5,278,730 A | 1/1994 | Kikinis | |
| 5,282,247 A | 1/1994 | McLean et al. | |
| 5,293,487 A | 3/1994 | Russo et al. | |
| 5,293,497 A | 3/1994 | Free | |
| 5,311,397 A | 5/1994 | Harshberger et al. | |
| 5,317,441 A | 5/1994 | Sidman | |
| 5,317,477 A | 5/1994 | Gillett | |
| 5,319,771 A | 6/1994 | Takeda | |
| 5,325,517 A | 6/1994 | Baker et al. | |
| 5,331,509 A | 7/1994 | Kikinis | |
| 5,339,408 A | 8/1994 | Bruckert et al. | |
| 5,355,391 A | 10/1994 | Horowitz et al. | |
| 5,428,806 A | 6/1995 | Pocrass | |
| 5,430,607 A | 7/1995 | Smith | |
| 5,432,939 A | 7/1995 | Blackledge, Jr. et al. | |
| 5,436,857 A | 7/1995 | Nelson et al. | |
| 5,436,902 A | 7/1995 | McNamara et al. | |
| 5,463,742 A | 10/1995 | Kobayashi | |
| 5,519,843 A | 5/1996 | Moran et al. | |
| 5,533,125 A | 7/1996 | Bensimon et al. | |
| 5,537,544 A | 7/1996 | Morisawa et al. | |
| 5,539,616 A | 7/1996 | Kikinis | |
| 5,546,463 A | 8/1996 | Caputo et al. | |
| 5,550,710 A | 8/1996 | Rahamim et al. | |
| 5,550,861 A | 8/1996 | Chan et al. | |
| 5,552,776 A | 9/1996 | Wade et al. | |
| 5,572,441 A | 11/1996 | Boie | |
| 5,577,205 A | 11/1996 | Hwang et al. | |
| 5,578,940 A | 11/1996 | Dillon | |
| 5,588,850 A | 12/1996 | Pan et al. | |
| 5,590,377 A | 12/1996 | Smith | |
| 5,600,800 A | 2/1997 | Kikinis et al. | |
| 5,603,044 A | 2/1997 | Annapareddy et al. | |
| 5,606,717 A | 2/1997 | Farmwald et al. | |
| 5,608,608 A * | 3/1997 | Flint et al. ................. 361/679.32 |
| 5,623,637 A * | 4/1997 | Jones et al. ................... 711/164 |
| 5,630,057 A | 5/1997 | Hait | |
| 5,638,521 A | 6/1997 | Buchala et al. | |
| 5,640,302 A * | 6/1997 | Kikinis .................... 361/679.41 |
| 5,648,762 A | 7/1997 | Ichimura et al. | |
| 5,659,773 A | 8/1997 | Huynh et al. | |
| 5,663,661 A | 9/1997 | Dillon et al. | |
| 5,673,172 A | 9/1997 | Hastings et al. | |
| 5,673,174 A | 9/1997 | Hamirani | |
| 5,680,126 A | 10/1997 | Kikinis | |
| 5,680,536 A | 10/1997 | Tyuluman | |
| 5,689,654 A | 11/1997 | Kikinis | |
| 5,708,840 A | 1/1998 | Kikinis et al. | |
| 5,721,837 A | 2/1998 | Kikinis | |
| 5,721,842 A | 2/1998 | Beasley et al. | |
| 5,724,591 A | 3/1998 | Hara et al. | |
| 5,737,194 A | 4/1998 | Hopkins et al. | |
| 5,737,524 A | 4/1998 | Cohen et al. | |
| 5,745,733 A | 4/1998 | Robinson | |
| 5,751,711 A * | 5/1998 | Sakaue ........................ 370/431 |
| 5,752,080 A | 5/1998 | Ryan | |
| 5,764,924 A | 6/1998 | Hong | |
| 5,774,703 A | 6/1998 | Weiss et al. | |
| 5,774,704 A | 6/1998 | Williams | |
| 5,795,228 A | 8/1998 | Trumbull | |
| 5,802,391 A | 9/1998 | Hwang | |
| 5,805,903 A | 9/1998 | Elkhoury | |
| 5,809,262 A | 9/1998 | Potter | |
| 5,809,538 A | 9/1998 | Pollmann | |
| 5,815,681 A | 9/1998 | Kikinis | |
| 5,819,050 A | 10/1998 | Boehling et al. | |
| 5,826,048 A | 10/1998 | Dempsey et al. | |
| 5,838,932 A | 11/1998 | Alzien | |
| 5,848,249 A | 12/1998 | Garbus | |
| 5,859,669 A | 1/1999 | Prentice | |
| 5,862,350 A | 1/1999 | Coulson | |
| 5,862,381 A | 1/1999 | Advani et al. | |
| 5,878,211 A | 3/1999 | Delagrange et al. | |
| 5,884,049 A | 3/1999 | Atkinson | |
| 5,884,053 A | 3/1999 | Clouser | |
| 5,907,566 A | 5/1999 | Benson et al. | |
| 5,930,110 A | 7/1999 | Nishigaki et al. | |
| 5,933,609 A | 8/1999 | Walker et al. | |
| 5,941,965 A | 8/1999 | Moroz | |
| 5,948,047 A | 9/1999 | Jenkins et al. | |
| 5,960,213 A | 9/1999 | Wilson | |
| 5,965,957 A | 10/1999 | Bourgeois | |
| 5,968,144 A | 10/1999 | Walker et al. | |
| 5,971,804 A | 10/1999 | Gallagher et al. | |
| 5,974,486 A | 10/1999 | Siddappa | |
| 5,977,989 A | 11/1999 | Lee et al. | |
| 5,978,821 A | 11/1999 | Freeny | |
| 5,978,919 A | 11/1999 | Doi et al. | |
| 5,982,363 A | 11/1999 | Naiff | |
| 5,982,614 A | 11/1999 | Reid | |
| 5,991,163 A | 11/1999 | Marconi et al. | |
| 5,991,844 A | 11/1999 | Khosrowpour | |
| 5,999,952 A | 12/1999 | Jenkins et al. | |
| 6,002,442 A | 12/1999 | Li et al. | |
| 6,003,105 A | 12/1999 | Vicard et al. | |
| 6,006,243 A * | 12/1999 | Karidis ........................ 708/100 |
| 6,009,488 A | 12/1999 | Kavipurapu | |
| 6,011,546 A | 1/2000 | Bertram | |
| 6,012,145 A * | 1/2000 | Mathers et al. ................. 726/17 |
| 6,016,252 A | 1/2000 | Pignolet et al. | |
| 6,025,989 A | 2/2000 | Ayd et al. | |
| 6,028,643 A | 2/2000 | Jordan et al. | |
| 6,029,183 A | 2/2000 | Jenkins et al. | |
| 6,038,621 A | 3/2000 | Gale et al. | |
| 6,040,792 A | 3/2000 | Watson et al. | |
| 6,046,571 A | 4/2000 | Bovio et al. | |
| 6,049,823 A | 4/2000 | Hwang | |
| 6,052,513 A | 4/2000 | McLaren | |
| 6,069,615 A | 5/2000 | Abraham et al. | |
| 6,070,211 A | 5/2000 | Neal | |
| 6,070,214 A * | 5/2000 | Ahern ........................... 710/315 |
| 6,078,503 A | 6/2000 | Gallagher et al. | |
| 6,088,224 A | 7/2000 | Gallagher et al. | |
| 6,088,620 A | 7/2000 | Ninomiya et al. | |
| 6,088,752 A | 7/2000 | Ahern | |
| 6,091,737 A | 7/2000 | Hong et al. | |
| 6,104,921 A | 8/2000 | Cosley et al. | |
| 6,145,085 A | 11/2000 | Tran et al. | |
| 6,157,534 A | 12/2000 | Gallagher et al. | |
| 6,161,157 A | 12/2000 | Tripathi | |
| 6,161,524 A | 12/2000 | Akbarian et al. | |
| 6,163,464 A | 12/2000 | Ishibashi et al. | |
| 6,175,490 B1 | 1/2001 | Papa et al. | |
| 6,188,602 B1 | 2/2001 | Alexander et al. | |
| 6,202,169 B1 | 3/2001 | Razzaghe-Asrafi et al. | |
| 6,208,522 B1 | 3/2001 | Manweiler et al. | |
| 6,216,185 B1 | 4/2001 | Chu | |
| 6,256,689 B1 | 7/2001 | Khosrowpour | |
| 6,256,691 B1 | 7/2001 | Moroz et al. | |
| 6,260,155 B1 | 7/2001 | Dellacona | |
| 6,266,539 B1 | 7/2001 | Pardo | |
| 6,289,376 B1 | 9/2001 | Taylor et al. | |
| 6,297,955 B1 | 10/2001 | Frank, Jr. et al. | |
| 6,301,637 B1 | 10/2001 | Krull et al. | |
| 6,304,895 B1 | 10/2001 | Schneider et al. | |
| 6,311,268 B1 | 10/2001 | Chu | |
| 6,311,287 B1 | 10/2001 | Dischler et al. | |
| 6,314,522 B1 | 11/2001 | Chu et al. | |
| 6,317,329 B1 | 11/2001 | Dowdy et al. | |
| 6,321,335 B1 | 11/2001 | Chu | |
| 6,324,605 B1 | 11/2001 | Rafferty et al. | |
| 6,325,636 B1 | 12/2001 | Hipp et al. | |
| 6,332,180 B1 | 12/2001 | Kauffman et al. | |
| 6,345,330 B2 | 2/2002 | Chu | |
| 6,366,951 B1 | 4/2002 | Schmidt | |
| 6,378,009 B1 | 4/2002 | Pinkston, II et al. | |
| 6,381,602 B1 | 4/2002 | Shoroff et al. | |
| 6,393,561 B1 | 5/2002 | Hagiwara et al. | |
| 6,401,124 B1 | 6/2002 | Yang et al. | |
| 6,411,506 B1 | 6/2002 | Hipp et al. | |
| 6,425,033 B1 | 7/2002 | Conway | |
| 6,452,789 B1 | 9/2002 | Pallotti et al. | |
| 6,452,790 B1 | 9/2002 | Chu et al. | |
| 6,453,344 B1 | 9/2002 | Ellsworth | |

**US RE43,119 E**

Page 3

| | | | |
|---|---|---|---|
| 6,496,361 | B2 | 12/2002 | Kim et al. |
| 6,549,966 | B1 | 4/2003 | Dickens et al. |
| 6,564,274 | B1 | 5/2003 | Heath et al. |
| 6,567,877 | B1 | 5/2003 | Lewis et al. |
| 6,578,103 | B1 | 6/2003 | Hill |
| 6,581,125 | B1 | 6/2003 | Lange |
| 6,606,253 | B2 | 8/2003 | Jackson et al. |
| 6,643,777 | B1 | 11/2003 | Chu |
| 6,664,377 | B1 | 12/2003 | Xu |
| 6,715,100 | B1 | 3/2004 | Hwang |
| 6,718,415 | B1 | 4/2004 | Chu |
| 6,725,317 | B1 | 4/2004 | Bouchier et al. |
| 6,742,068 | B2 | 5/2004 | Gallagher et al. |
| 6,747,878 | B1 | 6/2004 | Hipp et al. |
| 6,757,748 | B1 | 6/2004 | Hipp |
| 6,948,047 | B2 | 9/2005 | Maruska et al. |
| 6,985,967 | B1 | 1/2006 | Hipp |
| 7,017,001 | B2 | 3/2006 | Hill et al. |
| 7,020,735 | B2 | 3/2006 | Kikinis |
| 7,099,981 | B2 | 8/2006 | Chu |
| 7,146,446 | B2 | 12/2006 | Chu |
| 7,328,297 | B2 | 2/2008 | Chu |
| 7,339,786 | B2 | 3/2008 | Bottom et al. |
| 7,363,415 | B2 | 4/2008 | Chu |
| 7,363,416 | B2 | 4/2008 | Chu |
| 7,376,779 | B2 | 5/2008 | Chu |
| RE41,076 | E | 1/2010 | Chu |
| RE41,092 | E | 1/2010 | Chu |
| 7,676,624 | B2 | 3/2010 | Chu |
| RE41,294 | E | 4/2010 | Chu |
| 7,818,487 | B2 | 10/2010 | Chu |
| RE41,961 | E | 11/2010 | Chu |
| 2001/0011312 | A1 | 8/2001 | Chu |
| 2005/0182882 | A1 | 8/2005 | Chu |
| 2009/0157939 | A1 | 6/2009 | Chu |
| 2010/0174844 | A1 | 7/2010 | Chu |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 6-289953 | 10/1994 |
| JP | 6-289956 | 10/1994 |
| JP | 7-64672 | 3/1995 |
| JP | 7-84675 | 3/1995 |
| WO | WO92/18924 | 10/1992 |
| WO | WO94/00097 | 1/1994 |
| WO | WO95/13640 | 5/1995 |
| WO | WO97/00481 | 1/1997 |
| WO | WO9700481 | 1/1997 |
| WO | WO 97/05618 | 2/1997 |

OTHER PUBLICATIONS

Bernal, Carlos, product brochure entitled: "PowerSMP Series 4000" (Mar. 1998) <<http://www.winnetmag.com/Windows/Article/ArticleID/3095//3095.html, downloaded from web on Jun. 22, 2004, 2 pgs.

CETIA Brochure "CETIA Powerengine CVME 603e" pp. 1-6 downloaded from the internet at. http://www.cetia.com/ProductAddOns/wp-47-01.pdf on Feb. 15, 2006.

Cragle, Jonathan, "Density System 1100", May 1999) <<http://www.winnetmag.com/Windows/Article/ArticleID/5199/5199.html>>, downloaded from web on Jun. 21, 2004, 3 pgs.

Crystal Advertisement for "Rackmount Computers", (@2000-2004) <<http://www.crystalpc.com/products/roservers.asp>> downloaded from web on Jun. 17, 2004, 8 pgs.

Crystal Advertisement for "QuickConnect® Cable Management", (@2000-2004) <<http://www.crystalpc.com/products/quickconnect.asp>> downloaded from web on Jun. 17, 2004, 4 pgs.

Cubix, "Click on the front panel that matches your system", (@2000) <<http://64.173.211.7/support/techinfo/system/density/density.htm>>, downloaded from web on Jun. 22, 2004, 1 pg.

Cubix, "DP 6200 'D' Series Plug-in Computers" <<http://64.173.211.7/support/techinfo/bc/dp/6200d/Intro.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Installing DP or SP Series Boards" (@2000) <<http://64.173.211.7/support/techinfo/system/density/info/pic-inst.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Powering On/Off or Resetting Plug-in Computers in an Density System", (@2000) <<http://64.173.211.7/support/techinfo/system/density/info/power.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "Multiplexing Video, Keyboard & Mouse with Multiple Density Systems", (@2000) <<http://64.173.211.7/support/techinfo/system/density/info/vkm-mux.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix Product Brochure entitled, "Density System", (@2000) <<http://64.173.211.7/support/techinfo/system/density/density10.htm>> downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix Product Brochure entitled, "Density System, Technical Specifications", (@2000) <http://64.173.211.7/support/techinfo/system/density/info/spec.htm>> downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix Product Manual entitled, "Density System", Chapter 1—Introduction, (@2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap-1.htm>> downloaded from web on Jun. 22, 2004, 5 pgs.

Cubix Product Manual entitled, "Density System", Chapter2—Installation, (@2000) <<http://64.173.211.7/support/techiknfo/manuals/density/Chap-2.htm>> downloaded from web on Jun. 22, 2004, 9 pgs.

Cubix Product Manual entitled, "Density System", Chapter 3—Operation, (@2000), <<http://64.173.211.7/support/techinfo/manuals/density/Chap-3.htm>> downloaded from web on Jun. 22, 2004, 4 pgs.

Cubix Product Manual entitled, "Density System," Chapter 4—Maintenance and Repair, (@2000) <<http://64.173.211.7/support/techinfo/manuals/density/Chap4-.htm>> downloaded from web on Jun. 22, 2004, 5 pgs.

Cubix, "SP 5200XS Series Plug-in Computers", (@2000) <<http://64.173.211.7/support/techinfo/bc/sp5200xs/intro.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "SP 5200XS Series Technical Specifications", (@2000) <<http://64.173.211.7/support/techinfo/bc/sp5200xs/spec.htm>>, downloaded from web on Jun. 22, 2004, 2 pgs.

Cubix, "SP 5200 Series" Chapter 1—Introduction, (@2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap-1.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix, "SP 5200 Series" Chapter 2—Switches & Jumpers, (@2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap-2.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix, "SP 5200 Series" Chapter3—Installation, (@2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap-3.htm>>, downloaded from web on Jun. 22, 2004, 4 pgs.

Cubix, "SP 5200 Series" Chapter4—Technical Reference, (@2000) <<http://64.173.211.7/support/techinfo/manuals/sp5200/chap-4.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Cubix, "What are Groups?", (@2000) <<http://64.173.211.7/support/techinfo/system/density/info/groups.htm>>, downloaded from web on Jun. 22, 2004, 3 pgs.

Dirk S. Faegre et al., "CTOS Revealed", http://www.byte-.com/art/9412/sec13/art2.htm.

eBay Advertisement for "Total IT Group Network Engines", <<http://cgi.ebay.com/we/eBayISAPI.d11?ViewItem&Item=5706388046&sspagename=STRK%3AMDBI%3AMEBI3AIT&rd=1>>, downloaded from web on Jun. 25, 2004, 1 pg.

Eversys Corp., "Eversys System 8000 Consolidated Network Server Market and Product Overview," Slide Presentation, downloaded from <<http://eversys.com>>, 20 pages total.

"Features Chart", (Feb. 1, 1997) http://www.lantimes.com/testing/97feb/702b072a.html, downloaded from web on Jun. 23, 2004, 3 pgs.

Feldman, Jonathan, "Rack Steady: The Four Rack-Mounted Servers That Rocked Our Network", <<http://www.networkcomputing.com/shared/printArticle.jhtml?article=910/910r3side1.htm...>>, Jun. 23, 2004, 3 pgs.

Fetters, Dave, "Cubix High-Density Server Leads the Way With Standout Management Software", (Feb. 8, 1999) http://www.nwc.com/shared/printArticle.jhtml?article=/1003/1003r3full.html&pub=nwc, downloaded from web on Jun. 23, 2004, 5 pgs.

Gardner, Michael and Null, Christopher, "A Server Condominium", <<http://www.lantimes.com/testing/98jun/806a042a.html>>, Jun. 23, 2004, 3 pgs.

Harrison, Dave, "VME in the Military: The M1A2 Main Battle Tank Upgrade Relies on COTS VME" <<http://www.dy4.com>>>, (Feb. 9, 1998), pp. 1-34.

Internet Telephone Roundup, "Industrial Computers", http://www.tmcnet.com/articles/itmag,/0499/0499roundup.htm, downloaded from the web on Jun. 23, 2004, 5 pgs.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/talkback/talkback_56555.html.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/story/story_1504.html.

Kelly Spang, "Component House: Design Technology for PCs in a snap"—NeoSystmes Offers Building Blocks", Computer Reseller News, Apr. 21, 1997, Issue 732, Section: Channel Assembly, http://www.techweb.com/se/directlink.cgi?CRN1997042150054.

Microsoft Cluster Service Center, "MSCS Basics," downloaded from <http://www.nwnetworks.com/mscsbasics.htm>>, Feb. 7, 2005, 4 pages total.

MPL Brochure "1st Rugged All in One Industrial 486FDX-133 MHz PC" pp. 1-2, downloaded from the internet at. http://www.mpl.ch/DOCs/ds-48600.pdf on Feb. 15, 2006.

MPL Brochure "IPM 486 Brochure/IPM5 User manual" pp. 1-9 downloaded from the internet at http://www.mpl.ch/DOCs/u48600xd.pdf on Feb. 15, 2006.

MPL, "The First Rugged All-in-One Industrial 486FDX-133 MHz PC"IPM 486 Brochure/IPM5 User manual, 1998, pp. 1-52.

Press Release: Hiawatha, Iowa, (Mar. 1, 1997) entitled "Crystal Group Products Offer Industrial PCs with Built-in Flexibility", <<http://www.crystalpc.com/news/pressreleases/prodpr.asp>>, downloaded from web on May 14, 2004, 2 pgs.

Press Release: Kanata, Ontario, Canada, (Apr. 1998) entitled "Enhanced COTS SBC from DY 4 Systems features 166MHz Pentium™ Processor" <<http://www.realtime-info.be/VPR/layout/display/pr.asp?/pr.asp?PRID=363>>, 2 pgs.

Product Brochure entitled "SVME/DM-192 Pentium® II Single Board Computer" (Jun. 1999) pp. 1-9.

Product Brochure entitled "System 8000", http://www.bomara.com/Eversys/briefDefault.htm, downloaded from web on Jun. 22, 2004, 4 pgs.

Product Brochure entitled "ERS/FT II System", (@2000) http://64.173.211.7/support/techinfo/system/ersft2/ersft2.htm, downloaded from web on Jun. 22, 2004, 4 pgs.

Product Manual entitled: "ERS II and ERS/FT II," Chap. 6, Component Installation, <<http://64.173.211.7/support/techinfo/manuals/ers2/ers2-c6.htm>>, downloaded from web on Jun. 22, 2004, 18 pgs.

Product Manual entitled "ERS II and ERS/FT II", Chap. 3, System Components, <<http://64.173.211.7/support/techinfo/manuals/ers2/ers2-c3.htm>>, downloaded from web on Jun. 22, 2004, 21 pgs.

Rick Boyd-Merritt, "Ungradeable-PC effort takes divergent paths", http://techweb.cmp.com/eet/news/97/949news.effort.html.

Snyder, J., "Better Management through consolidation" pp. 1-6 downloaded from the internet at http://www.opus1.com/www/jms/nw-con-0818rev.html.

"SQL Server and NT Cluster Manager Availability Demo," Microsoft Server Programmer Developers Conference, Nov. 1996, 15 pages total.

"Think Modular", PC Magazine, Jun. 10, 1997, wysiwyg://60/http://homezdnet.com/pcmag/issues/1611/pcmg0072.htm.

Williams, Dennis, "ChatCom Inc. Chatterbox", (Feb. 17, 1997) http://www.lantimes.com/testing/97feb/702b066a.html,downloaded from web on Jun. 23, 2004, 3 pgs.

Williams, Dennis, "Consolidated Servers", (Feb. 17, 1997) http://www.lantimes.com/testing/97compare/pcconsol.html, downloaded from web on Jun. 23, 2004, 2 pgs.

Williams, Dennis, "Cubix Corp. ERS/FT II", (Feb. 17, 1997) http://www.lantimes.com/testing/97feb/702b068b.html, downloaded from web on Jun. 23, 2004, 4 pgs.

Windows Magazine, "Cubix PowerSMP Series 4000", Nov. 1997, http://www.techweb.com/winmag/library/1997/1101/ntent008.htm, downloaded from the web on Jun. 22, 2004, p. NT07.

Williams, Dennis "EVERSYS Corp. System 8000", Feb. 17, 1997) http://www.lantimes.com/testing/97feb/702b070b.html, downloaded from web on Jun. 22, 2004, 4 pgs.

Williams, Dennis, "Executive Summary: Consolidate Now", (Feb. 17, 1997) http://www.lantimes.com/testing/97feb/702b064a.html, downloaded from web on Jun. 23, 2004, 2 pgs.

Williams, Dennis, "Top Scores for Useability and Openness", (Feb. 17, 1997) <<http://www.lantimes.com/testing/97feb/702b064a.html>> downloaded from web on Jun. 23, 2004, 2 pgs.

HP: HDPM 1636, Gigabit Ethernet Transceiver Chip, Preliminary Technical Data (May 1997) (No. 123.pdf).

Accton, Gigabit Ethernet PCI Adapter (1999) (2 pp) (No. 122.pdf).

Intel, 82559 Fast Ethernet Multifunction PCI/Cardbus Controller (Jan. 1999) (56 pp.) (No. 128.pdf).

Intel, 21143 PCI/CardBus 10/100Mb/s Ethernet LAN Controller, Product Datasheet (Oct. 1998) (8 pp.) (No. 127.pdf).

KTI Networks, Installation Guide 10/100 Dual-speed Fast Ethernet PCI Adapters (1999) (24 pp.) (No. 126.pdf).

Micronet SP2500R Series Etherfast 10/100 MBPS Adapter, User's Guide (1999) (10 pp.) (No. 136.pdf).

PCI Local Bus Specification (Rev. 2.2, Dec. 1998) (322 pp.) (No. 135.pdf).

EIA-422A—Standard (Superseded), Electrical Characteristics of Balanced Voltage Digital Interface Circuits (Dec. 1978) (20 pp) (No. 118a.pdf).

TIA/EIA (644) Standard Electrical Characteristics of Low Voltage Differential Signaling (LVDS) Interface Circuits (Mar. 1996) (42 pp) (No. 118c.pdf).

Huq et al. "An Overview of LVDS Technology" National Semiconductor Corp. (Jul. 1998) (6 pp.) (No. 118d.pdf).

Ziatech Corporation—Ketris9000 Product Manual (2000) (159 pp.) (No. 18.pdf).

Ziatech Corp. ZT 8907 Product Description (1998) (4 pp) (No. 19b.pdf).

Ziatech Corp. ZT 8908 Product Description (1998)+A249 (6 pp) (No. 19c.pdf).

Ziatech Corp. System Designer's Guide: Hot Swap Capability on STD 32 Computers (Jan. 1996) (6 pp) (No. 19e.pdf).

Ziatech Corp. Press Release (Feb. 1996) (2 pp.) (No. 19i.pdf).

Ziatech Corp. Industrial BIOS for CompacktPCI and STD 32 Systems Software Manual (Jul. 1998) (134 pp) No. 19h.pdf) .

Ziatech Corp.System Designers Guide: Expanding STD Bus Performance Through Multiprocessing. (Apr. 1996) (6 pp.) (No. 19d.pdf).

Ziatech, STD 32 Star System Product Description(6 pp) (No. 19a.pdf).

Network Engines: P6000EXP Fault-Tolerant Load-Balanced Cluster Server (NEI00095) (1997) (4 pp.) (No. 22a.pdf).

Whitecross Data Exploration Configuration and Maintenance Manual. Draft. (Jul 2000) (699 pp.) (No. 26e.pdf).

Whitecross WX-DES Hardware Maintenance (2000) (284 pp) (No. 26g.pdf).

Whitecross WX-DES Technical Overview (2000) (211 pp) (No. 26h.pdf).

Microsoft Cluster Service Center, MSCS Basics, downloaded from <<http://www.networks.com/mscsbasics.htm. Feb. 7, 2005, 6 pages.

Chu, U.S. Appl. No. 12/322,858, filed Feb. 5, 2009 for "Password Protected Modular Computer Method and Device."

8260 ATM Product Architecture, IBM International Technical Support Organization, Raleigh Center, Sep. 1997, First Edition, International Business Machines Corporation, 220 pages.

8265 Nways ATM Switch, Product Description, Sep. 1998, Fifth Edition, International Business Machines Corporation, 141 pages.

Origin2000 Rackmount Owner's Guide, Document No. 007-3456-003, 1997, Silicon Graphics, Inc., 146 pages.

QuantumNet, Inc., QuantumNet Product Overview [online], 1996 [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19971011194003/www.quantumnet.com/products.htm>, 1 page.

QuantumNet, Inc., QuantumNet: The Next Generation Computing and Networking Environment [online], 1996 [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19971011194123/www.quantumnet.com/qnetovw.htm>, 7 pages.

US RE43,119 E

Page 5

QuantumNet, Inc., QuantumNet 6500 Processor Modules [online], 1996 [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL:http://web.archive.org/web/19971011194317/www.quantumnet.com/ds6500.htm>, 4 pages.

QuantumNet, Inc., QuantumServer Chassis [online], 1996 [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL:http://web.archive.org/web/19971011194309/www.quantumnet.com/dsq6000.htm>, 3 pages.

Cubix Corporation, White Paper: Benefits of High-Density Servers [online], 1997 [retrieved on Jul. 31, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19970716204215/www.cubix.com/corporate/whitep/densit.htm>, 6 pages.

Cubix Corporation, Datasheet: Single-Board Computers with Pentium Processors [online], 1997 [retrieved on Jul. 31, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19970716204717/www.cubix.com/corporate/data/bcp5t.htm>, 5 pages.

Cubix Corporation, Datasheet: ERS/FT II Server Chassis [online], 1997 [retrieved on Jul. 31, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19970716204346/www.cubix.com/corporate/data/ersft2.htm>, 3 pages.

Cubix Corporation, Cubix ERS/FT II Systems [online], 1997 [retrieved on Jul. 31, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19980124213320/www.cubix.com/support/steps/ers-ft2/intro.htm>, 5 pages.

Cubix Corporation, Cubix Product Catalog, Summer 1995, 56 pages.

Cubix Corporation, BC Series, Processor Boards Installation Guide, DOC 800A, Aug. 1994, 149 pages.

Cubix Corporation, ERS/FT II—Enhanced Resource Subsystem/Fault Tolerant II, Nov. 1994, 4 pages.

Cubix Corporation, Density Series Plug-In Servers, Plug-In Computers for Managed Server Farms, Sep. 15, 1998, 2 pages.

Cubix Corporation, Cubix Pentium II Plug-In Computers for Density Series Systems, Sep. 15, 1998, 1 page.

Cubix Corporation, Density Series Multi-Server Systems, Sep. 10, 1999, 4 pages.

Compaq Computer Corporation, White Paper, "Order and Configuration Guide for Compaq ProLiant Cluster Series F Model 100," Sep. 1998, pp. 1-8.

Compaq Computer Corporation, QuickSpecs, Compaq ProLiant Cluster Series F Model 100, (undated), pp. 8-36 to 8-37.

Compaq Computer Corporation, Compaq Performance Brief, ProLiant 1600 ServerBench Performance Summary, Aug. 1998, pp. 1-7.

Compaq Computer Corporation, Compaq ActiveAnswers Installation Guide, Installation and Configuration Guide for Linux and Apache Web Server on Compaq Prosignia and ProLiant Servers, May 1999, pp. 1-40.

Compaq Computer Corporation, Compaq White Paper, "Microsoft Internet Information Server 4.0 on the Compaq ProLiant 6500," Aug. 1998, pp. 1-14.

Compaq Computer Corporation, Compaq White Paper, "Accelerating Financial Spreadsheet Simulations with Workstation Clusters," Oct. 1998, pp. 1-14.

Compaq Computer Corporation, ProLiant 6500-PDC/O1000 C/S with 4 ProLiant 1850R, TPC-C Rev. 3.4, Report Date: Dec. 22, 1998, pp. 1-3.

Black Box Corporation, Black Box Network Services, Black Box ServSwitch Duo, Jul. 1998, 52 pages.

Compaq Computer Corporation, Compaq White Paper, "ServerNet—A High Bandwidth, Low Latency Cluster Interconnection," Sep. 1998, pp. 1-9.

JL ChatCom, Inc.—Web Site, JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], 1996 [retrieved on Dec. 2, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104221841/http://www.jlchatcom.com/>, 1 page.

JL ChatCom, Inc.—Scaleable Application and Communication Servers, "ChatCom, Inc. Announces Complete Line of Scaleable Application and Communication Servers," Aug. 30, 1996 [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104221932/www.jlchatcom.com/cpofrel.htm>, 4 pages.

JL ChatCom, Inc.—Highly Adaptable Intranet and Web Servers, "ChatCom, Inc. Announces Highly Adaptable Intranet and Web Servers," Sep. 3, 1996 [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104221941/www.jlchatcom.com/chat4int.htm>, 2 pages.

JL ChatCom, Inc., "ChatPower Plus," 1996 [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104222122/www.jlchatcom.com/chatplus.htm>, 3 pages.

JL ChatCom, Inc., "ChatterBox ChatPower Plus," (undated) [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104222556/www.jlchatcom.com/cpp1.gif>, 1 page.

JL ChatCom, Inc., "ChatExpress PB5 Series P166 Pentium PCI/ISA CPU Card," 1996 [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104222157/www.jlchatcom.com/chatp599.htm>, 2 pages.

JL ChatCom, Inc., "ChatExpress—2 Slot," [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104222644/www.jlchatcom.com/exp2ill.gif>, 1 page.

Intel Corporation, Intel 82559 Fast Ethernet Multifunction PCI/Cardbus Controller, Networking Silicon, Preview Datasheet, Jan. 1999, 56 pgs.

Ziatech Corporation, STD 32 zVID2 Local Bus Super VGA/FPD Adapter, Apr. 1996, 2 pgs.

Wolfpack or Microsoft Cluster Services on STAR System, (undated), 3 pgs.

Ziatech Corporation, "New STD 32 Fault Tolerant Computer Provides Modular Platform for 'Non-Stop' Applications," Feb. 5, 1996, 2 pgs.

Network Engines, Inc., Network Engines ClusterDirector User's Manual, Jun. 1998, 32 pages.

Eversys Corporation, System 8000 Consolidated Network Server Product Brief, (undated), 2 pages.

Eversys Corporation, System 8000 Consolidated Server, (undated), [retrieved on Nov. 9, 2009], Retrieved from C: drive <path: file://C:\Documents and Settings\Daniel\M Documents\Eversys\Eversys Web Site Master...>, 6 pages.

Eversys Corporation, System 8000 Consolidated Server Presentation, (undated), 23 pages.

Eversys Corporation, System 8000 Consolidated Network Server, Pentium II Processor Module User's Guide for Module version P2D-BXT, Jan. 1998, 49 pages.

Eversys Corporation, Eversys System 8000 Peripheral Sharing Switch (PSS) User's Guide, 1st Edition—Jun. 1997, 2nd Edition—Jan. 1998, 17 pages.

Eversys Corporation, WebView 8000 version 1.1 User's Guide, Web-Based Management Software to the Eversys System 8000 Consolidated Server, Revision A—Nov. 1998, Revision B—Dec. 1998, 56 pages.

Eversys Corporation, S8000 Single Module Body Assemby, Oct. 9, 1998, 9 pages.

Eversys CAPserver Product Brief [online], (undated), [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19961104093115/www.eversys.com/CAPbrief.htm>, 10 pages.

Eversys CAPcard 9500/sa Product Brief [online], (undated), [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archive.org/web/19961104093144/www.eversys.com/cc95sa_Brief.htm>, 3 pages.

Evergreen Systems, Inc., "CAPserver, The Communication/Application server for local area networks," Product Guide, (undated), 18 pages.

Phillips, J., "9800 Disk Card Design Specification," May 26, 1998, White Cross Systems Limited, pp. 1-44.

Phillips, J., "9800 Disk Card Layout Specification," Apr. 6, 1998, White Cross Systems Limited, pp. 1-22.

**US RE43,119 E**

Page 6

Feakes, L., "Disk Connector Card Functional Requirement Specification," Jan. 14, 1998; White Cross Systems Limited, pp. 1-4.

Feakes, L., "Disk Connector Card Layout Specification," Jan. 14, 1998, White Cross Systems Limited, pp. 1-6.

Burrow, M., WhiteCross Data Exploration, "A Technical Overview of the WXDES/9800," Mar. 2, 1999, Revision 2.00, White Cross Systems Limited, pp. 1-90.

Burrow, M., WhiteCross Data Exploration, "A Technical Overview of the WXDES/9800," Apr. 21, 1999, White Cross Systems Limited, 222 pages.

Khan, M. F., "Ethernet Switch Card Design Specification," Mar. 8, 2001, White Cross Systems Limited, pp. 1-32.

Khan, M. F., "Ethernet Switch Card Layout Specifications," Mar. 8, 2001, pp. 1-31.

Smith, B., Processor Backplane Functional Requirement Specification, Jul. 31, 1997, White Cross Systems Limited, pp. 1- 11.

Smith, B., "Processor Backplane Design Specification," Feb. 3, 1998, White Cross Systems Limited, pp. 1-16.

Smith, B., "Processor Backplane Layout Specification," Nov. 12, 1997, White Cross Systems Limited, pp. 1-7.

Phillips, J., "9800 Processor Card Design Specification," Feb. 25, 1998, White Cross Systems Limited, pp. 1-41.

Phillips, J., "9800 Processor Card Layout Specification," Sep. 29, 1997, White Cross Systems Limited, pp. 1-13.

Miastkowski, S. (Editor), "A Whale of a System," BYTE, Aug. 1991, 4 pages, vol. 16, No. 8.

Advanced Micro Devices, Inc., "AMD-K6-III Processor Data Sheet," 21918B/0, Oct. 1999, 326 pages.

Black Box Corporation, "Black Box Serve Switch Duo," Black Box Network Services Manual, Jul. 1998, 52 pages.

Cisco Systems, Inc., "Cisco AS5800 Universal Access Server Dial Shelf Controller Card Installation and Replacement," Doc. No. 78/4653-02, 1997, 28 pages.

Digital Equipment Corporation, "Digital AlphaServer 4000 and 4100 systems," [Brochure], 1998, 4 pages.

Eversys, "CAPserver Product Brief" [online], [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archieve.org/web/19961104093115/www.eversys.com/CAPbrief.htm>,    10 pages.

Eversys, "CAPcard 9500/sa Product Brief," [online], [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archieve.org/web/19961104093144/www.eversys.com/cc95sa_Brief.htm>, 3 pages.

Grow, R. et al., "Gigabit Media Independent Interface Proposal," Nov. 11, 1996, IEEE 802.3Z, Vancouver, 22 pages.

Intel, "Pentium® II Processor at 350 MHz, 400 MHz, and 450 MHz, Datasheet," Order No. 243657-003, Aug. 1998, 83 pages.

Ellis, S., "Iris FailSafe™ Administrator's Guide," Document No. 007-3109-003, Apr. 6, 1997, 212 pages.

NEC, "Server HX4500 User's Guide," PN: 456-00005-000, Dec. 1998, 160 pages.

Novell, Inc., "Novell's NetWare 4.1 Momentum Continues—NetWare 4 Now World's Best-Selling Network Operating System," [online], Mar. 21, 1996, [retrieved on Nov. 16, 2009]. Retrieved from the Internet: <URL: http://www.novell.com/news/press/archive/1996/03/pr96056.html>, 3 pages.

Chapter 7: Maintaining the NetWare Server, "Supervising the Network," (undated), pp. 514-517.

Chapter 7: Designing a Data Protection Plan, (undated), pp. 170-171. Concepts, Disk Driver and Disk Duplexing, (undated), pp. 82-83.

Network Engines, "P6000EXP Fault-tolerant Load-balanced Clustered Server," 1997, 3 pages.

Sun Microsystems Computer Company, "Sun™ Enterprise™ 250 Server Owner's Guide," Jun. 1998, Part No. 805-5160-10, Revision A, 324 pages.

Sun Microsystems, Inc., "UltraSPARC™ II CPU Module, Datasheet 400 MHz CPU, 2.0 MP E-Cache," Jul. 1999, 28 pages.

Sun Microsystems, Inc., White Paper, "Netra™ ft 1800," Apr. 1999, Revision 09, 50 pages.

Compaq Computer Corporation, et al., "Universal Serial Bus Specification," Sep. 23, 1998, Revision 1.1, 327 pages.

Compaq Computer Corporation, et al., "Universal Serial Bus Specification," Apr. 27, 2000, Revision 2.0, 650 pages.

Silicon Graphics International, "Additional Information for: IRIS FailSafe Administrator's Guide (IRIX 6.4)," [online], Document No. 007-3109-003, Published Apr. 6, 1997, [retrieved on Nov. 5, 2009], Retrieved from the Internet: <URL: http://techpubs.sgi.com/library/tpl/cgi-bin/summary.cgi?coll=0640&db=bks&docnumber=...>,    2 pages.

Origin and Onyx Theory of Operations Manual, Document No. 007-3439-002, 1997, Silicon Graphics, Inc., 124 pages.

QuantumNet, Inc., QuantumNet 6000 Sharing Modules [online], 1996 [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL:    http://web.archive.org/web/19971011194326/www.quantumnet.com/dsq60xx.htm>, 3 pages.

JL ChatCom, Inc., "ChatTwin," [retrieved on Dec. 2, 2009], JL ChatCom, Inc., ChatterBox Communications and Server Solutions [online], Retrieved from the Internet: <URL: http://web.archive.org/web/19970104222644/www.jlchatcom.com/chattwin.htm>,    2 pages.

Eversys, "Welcome to EverSys" [online], [retrieved on Nov. 16, 2009], Retrieved from the Internet: <URL: http://web.archieve.org/web/19961104092834/www.eversys.com/index2.htm>, 1 page.

Eversys, "Products" [online], [retrieved on Nov. 16, 2009], Retrieved from    the    Internet:    <URL:    http://web.archieve.org/web/19961104093103/www.eversys.com/prodinfo.htm>, 2 pages.

"Microsoft Press Computer Dictionary, Third Edition," Microsoft Press, 1997, pp. 199 and 332, Kim Fryer ed.

Excerpt from "Microsoft Computer Dictionary, 5th Edition", Microsoft Press, 2002, pp. 96 and 547.

Excerpt from IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th Ed., 2000), pp. 78, 79 and 128.

Anderson, C.R. et al., "IEEE 1355 HS-Links: Present Status and Future Prospects," [online], 1998, [retrieved on Aug. 11, 2010], Retrieved from the Internet: <URL: http://www94.web.cern.ch/HIS/dshs/publications/wotug21/hslink/pdf/hslinkpaper.pdf>, 14 pages.

Mamakos, L. et al., "Request for Comments 2516—A method for Transmitting PPP Over Ethernet (PPPoE)," [online], 1999, [retrieved on Aug. 18, 2010], Retrieved from the Internet: <URL: http://ttols.ietf.org/html/rfc2516>, 35 pages.

Haas, S., "The IEEE 1355 Standard: Developments, Performance and Application in High Energy Physics," Thesis for degree of Doctor of Philosophy, University of Liverpool, Dec. 1998, 138 pages.

"IEEE STD 1355-1995 Standard for Heterogeneous InterConnect (HIC)," Open Microprocessor systems Initiative (OMI), [online], Oct. 30, 1998, [retrieved on Aug. 6, 2010], Retrieved from the Internet: <URL: http://grouper.ieee.org/groups/1355/index.html>, 6 pages.

Galles, M., "Spider: A Hide-Speed Network Interconnect," IEEE Micro, 1997, pp. 34-39. (6 pages).

Excerpt from "Microsoft Computer Dictionary, 4th Edition", Microsoft Press, 1999, pp. 184-185, 241, 432 (7 pages).

Excerpt from "Microsoft Computer Dictionary, 4th Edition"; Microsoft Press, 1999, pp. 40, 241, 432 (6 pages).

Excerpt from IEEE 100: The Authoritative Dictionary of IEEE Standards Terms (7th Ed., 2000), pp. 181,304 and 771.

"Family of VME Technology Specifications," [online], date unknown, [retrieved on Dec. 29, 2010], Retrieved from the Internet: <URL: http://www.vita.com/specifications.html>, 1 page.

International Search Report for International Patent Application No. PCT/US99/09369, report mailed Nov. 16, 1999, 7 pages.

International Preliminary Examination Report for International Patent Application No. PCT/US99/09369, report completed Jul. 5, 2000, 4 pages.

IBM Corporation, "Grounding Spring for Peripheral Device and Bezel Bracket," IBM Technical Disclosure Bulletin, Nov. 1, 1993, vol. 36, No. 11, 2 pages.

Digital Semiconductor Product Brief, "21152 PCI-to-PCI Bridge," Feb. 1996, 6 pages.

Intel Corporation Architectural Overview, "Intel 430TX PCISET: 82439TX System Controller (MTXC)," Feb. 1997, 4 pages.

Intel Corporation Architectural Overview, "Intel 82371AB PCI-to-ISA/IDE Xcelerator (PIIX4)," Apr. 1997, 3 pages.

Intel Corporation Advance Information, "Intel 440LX AGPSET: 82443LX PCI A.G.P. Controller (PAC)," Aug. 1997, 4 pages.

**US RE43,119 E**

Page 7

National Semiconductor, DS90CR215/DS90CR216 +3.3V Rising Edge Data Strobe LVDS 21-Bit Channel Link-66 MHz, Jul. 1997, 2 pages.

National Semiconductor Product Folder, "DS90CR215 Plus-3.3V Rising Edge Data Strobe LVDS 21-Bit Channel and Link—66 MHz," National Semiconductor Corporation [online], [retrieved on Oct. 30, 1997]. Retrieved from the Internet at <URL: http://www.national.com/search/search.cgi/design?keywords=DS90CR215>, 2 pages.

Video Electronics Standards Association (VESA), Plug and Display (P&D) Standard, P&D and Digital Transition Minimized Differential Signaling (TMDS) Video Transmission Overview, 1997, Version 1, Revision 0, pp. 13 & 31-34.

Office Action for U.S. Patent No. 6,718,415, mailed Oct. 10, 2002, 7 pages.

Response for U.S. Patent No. 6,718,415, filed Nov. 7, 2002, 9 pages.

Office Action for U.S. Patent No. 6,718,415, mailed Jan. 29, 2003, 7 pages.

Response for U.S. Patent No. 6,718,415, filed Mar. 6, 2003, 8 pages.

Office Action for U.S. Patent. No. 6,718,415, mailed Jun. 4, 2003, 8 pages.

Response for U.S. Patent No. 6,718,415, filed Sep. 4, 2003, 10 pages.

Amendment Submitted With RCE for U.S. Patent No. 7,099,981, filed Mar. 1, 2006, 23 pages.

Office Action for U.S. Patent No. 7,363,415, mailed on Apr. 12, 2007, 23 pages.

Response for U.S. Patent No. 7,363,415, filed on Apr. 24, 2007, 25 pages.

Office Action for U.S. Patent No. 7,328,297, mailed Feb. 8, 2007, 5 pages.

Response for U.S. Patent No. 7,328,297, filed Apr. 19, 2007, 32 pages.

Office Action for U.S. Patent No. 7,328,297, mailed Jul. 12, 2007, 13 pages.

Response for U.S. Patent No. 7,328,297, filed Jul. 23, 2007, 20 pages.

Office Action for U.S. Patent No. 7,363,416, mailed Apr. 12, 2007, 23 pages.

Response for U.S. Patent. No. 7,363,416, filed Apr. 24, 2007, 23 pages.

Office Action for U.S. Patent No. 7,376,779, mailed Sep. 28, 2007, 24 pages.

Response for U.S. Patent No. 7,376,779, filed Oct. 16, 2007, 23 pages.

Office Action for U.S. Patent No. 7,676,624, mailed Dec. 1, 2008, 8 pages.

Response for U.S. Patent No. 7,676,624, filed Jan. 13, 2009, 14 pages.

Supplemental Response for U.S. Patent No. 7,676,624, filed on Feb. 6, 2009, 13 pages.

Office Action for U.S. Patent No. 7,818,487, mailed Sep. 29, 2009, 10 pages.

Response for U.S. Patent No. 7,818,487, filed Nov. 6, 2009, 3 pages.

Amendment for U.S. Patent No. 7,818,487, filed May 11, 2010, 15 pages.

Amendment Submitted After Notice of Allowance for U.S. Patent No. 7,818,487, filed Aug. 17, 2010, 14 pages.

Office Action for U.S. Publication No. 2010/0174844, mailed Oct. 28, 2010, 11 pages.

Office Action for U.S. Patent No. 6,216,185, mailed Apr. 12, 2000, 9 pages.

Response for U.S. Patent No. 6,216,185, filed Aug. 3, 2000, 15 pages.

Office Action for U.S. Patent No. 6,216,185, mailed Aug. 25, 2000, 9 pages.

Response for U.S. Patent No. 6,216,185, filed Oct. 24, 2000, 10 pages.

Office Action for U.S. Patent No. 6,345,330, mailed Jun. 15, 2000, 7 pages.

Amendment for U.S. Patent No. 6,345,330, filed Sep. 12, 2000, 5 pages.

Restriction Requirement for U.S. Patent No. 6,345,330, mailed Dec. 19, 2000, 5 pages.

Amendment filed with Continued Prosecution Application for U.S. Patent No. 6,345,330, filed Jan. 17, 2001, 5 pages.

Office Action for U.S. Patent No. 6,345,330, mailed Mar. 23, 2001, 6 pages.

Response to Office Action for U.S. Patent No. 6,345,330, filed Jul. 19, 2001, 5 pages.

Office Action for U.S. Appl. No. 09/642,628, mailed Apr. 5, 2001, 9 pages.

Office Action for U.S. Appl. No. 10/963,825, mailed Oct. 27, 2005, 25 pages.

Response for U.S. Appl. No. 10/963,825, filed Jan. 9, 2006, 22 pages.

Office Action for U.S. Appl. No. 10/963,825, mailed May 31, 2006, 29 pages.

Amendment Submitted with RCE for U.S. Appl. No. 10/963,825, filed Jul. 27, 2006, 29 pages.

Office Action for U.S. Appl. No. 10/963,825, mailed Oct. 20, 2006, 28 pages.

Appellants' Brief for U.S. Appl. No. 10/963,825, filed Jan. 8, 2007, 31 pages.

Revised Appellants' Brief for U.S. Appl. No. 10/963,825, filed Apr. 20, 2007, 34 pages.

Examiner's Answer for U.S. Appl. No. 10/963,825, mailed Aug. 8, 2007, 30 pages.

Reply Brief for U.S. Appl. No. 10/963,825, filed Sep. 4, 2007, 4 pages.

Decision on Appeal for U.S. Appl. No. 10/963,825, mailed Feb. 4, 2009, 13 pages.

Amendment Submitted with RCE for U.S. Appl. No. 10/963,825, filed Feb. 20, 2009, 24 pages.

Office Action for U.S. Appl. No. 10/963,825, mailed May 14, 2009, 5 pages.

Response for U.S. Appl. No. 10/963,825, filed May 22, 2009, 2 pages.

Office Action for U.S. Appl. No. 10/963,825, mailed Sep. 15, 2009, 14 pages.

Response for U.S. Appl. No. 10/963,825, filed Oct. 1, 2009, 7 pages.

Office Action for RE 41,294, mailed Nov. 16, 2007, 10 pages.

Response for RE 41,294, filed Dec. 20, 2007, 21 pages.

Office Action for RE 41,294, mailed Apr. 15, 2008, 10 pages.

Amendment Submitted with RCE for RE 41,294, filed May 27, 2008, 14 pages.

Supplemental Amendment Submitted with RCE for RE 41,294, filed Jul. 8, 2008, 12 pages.

Office Action for RE 41,294, mailed Sep. 16, 2008, 11 pages.

Response for RE 41,294, filed Oct. 30, 2008, 14 pages.

Supplemental Response for RE 41,294, filed Feb. 20, 2009, 13 pages.

Supplemental Response for RE 41,294, filed Aug. 17, 2009, 3 pages.

Examiner Interview Summary Record, mailed Jan. 15, 2009, 1 page.

Office Action for RE 41,076, mailed Jul. 13, 2007, 38 pages.

Response for RE 41,076, filed Sep. 26, 2007, 18 pages.

Office Action for RE 41,076, mailed Oct. 17, 2007, 55 pages.

Amendment Submitted with RCE for RE 41,076, filed Nov. 5, 2007, 19 pages.

Office Action for RE 41,076, mailed Feb. 11, 2008, 62 pages.

Response for RE 41,076, filed Apr. 7, 2008, 18 pages.

Office Action for RE 41,076, mailed Jun. 9, 2008, 25 pages.

Amendment Submitted with RCE for RE 41,076, filed Dec. 8, 2008, 44 pages.

Office Action for RE 41,076, mailed Dec. 30, 2008, 8 pages.

Response for RE 41,076, filed Jan. 16, 2009, 14 pages.

Amendment Submitted with RCE for RE 41,076, filed Aug. 4, 2009, 2 pages.

Examiner Interview Summary Record, mailed Feb. 24, 2009, 4 pages.

Applicant Summary of Interview, filed Mar. 24, 2009, 1 page.

Examiner Interview Summary Record, mailed Sep. 22, 2009, 5 pages.

Office Action for U.S. Appl. No. 12/322,858, mailed Mar. 4, 2010, 24 pages.

Response for U.S. Appl. No. 12/322,858, filed Jun. 4, 2010, 15 pages.

Office Action for U.S. Appl. No. 12/322,858, mailed Jun. 25, 2010, 22 pages.

Response for U.S. Appl. No. 12/322,858, filed Oct. 25, 2010, 12 pages.

**US RE43,119 E**

Page 8

Office Action for U.S. Appl. No. 12/577,074, mailed Apr. 13, 2010, 7 pages.
Response for U.S. Appl. No. 12/577,074, filed Jul. 13, 2010, 3 pages.
Office Action for U.S. Appl. No. 12/577,074, mailed Nov. 10, 2010, 6 pages.
Office Action for U.S. Appl. No. 09/312,199, mailed Mar. 26, 2003, 5 pages.
Response for U.S. Appl. No. 09/312,199, filed Jun. 11, 2003, 4 pages.
Office Action for RE 41,092, mailed Sep. 17, 2008, 8 pages.
Response for RE 41,092, filed Oct. 27, 2008, 27 pages.
Examiner's Amendment for RE 41,092, mailed Nov. 4, 2009, 4 pages.
Office Action for U.S. Appl. No. 11/545,056, mailed Mar. 12, 2010, 26 pages.
Response for U.S. Appl. No. 11/545,056, filed Jun. 14, 2010, 18 pages.
Office Action for U.S. Appl. No. 12/561,138, mailed Sep. 29, 2010, 4 pages.
Request for Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Jan. 8, 2010, 39 pages.
Request for Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Jan. 8, 2010, Exhibit AA to Request Claim Charts with respect to the Hitachi '953 for Anticipation and Obviousness, 136 pages.
Request for Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Jan. 8, 2010, Exhibit BB Claim Charts with respect to Kobayashi for Anticipation and Obviousness, 128 pages.
Request for Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Jan. 8, 2010, Exhibit CC Claim Charts with respect to Byte for Anticipation and Obviousness, 122 pages.
Request for Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Jan. 8, 2010, Exhibit DD Claim Charts with respect to the Hitachi '675 for Anticipation and Obviousness, 119 pages.
Office Action in Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, mailed Jul. 27, 2010, 103 pages.
Patent Owner's Response to Office Action in Ex Parte Reexamination of US Patent No. 6,216,185, Control No. 90/010,816, filed Sep. 27, 2010, 55 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Dec. 2, 2009, 44 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Dec. 2, 2009, Exhibit O, Declaration Under 37 CFR 1.132 of Vincent P. Conroy, Nov. 24, 2009, 3 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Replacement Exhibit AA, Claim Charts with respect to QuantumNet for Anticipation and Obviousness, filed Jan. 5, 2010, 109 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Replacement Exhibit BB, Claim Charts with respect to Chatcom for Anticipation and Obviousness, filed Jan. 5, 2010, 91 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Replacement Exhibit CC, Claim Charts with respect to QuantumNet for Anticipation and Obviousness, filed Jan. 5, 2010, 85 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Replacement Exhibit DD, Claim Charts with respect to the Origin2000 Manual for Obviousness, filed Jan. 5, 2010, 72 pages.
Request for Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Replacement Exhibit EE, Claim Charts with respect to Gallagher for Anticipation and Obviousness, filed Jan. 5, 2010, 107 pages.
Office Action in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, mailed May 26, 2010, 39 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Jul. 27, 2010, 41 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit A, Declaration of William Henry Mangione-Smith under 37 C.F.R. 1.132, filed Jul. 27, 2010, 29 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, filed Feb. 9, 2010, 33 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, filed Dec. 2, 2009, Exhibit O, Declaration Under 37 CFR 1.132 of Vincent P. Conroy, Nov. 24, 2009, 3 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, Exhibit AA, Claim Charts with respect to Gallagher for Anticipation and Obviousness, filed Feb. 9, 2010, 164 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, Exhibit BB, Claim Charts with respect to QuantumNet for Anticipation and Obviousness, filed Feb. 9, 2010, 158 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, Exhibit CC, Claim Charts with respect to Chatcom for Anticipation and Obviousness, filed Feb. 9, 2010, 167 pages.
Request for Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, Exhibit DD, Claim Charts with respect to the Eversys for Obviousness, filed Feb. 9, 2010, 111 pages.
Office Action in Inter Partes Reexamination of US Patent No. 7,099,981; Control No. 95/001,310, mailed Jul. 6, 2010, 83 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, filed Sep. 3, 2010, 52 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, Exhibit A, Declaration of William Henry Mangione-Smith under 37 C.F.R. 1.132, filed Sep. 3, 2010, 63 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Mar. 19, 2010, 35 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit AA (Part 1), Claim Charts with respect to Gallagher for Anticipation and Obviousness, filed Mar. 19, 2010, 186 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit AA (Part 2), Claim Charts with respect to Gallagher for Anticipation and Obviousness, filed Mar. 19, 2010, 161 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit BB (Part 1), Claim Charts with respect to QuantumNet for Anticipation and Obviousness, filed Mar. 19, 2010, 139 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit BB (Part 2), Claim Charts with respect to QuantumNet for Anticipation and Obviousness, filed Mar. 19, 2010, 128 pages.
Request for Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit CC, Claim Charts with respect to Chatcom for Anticipation and Obviousness, filed Mar. 19, 2010, 68 pages.
Office Action in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, mailed Jun. 24, 2010, 86 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Aug. 24, 2010, 45 pages.
Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, Exhibit A, Declaration of William Henry Mangione-Smith under 37 C.F.R. 1.132, filed Sep. 3, 2010, 61 pages.
Request for Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Apr. 19, 2010, 33 pages.
Request for Inter Partes Reexamination of US. Patent No. 7,328,297, Control No. 95/001,336, Exhibit AA, Claim Charts with respect to Gallagher for Obviousness, filed Apr. 19, 2010, 131 pages.
Request for Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit BB, Claim Charts with respect to QuantumNet for Obviousness, filed Apr. 19, 2010, 139 pages.
Request for Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit CC, Claim Charts with respect to Chatcom for Obviousness, filed Apr. 19, 2010, 114 pages.

## US RE43,119 E

Page 9

Office Action in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, mailed Aug. 4, 2010, 95 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Oct. 4, 2010, 49 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit A, Declaration of William Henry Mangione-Smith under 37 C.F.R. 1.132, filed Oct. 4, 2010, 61 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, filed Aug. 25, 2010, 34 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424; Exhibit AA, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Aug. 25, 2010, 114 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit AB, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Aug. 25, 2010, 92 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit BA, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Aug. 25, 2010, 121 pages.

Requst for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit BB, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Aug. 25, 2010, 99 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit CA, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Aug. 25, 2010, 91 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit CB, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Aug. 25, 2010, 94 pages.

Office Action in Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, mailed Nov. 1, 2010, 75 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, filed Oct. 27, 2010, 35 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit AA, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Oct. 27, 2010, 128 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit AB, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Oct. 27, 2010, 153 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit BA, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Oct. 27, 2010, 108 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit BB, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Oct. 27, 2010, 112 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit CA, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Oct. 27, 2010, 112 pages.

Request for Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, Exhibit CB, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Oct. 27, 2010, 118 pages.

Office Action in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, mailed Dec. 20, 2010, 105 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, filed Oct. 27, 2010, 37 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit AA, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Oct. 27, 2010, 70 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit AB, Claim Charts with respect to Gallacher and Other References for Obviousness, filed Oct. 27, 2010, 64 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit BA, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Oct. 27, 2010, 64 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit BB, Claim Charts with respect to QuantumNet and Other References for Obviousness, filed Oct. 27, 2010, 71 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit CA, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Oct. 27, 2010, 64 pages.

Request for Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, Exhibit CB, Claim Charts with respect to Chatcom and Other References for Obviousness, filed Oct. 27, 2010, 67 pages.

Office Action in Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, mailed Dec. 6, 2010, 63 pages.

"Defendants' Amended Invalidity Contentions," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 18 pages.

"Exhibit A (Asserted Claims)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 2 pages.

"Exhibit B—Table 1," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 75 pages.

"Exhibit C," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 2 pages.

"Exhibit D," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 106 pages.

"Exhibit E," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 2 pages.

"Invalidity Chart for Base Reference IBM 8260," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 53 pages.

"Invalidity Chart for Base Reference IBM 8265," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 56 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 4,453,215 (Reid)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 56 pages.

"Invalidity Chart for Base Reference Origin2000," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 56 pages.

"Invalidity Chart for Base Reference QuantumNet," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 49 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 6,564,274 (Heath)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 57 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 5,577,205," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 60 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 5,802,391," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 61 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 6,715,100," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 64 pages.

**US RE43,119 E**

Page 10

"Invalidity Chart for Base Reference Cubix BC/Density," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 64 pages.

"Invalidity Chart for Base Reference JP6-289956," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 62 pages.

"Invalidity Chart for Base Reference Gallagher 068 and Gallagher 503," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 108 pages.

"Invalidity Chart for Base Reference Compaq ProLiant Cluster," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 81 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 5,325,517 to Baker et al. (Appendix 1, Exhibit 15)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 59 pages.

"Invalidity Chart for Japanese Patent Application H7-64672 (Toshiba '672)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 55 pages.

"Invalidity Chart for Base Reference ChatCom," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 52 pages.

"Invalidity Chart for Base Reference Ziatech Corp. Ketris 9000 System," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 68 pages.

"Invalidity Chart for Base Reference Ziatech STD 32 Star System," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 62 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 7,339,786 (Bottom et al.)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 57 pages.

"Invalidity Chart for Base References RLX Patents, U.S. Patent Nos. 6,747,878, 6,411,506, 6,325,636, 6,757,748, and 6,985,967 (Hipp et al.)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 58 pages.

"Invalidity Chart for Base Reference Network Engines P6000 Server," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 59 pages.

"Invalidity Chart for Base Reference Eversys 8000 System," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 60 pages.

"Invalidity Chart for Base Reference Eversys CAPserver," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 59 pages.

"Invalidity Chart for Base Reference U.S. 5,809,262," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 62 pages.

"Invalidity Chart for Base Reference WhiteCross 9800 System," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 62 pages.

"Invalidity Chart for Base Reference U.S. 5,339,408," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 61 pages.

"Invalidity Chart for Base Reference Tyuluman 536," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 76 pages.

"Invalidity Chart for Base Reference Hong 737," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 77 pages.

"Invalidity Chart for Base Reference U.S. 5,436,857 (Nelson)," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Invalidity Chart for Base Reference U.S. 5,999,952 (Jenkins)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Invalidity Chart for Base Reference U.S. 5,608,608 (Flint)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Invalidity Chart for Base Reference U.S. 5,978,821 (Freeny)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Invalidity Chart for Base Reference WO 92/18924 (Wallsten)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Invalidity Chart for Base Reference Ergo Moby Brick", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 5 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 5,463,742 (Kobayashi)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 5 pages.

"Invalidity Chart for Base Reference Japanese Patent Application Publication H6-289953 (Hitachi)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 5 pages.

"Invalidity Chart for Base Reference Japanese Patent Application Publication H7-84675 (Hitachi)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 5 pages.

"Invalidity Chart for Base Reference U.S. Patent No. 5,187,645 (Spalding)", submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 6 pages.

"Defendants' Notice of Errata Relating to Defendants' P.R. 3-3 Invalidity Contentions," submitted by the Defendants in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2010, 14 pages.

"Exhibit 5—Disclosure of Asserted Claims and Infringement Contentions", submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, 14 pages.

"Appendix 6A—Disclosure of Asserted Claims and Infringement Contentions", submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, 14 pages.

"Memorandum Opinion and Order Construing Claim Terms and Denying Defendants' Motion For Partial Summary Judgment," Issued by the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Aug. 2, 2010, 18 pages.

"Transcript of Videotaped Deposition of William Mangione-Smith," taken by the Defendants in connection with Case No. 6:09-cv-148-LED in the U.S. District Court for the Eastern District of Texas, Sep. 9, 2010, 192 pages.

"Memorandum Opinion and Order Construing Claim Terms," Issued by the U.S. District Court for the Eastern District of Texas, Tyler Division, Case No. 6:09-cv-148-LED, Document 602, Feb. 3, 2011, 12 pgs.

PC Magazine, "Think Modular" (Jun. 10, 1997).

Liquman, "Convergent Technologies Had This Idea" (Dec. 5, 1997).

Berst, "Hope for the Modular PCs We all Really Want" (Dec. 5, 1997).

Boyd-Merritt, "Upgradable-PC Effort Takes Divergent Paths" (EE Times 1997) http://techweb.cmp/com/eet/news/971949news/effort.html.

Faegre, et al., "Unisys' Best-Kept Secret Is an Operating System Built for Distributed Business Applications." BYTE (Dec. 1994).

Spang, "Component House: Design Technology for 'PCs in a snap'—NeoSystems Offers Building Blocks" Techweb (Apr. 21, 1997:732).

Excerpt from "Microsoft Computer Dictionary, 5th Edition", Microsoft Press, 2002, pp. 96, 329, 624 and 625.

Hill, Goff (editor), "The Cable and Telecommunications Professional's Reference: vol. 1," Third Edition, Focal Press, 2007, pp. 227-229, 5 pages.

Intel Corporation, Intel 82559 Fast Ethernet Controller, [retrieved on Mar. 14, 2011], Retrieved from the Internet: <URL: http://www.intel.com/design/network/products/lan/controllers/82559.htm>, 1 page.

Gruener, J., "Vendors Pack in More Servers," PC Week, vol. 14, No. 1, Mar. 17, 1997, 2 pages.

Grigonis, R., "Fault Resilient PC's," Flatiron Publishing, 1996, 314 pages.

Microsoft Press Computer User's Dictionary, pp. 82 and 232, Kim Fryer ed., Microsoft Press, 1998, 5 pages.

IBM Thinkpad Product Information Guide, IBM PC Company, Apr. 28, 1998, 26 pages.

The American Heritage Dictionary, pp. 536, 607 and 770, Dell Publishing, 1994, 5 pages.

The New IEEE Standard Dictionary of Electrical and Electronics Terms, Fifth Ed., p. 1236, The Institute of Electrical and Electronics Engineers, Inc., 1993, 3 pages.

Microsoft Press Computer Dictionary, Third Ed., pp. 96, 313, and 355, Kim Fryer ed., Microsoft Press, 1997, 5 pages.

IBM Dictionary of Computing, Tenth Ed., pp. 139, 439, 480 and 629, George McDaniel ed., McGraw-Hill, Inc., Aug. 1993, 16 pages.

IEEE 100: The Authoritative Dictionary of IEEE Standards Terms, Seventh Ed., pp. 703, 704, 856 and 1064, The Institute of Electrical and Electronics Engineers, Inc., 2000, 13 pages.

Microsoft Press Computer Dictionary, Second Edition, pp. 82, 92, 93 and 260, Alice Smith ed., Microsoft Press, 1994, 13 pages.

Microsoft Press Computer User's Dictionary, pp. 232, 262, and 275, Kim Fryer ed., Microsoft Press, 1998, 12 pages.

Feibel, W., Encyclopedia of Networking, Third Edition, p. 265, The Network Press, 2000, 4 pages.

System 8000, Consolidated Network Server, Product Brief, Eversys Corporation, undated, 2 pages.

System 8000, Consolidated Server, Presentation, Eversys Corporation, undated, 23 pages.

IEEE Standard for a High Performance Serial Bus, IEEE Std 1394-1995, The Institute of Electrical and Electronics Engineers, Inc., 1996, 392 pages.

RLX System 324 Hardware Installation Guide, RLX Technologies, Inc., 2001, 80 pages.

RLX System 324 Platform Guide: RLX Linux Web Server, RLX Technologies, Inc., 2001, 73 pages.

RLX System 324 Platform Guide—Windows Powered Web Server—Online, undated, 39 pages.

RLX System 324 Technical Guide: RLX Control Tower SNMP Implementation, RLX Techologies, 2001, 32 pages.

RLX System 324 Technical Guide: RLX Control Tower SNMP Implementation, Supplementary Document, Draft, RLX Techologies, May 26, 2001, 48 pages.

RLX System 324 Technical Guide: RLX Control Tower Backup/Restore, Draft, RLX Techologies, May 18, 2001, 8 pages.

"RLX Control Tower™ Take Control," RLX Technologies, undated, 4 pages.

"RocketLogix Passive I/O Board Topology," RocketLogix, Inc., Revision 6, May 24, 2000, 1 page.

"RocketLogix Switched I/O Board Topology," RocketLogix, Inc., Revision 6, May 24, 2000, 1 page.

HotDock and Orbiter 3360—Technical Specifications, Product Overview, and Configurations, RocketLogix, Inc., 2000, 4 pages.

"Redefining Server Economics—Take Control," RLX Technologies, 2001, 2 pages.

RLX Technologies Presentation, RLX Technologies, Inc., Apr. 27, 2001, 44 pages.

"Engineering Design Proposal for RocketLogix, Inc.," Anigma, Inc., Apr. 19, 2000, 35 pages.

RLX Blade, RLX Technologies, 2001, 2 pages.

"RLX System 324 Technical Guide: RLX Red Hat Installation," RLX Technologies, Inc., 2001, 22 pages.

"Firmware Interface Specification,Orbiter 1680, Orbiter 3360," Anigma, Inc., Aug. 17, 2000, 16 pages.

Board Specifications for DataModule Board, DataStation Backplane, DataStation Front Bezel, and BaseStation Backplane, Rev. E, Anigma, Inc., Mar. 2, 2000, 5 pages.

"Logical Management Process," RocketLogix, Rev. 5, Apr. 5, 2000, 1 page.

Eversys Corporation Business Plan, Eversys Corporation, Mar. 21, 1997, 53 pages.

Gruener, J., "Vendors pack in more servers," [retrieved on Oct. 22, 2009], Retrieved from the Internet: <URL: http://www.galenet.galegroup.com.ezproxy.sfpl.org.servlet/BCR...>, 2 pages.

System 8000 Web Product Brief, Eversys Corporation, [retrieved on Oct. 22, 2009], Retrieved from the Internet: <URL: http://www.web.archive.org/web/1997052509465/www.eversys.com/Products/S8000/Brief/Index/htm, 6 pages.

"Eversys Corporation System 8000 Consolidated Server Peripheral Sharing Switch," Eversys Corporation, undated, 1 page.

Nicholls, T., "9800 First level design," White Cross Systems Limited, Mar. 26, 1997, 26 pages.

Nicholls, T., "9800 System Architecture," White Cross Systems Limited, Mar. 27, 1997, 28 pages.

Feakes. L., "Fast Ethernet Switch Card Design Specification," Revision 4.00, White Cross Systems Limited, Jul. 27, 2010, 23 pages.

Phillips, J., "9800 Power System Backplane Design Specification," Revision 1.00, White Cross Systems Limited, Oct. 22, 1997, 11 pages.

Phillips, J., "9800 Auxiliary PSU Design Specification," Revision 1.00, White Cross Systems Limited, Oct. 27, 1997, 13 pages.

Burrow, M., "A Technical Overview of the WXDES/9800," Whitecross Data Exploration, White Cross Systems Limited, Apr. 21, 1999, 90 pages.

Burrow, M., "A Technical Overview of the WXDES/9800," Whitecross Data Exploration, Apr. 21, 1999, Software, 102 pages.

"Narus and Whitecross Join Forces to Deliver Comprehensive Usage Pattern Analysis Applications for IP Service Providers," Press Release, Palo Alto, CA, Mar. 27, 2000, 4 pages.

"Enterprise Application Servers," Powerstation Technologies, Inc., undated, 4 pages.

"P6000 Fault-Tolerant Multiprocessor Application Server," Powerstation Technologies, Inc., 1996, 3 pages.

"P6000 IP Application Server," Network Engines, undated, 1 page.

"Best of Show 97," LAN Times, undated, 1 page.

"GMAC/EDS Case Study," Network Engines, Inc., undated, 1 page.

Network Engines P6000 System Guide, Revision C, Network Engines, Inc., Jul. 1998, 89 pages.

Network Engines P6000EXP System Guide, Revision A, Network Engines, Inc., Jan. 1998, 106 pages.

Powerstation Technologies P6000 System Guide, Powerstation Technologies, Inc., 1996, 65 pages.

Network.Engines™ SBC2000ST Reference Guide, Rev. A, Network Engines, Inc., Oct. 1998, 178 pages.

Network Engines™ SBC2000S Reference Guide, Rev. 1.0, Network Engines, Inc., Sep. 1998, 156 pages.

Network Engines™ SBC2000 User's Manual, Rev. 1.0, Network Engines, Inc., Jul. 1998, 140 pages.

Network Engines™ SBC1000 User's Manual, Rev. E Draft, Network Engines, Inc., Jun. 1998, 78 pages.

Pentium Processor™ Network Engines™ P586 Guide, Issue 0.0.20 Preliminary, Network Engines, Inc., Nov. 10, 1997, 58 pages.

Pentium Processor™ Network Engine™ Manual, Network Engines, Inc., undated, 56 pages.

"PTI Fault Tolerant System Working Document Specification," Rev 0, Feb. 26, 1996, 2 pages.

High Bandwidth Synchronization Bus Arbiter FPGA Implementation, Network Engines, Inc., undated, 49 pages.

Network Engines Network, Network Engines, Inc., Jun. 22, 1999, 20 pages.

"HMU—586 Card Guide (Mustang) Pentium PCI," Issue 0.0.14 Preliminary, HM Systems, Inc., Nov. 18, 1996, 57 pages.

"TLD Queries Complete Call Detail Record Database with WhiteCross Data Exploration Server," Data Mining Product Reviews, Feb. 2000, 1 page.

"WhiteCross Data Exploration Announces ExplorationSTUDIO™," Press Release, New York, NY, Sep. 2, 1999, 2 pages.

**US RE43,119 E**

Page 12

"WhiteCross Introduces 'World's Most Powerful Exploration Warehouse System,'" Press Release, New York, NY, Sep. 2, 1999, 2 pages.

Charlesworth, I., "Technology Audit, Data Exploration Server," Butler Group, Sep. 1999, 8 pages.

Groom, P., "WhiteCross 9800 pre-release configuration details and USA Pricing Information," WhiteCross Systems Limited, Nov. 3, 1998, 4 pages.

Letter to Barac from Pacotti, Jr. with attachments on WhiteCross Data Exploration, undated, 12 pages.

"Kognitio—Infrastructure Partners," Retrieved from the Internet on Sep. 8, 2010, Retrieved at URL: www.kognito.com/partners/infrastructure.php, 2 pages.

RocketLogix Presentation, RocketLogix, Inc., Apr. 6, 2000, 84 pages.

"Expanding the Reach of the Internet with a New Breed of Web Server Appliances," RocketLogix, Inc., May 2000, 10 pages.

Radigan, J., "A Solution to the Power Shortage?" CFO.com, Jan. 17, 2001, [online] Retrieved from the Internet on Dec. 14, 2007, Retrieved at URL: www.cfo.com/article.cfm/2991376?f=singlepage, 3 pages.

RLX Technologies Presentation, RLX Technologies, Inc., Apr. 27, 2001, 53 pages. Plus Additional photos of RLX products.

Goldman, A, "ISP Profiles: RLX Technologies," ISP-Planet, May 17, 2001, retrieved from the Internet on Jul. 26, 2001, Retrieved at URL: www.isp-planet.com/profiles/2001/rlx.html, 3 pages.

Rosencrance, L., "IBM agrees to resell RLX high-density servers," Computerworld, May 8, 2001, retrieved from the Internet on Jul. 25, 2001, Retrieved at URL: www.itworld.com/Comp/1362/CWD010508STO60353/pfindex.html, 3 pages.

"ChatCom, Inc. Announces Results for the Dec. 31, 1996 Quarter," ChatCom, Inc., Press Release, Feb. 12, 1997, 2 pages.

"ChatCom Defines Specification for Future Consolidated Server Products, RAINS™ Concept to Accelerate the Adoption of Consolidated Servers," ChatCom, Inc., Press Release, Mar. 31, 1997, 2 pages.

"ChatCom, Inc. Announces PentiumPro/200 MHz Server Module, Server Module Offers Scalability and High Availability for File Server Environments," ChatCom, Inc., Press Release, Mar. 24, 1997, 3 pages.

"ChatCom Strengthens Sales Management Team, Three New Sales Directors to Address Growing Demand for ChatCom's ChatterBox™," ChatCom, Inc., Press Release, Mar. 18, 1997, 2 pages.

"ChatCom Announces Major Push into International Markets, Significant International Sales Opportunities for ChatCom's Consolidated Server Technology," ChatCom, Inc., Press Release, Mar. 18, 1997, 2 pages.

"ChatCom Receives Product Award From LAN Times Magazine, Consolidated Server Product Comparison Puts ChatCom on Top," ChatCom, Inc., Press Release, Feb. 20, 1997, 2 pages.

"Astro Sciences Corporation Shareholders Elect Two New Directors, and Vote to Change Corporate Name to ChatCom, Inc.," Astro Sciences Corporation, Press Release, Feb. 12, 1996, 2 pages.

"ChatCom, Inc., (Formerly Astro Sciences Corporation) Trades Under New Symbol—NASDAQ/NMS: CHAT," ChatCom, Inc., News Release, Feb. 22, 1996, 1 page.

"ChatCom Names James B. Mariner President/CEO," ChatCom, Inc., Press Relase, Mar. 7, 1996, 2 pages.

"ChatCom Selected as Partner in Anixter Race '96 Program and Completes First Part of Financing," ChatCom, Inc., Press Release, Mar. 26, 1996, 2 pages.

"Astro Sciences Corporation Announces Results for the Third Quarter," Astro Sciences Corporation, Press Release, Feb. 8, 1996, 23 pages.

"Telecom Australia to Receive Astro Sciences/J&L 486 Services," Astro Sciences Corporatoin, Press Release, Jan. 4, 1996, 1 page.

"Astro Sciences Receives Microsoft Certification and Announces New Director," Astro Sciences Corporation, Press Release, Nov. 21, 1995, 2 pages.

"Astro Sciences Corp. Announces Results for Second Quarter," Astro Sciences Corporation, Press Release, Nov. 17, 1995, 2 pages.

"Astro Sciences Corp. Signs Agreement With Storage Computer Corp.," Astro Sciences Corporation, Press Release, Nov. 7, 1995, 2 pages.

"Astro Sciences Corporation Appoints Interim President/CEO Board Expanded by Two Seats," Astro Sciences Corporation, Press Release, Aug. 17, 1995, 1 page.

"Astro Sciences Corporation Announces Results for the First Quarter of the Fiscal Year," Astro Sciences Corporation, Press Release, Aug. 3, 1995, 1 page.

"Astro Sciences Corporation Retains Technology Strategies and Alliance Partners," Astro Sciences Corporation, News Release, Jun. 29, 19951 page.

"Astro Sciences Corporation Receives Patent for Network Security and Management," Astro Sciences Corporation, News Release, Jun. 6, 1995, 2 pages.

"Astro Sciences Corporation Introduces New Generation of Products at PC Expo Show," Astro Sciences Corporation, Press Release, Jun. 23, 1995, 1 page.

"Astro Sciences Corporation Announces Results for the Fourth Quarter and the Fiscal Yeart," Astro Sciences Corporation, News Release, Jun. 26, 1995, 1 page.

"Astro Sciences Corporation Announces Signing of $4 Million Credit Facility With Deutsche Financial Services," Astro Sciences Corporation, News Release, May 19, 1995, 1 page.

"Astro Sciences Corporation to Strengthen Management Team Board," Astro Sciences Corporation, News Release, Apr. 21, 1995, 1 page.

"J&L Announces their ChatExpress-P75 Applications Server at Networks Expo," J&L Information Systems, Press Release, Feb. 13, 1994, 3 pages.

"J&L Information Systems Announces two DX4 for their ChatterBox Family of Remote Access Servers," J&L Information Systems, Press Release, Feb. 13, 1994, 2 pages.

"J&L Announces the NRS-T10RS™ a Fault Tolerant Applications Server Platform at FOSE," J&L Information Systems, Press Release, Mar. 20, 1994, 2 pages.

"J&L Announces their ChatAccess™ Family of Remote LAN Node Servers at Networld+Intertop Las Vegas," J&L Information Systems, Press Release, Mar. 27, 1994, 2 pages.

"J&L Announces ChatExpress-P120 Rackmounted Applications Server at PC Expo, New York," J&L Information Systems, Press Release, Jun. 19, 1994, 2 pages.

"ChatCom Books Additional Orders with Major Facilities-Based Carrier Companies, ChatCom Products Provide Internet Platforms for Carrier's Customers Worldwide," ChatCom, Inc., Press Release, Mar. 12, 1997, 2 pages.

"ChatCom Announces Comprehensive VAR Program, Commitment to VARs is Key to Corporate Strategy," ChatCom, Inc., Press Release, Jan. 13, 1997, 1 page.

"ChatCom, Inc. Reports Completion of $2.5 Million Private Placement," ChatCom, Inc., Press Release, Jan. 9, 1997, 2 pages.

"ChatCom Receives Product Award From LAN Times Magazine, Consolidated Server Product Comparison Puts ChatCom on Top," ChatCom, Inc., Press Release, Feb. 17, 1997, 2 pages.

"ChatCom Announces Mass Storage Subsystem, ChatRAID to Address Application Server Market," ChatCom, Inc., Press Release, Aug. 12, 1996, 1 page.

"ChatCom Adds New Senior Management Team Members," ChatCom, Inc., Press Release, Jul. 2, 1996, 1 page.

"ChatCom, Inc., Announces Commitment to ISO 9001 Quality Certification, ISO 9001 Quality Control Programs are High Priority Company Imperative," ChatCom, Inc., Press Release, Aug. 1, 1996, 1 page.

"ChatCom Announces Mass Storage Subsystem, ChatRAID to Address Application Server Market," ChatCom, Inc., Press Release, Aug. 14, 1996, 2 pages.

"ChatCom Announces Complete Line of Scaleable Application and Communication Servers," ChatCom,. Inc., Press Release, Aug. 30, 1996, 4 pages.

"ChatCom, Inc. Announces Highly Adaptable Intranet and Web Servers, Servers reduce costs associated with radical change," Press Release, Sep. 3, 1996, 1 page.

J&L Introduces Twin Pentium for ChatterBox Systems, J&L Information Systems, Press Release, Jan. 29, 1996, 1 page.

"ChatterBox/SAS™—Scaleable Access Server™," J&L Information Systems, Networks Expo—Boston '96, Dec. 22, 1995, 1 page.

"J&L Information Systems Announces ChatPower-Plus™ a Revolutionary Redundant Power Supply System," J&L Information Systems, Press Release, Jun. 19, 1995, 2 pages.

"J&L Announces ChatAccess/PC™, a PCMCIA Based Remote LAN Node Server," J&L Information Systems, Press Release, Jun. 19, 1995, 2 pages.

"J&L Announces Two Patents," J&L Information Systems, Press Release, Feb. 9, 1995, 1 page.

"J&L Announces their ChatExpress-P100 Rackmounted Applications Server at Networks Expo. Boston," J&L Information Systems, Press Release, Feb. 13, 1994, 3 pages.

"J&L Doubles the Rack-Mounted Communications Server Density with ChatVantage/486™," J&L Information Systems, Press Release, Sep. 11, 1995, 2 pages.

"Astro Sciences Shareholders Elect Two New Directors, and Vote to Change Corporate Name to Chatcom, Inc.," Astro Sciences Corporation, Press Release, Feb. 12, 1996, 2 pages.

"ChatCom, Inc. Announces Results for the Jun. 30 Quarter," ChatCom, Inc., News Release, Aug. 16, 1996, 2 pages.

"Introducing the new ChatterBox™ Corporate and Office Series . . . the Power Behind Your Network," ChatCom, Inc., May 31, 1996, 15 pages.

"ChatterBox Communications and Server Solutions," ChatCom, Inc., Mar. 7, 1996, 12 pages.

"ChatterBox Communications and Server Solutions Products," ChatCom, Inc., Apr. 24, 1996, 7 pages.

Lazik, G., "Remote Access—a Historical Perspective," Network News, vol. 3, No. 7, NPA The Network Professional Association, Jul. 1994, 6 pages.

Lazik, G., "Remote Access—Part II, Cost Analysis," Network News, vol. 3, No. 8, NPA The Network Professional Association, Sep. 1994, 5 pages.

"QuantumNet 6000 Sharing Modules," QuantumNet, Inc., 1996, Retrieved from the Internet on Oct. 22, 2008, Retrieved at URL: www.web.archive.org/web/19971011194326/www.quantumnet.com/ds60xx.htm, 3 pages.

"Plexnet™ Product Overview," Plexcom, Inc., 1992, 8 pages.

"Thin Client Servers High-Speed Data Switching Technical Summary," QuantumNet, Inc., Aug. 29, 2010, 28 pages.

Facsimile from Procrass to Paunovich attaching "QuantumNet Network Computing Systems," Aug. 30, 2010, 8 pages.

"List of Representative Customers," Network Engines, Inc., undated, 1 page.

World Wide System Price Guide, Network Engines, Inc., Sep. 26, 1997, 10 pages.

P6000 System Price Guide, Network Engines, Inc., Feb. 24, 1998, 9 pages.

"Venture financing is fuel for Powerstation's Growth Plans," Mass High Tech Communications, Inc., Jun. 2, 1997, 1 page.

Grigonis, R., "Life-Saving Computers: Network Engines," Computer Telephony, Sep. 1997, 1 page.

Rodgers, A., "NT Clustering Hardware Readied, Vendor Racks up Windows NT Clustering Options at NetWorld+Interop," Internetweek, Oct. 20, 1997, 1 page.

"Network Engines Awarded Best of Show at Networld + Interop 97, New company debuts product and wins," Network Engines, Inc., Press Release, Oct. 14, 1997, 2 pages.

Network Engines Website, NetWork Engines, Inc., retrieved on Feb. 27, 1998, URL: http://www.networkengines.com/, 12 pages.

Network Engines, Inc., Company Overview, Aug. 26, 2010, 21 pages.

"Clustered Servers for Network Based Applications," Network Engines, Inc., undated, 27 pages.

Network Engines ClusterDirectbr Users' Manual, Revision B, Network Engines, Inc., Jun. 1998, 88 pages.

Network Engines ClusterDirector Users' Manual, Network Engines, Inc., Jan. 1998, 52 pages.

MP700 User Guide, Issue 0.0.89, Network Engines, Inc., Oct. 16, 1997, 29 pages.

"ClusterDirector™ Product Description, Fault Tolerance for Industry Standard Processors, Operating Systems, and Applications," Network Engines, Inc., 1998, 4 pages.

Maintenance and Service Guide, Compaq Armada 4100 and 4200 Families of Personal Computers, 190 pages.

"Network Engines Announces New Clustered Application Servers for Web, Thin-Client and Windows NT Enterprise Environments," Network Engines, Inc., Press Release, Oct. 8, 1997, 3 pages.

"Network Engines Announces Partnership With Tellegration Associates, Inc.," Network Engines, Inc., Press Release, Dec. 10, 1997, 2 pages.

"Network Engines Debuts ClusterDirector in Internet/Intranet Load Balanced Environment," Network Engines, Inc., Press Release, Jan. 27, 1998, 3 pages.

Stallings, W., "Computer Organization and Architecture—Designing for Performance," Sixth Edition, Pearson Education, Inc., 2003, pp. 69-89.

Dell, Inc., White Paper, "PCI Express Technology," Feb. 2004, pp. 1-11.

Athavale, A., "How to Lower the Cost of PCI Express Adoption by Using FPGAs," EETimes Design [online] Apr. 26, 2006, [retrieved on May 3, 2011]. Retrieved from the Internet at <URL: http://www.eetimes.com/General/

DisplayPrintViewContent?contentitemID=4014824>, 6 pages.

Thoms, I., "IBM Hit with $9M Judgment in Server Patent Suit," Law360 [online], [retrieved on May 3, 2011], Retrieved from the Internet at <URL: http://www.law360.com/articles/229575/print?section=ip>, 2 pages.

McKenzie, I., "Fujitsu Reaches Deal in Acqis Blade Server IP Spat," Law360 [online], [retrieved on Jun. 16, 2010], Retrieved from the Internet at <URL: http://ip.law360.com/print_article/175004>, 2 pages.

PCI Local Bus Specification, Rev. 2.1, The PCI Special Interest Group, Jun. 1, 1995, 298 pages.

"National Semiconductor Design Guide," LVDS Owner's Manual, Spring 1997, 65 pages.

Intel Corporation, "PCI Express* to PCI-X* Bridge Architecture: Where Interface Standards Meet," 2003, 8 pages.

Desai, D. M. et al., "BladeCenter system overview," IBM Journal of Research and Development, vol. 49, No. 6, Nov. 2005, pp. 809-821, 13 pages.

Spring, T., "Top of the News—Broadband Users Still Sing the Blues," PC World, Jun. 2001, pp. 42-54, 13 pages.

San Jose Mercury News, "Business & Stocks—Top Stories from the Mercury News," Jun. 28, 2001, [online], [retrieved on Jun. 30, 2001], Retrieved from the Internet at <URL: http://www0.mercurycenter.com/premium/business/docs_technews28.htm>, 5 pages.

"iMod Pad," Wired Magazine, Mar. 2001, 1 page.

Kunzman, A. J., et al., "1394 High Performance Serial Bus: The Digital Interface for ATV," IEEE Transactions on Consumer Electronics, vol. 41, No. 3, Aug. 1995, pp. 893-900, 9 pages.

Parkes, S. M., "High-Speed, Low-Power, Excellent EMC: LVDS for On-Board Data Handling," Proceedings of 6th International Workshop on Digital Signal Processing Techniques for Space Applications, IEEE, Sep. 1998, 13 pages.

Boosten, "Transmission Overhead and Optimal Packet Size", Mar. 11, 1998, printed on: Jan. 28, 2011, 2 pgs.

Office Action for U.S. Appl. No. 12/322,858, mailed Feb. 3, 2011, 28 pages.

Response for U.S. Appl. No. 12/322,858, filed May 3, 2011, 20 pages.

Response for U.S. Appl. No. 12/561,138, filed Jan. 31, 2011, 19 pages.

Office Action for U.S. Appl. No. 12/561,138, mailed Mar. 17, 2011, 5 pages.

Response Submitted with RCE for U.S. Appl. No. 12/561,138, filed Jun. 17, 2011, 30 pages.

Final Office Action in Ex Parte Reexamination of U.S. Patent No. 6,216,185, Control No. 90/010,816, mailed Mar. 3, 2011, 99 pages.

Patent Owner's Response to Final Office Action in Ex Parte Reexamination of U.S. Patent No. 6,216,185, Control No. 90/010,816, filed May 3, 2011, 20 pages.

Resubmission of Patent Owner's Response to Final Office Action in Ex Parte Reexamination of U.S. Patent No. 6,216,185, Control No. 90/010,816, filed Jun. 2, 2011, 20 pages.

Nonfinal Office Action in Ex Parte Reexamination of U.S. Patent No. 6,216,185, Control No. 90/010,816, mailed Jun. 14, 2011, 31 pages.

**US RE43,119 E**

Page 14

Petition Under 37 C.F.R. §1.183 to Waive Page Limit Requirement for Third Party Requester Comments Under 37 C.F.R. §1.943(b) in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Aug. 23, 2010, 3 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Aug. 23, 2010, 78 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit AA-1: Claims Charts with Respect to QuantumNet for New Claims 14-34, filed Aug. 23, 2010, 117 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit BB-1: Claims Charts with Respect to Chatcom for New Claims 14-34, filed Aug. 23, 2010, 88 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit CC-1: Claims Charts with Respect to Eversys for New Claims 14-34, filed Aug. 23, 2010, 44 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit DD-1: Claims Charts with Respect to Origin2000 Manual for New Claims 14-34, filed Aug. 23, 2010, 50 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit EE-1: Claims Charts with Respect to Gallagher for New Claims 14-34, filed Aug. 23, 2010, 104 pages.

Petition Under 37 C.F.R. §1.181 Requesting Return of Third Party Comments Filed Aug. 23, 2010 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Oct. 6, 2010; 7 pages.

Petition Under 37 C.F.R. §1.181 Requesting Denial of the Petition Filed Oct. 6, 2010 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Oct. 14, 2010, 8 pages.

Patent Owner's Supplemental Response to Office Action in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Apr. 12, 2011, 33 pages.

Decision Dismissing Petitions Filed Oct. 6, 2010 and Oct. 14, 2010 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, mailed Apr. 18, 2011, 3 pages.

Third-Party Requester's Petition Requesting Denial of Entry of the Patent Owner's Supplemental Response filed Apr. 12, 2011, to Office Action Mailed Aug. 4, 2010 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Apr. 26, 2011, 3 pages.

Petition Under 37 C.F.R. §1.183 to Waive Page Limit Requirement for Third Party Requester Comments Under 37 C.F.R. §1.943(b) in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed May 12, 2011, 2 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed May 12, 2011, 45 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit AA-2: Claim Charts with respect to QuantumNet, filed May 12, 2011, 120 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit BB-2: Claim Charts with respect to Chatcom, filed May 12, 2011, 94 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit CC-2: Claim Charts with respect to Eversys, filed May 12, 2011, 165 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit DD-2: Claim Charts with respect to Origin2000 Manual, filed May 12, 2011, 108 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, Exhibit EE-2: Claim Charts with respect to Gallagher, filed May 12, 2011, 91 pages.

Renewed Petition Under 37 C.F.R. §1.182 Requesting Return of Third Party Comments Filed Aug. 23, 2010 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed May 12, 2011, 9 pages.

Petition Under 37 C.F.R. §1.181 Requesting Denial of the Petition Filed May 12, 2011 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed May 18, 2011, 8 pages.

Petition Under 37 C.F.R. §1.181 Requesting Expungement of Third Party Supplemental Comments Filed May 12, 2011 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Jul. 12, 2011, 5 pages.

Decision Granting-in-Part Petition Under 37 C.F.R. §1.183 to Waive Page Limit Requirement for Third Party Requester Comments Under 37 C.F.R. §1.943(b) filed Aug. 23, 2010, and Expunging Improper Comments filed Aug. 23, 2010, in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, mailed Jul. 15, 2011, 8 pages.

Decision Dismissing Petition Under 37 C.F.R. §1.183 to Waive Page Limit Requirement for Third Party Requester Comments Under 37 C.F.R. §1.943(b) filed May 12, 2011 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, mailed Jul. 15, 2011, 4 pages.

Redrafted Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 6,718,415, Control No. 95/001,276, filed Jul. 26, 2011, 75 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, filed Oct. 1, 2010, 42 pages.

Action Closing Prosecution in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, mailed Feb. 15, 2011, 175 pages.

Patent Owner's Comments Under 37 C.F.R. §1.951(a) in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310, filed Mar. 15, 2011, 37 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,099,981, Control No. 95/001,310 filed Apr. 8, 2011, 32 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Sep. 23, 2011, 27 pages.

Petition Under 37 C.F.R. §1.181 Requesting Expungement of Third Party Comments Filed Sep. 23, 2010 in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Oct. 28, 2010, 7 pages.

Petition Under 37 C.F.R. §1.181 Requesting Denial of the Petition Filed Oct. 28, 2010 in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Nov. 12, 2010, 8 pages.

Action Closing Prosecution in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, mailed Feb. 15, 2011, 136 pages.

Patent Owner's Comments Under 37 C.F.R. §1.95(a) in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Mar. 15, 2011, 29 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,146,446, Control No. 95/001,328, filed Apr. 8, 2011, 23 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Nov. 2, 2010, 31 pages.

Petition Under 37 C.F.R. §1.181 Requesting Return of Third Party Comments Filed Nov. 2, 2010 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Nov. 17, 2010, 8 pages.

Petition Under 37 C.F.R. §1.181 Requesting Denial of the Petition Filed Nov. 17, 2010 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Dec. 16, 2010, 9 pages.

Patent Owner's Supplemental Response to Office Action in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Apr. 12, 2011, 29 pages.

Decision Dismissing Petitions filed Nov. 17, 2010 and Dec. 16, 2010 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, mailed Apr. 18, 2011 3 pages.

Third-Party Requester's Petition Requesting Denial of Entry of the Patent Owner's Supplemental Response Filed Apr. 12, 2011 to Office Action Mailed Aug. 4, 2010 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Apr. 26, 2011, 3 pages.

Petition Under 37 C.F.R. §1.183 to Waive Page Limit Requirement for Third Party Requester Comments Under 37 C.F.R. §1.943(b) in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed May 12, 2011, 2 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed May 12, 2011, 32 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit AA-1: Claim Charts with Respect to Gallagher, filed May 12, 2011, 38 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit BB-1: Claim Charts with Respect to QuantumNet, filed May 12, 2011, 59 pages.

Supplemental Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, Exhibit CC-1: Claim Charts with Respect to Chatcom, filed May 12, 2011, 38 pages.

Renewed Petition Under 37 C.F.R. §1.182 Requesting Return of Third Party Comments Filed Nov. 2, 2010 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed May 17, 2011, 8 pages.

Petition Under 37 C.F.R. §1.181 Requesting Denial of the Petition Filed May 17, 2011 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed May 25, 2011, 8 pages.

Petition Under 37 C.F.R. §1.181 Requesting Expungement of Third Party Supplemental Comments Filed May 12, 2011 in Inter Partes Reexamination of US Patent No. 7,328,297, Control No. 95/001,336, filed Jul. 12, 2011, 5 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, filed Dec. 30, 2010, 45 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, Exhibit A, Declaration of William Henry Mangione-Smith filed Dec. 30, 2010, 63 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,363,415, Control No. 95/001,424, filed Jan. 31, 2011, 50 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, filed Feb. 18, 2011, 45 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, filed Mar. 18, 2011', 49 pages.

Action Closing Prosecution in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, mailed Apr. 27, 2011, 184 pages.

Patent Owner's Response to Action Closing Prosecution in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, filed May 26, 2011, 37 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,376,779, Control No. 95/001,475, filed Jun. 24, 2011, 21 pages.

Patent Owner's Response to Office Action in Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, filed Feb. 4, 2011, 43 pages.

Comments by Third Party Requester Pursuant to 37 C.F.R. §1.947 in Inter Partes Reexamination of US Patent No. 7,363,416, Control No. 95/001,476, filed Mar. 4, 2011, 48 pages.

"Jury Verdict Form," Returned by the Jury in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Feb. 23, 2011, 2 pages.

"Final Judgement," Issued by the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED on Mar. 1, 2011, 1 page.

"Complaint for Patent Infringement," *Acqis v. Appro Int'l, Inc. et al.,* Case No. 6:09-cv-00148, filed Apr. 2, 2009, 13 pages.

"First Amended Complaint for Patent Infringement," *Acqis v. Appro Int'l, Inc. et al.,* Case No. 6:09-cv-00148, filed May 18, 2009, 14 pages.

"Defendant Clearcube Technology, Inc.'s Answer, Counterclaims to Acqis LLC's First Amended Complaint for Patent Infringement, and Jury Demand," Case No. 6:08-cv-00148, filed Jul. 2, 2009, 28 pages.

"Defendant Nex Computers Technology, Inc.'s Answer to Acqis LLC's First Amended Complaint for Patent Infringement, and Jury Demand," Case No. 6:09-cv-00148-LED, filed Jul. 8, 2009, 16 pages.

"Defendant Hitachi Ameirca, Ltd.'s, Answer to Acqis LLC's First Amended Complaint for Patent Infringement, and Affirmative Defenses and Counterclaims," Case No. 6:09-6v-00148-LED, filed Jul. 8, 2009, 22 pages.

"Defendant International Business Machines Corp.'s Answer to Acqis LLC's First Amended Complaint, Affirmative Defenses, and Counterclaims," Case No. 6:09-cv-148-LED, filed Jul. 8, 2009, 22 pages.

"Second Amended Complaint for Patent Infringement," *Acqis v. Appro Int'l, Inc. et al.,* Case No. 6:09-cv-00148, filed Jul. 22, 2009, 49 pages.

"Defendant Appro's Answer, Affirmative Defenses, and Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-148; filed Aug. 5, 2009, 43 pages.

"Defendant International Business Machines Corp.'s Answer to Acqis LLC's Second Amended Complaint, Affirmative Defenses, and Counterclaims," Case No. 6:09-cv-148-LED, filed Aug. 10, 2009, 28 pages.

"Defendant Super Micro Computer, Inc.'s Answer and Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-148, filed Aug. 10, 2009, 96 pages.

"Defendant Sun Microsystems, Inc.'s Answer and Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-148, filed Aug. 10, 2009, 95 pages.

"NEC Corporation of America's Answer, Affirmative Defenses, and Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-00148-LED, filed Aug. 10, 2009, 38 pages.

"Answer to Plaintiffs Second Amended Complaint and Counterclaims of Defendant Fujitsu Computer Systems Corp., n/k/a/ Fujitsu America, Inc. to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-00148-LED, filed Aug. 10, 2009, 34 pages.

"Answer, Affirmative Defenses, and Counterclaims of Defendant Hewlett-Packard Company to Acqis LLC's Second Amended Complaint for Patent Infringement," Case No. 6:09-cv-148-LED, filed Aug. 10, 2009, 40 pages.

"Defendant Clearcube Technology, Inc.'s Answer, Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement, and Jury Demand," Case No. 6:08-cv-00148, filed Aug. 10, 2009, 39 pages.

"Dell's Answer and Counterclaims to Acqis LLC's Second Amended Complaint," Case No. 6:09-cv-00148-LED, filed Aug. 10, 2009, 36 pages.

"Defendant Nex Computers Technology, Inc.'s Answer to Acqis LLC's Second Amended Complaint for Patent Infringement, and Jury Demand," Case No. 6:09-cv-00148-LED, filed Aug. 10, 2009, 28 pages.

"Defendant Clearcube Technology, Inc.'s First Amended Answer, Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement and Jury Demand," Case No. 6:09-cv-00148, filed Aug. 11, 2009, 39 pages.

"Plaintiff Acqis LLC's Answer to Defendant Appro International, Inc.'s Counterclaims," Case No. 6:09-00148-LED, filed Aug. 28, 2009, 16 pages.

"Defendant Clearcube Technology, Inc.'s Second Amended Answer Counterclaims to Acqis LLC's Second Amended Complaint for Patent Infringement and Jury Demand," Case No. 6:09-CV-00148, filed Aug. 31, 2009, 45 pages.

"Plaintiff Acqis LLC's Answer to Defendant International Business Machines Corp.'s Counterclaims," Case No. 6:09-00148-LED, filed Sep. 2, 2009, 11 pages.

"Plaintiff Acqis LLC's Answer to Defendant Super Micro Computer, Inc.'s Counterclaims," Case No. 6:09-00148-LED, filed Sep. 2, 2009, 15 pages.

"Plaintiff Acqis LLC's Answer to Defendant Sun Microsystems, Inc.'s Counterclaims," Case No. 6:09-cv-00148-LED, filed Sep. 2, 2009, 14 pages.

"Plaintiff Acqis LLC's Answer to Defendant Dell Inc.'s Counterclaims," Case No. 6:09-00148-LED, filed Sep. 2, 2009, 16 pages.

"Plaintiff Acqis LLC's Answer to Defendant Fujitsu Computer Systems Corp., N/K/A Fujitsu America, Inc.'s Counterclaims," Case No. 6:09-00148-LED, filed Sep. 16, 2009, 7 pages.

"Plaintiff Acqis LLC's Answer to Defendant Hewlett-Packard Company's Counterclaims," Case No. 6:09-00148-LED, filed Sep. 16, 2009, 14 pages.

"Plaintiff Acqis LLC's Answer to Defendant NEC Corporation of America's Counterclaims," Case No. 6:09-00148-LED, filed Sep. 16, 2009, 8 pages.

"Defendant Clearcube Technology, Inc.'s Third Amended Answer to Acqis LLC's Second Amended Complaint for Patent Infringement and Jury Demand," Case No. 6:09-cv-00148, filed Nov. 11, 2009, 26 pages.

"Defendant Clearcube Technology, Inc.'s Fourth Amended Answer to Acqis LLC's Second Amended Complaint for Patent Infringement and Jury Demand," Case No. 6:09-cv-00148, filed Jan. 8, 2010, 26 pages.

"Dell's First Amended Answer and Counterclaims to Plaintiff's Second Amended Complaint," Case No. 6:09-cv-00148-LED, filed Apr. 22, 2010, 38 pages.

"Plaintiff Acqis LLC's Answer to Defendant Dell Inc.'s First Amended Counterclaims," Case No. 6:09-00148-LED, filed May 10, 2010, 16 pages.

"Affidavit of Timothy P. Cremen in Support of NEC Corporation of America's Opposition to Plaintiff's Motion to Dismiss and Strike," Case No. 6:09-cv-00148-LED, filed Oct. 9, 2009, 4 pages.

"Comparison [by NEC] of Rejected Elements in Office Action and Elements of Exemplary Claims of Acqis's Patents," Case No. 6:09-cv-00148-LED, filed Oct. 9, 2009, 7 pages.

"Defendant NEC Corporation of America's Opposition to Plaintiff's Motion to Dismiss and Motion to Strike," Case No. 6:09-cv-00148-LED, filed Oct. 9, 2010, 36 pages.

"Motion to Dismiss Counterclaim Pursuant to Rule 12(b)(6) and Motion to Strike Affirmative Defense Pursuant to Rule 12(f)," Case 6:09-00148-LED, filed Sep. 16, 2009, 18 pages.

"Defendant Sun Microsystems, Inc.'s Responses and Objections to Plaintiff Acqis LLC's Second Set of Common Interrogatories," Case No. 6:09-cv-00148-LED, filed May 12, 2010, 9 pages.

"Plaintiff Acqis LLP's Objections and Responses to Defendants' First Set of Interrogatories," Case No. 6:09-cv-00148-LED, filed Aug. 5, 2010, 21 pages.

"Plaintiff Acqis LLP's Objections and Responses to Defendants' Third Set of Interrogatories," Case No. 6:09-cv-00148-LED, filed Aug. 5, 2010, 13 pages.

"Plaintiff Acqis LLP's First Supplemental Objections and Responses to Defendants' Third Set of Interrogatories," Case No. 6:09-cv-00148-LED, filed Aug. 5, 2010, 14 pages.

"Declaration of Jennifer Chen in Support of Defendants' Motion for Leave to Amend Defendants' Invalidity Contentions," Case No. 6:09-cv-00148-LED, Aug. 5, 2010, 3 pages.

Excerpts of Transcript of "Videotaped Deposition of William W.Y. Chu," taken by the Defendants in connection with Case No. 6:09-cv-148-LED in the U.S. District Court for the Eastern District of Texas, Jun. 7, 2010, 20 pages.

"Declaration of Monty McGraw in Support of Defendants' Motion for Leave to Amend Defendants' Invalidity Contentions," Case No. 6:09-cv-00148-LED, Aug. 5, 2010, 3 pages.

"Plaintiff's Opening Brief Regarding Claim Construction," Case No. 6:09-cv-00148-LED, filed Jun. 1, 2010, 35 pages.

"Declaration of Carolyn V. Juarez in Support of Plaintiff Acqis LLC's Opening Brief Regarding Claim Construction," Case No. 6:09-cv-00148-LED, filed Jun. 1, 2010, 3 pages.

"Defendant's Brief in Response to Plaintiff's Opening Brief Regarding Claim Construction," Case No. 6:09-cv-00148-LED, filed Jun. 15, 2010, 40 pages.

"Proposed Claim Construction Statement," Case No. Case No. 6:09-cv-00148-LED, filed Jun. 15, 2010, 39 pages.

"Claim Chart for International Business Machines Corp.," Case No. 6:09-cv-00148-LED, filed Jun. 15, 2010, 12 pages.

"Acqis LLC's Disclosure of Proposed Terms and Claim Elements for Construction Pursuant to Patent Rule 4-1," Case No. 6:09-cv-00148-LED, filed Mar. 5, 2010, 3 pages.

"Defendant's List of Proposed Terms and Claim Elements for Construction," Case No. 6:09-cv-00148-LED, filed Mar. 5, 2010, 15 pages.

"Defendant's Amended List of Proposed Terms and Claim Elements for Construction," Case No. 6:09-cv-00148-LED, filed Mar. 31, 2010, 11 pages.

"Defendant's Corrected List of Proposed Terms and Claim Elements for Construction," Case No. 6:09-cv-00148-LED, filed Apr. 2, 2010, 9 pages.

"Acqis, LLC's P.R.-4-2 Disclosure of Preliminary Claim Constructions and Extrinsic Evidence," Case No. 6:09-cv-00148-LED, filed Apr. 14, 2010, 10 pages.

"Defendant's P.R.-4-2 Disclosure of Preliminary Claim Constructions and Extrinsic Evidence," Case No. 6:09-cv-00148-LED, filed Apr. 14, 2010, 16 pages.

"Joint Claim Construction Statement," Case No. 6:09-cv-00148-LED, filed Apr. 30, 2010, 46 pages.

"Amended Joint Claim Construction Statement," Case No. 6:09-cv-00148-LED, filed May 5, 2010, 44 pages.

"Corrected p. 13 of Plaintiff's Opening Brief Concerning Claim Construction (D.I. 261)," Case No. 6:09-cv-00148-LED, filed Jun. 2, 2010, 2 pages.

"Plaintiff's Reply Brief Regarding Claim Construction," Case No. 6:09-cv-00148-LED, filed Jun. 28, 2010, 14 pages.

"Disclosure of Asserted Claims and Infringement Contentions", submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 5 pages.

"Invalidity Chart for Base Reference Network Engines P6000 Server," Jun. 4, 2010, 64 pages.

Email Emanuel to Juarez regarding Invalidity Chart for Base Reference IBM BladeCenter, dated Aug. 20, 2010, 54 pages.

Letter Martiniak to Byers regarding Proposed Amendment to the Invalidity Contentions based on products from RLX Systems and a description of RLX products, dated Jul. 15, 2010, 2 pages.

Defendant's Invalidity Chart for Base Reference RLX System 324, proposed on Jul. 15, 2010, 58 pages.

Exhibit 1, Disclosure of Asserted Claims and Infringement Contentions for Defendant Appro International, Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 105 pages.

Exhibit 2, Disclosure of Asserted Claims and Infringement Contentions for Defendant ClearCube Technology, Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 163 pages.

Exhibit 3, Disclosure of Asserted Claims and Infringement Contentions for Defendant Dell Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 184 pages.

Exhibit 4, Disclosure of Asserted Claims and Infringement Contentions for Defendant Fujitsu America, Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 210 pages.

Exhibit 5, Disclosure of Asserted Claims and Infringement Contentions for Defendant Hewlett-Packard Co., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 279 pages.

Exhibit 6, Disclosure of Asserted Claims and Infringement Contentions for Defendant IBM Corp., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 242 pages.

Exhibit 7, Disclosure of Asserted Claims and Infringement Contentions for Defendant NEC Corp. of America, submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 166 pages.

## US RE43,119 E

Page 17

Exhibit 8, Disclosure of Asserted Claims and Infringement Contentions for Defendant Sun Microsystems, Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 243 pages.

Exhibit 9, Disclosure of Asserted Claims and Infringement Contentions for Defendant Super Micro Computer, Inc., submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-cv-148-LED, served on Sep. 14, 2009, 220 pages.

"Disclosure of Plaintiffs Reduced List of Asserted Claims ," submitted by the Plaintiff in the U.S. District Court for the Eastern District of Texas, Case No. 6:09-00148-LED, served on Jul. 30, 2010, 6 pages.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/talkback/talkback__56555.html.

Jesse Berst's Anchor Desk, http://www.zdnet.com/anchordesk/story/story__1504.html.

Rick Boyd-Merritt, "Upgradable-PC effort takes divergent paths", http://techweb.cmp.com/eet/news/97/949news/effort.html.

Dirk S. Faegre et al., "CTOS Revealed", http://www.byte.com/art/9412/sec13/art2.htm.

Kelly Spang, "Component House: Design Technology for PCs in a snap"—NeoSystmes Offers Building Blocks", Computer Reseller News, Apr. 21, 1997, Issue 732, Section: Channel Assembly, http://www.techweb.com/se/directlink.cgi?CRN19970421S0054.

"Think Modular", PC Magazine, Jun. 10, 1997, wysiwyg://60/http://homezdnet.com/pcmag/issues/1611/pcmg0072.htm.

* cited by examiner



FIG.1



FIG.2



## FIG.3



FIG.4



FIG.5



FIG.5A



FIG.7

FIG.6



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



**FIGURE 15**

US RE43,119 E

**1**

## PASSWORD PROTECTED MODULAR COMPUTER METHOD AND DEVICE

Matter enclosed in heavy brackets **[ ]** appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

### CROSS REFERENCE TO RELATED APPLICATIONS

*Notice: More than one reissue application has been filed for the reissue of U.S. Pat. No. 6,321,335. The reissue applications are U.S. application Ser. Nos. 10/963,825 (a parent reissue application), 11/474,256 (which is a continuation reissue of the parent reissue application), 11/517,601 (which is a continuation reissue of the parent reissue application), 12/577,074 (the present application, which is a continuation reissue of the parent reissue application), and 12/322,858 (which is a continuation reissue of U.S. application Ser. No. 11/517,601).*

*This application is a continuation reissue of U.S. application Ser. No. 10/963,825, which is a reissue of U.S. Pat. No. 6,321,335, which are incorporated herein by reference.*

The following two commonly-owned copending applications, including this one, are being filed concurrently and the other one is hereby incorporated by reference in their entirety for all purposes:

1. U.S. patent application Ser. No. 09/183,816, William W. Y. Chu, entitled, "Modular Computer Security Method and Device", and

2. U.S. patent application Ser. No. 09/183,493, William W. Y. Chu, entitled, "Password Protected Modular Computer Method and Device".

### BACKGROUND OF THE INVENTION

The present invention relates to computing devices. More particularly, the present invention provides a method and device for securing a personal computer or set-top box using password protection techniques. Merely by way of example, the present invention is applied to a modular computing environment for desk top computers, but it will be recognized that the invention has a much wider range of applicability. It can be applied to a server as well as other portable or modular computing applications.

Many desktop or personal computers, which are commonly termed PCs, have been around and used for over ten years. The PCs often come with state-of-art microprocessors such as the Intel Pentium™ microprocessor chips. They also include a hard or fixed disk drive such as memory in the giga-bit range. Additionally, the PCs often include a random access memory integrated circuit device such as a dynamic random access memory device, which is commonly termed DRAM. The DRAM devices now provide up to millions of memory cells (i.e., mega-bit) on a single slice of silicon. PCs also include a high resolution display such as cathode ray tubes or CRTs. In most cases, the CRTs are at least 15 inches or 17 inches or 20 inches in diameter. High resolution flat panel displays are also used with PCs.

Many external or peripheral devices can be used with the PCs. Among others, these peripheral devices include mass storage devices such as a Zip™ Drive product sold by Iomega Corporation of Utah. Other storage devices include external hard drives, tape drives, and others. Additional devices include communication devices such as a modem, which can

**2**

be used to link the PC to a wide area network of computers such as the Internet. Furthermore, the PC can include output devices such as a printer and other output means. Moreover, the PC can include special audio output devices such as speakers the like.

PCs also have easy to use keyboards, mouse input devices, and the like. The keyboard is generally configured similar to a typewriter format. The keyboard also has the length and width for easily inputting information by way of keys to the computer. The mouse also has a sufficient size and shape to easily move a cursor on the display from one location to another location.

Other types of computing devices include portable computing devices such as "laptop" computers and the like. Although somewhat successful, laptop computers have many limitations. These computing devices have poor display technology. In fact, these devices often have a smaller flat panel display that has poor viewing characteristics. Additionally, these devices also have poor input devices such as smaller keyboards and the like. Furthermore, these devices have limited common platforms to transfer information to and from these devices and other devices such as PCs.

Up to now, there has been little common ground between these platforms including the PCs and laptops in terms of upgrading, ease-of-use, cost, performance, and the like. Many differences between these platforms, probably somewhat intentional, has benefited computer manufacturers at the cost of consumers. A drawback to having two separate computers is that the user must often purchase both the desktop and laptop to have "total" computing power, where the desktop serves as a "regular" computer and the laptop serves as a "portable" computer. Purchasing both computers is often costly and runs "thousands" of dollars. The user also wastes a significant amount of time transferring software and data between the two types of computers. For example, the user must often couple the portable computer to a local area network (i.e., LAN), to a serial port with a modem and then manually transfer over files and data between the desktop and the portable computer. Alternatively, the user often must use floppy disks to "zip" up files and programs that exceed the storage capacity of conventional floppy disks, and transfer the floppy disk data manually.

Another drawback with the current model of separate portable and desktop computer is that the user has to spend money to buy components and peripherals that are duplicated in at least one of these computers. For example, both the desktop and portable computers typically include hard disk drives, floppy drives, CD-ROMs, computer memory, host processors, graphics accelerators, and the like. Because program software and supporting programs generally must be installed upon both hard drives in order for the user to operate programs on the road and in the office, hard disk space is often wasted.

One approach to reduce some of these drawbacks has been the use of a docking station with a portable computer. Here, the user has the portable computer for "on the road" use and a docking station that houses the portable computer for office use. The docking station typically includes a separate monitor, keyboard, mouse, and the like and is generally incompatible with other desktop PCs. The docking station is also generally not compatible with portable computers of other vendors. Another drawback to this approach is that the portable computer typically has lower performance and functionality than a conventional desktop PC. For example, the processor of the portable is typically much slower than processors in dedicated desktop computers, because of power consumption and heat dissipation concerns. As an example, it

| 3 | 4 |

is noted that at the time of drafting of the present application, some top-of-the-line desktops include 400 MHz processors, whereas top-of-the-line notebook computers include 266 MHz processors.

Another drawback to the docking station approach is that the typical cost of portable computers with docking stations can approach the cost of having a separate portable computer and a separate desktop computer. Further, as noted above, because different vendors of portable computers have proprietary docking stations, computer users are held captive by their investments and must rely upon the particular computer vendor for future upgrades, support, and the like.

Thus what is needed are computer systems that provide reduced user investment in redundant computer components and provide a variable level of performance based upon computer configuration.

## SUMMARY OF THE INVENTION

According to the present invention, a technique including a method and device for securing a computer module using a password in a computer system is provided. In an exemplary embodiment, the present invention provides a security system for an attached computer module ("ACM"). In an embodiment, the ACM inserts into a Computer Module Bay (CMB) within a peripheral console to form a functional computer.

In a specific embodiment, the present invention provides a computer module. The computer module has an enclosure that is insertable into a console. The module also has a central processing unit (i.e., integrated circuit chip) in the enclosure. The module has a hard disk drive in the enclosure, where the hard disk drive is coupled to the central processing unit. The module further has a programmable memory device in the enclosure, where the programmable memory device can be configurable to store a password for preventing a possibility of unauthorized use of the hard disk drive and/or other module elements. The stored password can be any suitable key strokes that a user can change from time to time. In a further embodiment, the present invention provides a permanent password or user identification code stored in flash memory, which also can be in the processing unit, or other integrated circuit element. The permanent password or user identification code is designed to provide a permanent "finger print" on the attached computer module.

In a specific embodiment, the present invention provides a variety of methods. In one embodiment, the present invention provides a method for operating a computer system such as a modular computer system and others. The method includes inserting an attached computer module ("ACM") into a bay of a modular computer system. The ACM has a microprocessor unit (e.g., microcontroller, microprocessor) coupled to a mass memory storage device (e.g., hard disk). The method also includes applying power to the computer system and the ACM to execute a security program, which is stored in the mass memory storage device. The method also includes prompting for a user password from a user on a display (e.g., flat panel, CRT). In a further embodiment, the present method includes a step of reading a permanent password or user identification code stored in flash memory, or other integrated circuit element. The permanent password or user identification code provides a permanent finger print on the attached computer module. The present invention includes a variety of these methods that can be implemented in computer codes, for example, as well as hardware.

Numerous benefits are achieved using the present invention over previously existing techniques. The present invention provides mechanical and electrical security systems to

prevent theft or unauthorized use of the computer system in a specific embodiment. Additionally, the present invention substantially prevents accidental removal of the ACM from the console. In some embodiments, the present invention prevents illegal or unauthorized use during transit. The present invention is also implemented using conventional technologies that can be provided in the present computer system in an easy and efficient manner. Depending upon the embodiment, one or more of these benefits can be available. These and other advantages or benefits are described throughout the present specification and are described more particularly below.

These and other embodiments of the present invention, as well as its advantages and features, are described in more detail in conjunction with the text below and attached FIGS.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified diagram of a computer system according to an embodiment of the present invention;

FIG. 2 is a simplified diagram of a computer module according to an embodiment of the present invention;

FIG. 3 is a simplified side-view diagram of a computer module according to an embodiment of the present invention;

FIG. 4 is a simplified layout diagram of a security system for a computer system according to an embodiment of the present invention;

FIG. 5 is a simplified block diagram of a security system for a computer module according to an embodiment of the present invention; and

FIGS. 6 and 7 show simplified flow diagrams of security methods according to embodiments of the present invention.

*FIG. 8 is a block diagram of one embodiment of a computer system using the interface of the present invention.*

*FIG. 9 is a detailed block diagram of one embodiment of the host interface controller (HIC) of the present invention.*

*FIG. 10 is a detailed block diagram of one embodiment of the PIC of the present invention.*

*FIG. 11 is a schematic diagram of the signal lines PCK, PD0 to PD3, and PCN.*

*FIG. 12 is a block diagram of another embodiment of the HIC and PIC of the present invention and the interface therebetween.*

*FIG. 13 is a detailed block diagram of another embodiment of the HIC of the present invention.*

*FIG. 14 is a schematic diagram of the signal lines PCK and PD0 to PD3.*

*FIG. 15 is a partial block diagram of a computer system in which the north and south bridges are integrated with the host and peripheral interface controllers, respectively.*

## DESCRIPTION OF SPECIFIC EMBODIMENTS

I. System Hardware

FIG. 1 is a simplified diagram of a computer system 1 according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The computer system 1 includes an attached computer module (i.e., ACM) 10, a desktop console 20, among other elements. The computer system is modular and has a variety of components that are removable. Some of these components (or modules) can be used in different computers, workstations, computerized television sets, and portable or laptop units.

In the present embodiment, ACM 10 includes computer components, as will be described below, including a central

US RE43,119 E

5

processing unit ("CPU"), IDE controller, hard disk drive, computer memory, and the like. The computer module bay (i.e., CMB) **40** is an opening or slot in the desktop console. The CMB houses the ACM and provides communication to and from the ACM. The CMB also provides mechanical protection and support to ACM **10**. The CMB has a mechanical alignment mechanism for mating a portion of the ACM to the console. The CMB further has thermal heat dissipation sinks, electrical connection mechanisms, and the like. Some details of the ACM can be found in co-pending patent application Nos. 09/149,882 and 09/149,548 filed Sep. 8, 1998, commonly assigned, and hereby incorporated by reference for all purposes.

In a preferred embodiment, the present system has a security system, which includes a mechanical locking system, an electrical locking system, and others. The mechanical locking system includes at least a key **11**. The key **11** mates with key hole **13** in a lock, which provides a mechanical latch **15** in a closed position. The mechanical latch, in the closed position, mates and interlocks the ACM to the computer module bay. The mechanical latch, which also has an open position, allows the ACM to be removed from the computer module bay. Further details of the mechanical locking system are shown in the Fig. below.

FIG. **2** is a simplified diagram of a computer module **10** according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. Some of the reference numerals are similar to the previous Fig. for easy reading. The computer module **10** includes key **11**, which is insertable into keyhole **13** of the lock. The lock has at least two position, including a latched or closed position and an unlatched or open position. The latched position secures the ACM to the computer module bay. The unlatched or open position allows the ACM to be inserted into or removed from the computer bay module. As shown, the ACM also has a slot or opening **14**, which allows the latch to move into and out of the ACM. The ACM also has openings **17** in the backside for an electrical and/or mechanical connection to the computer module bay, which is connected to the console.

FIG. **3** is a simplified side-view diagram of a computer module according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. Some of the reference numerals are similar to the previous FIG. for easy reading. As shown, the ACM module inserts into the computer module bay frame **19**, which is in the console. A side **27** and a bottom **19** of ACM slide and fit firmly into the computer module bay frame, which has at least a bottom portion **19** and back portion **26**. A backside **23** of the ACM faces backside **26** of the frame. ACM also has a frontside or face **25** that houses the lock and exposes the keyhole **13** to a user. The key **11** is insertable from the race into the keyhole.

As the ACM inserts into the frame, connector **17** couples and inserts into connector **21**. Connector **17** electrically and mechanically interface elements of the ACM to the console through connector **21**. Latch **14** should be moved away from the bottom side **19** of the module bay frame before inserting the ACM into the frame. Once the ACM is inserted fully into the frame, latch **15** is placed in a closed or lock position, where it keeps the ACM firmly in place. That is, latch **15** biases against a backside portion **29** of the ACM enclosure to hold the ACM in place, where the connector **17** firmly

6

engages, electrically and mechanically, with connector **21**. To remove the ACM, latch **15** is moved away or opened from the back side portion of the ACM enclosure. ACM is manually pulled out of the computer module bay frame, where connector **17** disengages with connector **21**. As shown, the key **11** is used to selectively move the latch in the open or locked position to secure the ACM into the frame module.

In most embodiments, the ACM includes an enclosure such as the one described with the following components, which should not be limiting:

1) A CPU with cache memory;
2) Core logic device or means;
3) Main memory;
4) A single primary Hard Disk Drive ("HDD") that has a security program;
5) Flash memory with system BIOS and programmable user password;
6) Operating System, application software, data files on primary HDD;
7) An interface device and connectors to peripheral console;
8) A software controllable mechanical lock, lock control means, and other accessories.

The ACM connects to a peripheral console with power supply, a display device, an input device, and other elements. Some details of these elements with the present security system are described in more detail below.

FIG. **4** is a simplified layout diagram of a security system for a computer system according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The layout diagram illustrates the top-view of the module **10**, where the backside components (e.g., Host Interface Controller) are depicted in dashed lines. The layout diagram has a first portion, which includes a central processing unit ("CPU") module **400**, and a second portion, which includes a hard drive module **420**. A common printed circuit board **437** houses these modules and the like. Among other features, the ACM includes the central processing unit module **400** with a cache memory **405**, which is coupled to a north bridge unit **421**, and a host interface controller **401**. The host interface controller includes a lock control **403**. As shown, the CPU module is disposed on a first portion of the attached computer module, and couples to connectors **17**. Here, the CPU module is spatially located near connector **17**.

The CPU module can use a suitable microprocessing unit, microcontroller, digital signal processor, and the like. In a specific embodiment, the CPU module uses, for example, a 400 MHz Pentium II microprocessor module from Intel Corporation and like microprocessors from AMD Corporation, Cyrix Corporation (now National Semiconductor Corporation), and others. In other aspects, the microprocessor can be one such as the Compaq Computer Corporation Alpha Chip, Apple Computer Corporation PowerPC G3 processor, and the like. Further, higher speed processors are contemplated in other embodiments as technology increases in the future.

In the CPU module, host interface controller **401** is coupled to BIOS/flash memory **405**. Additionally, the host interface controller is coupled to a clock control logic, a configuration signal, and a peripheral bus. The present invention has a host interface controller that has lock control **403** to provide security features to the present ACM. Furthermore, the present invention uses a flash memory that includes codes to provide password protection or other electronic security methods.

**7**

The second portion of the attached computer module has the hard drive module **420**. Among other elements, the hard drive module includes north bridge **421**, graphics accelerator **423**, graphics memory **425**, a power controller **427**, an IDE controller **429**, and other components. Adjacent to and in parallel alignment with the hard drive module is a personal computer interface ("PCI") bus **431**, **432**. A power regulator **435** is disposed near the PCI bus.

In a specific embodiment, north bridge unit **421** often couples to a computer memory, to the graphics accelerator **423**, to the IDE controller, and to the host interface controller via the PCI bus. Graphics accelerator **423** typically couples to a graphics memory **423**, and other elements. IDE controller **429** generally supports and provides timing signals necessary for the IDE bus. In the present embodiment, the IDE controller is embodied as a 643U2 PCI-to IDE chip from CMD Technology, for example. Other types of buses than IDE are contemplated, for example EIDE, SCSI, 1394, and the like in alternative embodiments of the present invention.

The hard drive module or mass storage unit **420** typically includes a computer operating system, application software program files, data files, and the like. In a specific embodiment, the computer operating system may be the Windows98 operating system from Microsoft Corporation of Redmond Wash. Other operating systems, such as WindowsNT, MacOS8, Unix, and the like are also contemplated in alternative embodiments of the present invention. Further, some typical application software programs can include Office98 by Microsoft Corporation, Corel Perfect Suite by Corel, and others. Hard disk module **420** includes a hard disk drive. The hard disk drive, however, can also be replaced by removable hard disk drives, read/write CD ROMs, flash memory, floppy disk drives, and the like. A small form factor, for example 2.5″, is currently contemplated, however, other form factors, such as PC card, and the like are also contemplated. Mass storage unit **240** may also support other interfaces than IDE. Among other features, the computer system includes an ACM with security protection. The ACM connects to the console, which has at least the following elements, which should not be limiting.

1) Connection to input devices, e.g. keyboard or mouse;
2) Connection to display devices, e.g. Monitor;
3) Add-on means, e.g. PCI add-on slots;
4) Removable storage media subsystem, e.g. Floppy drive, CDROM drive;
5) Communication device, e.g. LAN or modem;
6) An interface device and connectors to ACM;
7) A computer module bay with a notch in the frame for ACM's lock; and
8) Power supply and other accessories.

As noted, the computer module bay is an opening in a peripheral console that receives the ACM. The computer module bay provides mechanical support and protection to ACM. The module bay also includes, among other elements, a variety of thermal components for heat dissipation, a frame that provides connector alignment, and a lock engagement, which secures the ACM to the console. The bay also has a printed circuit board to mount and mate the connector from the ACM to the console. The connector provides an interface between the ACM and other accessories.

FIG. **5** is a simplified block diagram **500** of a security system for a computer module according to an embodiment of the present invention. This diagram is merely an illustration and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and alternatives. The block diagram **500** has a variety of features such as those noted above, as well as

**8**

others. In the present diagram, different reference numerals are used to show the operation of the present system.

The block diagram is an attached computer module **500**. The module **500** has a central processing unit, which communicates to a north bridge **541**, by way of a CPU bus **527**. The north bridge couples to main memory **523** via memory bus **529**. The main memory can be any suitable high speed memory device or devices such as dynamic random access memory ("DRAM") integrated circuits and others. The DRAM includes at least 32 Meg. or 64 Meg. and greater of memory, but can also be less depending upon the application. Alternatively, the main memory can be coupled directly with the CPU in some embodiments. The north bridge also couples to a graphics subsystem **515** via bus **[542]** *543*. The graphics subsystem can include a graphics accelerator, graphics memory, and other devices. Graphics subsystem transmits a video signal *517* to an interface connector, which couples to a display, for example.

The attached computer module also includes a primary hard disk drive that serves as a main memory unit for programs and the like. The hard disk can be any suitable drive that has at least 2 GB and greater. As merely an example, the hard disk is a Marathon 2250 (2.25 GB, 2½ inch drive) product made by Seagate Corporation of Scotts Valley, but can be others. The hard disk communicates to the north bridge by way of a hard disk drive controller and bus lines **502** and **531**. The hard disk drive controller couples to the north bridge by way of the host PCI bus, which connects bus **537** to the north bridge. The hard disk includes computer codes that implement a security program according to the present invention. Details of the security program are provided below.

The attached computer module also has a flash memory device **505** with a BIOS. The flash memory device **505** also has codes for a user password that can be stored in the device. The flash memory device generally permits the **5** storage of such password without a substantial use of power, even when disconnected. As merely an example, the flash memory device has at least 4 Meg. or greater of memory, or 16 Meg. or greater of memory. A host interface controller **507** **[**communications**]** *communicates* to the north bridge via bus **535** and host PCI bus. The host interface controller also has a lock control **509**, which couples to a lock. The lock is attached to the module and has a manual override to the lock on the host interface controller in some embodiments. Host interface controller **507** communicates to the console using bus **511**, which couples to **[**connection**]** *connector* **513**.

In one aspect of the present invention the security system uses a combination of electrical and mechanical locking mechanisms. Referring to FIG. **5**A, for example, the present system provides a lock status mechanism in the host interface controller **509**. The lock status of the lock is determined by checking a lock status bit **549**, which is in the host interface controller. The lock status bit is determined by a signal **553**, which is dependent upon the position of the lock. Here, the position of the lock is closed in the ground **559** position, where the latch couples to a ground plane in the module and/or system. Alternatively, the signal of the lock is at Vcc, for example, which is open. Alternatively, the signal can be ground in the open position and Vcc in the closed position, depending upon the application. Other signal schemes can also be used depending upon the application.

Once the status is determined, the host interface controller turns the lock via solenoid **557** in a lock on or lock off position, which is provided through the control bit **551**, for example. The control bit is in a register of the host interface controller in the present example. By way of the signal schemes noted and the control bit, it is possible to place the

US RE43,119 E

**9**

lock in the lock or unlock position in an electronic manner. Once the status of the lock is determined, the host interface controller can either lock or unlock the latch on the module using a variety of prompts, for example.

In a preferred embodiment, the present invention uses a password protection scheme to electronically prevent unauthorized access to the computer module. The present password protection scheme uses a combination of software, which is a portion of the security program, and a user password, which can be stored in the flash memory device **505**. By way of the flash memory device, the password does not become erased by way of power failure or the lock. The password is substantially fixed in code, which cannot be easily erased. Should the user desire to change the password, it can readily be changed by erasing the code, which is stored in flash memory and a new code (i.e., password) is written into the flash memory. An example of a flash memory device can include a Intel Flash 28F800F3 series flash, which is available in 8 Mbit and 16 Mbit designs. Other types of flash devices can also be used, however. Details of a password protection method are further explained below by way of the FIGS.

In a specific embodiment, the present invention also includes a real-time clock **510** in the ACM, but is not limited. The real-time clock can be implemented using a real-time oscillator 14.31818 MHz **508** that couples to a real-time clock circuit. The real-time clock circuit can be in the host interface controller. An energy source **506** such as a battery can be used to keep the real-time clock circuit running even when the ACM has been removed from the console. The real-time clock can be used by a security program to perform a variety of functions. As merely an example, these functions include: (1) fixed time period in which the ACM can be used, e.g., ACM cannot be used at night; (2) programmed ACM to be used after certain date, e.g., high security procedure during owner's vacation or non use period; (3) other uses similar to a programmable time lock. Further details of the present real-time clock are described in the application listed under Ser. No. 09/183,816 noted above.

In still a further embodiment, the present invention also includes a permanent password or user identification code to identify the computer module. In one embodiment, the permanent password or user code is stored in a flash memory device. Alternatively, the permanent password or user code is stored in the central processing unit. The password or user code can be placed in the device upon manufacture of such device. Alternatively, the password or user code can be placed in the device by a one time programming techniques using, for example, fuses or the like. The present password or user code provides a permanent "finger print" on the device, which is generally hardware. The permanent finger print can be used for identification purposes for allowing the user of the hardware to access the hardware itself, as well as other systems. These other systems include local and wide area networks. Alternatively, the systems can also include one or more servers. The present password and user identification can be quite important for electronic commerce applications and the like. In one or more embodiments, the permanent password or user code can be combined with the password on flash memory for the security program, which is described below in more detail.

II. SECURITY DETECTION PROGRAMS

FIGS. **6** and **7** show simplified flow diagrams **600**, **700** of security methods according to embodiments of the present invention. These diagrams are merely illustrations and should not limit the scope of the claims herein. One of ordinary skill in the art would recognize other variations, modifications, and

**10**

alternatives. Referring to FIG. **6**, which considers an example for when the ACM is inserted into the computer module bay in the console, ACM has already been inserted into the console and is firmly engaged in an electrical and mechanical manner. A computer system is powered up **601**, which provides selected signals to the microprocessor. The microprocessor oversees the operation of the computer system. The microprocessor searches the memory in, for example, the hard disk drive and execute a security program, step **603**.

The security program runs through a sequence of steps before allowing a user to operate the present system with the ACM. Among other processes, the security program determines if an "Auto-lock" is ON. If so, the security program goes via branch **606** to step **607**. Alternatively, the security program goes to step **609**, which determines that the lock stays OFF and loops to step **627**, which indicates that the ACM can be removed physically from the console. In step **607**, the security program turns a switch or switching means that turns ON a lock, which can be electrical, mechanical, or a combination of electrical and mechanical.

In a specific embodiment, the security program turns OFF the power of the ACM and console. Here, the security program directs the OS to turn the power OFF, step **613**. In an embodiment where power failure occurs (step **611**), a key is used to release a latch in the ACM on the lock **615**, where the ACM can be removed, step **627**. From step **613**, the security program determines if the ACM is to be removed, step **617**. If not, the lock stays ON, step **619**. Alternatively, the security detection program determines if the password (or other security code) matches with the designated password, step **621**. If not, the lock stays ON, step **623**. Alternatively, the security program releases the lock **625**, which frees the ACM. Next, the ACM can be removed, step **627**.

In an alternative embodiment, the present invention provides a security system for the ACM, which is outside the console or computer module bay. See, FIG. **7**, for example. As shown, the security system is implemented to prevent illegal or unauthorized use (step **701**) of the ACM, which has not been used in the console. Here, a key turns ON a lock (step **703**). The lock moves a latch in the ACM to a specific spatial location that physically blocks the passage of the ACM into the computer module bay. Accordingly, the ACM cannot insert (step **705**) into the computer module bay.

In an alternative aspect, the key can be used to turn the lock OFF, step **707**. Here, the key moves the latch in a selected spatial location that allows the ACM to be inserted into the computer bay module. In the OFF position, the ACM inserts into the computer module bay, step **709**. Once the ACM is in the bay, a user can begin operating the ACM through the console. In one embodiment, the computer console including the ACM goes through the sequence of steps in the above FIG., but is not limited.

In a specific embodiment, the present invention implements the sequences above using computer software. In other aspects, computer hardware can also be used and is preferably in some applications. The computer hardware can include a mechanical lock, which is built into the ACM. An example of such mechanical lock is shown above, but can also be others. In other aspects, the lock can be controlled or accessed electronically by way of computer software. Here, the key can be used as a manual override if the ACM or computer fails.

The lock is used to prevent theft and accidental removal inside CMB. The current invention locates the lock inside the ACM to allow a user to keep a single key as ACM is moved from console to console at different locations. When ACM is in transit, the lock can be engaged using the key so that the latch extends outside ACM's enclosure. The extended latch

**11**

prevents ACM from being inserted into any CMB. This prevents any illegal use of ACM by someone other than the user.

In one aspect of the invention, the user password is programmable. The password can be programmable by way of the security program. The password can be stored in a flash memory device within the ACM. Accordingly, the user of the ACM and the console would need to have the user password in order to access the ACM. In the present aspect, the combination of a security program and user password can provide the user a wide variety of security functions as follows:

1) Auto-lock capability when ACM is inserted into CMB;

2) Access privilege of program and data;

3) Password matching for ACM removal; and

4) Automatic HDD lock out if tempering is detected.

In still a further embodiment, the present invention also includes a method for reading a permanent password or user identification aide to identify the computer module. In one embodiment, the permanent password or user code is stored in a flash memory device. Alternatively, the permanent password or user code is stored in the central processing unit. The password or user code can be placed in the device upon manufacture of such device. Alternatively, the password or user code can be placed in the device by a one time programming techniques using, for example, fuses or the like. The present password or user code provides a permanent "finger print" on the device, which is generally hardware. The permanent finger print can be used for identification purposes for allowing the user of the hardware to access the hardware itself, as well as other systems. These other systems include local and wide area networks. Alternatively, the systems can also include one or more servers. The present method allows a third party confirm the user by way of the permanent password or user code. The present password and user identification can be quite important for electronic commerce applications and the like, which verify the user code or password. In one or more embodiments, the permanent password or user code can be combined with the password on flash memory for the security program.

*Two PCI or PCI-like buses are interfaced using a non-PCI or non-PCI-like channel. PCI control signals are encoded into control bits, and the control bits, rather than the control signals that they represent, are transmitted on the interface channel. At the receiving end, the control bits representing control signals are decoded back into PCI control signals prior to being transmitted to the intended PCI bus.*

*The fact that control bits rather than control signals are transmitted on the interface channel allows using a smaller number of signal channels and a correspondingly small number of conductive lines in the interface channel than would otherwise be possible. This is because the control bits can be more easily multiplexed at one end of the interface channel and recovered at the other end than control signals. This relatively small number of signal channels used in the interface channel allows using low voltage differential signal ("LVDS") channels for the interface. An LVDS channel is more cable friendly, faster, consumes less power, and generates less noise than a PCI bus channel. Therefore, an LVDS channel is advantageously used for the hereto unused purpose of interfacing PCI or PCI-like buses. The relatively smaller number of signal channels in the interface also allows using connectors having smaller pins counts. As mentioned above an interface having a smaller number of signal channels and, therefore, a smaller number of conductive lines is less bulky and less expensive than one having a larger number of signal channels. Similarly, connectors having a smaller number of pins are also less expensive and less bulky than connectors having a larger number of pins.*

**12**

*In a preferred embodiment, the interface channel has a plurality of serial bit channels numbering fewer than the number of parallel bus lines in each of the PCI buses and operates at a clock speed higher than the clock speed at which any of the bus lines operates. More specifically, the interface channel includes two sets of unidirectional serial bit channels which transmit data in opposite directions such that one set of bit channels transmits serial bits from the HIC to the PIC while the other set transmits serial bits from the PIC to the HIC. For each cycle of the PCI clock, each bit channel of the interface channel transmits a packet of serial bits.*

FIG. 8 is a block diagram of one embodiment of a computer system 800 using the interface of the present invention. Computer system 800 includes an attached computer module (ACM) 805 and a peripheral console 810. The ACM 805 and the peripheral console 810 are interfaced through an exchange interface system (XIS) bus 815. The XIS bus 815 includes power bus 816, video bus 817 and peripheral bus (XPBus) 818, which is also herein referred to as an interface channel. The power bus 816 transmits power between ACM 805 and peripheral console 810. In a preferred embodiment power bus 816 transmits power at voltage levels of 3.3 volts, 5 volts and 12 volts. Video bus 817 transmits video signals between the ACM 805 and the peripheral console 810. In a preferred embodiment, the video bus 817 transmits analog Red Green Blue (RGB) video signals for color monitors, digital video signals (such as Video Electronics Standards Association (VESA) Plug and Display's Transition Minimized Differential signaling (TMDS) signals for flat panel displays), and television (TV) and/or super video (S-video) signals. The XPBus 818 is coupled to host interface controller (HIC) 819 and to peripheral interface controller (PIC) 820, which is also sometimes referred to as a bay interface controller.

FIG. 9 is a detailed block diagram of one embodiment of the HIC of the present invention. As shown in FIG. 9, HIC 900 comprises bus controller 910, translator 920, transmitter 930, receiver 940, a PLL 950, an address/data multiplexer (A/D MUX) 960, a read/write controller (RD/WR Cntl) 970, a video serial to parallel converter 980 and a CPU control & general purpose input/output latch/driver (CPU CNTL & GPIO latch/driver) 990.

HIC 900 is coupled to an optional flash memory BIOS configuration unit 901. Flash memory unit 901 stores basic input output system (BIOS) and PCI configuration information and supplies the BIOS and PCI configuration information to A/D MUX 960 and RD/WR Control 970, which control the programming, read, and write of flash memory unit 901.

Bus controller 910 is coupled to the host PCI bus, which is also referred to herein as the primary PCI bus, and manages PCI bus transactions on the host PCI bus. Bus controller 910 includes a slave (target) unit 911 and a master unit 916. Both slave unit 911 and master unit 916 each include two first in first out (FIFO) buffers, which are preferably asynchronous with respect to each other since the input and output of the two FIFOs in the master unit 916 as well as the two FIFOs in the slave unit 911 are clocked by different clocks, namely the PCI clock and the PCK. Additionally, slave unit 911 includes encoder 922 and decoder 923, while master unit 916 includes encoder 927 and decoder 928. The FIFOs 912, 913, 917 and 918 manage data transfers between the host PCI bus and the XPBus, which in the embodiment shown in FIG. 9 operate at 33 MHz and 66 MHz, respectively. PCI address/data (AD) from the host PCI bus is entered into FIFOs 912 and 917 before they are encoded by encoders 922 and 927. Encoders 922 and 927 format the PCI address/data bits to a form more suitable for parallel to serial conversion prior to transmittal

13

on the XPBus. Similarly, address and data information from the receivers is decoded by decoders 923 and 928 to a form more suitable for transmission on the host PCI bus. Thereafter the decoded data and address information is passed through FIFOs 913 and 918 prior to being transferred to the host PCI bus. FIFOs 912, 913, 917 and 918 allow bus controller 910 to handle posted and delayed PCI transactions and to provide deep buffering to store PCI transactions.

Bus controller 910 also comprises slave read/write control (RD/WR Cntl) 914 and master read/write control (RD/WR Cntl) 915. RD/WR controls 914 and 915 are involved in the transfer of PCI control signals between bus controller 910 and the host PCI bus.

Bus controller 910 is coupled to translator 920. Translator 920 comprises encoders 922 and 927, decoders 923 and 928, control decoder & separate data path unit 924 and control encoder & merge data path unit 925. As discussed above encoders 922 and 927 are part of slave data unit 911 and master data unit 916, respectively, receive PCI address and data information from FIFOs 912 and 917, respectively, and encode the PCI address and data information into a form more suitable for parallel to serial conversion prior to transmittal on the XPBus. Similarly, decoders 923 and 928 are part of slave data unit 911 and master data unit 916, respectively, and format address and data information from receiver 940 into a form more suitable for transmission on the host PCI bus. Control encoder & merge data path unit 925 receives PCI control signals from the slave RD/WR control 914 and master RD/WR control 915. Additionally, control encoder & merge data path unit 925 receives control signals from CPU CNTL & GPIO latch/driver 990, which is coupled to the CPU and north bridge (not shown in FIG. 9). Control encoder & merge data path unit 925 encodes PCI control signals as well as CPU control signals and north bridge signals into control bits, merges these encoded control bits and transmits the merged control bits to transmitter 930, which then transmits the control bits on the data lines PD0 to PD3 and control line PCN of the XPBus. Examples of control signals include PCI control signals and CPU control signals. A specific example of a control signal is FRAME# used in PCI buses. A control bit, on the other hand, is a data bit that represents a control signal. Control decoder & separate data path unit 924 receives control bits from receiver 940 which receives control bits on data lines PDR0 to PDR3 and control line PCNR of the XPBus. Control decoder & separate data path unit 924 separates the control bits it receives from receiver 940 into PCI control signals, CPU control signals and north bridge signals, and decodes the control bits into PCI control signals, CPU control signals, and north bridge signals, all of which meet the relevant timing constraints.

Transmitter 930 receives multiplexed parallel address/data (A/D) bits and control bits from translator 920 on the AD[31::0] out and the CNTL out lines, respectively. Transmitter 930 also receives a clock signal from PLL 950. PLL 950 takes a reference input clock and generates PCK that drives the XPBus. PCK is asynchronous with the PCI clock signal and operates at 66 MHz, twice the speed of the PCI clock of 33 MHz. The higher speed is intended to accommodate at least some possible increases in the operating speed of future PCI buses. As a result of the higher speed, the XPBus may be used to interface two PCI or PCI-like buses operating at 66 MHz rather than 33 MHz or having 64 rather than 32 multiplexed address/data lines.

The multiplexed parallel A/D bits and some control bits input to transmitter 930 are serialized by parallel to serial converters 932 of transmitter 930 into 10 bit packets. These bit packets are then output on data lines PD0 to PD3 of the

14

XPBus. Other control bits are serialized by parallel to serial converter 933 into 10 bit packets and send out on control line PCN of the XPBus.

FIG. 10 is a detailed block diagram of one embodiment of the PIC of the present invention. PIC 1000 is nearly identical to HIC 900 in its function, except that HIC 900 interfaces the host PCI bus to the XPBus while PIC 1000 interfaces the secondary PCI bus to the XPBus. Similarly, the components in PIC 1000 serve the same function as their corresponding components in HIC 900. Reference numbers for components in PIC 1000 have been selected such that a component in PIC 1000 and its corresponding component in HIC 900 have reference numbers that have the same two least significant digits. Thus for example, the bus controller in PIC 1000 is referenced as bus controller 1010 while the bus controller in HIC 900 is referenced as bus controller 910. As many of the elements in PIC 1000 serve the same functions as those served by their corresponding elements in HIC 900 and as the functions of the corresponding elements in HIC 900 have been described in detail above, the function of elements of PIC 1000 having corresponding elements in HIC 900 will not be further described herein. Reference may be made to the above description of FIG. 9 for an understanding of the functions of the elements of PIC 1000 having corresponding elements in HIC 900.

As suggested above, there are also differences between HIC 900 and PIC 1000. Some of the differences between HIC 900 and PIC 1000 include the following. First, receiver 1040 in PIC 1000, unlike receiver 940 in HIC 900, does not contain a synchronization unit. As mentioned above, the synchronization unit in HIC 900 synchronizes the PCKR clock to the PCK clock locally generated by PLL 950. PIC 1000 does not locally generate a PCK clock and, therefore, it does not have a locally generated PCK clock with which to synchronize the PCK clock signal that it receives from HIC 900. Another difference between PIC 1000 and HIC 900 is the fact that PIC 1000 contains a video parallel to serial converter 1089 whereas HIC 900 contains a video serial to parallel converter 980. Video parallel to serial converter 1089 receives 16 bit parallel video capture data and video control signals on the Video Port Data [0::15] and Video Port Control lines, respectively, from the video capture circuit (not shown in FIG. 10) and converts them to a serial video data stream that is transmitted on the VPD line to the HIC. The video capture circuit may be any type of video capture circuit that outputs a 16 bit parallel video capture data and video control signals. Another difference lies in the fact that PIC 1000, unlike HIC 900, contains a clock doubler 1082 to double the video clock rate of the video clock signal that it receives. The doubled video clock rate is fed into video parallel to serial converter 1082 through buffer 1083 and is sent to serial to parallel converter 980 through buffer 1084. Additionally, reset control unit 1035 in PIC 1000 receives a reset signal from the CPU CNTL & GPIO latch/driver unit 1090 and transmits the reset signal on the RESET# line to the HIC 900 whereas reset control unit 945 of HIC 900 receives the reset signal and forwards it to its CPU CNTL & GPIO latch/driver unit 990 because, in the above embodiment, the reset signal RESET# is unidirectionally sent from the PIC 1000 to the RIC 900.

Like HIC 900, PIC 1000 handles the PCI bus control signals and control bits from the XPBus representing PCI control signals in the following ways:

1. PIC 1000 buffers clocked control signals from the secondary PCI bus, encodes them and sends the encoded control bits to the XPBus;

2. PIC 1000 manages the signal locally; and

**15**

3. PIC 1000 receives control bits from XPBus, translates them into PCI control signals and sends the PCI control signals to the secondary PCI bus.

PIC 1000 also supports a reference arbiter on the secondary PCI Bus to manage the PCI signals REQ# and GNT#.

FIG. 11 is a schematic diagram of lines PCK, PD0 to PD3, and PCN. These lines are unidirectional LVDS lines for transmitting clock signals and bits from the HIC to the PIC. The bits on the PD0 to PD3 and the PCN lines are sent synchronously within every clock cycle of the PCK. Another set of lines, namely PCKR, PDR0 to PDR3, and PCNR, are used to transmit clock signals and bits from the PIC to the HIC. The lines used for transmitting information from the PIC to the HIC have the same structure as those shown in FIG. 11, except that they transmit data in a direction opposite to that in which the lines shown in FIG. 11 transmit data. In other words they transmit information from the PIC to the HIC. The bits on the PDR0 to PDR3 and the PCNR lines are sent synchronously within every clock cycle of the PCKR. Some of the examples of control information that may be sent in the reverse direction, i.e. PCNR line, include a request to switch data bus direction because of a pending operation (such as read data available), a control signal change in the target requiring communication in the reverse direction, target busy, and transmission error detected.

The XPBus which includes lines PCK, PD0 to PD3, PCN, PCKR, PDR0 to PDR3, and PCNR, has two sets of unidirectional lines transmitting clock signals and bits in opposite directions. The first set of unidirectional lines includes PCK, PD0 to PD3, and PCN. The second set of unidirectional lines includes PCKR, PDR0 to PDR3, and PCNR. Each of these unidirectional set of lines is a point-to-point bus with a fixed transmitter and receiver, or in other words a fixed master and slave bus. For the first set of unidirectional lines, the HIC is a fixed transmitter/master whereas the PIC is a fixed receiver/slave. For the second set of unidirectional lines, the PIC is a fixed transmitter/master whereas the HIC is a fixed receiver/slave. The LVDS lines of XPBus, a cable friendly and remote system I/O bus, transmit fixed length data packets within a clock cycle.

The XPBus lines, PD0 to PD3, PCN, PDR0 to PDR3 and PCNR, and the video data and clock lines, VPD and VPCK, are not limited to being LVDS lines, as they may be other forms of bit based lines. For example, in another embodiment, the XPBus lines may be IEEE 1394 lines.

It is to be noted that although each of the lines PCK, PD0 to PD3, PCN, PCKR, PDR0 to PDR3, PCNR, VPCK, and VPD is referred to as a line, in the singular rather than plural, each such line may contain more than one physical line. For example, in the embodiment shown in FIG. 11, each of lines PCK, PD0 to PD3 and PCN includes two physical lines between each driver and its corresponding receiver. The term line, when not directly preceded by the terms physical or conductive, is herein used interchangeably with a signal or bit channel of one or more physical lines for transmitting a signal. In the case of non-differential signal lines, generally one physical line is used to transmit one signal. However, in the case of differential signal lines, a pair of physical lines is used to transmit one signal. For example, a pair of physical lines together transmit a signal in a bit line or bit channel in an LVDS or IEEE 1394 interface.

A bit based line (i.e., a bit line) is a line for transmitting serial bits. Bit based lines typically transmit bit packets and use a serial data packet protocol. Examples of bit lines include an LVDS line, an IEEE 1394 line, and a Universal Serial Bus (USB) line.

**16**

FIG. 12 is a block diagram of another embodiment of the HIC and PIC of the present invention and the interface therebetween. One important difference is the fact that the XPBus of FIG. 12 does not have control lines PCN and PCNR. Another difference lies in the fact that the XPBus of FIG. 12 has two dedicated reset lines RSTEH# and RSTEP# instead of one. RSTEH# and RSTEP# are unidirectional reset and error condition signal lines that transmit a reset and error condition signal from the host PCI to the peripheral PCI and from the peripheral PCI to host PCI, respectively.

In one embodiment, each of reset lines RSTEH#, RSTEP#, and RESET# (previously discussed) is preferably a non-differential signal line of one physical line. In other embodiments, one or more of the above lines may be a differential signal line having more than one physical line.

FIG. 13 shows a detailed block diagram of the HIC shown in FIG. 12. HIC 1300 shown in FIG. 13 is, other than for a few differences, identical to HIC 900 shown in FIG. 9. Accordingly, reference numbers for components in HIC 1300 have been selected such that a component in HIC 1300 and its corresponding component in HIC 900 have reference numbers that have the same two least significant digits. One of the differences between HIC 1300 and HIC 900 is the fact that, unlike HIC 900, HIC 1300 does not have a parallel to serial converter or a serial to parallel converter dedicated exclusively to CNTL out and CNTL in signals, respectively. This is due to the fact that XPBus for HIC 1300 does not contain a PCN or PCNR line. Another difference between H1C 1300 and HIC 900 is the fact that HIC 1300, unlike HIC 900, has two reset lines, RSTEP# and RSTEH#, instead of one reset line. Reset line RSTEP# is coupled to Reset & XPBus Parity Error Control Unit 1336 which receives, on the reset line RSTEP#, a reset signal and a parity error signal generated by the PIC, sends a reset signal to the CPU CNTL & GPIO latch/driver 1390, and controls retransmission of bits from the parallel to serial converters 1332. Reset & XPBus Parity Error Detection and Control Unit 1346 takes bits from serial to parallel converters 1342, performs a parity check to detect any transmission error, and sends reset and parity error signals to the PIC on the reset line RSTEH#. The reset and parity error signals may be distinguished by different signal patterns and/or different signal durations. In the two reset line system, the reset and error parity signals are transmitted on the same line, and it is possible to send a parity error confirmation signal on one line while receiving a reset signal on the other line. Because HIC 1300 provides for parity error detection, the parallel to serial converters 1332 include buffers. The buffers in parallel to serial converters 1332 store previously transmitted bits (e.g., those transmitted within the previous two clock cycles) for retransmission if transmission error is detected and a parity error signal is received on line RSTEP#. It is to be noted that parallel to serial converters 932 do not contain buffers such as those contained in parallel to serial converters 1332 for purposes of retransmission since HIC 900 does not provide for parity error signal detection. Yet another difference between HIC 900 and HIC 1300 is the fact that in HIC 1300 clock multipliers 1331 and 1341 multiply the PCK and PCKR clocks, respectively, by a factor of 6 rather than 10 because the XPBus coupled to HIC 1300 transmits six bit packets instead of ten bit packets during each XPBus clock cycle. Sending a smaller number of bits per XPBus clock cycle provides the benefit of improving synchronization between the data latching clock output by clock multipliers 1331 and 1341 and the XPBus clocks, PCK and PCKR. In another embodiment, one may send 5 or some other number of bits per XPBus clock cycle. As mentioned above, the remaining elements in HIC 1300 are identical to those in HIC 900 and reference to

US RE43,119 E

17

the description of the elements in HIC 900 may be made to understand the function of the corresponding elements in HIC 1300.

FIG. 14 is a schematic diagram of the lines PCK and PD0 to PD3. These lines are unidirectional LVDS lines for transmitting signals from HIC 1300 to the PIC of FIG. 12. Another set of lines, namely PCKR and PDR0 to PDR3, are used to transmit clock signals and bits from the PIC of FIG. 12 to HIC 1300. The lines used for transmitting information from the PIC to HIC 1300 have the same structure as those shown in FIG. 14, except that they transmit information in the opposite direction from that shown in FIG. 14. In other words they transmit information from the PIC to the HIC.

In the embodiment shown in FIG. 8, HIC 819 is coupled to an integrated unit 821 that includes a CPU, a cache and a north bridge. In yet another embodiment, such as that shown in FIG. 15, the HIC and PIC are integrated with the north and south bridges, respectively, such that integrated HIC and north bridge unit 1505 includes an HIC and a north bridge, while integrated PIC and south bridge unit 1510 includes a PIC and a south bridge.

The above embodiments are described generally in terms of hardware and software. It will be recognized, however, that the functionality of the hardware can be further combined or even separated. The functionality of the software can also be further combined or even separated. Hardware can be replaced, at times, with software. Software can be replaced, at times, with hardware. Accordingly, the present embodiments should not be construed as limiting the scope of the claims here. One of ordinary skill in the art would recognize other variations, modifications, and alternatives.

While the above is a full description of the specific embodiments, various modifications, alternative constructions and equivalents may be used. Therefore, the above description and illustrations should not be taken as limiting the scope of the present invention which is defined by the appended claims.

What is claimed is:

1. A computer [module, said module] *system* comprising:
   *a console comprising*
      *a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, serial bit channels to transmit data in opposite directions; and*
      *an interface controller coupled to said first LVDS channel; and*
   *a computer module comprising*
      an enclosure, said enclosure being insertable into [a] *said* console;
      a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;
      *an integrated interface controller and bridge unit to communicate encoded address and data of Peripheral Component Interconnect ("PCI") bus transaction, said integrated interface controller and bridge unit directly coupled to said central processing unit without any intervening PCI bus;*
      *a second LVDS channel extending directly from said integrated interface controller and bridge unit to convey said encoded address and data of PCI bus transaction, said second LVDS channel comprising two sets of unidirectional, multiple serial bit channels to transmit data in opposite directions;*
      a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit; and
      a programmable memory device in said enclosure, said programmable memory device being configurable to

18

store a password for preventing a possibility of unauthorized use of said hard disk drive.

[2. The computer module of claim 1 further comprising a host interface controller for providing a status of a locking device in said enclosure.]

[3. The computer module of claim 1 further comprising a mechanical locking device that is coupled to said programmable memory device.]

[4. The computer module of claim 1 further comprising a host interface controller coupled to a mechanical locking device, said host interface controller being coupled to said programmable memory device.]

5. The computer [module] *system* of claim 1 wherein said programmable memory device comprises a flash memory device.

[6. The computer module of claim 1 wherein said programmable memory device comprises a flash memory device having at least 8 Mbits of cells and greater.]

[7. The computer module of claim 1 further comprising a security program in a main memory.]

[8. The computer module of claim 7 wherein said security program comprises a code for storing a password on said programmable memory device.]

[9. The computer module of claim 8 wherein said security program comprises a code for checking a time from said real-time clock circuit.]

[10. The computer module of claim 1 further comprising a host interface controller coupled to a solenoid that drives a mechanical lock in a first position to a second position.]

[11. The computer module of claim 10 wherein said solenoid also drives said mechanical lock from said second position to said first position.]

[12. The computer module of claim 1 further comprising a real-time clock circuit coupled to said central processing unit.]

[13. The computer module of claim 12 further comprising a battery coupled to a host interface controller that includes said real-time clock.]

14. A method for operating a computer system, said method comprising:
   inserting an attached computer module ("ACM") into a bay of a *console of* a modular computer system, *said console comprising a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit encoded address and data of Peripheral Component Interconnect ("PCI") bus transaction in opposite directions,* said ACM comprising
      a microprocessor unit coupled to a mass memory storage device *including a plurality of application software program files*;
      *an integrated interface controller and bridge unit directly coupled to said microprocessor unit without any intervening PCI bus; and*
      *a second LVDS channel extending directly from said integrated interface controller and bridge unit, said second LVDS channel comprising at least two unidirectional, serial bit channels to transmit data in opposite directions;*
   applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and
   prompting for a user password from a user on a display.

[15. The method of claim 14 wherein said ACM comprises an enclosure that houses said microprocessor unit and said mass memory storage device.]

US RE43,119 E

**19**

[**16**. The method of claim **14** further comprising providing a user password to said security program.]

**17**. The method of claim **14** [further comprising] *wherein said mass memory storage device comprises* a flash memory device[for storing a desired password for said ACM].

[**18**. The method of claim **17** wherein said flash memory device maintains said desired password when power is removed from said ACM.]

[**19**. The method of claim **18** wherein said flash memory device is coupled to a host interface controller that is coupled to said microprocessor based unit.]

[**20**. The method of claim **14** wherein said mass memory storage device comprises a code directed to comparing said user password with a desired password.]

[**21**. The method of claim **14** further comprising identifying a permanent password or user code on said attached computer module.]

[**22**. The method of claim **21** wherein said permanent password or user code is stored in said microprocessor unit.]

[**23**. The method of claim **21** wherein said permanent password or user code is stored in a flash memory device coupled to said microprocessor unit.]

*24. A computer system comprising:*

*a console comprising a LAN communication device and a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit encoded address and data of Peripheral Component Interconnect ("PCI") bus transaction in opposite directions;*

*a computer module comprising an enclosure insertable into said console to form a functional computer;*

*a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;*

*a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;*

*a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing a possibility of unauthorized use of said hard disk drive;*

*an integrated interface controller and bridge unit in said enclosure, said integrated interface controller and bridge unit directly coupled to said central processing unit without any intervening PCI bus; and*

*a second LVDS channel extending directly from said integrated interface controller and bridge unit, said second LVDS channel comprising at least two unidirectional, serial bit channels to transmit data in opposite directions;*

*wherein said integrated interface controller and bridge unit is configured to communicate to said console through said second LVDS channel and an interface connector.*

*25. The computer system of claim 24 further comprising a graphics accelerator in said enclosure.*

*26. The computer system of claim 24 wherein said first LVDS channel is configured to transmit said encoded address and data of PCI bus transaction in 10-bit packets.*

*27. A method for operating a computer system, said method comprising:*

*inserting an attached computer module ("ACM") into a bay of a modular computer system housed in a console, said console comprising a LAN communication device and a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit encoded address and data*

**20**

*of Peripheral Component Interconnect ("PCI") bus transaction in opposite directions, said ACM comprising*

*a graphics subsystem;*

*a microprocessor unit coupled to a mass memory storage device;*

*a peripheral bridge coupled to said microprocessor unit without any intervening PCI bus; and*

*a second LVDS channel extending directly from said peripheral bridge, said second LVDS channel comprising at least two unidirectional, serial bit channels to transmit data in opposite directions;*

*applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and*

*prompting for a user password from a user on a display.*

*28. The method of claim 27, further comprising transmitting said encoded address and data of PCI bus transaction in 10-bit packets through said first LVDS channel.*

*29. The method of claim 27 wherein said mass memory storage device comprises a flash memory device.*

*30. The method of claim 27 further comprising executing said security program to prevent unauthorized use of said mass memory storage device based on said user password.*

*31. The method of claim 27 further comprising executing said security program to manage an access privilege to data based on said user password.*

*32. A method for operating a computer system, said method comprising:*

*inserting an attached computer module ("ACM") into a bay of a modular computer system housed in a console, said console comprising an add-on card slot and a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit encoded address and data of Peripheral Component Interconnect ("PCI") bus transaction in opposite directions, said ACM comprising*

*a microprocessor unit coupled to a mass memory storage device comprising a plurality of application software program files;*

*an enclosure;*

*an integrated interface controller and bridge unit directly coupled to said microprocessor unit without any intervening PCI bus; and*

*a second LVDS channel extending directly from said integrated interface controller and bridge unit, said second LVDS channel comprising at least two unidirectional, serial bit channels to transmit data in opposite directions;*

*applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and*

*prompting for a user password from a user on a display, wherein data in said mass memory storage device is accessed by said microprocessor unit through said integrated interface controller and bridge unit.*

*33. The method of claim 32, further comprising transmitting said encoded address and data of PCI bus transaction in 10-bit packets through said first LVDS channel.*

*34. The method of claim 32 wherein said mass memory storage device comprises a flash memory.*

*35. A method for operating a computer system, said method comprising:*

*inserting an attached computer module ("ACM") into a bay of a console of a modular computer system, said console comprising a LAN communication device, a removable storage media subsystem, and a first low*

US RE43,119 E

21

voltage differential signal ("LVDS") channel comprising two unidirectional, serial channels to transmit encoded address and data of Peripheral Component Interconnect ("PCI") bus transaction in 10-bit packets, said ACM comprising

a microprocessor unit coupled to a mass memory storage device;

a peripheral bridge directly coupled to said microprocessor unit without any intervening PCI bus; and

a second LVDS channel extending directly from said peripheral bridge, said second LVDS channel comprising two unidirectional, serial bit channels to transmit data in opposite directions;

applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and

prompting for a user password from a user on a display.

36. The method of claim 35 wherein said mass memory storage device comprises a flash memory.

37. The method of claim 35 wherein said mass memory storage device comprises a hard disk drive.

38. A method for operating a computer system, said method comprising:

inserting an attached computer module ("ACM") into a bay of a console of a modular computer system, said console comprising a LAN communication device and a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit encoded Peripheral Component Interconnect ("PCI") bus transaction address and data in opposite directions, said ACM comprising

a microprocessor unit coupled to a mass memory storage device;

a peripheral bridge directly coupled to said microprocessor unit without any intervening PCI bus; and

a second LVDS channel extending directly from said peripheral bridge, said second LVDS channel comprising two sets of unidirectional, serial bit channels to transmit data in opposite directions;

applying power to said computer system and said ACM to execute a security program, said security program being stored in said mass memory storage device; and

prompting for a user password from a user on a display.

39. The method of claim 38 wherein said mass memory storage device comprises a flash memory.

40. The method of claim 38 wherein said mass memory storage device comprises a hard disk drive.

41. A computer module, said module comprising:

an enclosure, said enclosure being insertable into a console of a modular computer system, said console comprising a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, multiple serial bit channels to transmit data in opposite directions;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

a peripheral bridge to communicate address and data of Peripheral Component Interconnect ("PCI") bus transaction in an encoded, serial form, said peripheral bridge directly coupled to said central processing unit without any intervening PCI bus;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a second LVDS channel extending directly from said peripheral bridge to convey said address and data of PCI bus transaction in said encoded, serial form, said

22

second LVDS channel comprising two sets of unidirectional, multiple serial bit channels to transmit data in opposite directions; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing a possibility of unauthorized use of said hard disk drive.

42. The computer module of claim 41 wherein said second LVDS channel is configured to transmit data in 10-bit packets.

43. The computer module of claim 41 wherein said first LVDS channel couples to said second LVDS channel upon insertion of said computer module into said console.

44. A computer module, said module comprising:

an enclosure, said enclosure being insertable into a console of a modular computer system, said console comprising a first low voltage differential signal ("LVDS") channel comprising two sets of unidirectional, serial bit channels to transmit data in opposite directions;

a central processing unit in said enclosure, said central processing unit comprising a microprocessor based integrated circuit chip;

an integrated interface controller and bridge unit coupled to said central processing unit without any intervening Peripheral Component Interconnect ("PCI") bus;

a hard disk drive in said enclosure, said hard disk drive being coupled to said central processing unit;

a second LVDS channel extending directly from said integrated interface controller and bridge unit, said second LVDS channel comprising two sets of unidirectional, serial bit channels to transmit data in opposite directions; and

a programmable memory device in said enclosure, said programmable memory device being configurable to store a password for preventing a possibility of unauthorized use of said hard disk drive,

wherein said first LVDS channel couples to said second LVDS channel upon insertion of said computer module into said console.

45. The computer module of claim 44 wherein said console further comprises a power supply to supply power to said computer module upon insertion.

46. The computer module of claim 44 wherein said second LVDS channel is configured to transmit encoded address and data of PCI bus transaction in 10-bit packets.

47. The computer system of claim 1 wherein said integrated interface controller and bridge unit is configured to output said encoded address and data of PCI bus transaction as 10-bit packets.

48. The computer system of claim 47 wherein said hard disk drive is coupled to said central processing unit through said integrated interface controller and bridge unit.

49. The computer system of claim 26 wherein said integrated interface controller and bridge unit is configured to output a serial bit stream that is conveyed over said second LVDS channel as data packets.

50. The computer system of claim 49 wherein said serial bit stream comprises information of Universal Serial Bus protocol.

51. The computer system of claim 49 wherein said hard disk drive is coupled to said central processing unit through said integrated interface controller and bridge unit.

52. The computer module of claim 42 wherein said peripheral bridge is configured to output an encoded serial bit stream comprising said address and data of PCI bus transaction.

US RE43,119 E

**23**

*53. The computer module of claim 52 wherein said encoded serial bit stream comprises information to permit decoding to create a PCI bus transaction.*

*54. The computer module of claim 53 wherein said hard disk drive is coupled to said central processing unit through said peripheral bridge.*

*55. The computer module of claim 54 wherein said peripheral bridge comprises a north bridge.*

*56. The computer module of claim 42 wherein said peripheral bridge comprises an interface controller to output said address and data of PCI bus transaction in said encoded, serial form, and said second LVDS channel extends directly from said interface controller.*

*57. The computer module of claim 56 wherein said interface controller is integrated with the peripheral bridge to form a single integrated unit.*

**24**

*58. The computer module of claim 57 wherein said interface controller is directly coupled to said central processing unit without any intervening PCI bus.*

*59. The computer module of claim 44 wherein said integrated interface controller and bridge unit is configured to output an encoded serial bit stream that is conveyed over said second LVDS channel.*

*60. The computer module of claim 59 wherein said encoded serial bit stream is conveyed over said second LVDS channel as 10-bit packets.*

*61. The computer module of claim 59 wherein said hard disk drive is coupled to said central processing unit through said integrated interface controller and bridge unit.*

*62. The computer module of claim 59 wherein said encoded serial bit stream comprises information of Universal Serial Bus protocol.*

\* \* \* \* \*