# Exhibit 36

trials@uspto.gov

571-272-7822

IPR2014-01462, Paper No. 60
IPR2014-01469, Paper No. 55
January 5, 2016

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

EMC CORPORATION,
Petitioner,

v.

ACQIS, LLC,
Patent Owner.
_____

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E
_____

Held: December 8, 2015
_____

BEFORE:  MICHAEL P. TIERNEY, MICHAEL J.
FITZPATRICK, and ROBERT J. WEINSCHENK,
Administrative Patent Judges.

        The above-entitled matter came on for hearing on Tuesday,
December 8, 2015, commencing at 1:00 p.m., at the U.S. Patent
and Trademark Office, 600 Dulany Street, Alexandria, Virginia.

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1   bits of PCI bus transaction.  We agree that there has to be a PCI

2   bus transaction somewhere, but the only thing that needs to flow

3   across that LVDS channel are address and data bits.  You don't

4   have to have the complete transaction.  You don't have to have

5   the complete configuration file that a PCI bus transaction might

6   have.  You don't need the command information or the byte

7   enables.  That's not what they chose to claim.  If they had wanted

8   to claim that, they could have said conveying the PCI bus

9   transaction in serial form.  Or there's a bunch of different ways

10  they could have claimed it.

11          If we can go to slide 7, just so we are clear, the

12  language in claim 54 of the '873 is slightly different, we admit,

13  but there again, it's actually even broader because what has to be

14  transmitted there is an encoded serial bit stream of PCI bus

15  transaction.  So you just need a bit stream of the transaction.  It

16  doesn't even specify that it has to be address or data.  We know

17  that from looking at dependent claim 61 which is highlighted on

18  this slide 7 as well that specifies that the encoded bit stream

19  comprises encoded PCI address and data bits.

20          So claim 54 has got to be broader than claim 61 and

21  covers a bit stream that's not even address or data bits.  So that's

22  really the third response to patent owners was we read their

23  argument as requiring that you have to transport across the LVDS

24  channel the entire transaction, and that's not simply what they

25  claimed.

14

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    addressing and PCI's physical addressing.  But the claims don't

2    say physical addressing.  They don't say you can't use virtual

3    addressing.  Again, it goes back to the claims which only says

4    you have to transmit address bits of PCI bus transaction.

5          So let's look again at slide 30.  So here is where we've

6    put together some testimony from their expert in a quote from the

7    patent owner's response which lead us to believe that they are

8    arguing that not only do you have to have all of the address bits

9    but you have to have other things from the PCI bus transaction

10    for the claim to be met.  In the top left-hand corner they suggest

11    that you can't have a PCI bus transaction unless you send the

12    configuration information.  The next one down, Dr. Lundenstruth,

13    their expert suggests that the claims require all address and data

14    phase information including the PCI data and byte enables during

15    the data phase.  And there's several other quotes we've got here

16    on the slide.  Again, we don't believe that that's a requirement in

17    these claims and we think that all the Board needs to find is if

18    there's transmission of some bits of address and data, and we get

19    that by looking simply at the claims.

20          Go to slide 31.  Again, we've highlighted the relevant

21    portions here on slide 31 of the claims which don't ever say you

22    have to submit all of the address or data bits.  Earlier I mentioned

23    the claim differentiation point between claim 54 of the '873 patent

24    and claim 61 of the '873 patent which suggests that certainly for

25    the claim 54, at most, you have to have a bit stream and it doesn't

19

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    even have to be address and data.  So again, we think that that

2    argument undermines their theory that you have to have all

3    address bits.

4              If there's no further questions about Horst, I wanted to

5    quickly touch on a few points about Bogaerts.

6              JUDGE WEINSCHENK:  That's fine.

7              MR. BUROKER:  Could we go to slide 53.  So the

8    analysis for Bogaerts is very similar to what we just talked about

9    but let me reorient you.  Instead of having the TNet network,

10   what you have in those large circles in the top left Figure 13 that's

11   shown is the SCI network.

12             JUDGE WEINSCHENK:  I actually have a question

13   before we get into too many details here.  Are you relying on

14   Figure 13 embodiment or Figure 15 embodiment or are you

15   arguing they should be combined?  I'm not sure I follow the

16   argument that you are making here because you kind of cite to

17   both of them.

18             MR. BUROKER:  Your Honor, Figure 13, we believe,

19   shows all of the elements of the claim.  Figure 15 is another

20   embodiment where they have taken a Pentium chip and included

21   various components so it's an alternative attached computer

22   module and it teaches that it can be plugged into an SCI ring.

23   And so Your Honor, I think it's a little bit of both.  We are

24   arguing Figure 13 discloses everything.

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1   the standard.  It's always a physical address.  Never a virtual.

2   That's why it matters.  And we've heard some argument about the

3   claims don't say virtual or physical.  Yes, they do.  PCI address is

4   a physical address by definition.

5           So when in ServerNet or TNet or Horst, however you

6   want to refer to it, does the physical address first exist?  Keep in

7   mind their expert wasn't shown this document.  We weren't

8   shown this document.  We had to dig it out of a pile of litigation

9   stuff that they turned over to us.  But what we know is you start

10  up front with the ServerNet address.  You run it through an

11  address validation and translation table and at the end you get the

12  local physical address.

13          JUDGE WEINSCHENK:  Why is that problematic?  If

14  you are sending address bits over the TNet that can -- maybe they

15  are encoded in some way but on the other end you could decode

16  them and get a PCI address, why is that not covered by the

17  claims?

18          MR. STACY:  It absolutely doesn't because you are

19  never starting with an address here.  So their expert describes it

20  before he changed his position in his original declarations, he

21  describes it as Scrabble cubes.  I've got a PCI address, I have got

22  it spelled out here, 32-bit word, and I take it, I put it on my serial

23  line.  So that's the whole point.  I'm going from parallel, I'm

24  putting on a serial line.  And on the bottom end I have got to be

30

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    able to reassemble my word.  I have got my rules.  I know what to

2    do.

3          On all of the TNets, all of the Bogaerts, they all have

4    the same issue is that there is no physical address that's then

5    scrambled and then put back together down here.  You start with

6    a made-up virtual address, manipulate it and then you have some

7    kind of smart device, it's those buses in TNet, you see it in those

8    figures on what goes on the bottom side by the PCI device that

9    creates the PCI address for the first time.

10          JUDGE WEINSCHENK:  I guess I'm struggling to

11    understand though why that matters, right.  Why do you have to

12    have a physical address to start with?  Why can't it be virtual or

13    some other address?  As long as it's information that you could on

14    the other end translate into a PCI address, why does that not meet

15    the claims?  I think we agree that what you are transmitting

16    across the channel doesn't actually have to be in perfect PCI

17    format, right?  You can change it.

18          MR. STACY:  Format, I agree.  I do not agree that the

19    content can be changed.  The content has to be the same.  In other

20    words, think of my Scrabble cubes.  I have got a word here.  I can

21    jumble it, do whatever I want to in the middle.  But on the back

22    end I have got to be able to build that same word again.  That's

23    what the claims require.  If you don't do that, you have destroyed

24    your PCI standard.  You have destroyed the very purpose of this

25    invention.  The whole point is you start PCI, whether you start

31

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    here or down here, it makes no difference, whether it's the CPU

2    or the printer.  You start with the PCI address that's in this

3    parallel slow form, serialize it and then take it back to the PCI

4    form at the other end.

5              JUDGE TIERNEY:  I would like to go back to the

6    language of the claims because I think we are reading a few

7    things in and I want to make sure it's okay to do so.  Let's start

8    with the '873 patent claim 54.  We are talking about encoded

9    serial bit stream.  Why do I want to read in the words physical

10   address?

11             MR. STACY:  It is an encoded serial bit stream of

12   peripheral interconnect bus transaction.  The Board has already

13   said that the PCI is important, that it's part of it.  So you have got

14   to go to the standard.  The PCI standard does not allow a virtual

15   address.  So you would be reading PCI standard out of claim 54.

16   So in other words, if you put a virtual address in, it's no longer a

17   capital PCI bus transaction.  It's something completely different.

18   And that's just straight out of the standard.  Dr. Lindenstruth

19   references that several times and we'll talk about that.

20             Now, there's something interesting here.  They keep

21   going back to this claim differentiation doctrine on claim 61

22   which showed up in the reply for the first time.  You heard it the

23   same time we did, but I would like to the address that.

24             JUDGE TIERNEY:  Before we move on, you

25   mentioned that basically you have to have all of the content

32

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1        Here we have the PCI standard.  And there are two in

2    exactly two different addressing schemes.  You see it every day

3    when you buy a laptop, 32-bit processor or 64-bit.  This was the

4    days of the 32-bit when this was drafted.  But the PCI standard is

5    32 or 64.  You send 31, it breaks.  You have to have the full

6    piece.

7        JUDGE WEINSCHENK:  So what if you sent 31, like

8    we send a shortened number here and it knows at the other end to

9    add in the 32nd bit?  Doesn't that convey sufficient information

10   for a PCI bus transaction?

11       MR. STACY:  No, it absolutely doesn't.  Because what

12   you are doing is saying that the transaction happens at the end.

13   The printer prints and that's true.  The printer prints.  My CPU

14   says print this document.  The printer prints.  But the whole point

15   of this invention and these claims is that they are centered around

16   dealing with a standard.  All of the computers out there have PCI.

17   And so the point was, how do you speed up PCI?  And the point

18   is you take it from parallel to serial and then back to parallel.

19       And that's the point.  If you somehow say, well, okay,

20   we are just going to do away with PCI, that's not the invention

21   and that's like saying I'm going to buy a new Windows machine

22   and I'm not going to use PCI.  I'm just going to use a 30-bit rather

23   than 32.  It doesn't work.  You violated the standard.  Just like

24   internally, if you don't know to put 2 instead of 8, your four-digit

25   number does you no good.  You have to have the PCI standard.

34

1            And the Board has already gone to that in saying that

2     PCI isn't part of the standard.  By the way, when you looked at

3     their expert and we asked their expert, what do you think about

4     the Board's construction?  He said it's broad, it's reasonable and

5     it's not inaccurate.  That's probably the best you'll ever get from a

6     professional expert.  I didn't press him to say will you admit it's

7     accurate but he just kept saying it wasn't inaccurate.  He wasn't

8     going to quarrel with the Board.  So we've already answered that

9     question.  It must be by the PCI standard.  Anything less is not

10    the PCI standard.

11            And an important thing here about 61, they said 61

12    somehow offers claim differentiation.  This is something their

13    expert came up with.  Well, if you look at the standard, there are

14    three types of information included in every PCI transaction.

15    Three types.  There's an address, there's data and then there's

16    control.  That's straight out of the standard.  You have those three

17    things.

18            There is a special type of PCI transaction known as

19    interrupt acknowledge.  In an interrupt acknowledge, the address

20    is zeroed out.  It's null.  So if you look at claim 54, it says all PCI

21    bus transactions.  That covers everything.  What does claim 61

22    do?  Claim 61 narrows it and says this PCI transaction has to have

23    encoded PCI address and data bits.  Claim 61 actually carves out

24    those interrupt acknowledges.  It carves out a specific type.

35

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1        And when you look at 24, 24 and 31 are at the narrower

2    group of PCI transaction types.  They are talking about the

3    transaction types that have an address and those are

4    non-interrupt-based ones.

5        JUDGE FITZPATRICK:  If I understand this correctly,

6    then, it's your position that a PCI bus transaction, that term in

7    claim 54 does not require address bits and claim 61 expressly

8    does and that is why claim 61 is narrower and differentiated?

9        MR. STACY:  Correct.  Practically it carves out the

10   interrupt acknowledge PCI transactions in claim 61.

11       JUDGE FITZPATRICK:  Is there any -- there's also a

12   rule about claim construction that terms are to be given some

13   meaning and not read to be extraneous.  Is there any reason for

14   the last three words in claim 61, "and data bits"?

15       MR. STACY:  No.  I mean, with claim differentiation,

16   there's also significant warning that what the claim differentiation

17   tail doesn't wag the construction dog.  When we pressed their

18   expert on the basis for that construction, I asked him about the

19   spec, I asked him about the file history, and he had nothing else to

20   support the construction.  When you look --

21       JUDGE FITZPATRICK:  You had also mentioned that

22   it's in the reply.  So maybe there is no evidence but I'm going to

23   ask anyway, is there evidence from your side about this -- what

24   was the term you called?  Interrupted?

25       MR. STACY:  It's an interrupt acknowledge.

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1          JUDGE FITZPATRICK:  Is there evidence in the

2    record that that refers to a PCI transaction that lacks address data,

3    address bits?

4          MR. STACY:  So your question was is there anything

5    in the record, and I'm in a quandary there because I didn't get to

6    put anything in.  So in the record, no, because the first time

7    anybody saw this was in the reply.  But with your permission I

8    can show you something that's in the record but not specifically

9    briefed.  This is Exhibit 2001 on page 37.

10         JUDGE FITZPATRICK:  Exhibit what?

11         MR. STACY:  2001.  I'll introduce what the document

12    is.  It is the PCI local bus standard Chapter 3 and it's titled Bus

13    Operation.  And --

14         JUDGE FITZPATRICK:  I'm there with you.

15         MR. STACY:  The piece we are looking at is Section

16    3.1.1, Command Definition.  And right up top you see the initial

17    command, the interrupt acknowledge.  So the interrupt

18    acknowledge is a big part of the PCI because you have got to get

19    the processor's attention or you've got to get the device's

20    attention.  Then down at the bottom we highlighted for you, the

21    address bits are logical don't cares during the address phase.  So

22    keep in mind the PCI standard has two timing requirements and

23    they have what they call a data phase which the data is

24    transmitted, so it's a time, and then the address phase.  And in the

25    address phase they send the address and the control bits.  So

37

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1   during that phase the control bit, if it's an interrupt acknowledge,

2   you can see that the address bits are don't cares.  So that's the way

3   claim 61 is narrowed.  Does that answer your question?

4          JUDGE FITZPATRICK:  Thank you, yes.

5          MR. STACY:  So one thing I would like to make sure

6   that as we go through this discussion that you keep in mind 54 is

7   different than 24.  Fifty-four requires the encoded serial bit

8   stream of peripheral component Internet connect bus transaction.

9   That includes the information necessary to make a PCI

10  transaction under the defined standard.  That includes data, that

11  includes address except for the interrupt acknowledge, and that

12  includes the control bits every time.  So you didn't hear a word

13  about control bits, period.  There is no such thing -- just put it

14  bluntly, there is no such thing as a PCI transaction that does not

15  have control bits.  To carve control bits out of claim 54 and 61 is

16  to make sure it does not comply with either the standard of a PCI

17  or the purpose of the invention.

18          So when we talk about 54, you have to talk about

19  control bits.  And not once do they talk about Horst or Bogaerts

20  transmitting any type of control bits.  Just doesn't happen.  And it

21  doesn't happen in those systems because they are actually

22  radically different systems.  We went and got our expert because

23  he was an expert in the prior art that was cited.  Those systems

24  are for massively parallel computer systems.  Bogaerts, for

38

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1   example, was built to process the data at the CERN supercollider

2   because nothing else existed.

3         And our expert, Dr. Lindenstruth, was the guy on the

4   ground building that system.  So he knows what these systems do.

5   And he said over and over you can't take these virtual addresses

6   on these serial networks and just put PCI on them.  It will destroy

7   it.  It will actually cause address collisions.  It will render them

8   inoperable.  The reason people like Horst and TNet came up with

9   these systems is because PCI did not work.  They had to come up

10  with a proprietary bus.  And that's said on the first page of Horst.

11  Horst next to the picture of PCI says we considered all of the

12  standard buses.  We looked at all of them and decided all of them

13  were insufficient.  We designed our own.  And Bogaerts is the

14  same way.  When you look at them, SCI and the TNet systems

15  are both massively parallel systems.  They have a proprietary

16  network in the center that actually does the serial transmissions.

17        JUDGE WEINSCHENK:  Your patents also changed

18  the bus too, right?  You said a parallel bus doesn't work so we are

19  going to change it to a serial bus.  So it's also not a standard PCI

20  bus.

21        MR. STACY:  You have got a standard PCI bus, you

22  have got the invention, depending on how you do it, but you have

23  got the new bus in the center, and what that's doing is taking the

24  parallel 32 bits coming down, putting them on a serial bus,

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    moving them and then taking them back out.  It's an hourglass
2    when you think about it, here, here, transmit, go back out.
3              JUDGE WEINSCHENK:  Explain to me, I think I want
4    to make sure I understand exactly what Horst does, then.  If you
5    have got a CPU that wants to send data to a PCI device, it has to
6    send the data and it has to send an address to where that data is
7    going to be stored in the PCI device?
8              MR. STACY:  Correct.
9              JUDGE WEINSCHENK:  How does it know, if it
10   doesn't have the address of the PCI device originally, how does it
11   know where to send it to?
12             MR. STACY:  It doesn't know that it's a PCI device.  It
13   just knows it's sending to that printer right over there.  You have
14   got whatever protocol is being done up top, in Horst it's TNet.
15   You've got a TNet protocol.  You may have something
16   proprietary coming off the processor.  There's no PCI transaction
17   that exists on the processor.  It's then -- in Horst it's then
18   translated using these virtual address tables sent across the serial
19   bus, picked up by another smart device down here that generates
20   the physical address and ships it off.
21             But I understand the appeal of saying, well, I say print
22   and it prints, therefore, it must be done.  And if our claim was that
23   broad, that might be a problem, but the claim is actually to solve a
24   specific problem with systems using PCI.  And that's the reason
25   that PCI standard matters.

40

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    communication protocols also.  But the point here is -- actually,

2    this point is there's no intervening PCI bus.  But when you look at

3    this and when you read it, there is a PCI transaction here that is

4    Scrabbleized and then put on the serial link and then recreated

5    back here.  There's nothing inconsistent with the claim here.

6            And again, it looks -- you can abstract any computer

7    system to this level.  You've got to look under the covers.  If you

8    are going to comply with the PCI standard, which I believe

9    Figure 8 is a PCI limited embodiment, I would have to confirm

10   that, you need to take the PCI transaction on the front end,

11   serialize it and do the PCI transaction on the back end.  That's this

12   embodiment.  By the way, if you look at this, this is a computer

13   system.  Not this massive parallel system.

14           JUDGE WEINSCHENK:  Does there need to be a PCI

15   bus on the CPU side or does it just have to be something you can

16   call a PCI address and data or do we actually need a bus there?  I

17   think you have argued in your papers that you need a bus.  That's

18   what I'm curious about because this one doesn't show a bus on the

19   CPU side.

20           JUDGE TIERNEY:  Let me direct you to page 5 of

21   your patent owner response.

22           MR. STACY:  I think it may depend claim by claim.

23           JUDGE TIERNEY:  Patent owner response of the 1462

24   case.

25           MR. STACY:  Page 5 you said?

45

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1        JUDGE TIERNEY:  Yes.  Figure 8 illustrates that.

2        MR. STACY:  Correct, there's no PCI bus.

3        JUDGE TIERNEY:  And consequently the TNet link

4    does not generate PCI bus transactions or PCI transactions at the

5    CPU side.

6        MR. STACY:  Correct.  I think that's a description of

7    Horst.  You don't have to have the PCI bus.  The PCI bus is a

8    good indicator.  But what we know from Horst, their own expert

9    agrees, there is no indication there's a PCI transaction on the

10    processor side within Horst.

11        JUDGE TIERNEY:  So can you relate that information

12    that we just discussed that is on the CPU side there's no PCI bus

13    with Figure 8 of your patent in the '873 patent?

14        MR. STACY:  So on Figure 8 of the '873 patent, you

15    have to look at the text.  It's talking about a PCI transaction.  And

16    so the claims don't require a bus.  They require a PCI transaction

17    to take place.  You are looking at the standard the whole time.

18    I'm putting a transaction together that looks like a PCI

19    transaction.  So all of my PCS-compliant drivers know how to

20    read it.  So I have created my PCI transaction.  That's why it

21    matters, my drivers can read it.  And then I'm taking it at a

22    parallel form, putting it into serial form and then back to parallel.

23        The point about Horst is that Horst doesn't have a PCI

24    transaction that is then serialized.  And one indicator is that

25    there's no PCI bus but it makes no difference whether there is.

46

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    You could generate a PCI transaction without a bus.  The point is

2    and when you looked at the -- remember the sheet that I showed

3    you, the transaction is defined on what data goes where.

4              JUDGE TIERNEY:  But the way it was worded was

5    basically what I was reading was because there's no PCI bus on

6    the CPU side, the TNet link does not generate PCI bus

7    transactions.

8              MR. STACY:  That is the description of Horst there.

9              JUDGE TIERNEY:  Then I look over at Figure 8 and I

10   don't see a PCI bus on the CPU side.

11             MR. STACY:  So in Figure 8 the illustration -- I mean,

12   all of these are kind of at cartoon level.  Figure 8, when you

13   match it with the description, it's talking about the type of

14   transaction.  So you are starting with your PCI transaction and

15   converting it.  There are a lot of things that aren't shown in a

16   seven-box drawing.  But the point is if you are trying to match it

17   to the claims, you are taking a PCI transaction and serializing it.

18   That's what you are starting with.

19             JUDGE WEINSCHENK:  Can you explain to me again

20   how we know in Horst that the CPU doesn't start with a PCI

21   transaction and scramble it into a TNet and then re-unscramble it

22   to a PCI?  So the lack of a PCI bus is not determinative is what

23   I'm hearing you say.

24             MR. STACY:  That's correct.  The lack of a PCI bus is

25   indicative but not determinative.  In this particular instance they

47

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1           And that's not really entitled to much weight.  He's not

2    an expert in these types of systems.  And again, that came in the

3    reply brief when we didn't really have a chance to address it.  We

4    went through that about putting in more evidence to address it.

5           But the point being here there's absolutely nothing in

6    TNet or Bogaerts that they argue shows that you are putting a PCI

7    address on that serial link.  That's the reason they walk away from

8    that and go to obviousness and use that language, it's simple, it's

9    trivial.  Any time anybody starts using those big words, you know

10   that they are in trouble.  But then they walk away from that and

11   say, well, if you had two bits of a PCI transaction, that would be

12   enough.  Well, even if that's right, it doesn't address claim 54

13   because claim 54 requires a PCI transaction.  Got to have control

14   bits.

15          And for claim 24 and 31, the address, but you got to

16   have them all because you are going by the PCI standard.  Go

17   back to your phone, because you had a standard, you know what

18   it means.  The PCI standard is the same way.  PCI says 32 bits.

19   These guys for these parallel systems don't want to use physical

20   32-bit addresses like the standard describes.  Why?  You get

21   collisions.

22          And if you look at the front of Horst, the front of Horst,

23   I think, tells you everything you need to know, is that he

24   considered PCI and said no.  I'm going to build my proprietary

25   link in the center because they weren't interested in speeding up a

49

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1    PCI standard transaction.  They were interested in hooking up

2    massive systems.

3            JUDGE FITZPATRICK:  I have a question about we

4    can look at claim 54, and the phrase "encoded serial bit stream of

5    peripheral component interconnect PCI bus transaction," in that

6    phrase would it be fair to summarize your construction of the

7    word "of" as "from" and petitioner's as "for" such that you are

8    arguing, I think, that the encoded serial bit stream must have

9    originated from a PCI to begin with.  Whereas, petitioner is

10   arguing that in Horst you meet that limitation because that bit

11   stream encodes for a PCI bus transaction.

12            MR. STACY:  I would quarrel with any indication that

13   we said it has to originate.  I'm not sure what originate means.  In

14   this instance, what that claim requires is that it is a PCI bus

15   transaction.  That is defined by the standard.  You know the three

16   portions: Address, data and control.  And you have to take that,

17   whatever that would be in a parallel form and you are going to

18   encode it, encode a serial bit stream.  So I'm taking the

19   transaction data, I don't think it matters where it originates from,

20   then I'm going to take it, I'm going to serialize it and then send it

21   out over my serial bus for speed purposes.  That's why you're

22   doing all this.

23            JUDGE FITZPATRICK:  Let me rephrase.  I didn't

24   mean to put any special meaning to originate.  Let me put it this

25   way.  Your construction, I think, in claim 54 is that you have to

50

Case IPR2014-01462, Patent 8,041,873 B2
Case IPR2014-01469, Patent RE42,814 E

1   mapped in the TNet.  Couldn't do it.  So there is no express

2   teaching.  You have to go to obviousness.  And the obviousness

3   argument was not made in their original petition.  This is

4   something they are now throwing out there.  You won't find it in

5   the original petition.

6          What we do know, and again, I have to argue this

7   through attorney argument because we don't have the expert

8   evidence and I apologize, Judge Tierney, but we know.  This

9   piece from ServerNet 2, which if you look at the front page of

10  ServerNet 2, it says it's backwards compatible.  This is as close as

11  we get to a true understanding of how TNet works.  You don't see

12  that hourglass.

13         Remember I said the hourglass, you start with the PCI,

14  you got the parallel bits, serialize them, get them to the other side,

15  push them back out.  What do we know?  We know that the first

16  time that the local physical address exists, the first time you know

17  the physical address for that printer down over here is at the end

18  of the process.  And you can see it over on the left-hand side.

19  Once at the destination N node the address is translated to

20  produce the local physical address.  Remember the Scrabble

21  cubes, it's actually made up at the far end because what are you

22  using?  Address, validation and translation table that is in that

23  logic on that bus.

24         So the first time you ever see a parallel PCI or parallel

25  PCI address or any type of PCI address is on the bottom end.  It's