# Exhibit 39

```
 1              UNITED STATES PATENT AND TRADEMARK OFFICE

 2              BEFORE THE PATENT TRIAL AND APPEAL BOARD

 3

 4                    _____

 5                         EMC CORPORATION,

 6                            Petitioner,

 7                                v.

 8                            ACQIS LLC,

 9                          Patent Owner.

10                    _____

11

12          Case IPR2014-01462 (Patent 8,041,873 B2)

13          Case IPR2014-01469 (Patent RE42,814 E)

14

15                    Thursday, August 27, 2015

16

17                         Volume I of II

18

19       Deposition of VOLKER LINDENSTRUTH, taken at the

20     offices of Gibson, Dunn & Crutcher, Carmelite House, 50

21     Victoria Embankment, London EC4Y 0DZ, beginning at

22     8:57 a.m. before Audrey Shirley, QRR, ACR, MBIVR.

23

24

25
                                                               1
```

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

```
 1                Q.   So that's the way you read this        12:05:07
 2       northbridge limitation, the way you've just          12:05:08
 3       explained it then?                                   12:05:11
 4                A.   (The witness nodded.)                  12:05:13
 5                Q.   Okay.  Now, the claim says that        12:05:14
 6       you have to communicate address and data bits.       12:05:17
 7       You would agree with me that it doesn't mention      12:05:22
 8       command information, correct?                        12:05:25
 9                MR. DAVIS:  Objection to form.              12:05:28
10                THE WITNESS:  It says:                      12:05:31
11                "... address and data bits of PCI           12:05:34
12       transaction in serial form ..."                      12:05:37
13                It doesn't say explicitly the other         12:05:38
14       corollary information which is needed to define     12:05:41
15       a PCI transaction, but it says "PCI transaction".    12:05:44
16       So without, for instance, the additional             12:05:48
17       functionality, it wouldn't be a PCI transaction.     12:05:55
18       BY MR. BUROKER:                                      12:06:10
19                Q.   So even though the word "command       12:06:10
20       information" is not expressly present, it's your     12:06:12
21       reading of this claim that the northbridge must      12:06:15
22       communicate PCI bus command information in serial   12:06:20
23       form as well; is that correct?                       12:06:24
24                A.   If you read this patent you will       12:06:28
25       find that this context is defined as such.  It is    12:06:30
```

121

```
 1    question.                                              01:26:55
 2             A.  That's fine, don't worry.  I did          01:26:56
 3    not think I should.                                    01:26:58
 4             Q.  I have a question going back to           01:26:59
 5    the PCI specification document.  You were looking      01:27:02
 6    I believe at page 36 at the read transaction as        01:27:04
 7    an example of a transaction.                           01:27:06
 8             MR. DAVIS:  Are you pointing at page 36       01:27:21
 9    of the document?                                       01:27:23
10             MR. BUROKER:  Oh, I'm sorry 36 of the         01:27:25
11    document, which is page 52 of the exhibit.  It's      01:27:27
12    the 3.3.1 Read Transaction section.                    01:27:30
13             A.  Okay, this the one.                       01:27:56
14             Q.  Okay, so we were looking at this          01:27:58
15    earlier this morning, correct?                         01:28:01
16             A.  Yes.                                      01:28:02
17             Q.  Are some of the elements along the        01:28:10
18    left-hand side called control lines in the PCI         01:28:11
19    specification?                                         01:28:14
20             A.  I would consider them as such,            01:28:21
21    whether they are explicitly called control             01:28:23
22    signals I would have to check.  But basically in       01:28:26
23    bus terminology you have the address, the data         01:28:33
24    and then additional corollary signals which            01:28:38
25    basically define what's going on, right?  And          01:28:42
```

142

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

1   those constitute, in this case, the combined byte    01:28:44
2   enables, then the initiator ready, target    01:28:49
3   ready -- IRDY and TRDY -- which are basically    01:28:53
4   used for the flow control, and the device select    01:28:58
5   which is used for enabling the device to claim    01:29:01
6   its existence in the bus.    01:29:04
7           Q.   What is the "frame#" what is that?    01:29:05
8           A.   And frame, of course, excuse me.    01:29:09
9   The frame.  The frame signal is there to define    01:29:10
10  the length of the transaction.  This is a very    01:29:14
11  fundamental thing because, unlike in other cases,    01:29:17
12  in particular typically in networks, where the    01:29:21
13  length of the packet is basically submitted as    01:29:24
14  one of the very first words in the head of the    01:29:27
15  packet saying, "This is it" and, "This is how    01:29:29
16  long it will be."  In PCI this doesn't exist.  So    01:29:31
17  a target being connected has no way of knowing    01:29:35
18  how long this transaction will end up being,    01:29:37
19  right?  It will only know here is an address and    01:29:41
20  here is a command, what is going to happen?  And    01:29:44
21  the length of the transaction is determined by    01:29:46
22  the length the frame signal is asserted and if    01:29:48
23  you refer, for instance, to column 8, clock cycle    01:29:52
24  8, you see that there is one last data transfer    01:29:56
25  when frame is already high.  This is basically    01:30:00

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

| | | |
|---|---|---|
| 1 | here it's called the control signals, frame, | 01:31:41 |
| 2 | target ready, initiator ready.  There is in | 01:31:47 |
| 3 | addition the stop signal which is not disclosed | 01:31:53 |
| 4 | in this diagram, which enables a device to say, | 01:31:55 |
| 5 | "Terminate the transaction, no point going | 01:31:59 |
| 6 | further, illegal address", something like that. | 01:32:01 |
| 7 | So there are other transactions showing that in | 01:32:04 |
| 8 | this spec and then device select and ID select. | 01:32:08 |
| 9 |     Q.   Yeah, I said 37 but I think it | 01:32:14 |
| 10 | says at the top of page 7, 47 pins not 37, right? | 01:32:16 |
| 11 | "The PCI interface requires a minimum | 01:32:18 |
| 12 | of 47 pins for a target-only device and 49 pins | 01:32:20 |
| 13 | for a master to handle data in addressing, | 01:32:24 |
| 14 | interface control, arbitration and system | 01:32:28 |
| 15 | functions." | 01:32:30 |
| 16 |     Correct? | 01:32:31 |
| 17 |     A.   37 seemed a bit low to me, yeah. | 01:32:31 |
| 18 |     Q.   Do these control lines, such as | 01:32:35 |
| 19 | frame, target ready, and so forth, are they part | 01:32:42 |
| 20 | of the PCI bus transaction as you understand that | 01:32:47 |
| 21 | term in the claims of the patent? | 01:32:50 |
| 22 |     MR. DAVIS:  Objection; form. | 01:32:58 |
| 23 | BY MR. BUROKER: | 01:32:59 |
| 24 |     Q.   So, you know, earlier we were | 01:32:59 |
| 25 | talking about what your understanding of the term | 01:33:00 |

145

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

| | | |
|---|---|---|
| 1 | "PCI bus transaction", looking at paragraph 114, | 01:33:03 |
| 2 | for example, of your declaration, and you stated | 01:33:06 |
| 3 | claims require address and data phases of a PCI | 01:33:10 |
| 4 | bus transaction, et cetera.  Are these control | 01:33:17 |
| 5 | lines also part of what the claims require as | 01:33:19 |
| 6 | a PCI bus transaction? | 01:33:26 |
| 7 |      A.   Since they are required to define | 01:33:27 |
| 8 | what is going on on the bus at any point in time, | 01:33:30 |
| 9 | the answer is yes.  They define the PCI | 01:33:34 |
| 10 | transaction.  If you, for example, would remove | 01:33:37 |
| 11 | from one byte enable you have no way of knowing | 01:33:41 |
| 12 | whether we are reading, writing, or what other | 01:33:46 |
| 13 | functionality is to be executed.  If you remove | 01:33:49 |
| 14 | any of the flow control signals, you cannot steer | 01:33:51 |
| 15 | the fact if a device is not immediately ready, | 01:33:57 |
| 16 | which happens a lot.  So they would have to be -- | 01:33:59 |
| 17 | they define the transaction, so have to be there. | 01:34:05 |
| 18 |      Q.   Okay.  Looking at claim 24 as | 01:34:09 |
| 19 | an example again. | 01:34:14 |
| 20 |      A.   Just wait, wait, wait.  And we are | 01:34:20 |
| 21 | talking now '873? | 01:34:21 |
| 22 |      Q.   No, '814 Patent, claim 24. | 01:34:36 |
| 23 | The complete phrase that we were looking | 01:34:36 |
| 24 | at talks about communicating address and data | 01:34:38 |
| 25 | bits of PCI bus transaction in serial form.  Do | 01:34:47 |

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

```
 1    signals which are obviously less than what we              01:40:28
 2    have here.  The corollary to that technically              01:40:32
 3    would mean it would have to be at a higher rate            01:40:37
 4    in order to keep up.                                       01:40:40
 5              Q.   And while that information is               01:40:42
 6    being transmitted over the serial line, is it              01:40:44
 7    still a PCI bus transaction?                               01:40:48
 8              MR. DAVIS:  Objection to form.                   01:40:54
 9              THE WITNESS:  Here I would stick to the          01:40:59
10    specification and one of the functionalities and           01:41:03
11    features of a specification requires that                  01:41:07
12    compliant devices can communicate with each other          01:41:09
13    directly.  So with a serialized version of this,           01:41:13
14    although the entire information may be there but           01:41:19
15    in a different form, one could not connect                 01:41:21
16    directly a PCI compliant device for it to work,            01:41:24
17    it would have to be reconverted into the ordinary          01:41:28
18    or defined PCI format for this to work.                    01:41:31
19    BY MR. BUROKER:                                            01:41:35
20              Q.  So the claims, in your reading,              01:41:35
21    contemplate some sort of transformation of the             01:41:38
22    PCI bus transaction into a format that is                  01:41:43
23    serially transmitted and then, on the other end,           01:41:48
24    it would be converted back into PCI bus                    01:41:53
25    transaction format?                                        01:41:58
```

149

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

| | | |
|---|---|---|
| 1 | MR. DAVIS: Objection; form. | 01:41:58 |
| 2 | THE WITNESS: The patent text outlines | 01:42:01 |
| 3 | this in great detail, and this is the context in | 01:42:04 |
| 4 | which I would read this claim. Because it has to | 01:42:06 |
| 5 | be seen in the context of the patent. So yes. | 01:42:12 |
| 6 | BY MR. BUROKER: | 01:42:17 |
| 7 | Q. If you add information to the PCI | 01:42:44 |
| 8 | bus transaction is that resulting set of data | 01:42:46 |
| 9 | still a PCI bus transaction? | 01:42:54 |
| 10 | MR. DAVIS: Objection; form. | 01:42:58 |
| 11 | THE WITNESS: Can you be more specific? | 01:43:01 |
| 12 | BY MR. BUROKER: | 01:43:03 |
| 13 | Q. Right, so if there's 47 lines in | 01:43:03 |
| 14 | a PCI bus transaction, if you add five additional | 01:43:06 |
| 15 | lines of information for whatever reason, is the | 01:43:12 |
| 16 | resulting 55-bit piece of information still a PCI | 01:43:15 |
| 17 | bus transaction? | 01:43:21 |
| 18 | MR. DAVIS: Objection; form. | 01:43:23 |
| 19 | THE WITNESS: The game about standards | 01:43:28 |
| 20 | is quite clear: what is in the standard is what | 01:43:29 |
| 21 | it is, no more no less. So answering your | 01:43:33 |
| 22 | question, I say what you have now is some | 01:43:37 |
| 23 | superset of a PCI transaction, which would be | 01:43:42 |
| 24 | part of something else. That additional | 01:43:44 |
| 25 | information has no meaning with respect to the | 01:43:47 |

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

| | | |
|---|---|---|
| 1 | that unlike the invention TNet requires new | 02:59:25 |
| 2 | hardware? | 02:59:30 |
| 3 | MR. DAVIS: Objection; form. | 02:59:32 |
| 4 | THE WITNESS: Now, let me just check, | 02:59:38 |
| 5 | are we discussing here in context of TNet or in | 02:59:46 |
| 6 | context of SCI?  I think this is TNet, right? | 02:59:50 |
| 7 | BY MR. BUROKER: | 02:59:56 |
| 8 | Q. Correct. | 02:59:56 |
| 9 | A. Right, so these interfaces here | 02:59:57 |
| 10 | have to have quite a bit of functionality, there | 03:00:02 |
| 11 | is no direct obvious one-to-one A-B-C-D kind of | 03:00:06 |
| 12 | path as to how they are to be built.  They have | 03:00:13 |
| 13 | to be able to execute all the specified PCI | 03:00:16 |
| 14 | transactions on the remote PCI bus, but these | 03:00:21 |
| 15 | transactions do not exist inside the TNet system | 03:00:24 |
| 16 | area network.  There is on top of that an address | 03:00:28 |
| 17 | translation which needs to be done in the peer | 03:00:31 |
| 18 | system, let alone it being initialized and | 03:00:35 |
| 19 | everything.  For it to be performing there is | 03:00:39 |
| 20 | typically a very large complexity of additional | 03:00:43 |
| 21 | functionality needed for this to make any sense. | 03:00:47 |
| 22 | So this is a highly complex ASIC. | 03:00:51 |
| 23 | ==What is outlined in this patent is== | 03:00:57 |
| 24 | ==complex also, but we are basically serializing== | 03:00:59 |
| 25 | ==the particular ongoing PCI transaction which is== | 03:01:03 |

190

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462

| | | |
|---|---|---|
| 1 | being then made parallel on the far end again. | 03:01:05 |
| 2 | This is a different thing, there is no address | 03:01:09 |
| 3 | translation for instance involved and all the | 03:01:11 |
| 4 | other things.  We can go into details here, if | 03:01:12 |
| 5 | you want, to make this more clear. | 03:01:15 |
| 6 | Q.   But my -- strike that. | 03:01:23 |
| 7 | My question was more, on paragraph 97, | 03:01:25 |
| 8 | for example, it talks about avoiding the | 03:01:27 |
| 9 | requirement imposed by TNet of designing new bus | 03:01:34 |
| 10 | interface devices and new device drivers, but do | 03:01:40 |
| 11 | you agree that to implement the '814 patent you | 03:01:43 |
| 12 | still have to create a new hardware system to | 03:01:50 |
| 13 | serialize the PCI bus transaction on one end and | 03:01:53 |
| 14 | then interpret it on the other to output the PCI | 03:01:56 |
| 15 | bus transaction on the receiving end, right? | 03:02:01 |
| 16 | MR. DAVIS:  Objection; form. | 03:02:03 |
| 17 | THE WITNESS:  The '814 Patent outlines | 03:02:06 |
| 18 | how to build the serializer, this is correct. | 03:02:14 |
| 19 | BY MR. BUROKER: | 03:02:14 |
| 20 | Q.   So there is some new piece of | 03:02:17 |
| 21 | hardware, software, whatever it is, the | 03:02:18 |
| 22 | serializer is something new? | 03:02:20 |
| 23 | A.   Not software, hardware. | 03:02:21 |
| 24 | Q.   So in the '814 Patent the patent | 03:02:51 |
| 25 | talks about the host interface controller and | 03:02:57 |

EMC EXHIBIT 1028
EMC v. ACQIS, IPR2014-01462