# Exhibit 48

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ACQIS LLC, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § Case No. 2:20-cv-00295-JRG |
| | § |
| SAMSUNG ELECTRONICS CO., LTD. | § |
| and SAMSUNG ELECTRONICS | § |
| AMERICA, INC., | § |
| | § |
| *Defendants*. | § |

# ORDER

Before the Court is the Claim Construction Memorandum Opinion and Order of Magistrate Judge Payne dated September 26, 2021 (Dkt. No. 92). Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") have filed Objections to the Order (Dkt. No. 96). Plaintiff ACQIS LLC ("ACQIS") has responded (Dkt. No. 100).

After considering *de novo* the reasoning provided in the Order, the underlying claim construction briefing, Samsung's Objections, and ACQIS' response, the Court agrees with the conclusions reached within the Order and finds Samsung's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** Samsung's Objections and **ADOPTS** Magistrate Judge Payne's Order.

So ORDERED and SIGNED this 17th day of November, 2021.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE