# Exhibit 50



# VESA®

**PLUG and DISPLAY STANDARD**

**Video Electronics Standards Association**

2150 North First Street, Suite 440
San Jose, CA 95131-2029

Phone : (408) 435-0333
Fax :  (408) 435-8225

## VESA PLUG and DISPLAY (P&D ™)
## STANDARD

### Version 1
### Revision 0
### Revision Date : June 11 th, 1997

**Purpose**
This standard is intended to provide an industry standard digital interface for display devices.

**Summary**
This standard defines a new video interface which provides both digital and analogue interfaces for video data, together with serial bus options.

ACQIS_MSFT_0034218



## VESA - The Video Electronics Standards Association
## Plug and Display Standard

## Intellectual Property

©Copyright 1997 - Video Electronics Standards Association. All rights reserved.

While every precaution has been taken in the preparation of this standard, the Video Electronics Standards Association and its contributors assume no responsibility for errors or omissions, and make no warranties, expressed or implied, of functionality or suitability for any purpose.

## Trademarks

All trademarks used within this document are the property of their respective owners.

- VESA, DDC, EVC, EDID and P&D are trademarks of the Video Electronics Standards Association.
- PanelLink and TMDS are trademarks of Silicon Image Inc.
- MicroCross is a trademark of Molex Inc.
- $I^2C$ is a trademark of Philips

## Patents

VESA proposal and standards documents are adopted by the Video Electronics Standards Association without regard to whether their adoption may involve patents on articles, materials, or processes. Such adoption does not assume any liability to any patent owner, nor does it assume any obligation whatever to parties adopting the proposal or standards document.

## Support for this Standard

Clarifications and application notes to support this standard may be written. To obtain the latest standard and any support documentation, contact VESA.

If you have a product which incorporates P&D, you should ask the company that manufactured your product for assistance. If you are a manufacturer, VESA can assist you with any clarification you may require. All comments or error reports should be submitted in writing to VESA using one of following methods:

- Fax          +1 - 408 - 435 - 8225, direct this note to Technical support at VESA

- e-mail       support@vesa.org

- Mail to      Technical Support
               Video Electronics Standards Association,
               2150 North First Street, Suite 440,
               San Jose, CA 95131-2029

ACQIS_MSFT_0034219

## Acknowledgments

The many active participants on the VESA Plug and Display Committee all contributed to this standard through their experience and enthusiasm either in the initial stage or by participation in the committee meetings. Thanks to the following individuals and companies in particular:

| Name | Company |
|------|---------|
| M Blashe | Toshiba |
| B Burge | Chips and Technologies |
| D Chambers | JAE |
| M Gardner | Molex |
| C Grant | Madison Cable |
| R Heidick | 3M |
| H Hernandez | 3M |
| G Hewlett | Texas Instruments |
| J Hosek | NEC Technologies |
| S Kerigan | IBM UK |
| L Kopp | AMP |
| K Kwiat | Hirose Electric |
| G Manchester | Molex |
| M Marantic | Hitachi |
| I Miller | IBM UK |
| J Miseli | Sun Microsystems |
| B Myers | Hewlett Packard |
| E Myers | AMP |
| J Roberts | NIST |
| E Rodriguez-Crespo | Mitsubishi |
| B Russell | Canon |
| J Scheussler | National Semiconductor |
| S Slinker | Silicon Image |
| O Tomita | Toshiba |
| W Uenishi | Hosiden |
| H van der Ven | Panasonic |
| N Vidovich | Hitachi |
| R Visser | Philips MM Centre |

ACQIS_MSFT_0034220

## Terms and Abbreviations

| Term / Abbreviation | Description |
|---|---|
| ASIC | Application Specific Integrated Circuit |
| CRT | Cathode Ray Tube |
| DDC | (VESA) Display Data Channel |
| DDC1 | The simplest mode defined in the VESA DDC standard |
| DDC2 | The general term used to refer to any of the DDC2 modes (DDC2B, DDC2B+ and DDC2AB) defined in the VESA DDC standard |
| DDC2B | Simplest of the DDC2 modes defined in VESA DDC standard |
| DDC2B+ | Adds bi-directional communications to DDC2B |
| DDC2AB | An ACCESS.bus mode defined in VESA DDC standard |
| DPMS | (VESA) Display Power Management Standard |
| DSTN-LCD | Dual Scan Super Twisted Nematic LCD |
| EDID | (VESA) Extended Display Identification Data |
| EMI | Electromagnetic Interference |
| EVC | (VESA) Enhanced Video Connector |
| TFT-LCD | Thin Film Transistor LCD |
| FPD | Flat Panel Display |
| FPDI | (VESA) Flat Panel display Interface |
| HDTV | High Definition Television |
| IEEE 1394 | Standard for High Performance Serial Bus |
| IC | Integrated Circuit |
| $I^2C^{TM}$ | Trademark of Philips used to refer to the Inter IC or $I^2C$ - Bus |
| LCD | Liquid Crystal Display |
| LVDS | Low Voltage Differential Signaling[1] |
| Logical Layer | Used to indicate a section of code |
| MCS | (VESA) Monitor Command Set |
| Microcross™ | Trademark of Molex Inc. for the quasi-coaxial section of the P&D connector system. |
| P&D™ | Trademark of VESA for the Plug and Display standard |
| PanelLink™ Technology | Trademark of Silicon Image for their LVDS technology |
| PLL | Phase Lock Loop |
| Physical Layer | Used to indicate a physical layer, either electrical or mechanical |
| RFI | Radio Frequency Interference |
| RGB2S | Red, Green & Blue Video, Hz. and Vt. Syncs. |
| Rxn | TMDS Receiver number 'n' |
| TMDS™ [2] | Trademark of Silicon Image used to refer to their PanelLink Technology[2] |
| TTL | Transistor, Transistor Logic |
| Txn | TMDS Transmitter number 'n' |
| USB | Universal Serial Bus |
| VESA | Video Electronics Standards Association |

[1] The term LVDS is used in this document as a generic term and does not imply any particular LVDS technology.

[2] The term TMDS will generally be used in this document to denote PanelLink™ or compatible technologies.

ACQIS_MSFT_0034221

## Referenced Standards and Documents

Several Standards (listed in following table) are referenced by the P&D standard and compliance with the
VESA P&D standard requires compliance with these standards.

| Standard Name | Version / Reference | Date |
|---|---|---|
| ANSI/EIA-364--1994, Electrical Connector /Socket Test Procedures Including Environmental Classifications | C | Nov. '94 |
| ACCESS.bus Specification | 3.0 | Sep. '95 |
| ASME Y14.5M-1994 | | Jan. '95 |
| EIA-170, Electrical Performance Standards - Monochrome Television Studio Facilities - (formerly RS-170) | | Nov. '57 |
| EIA-343-A, Electrical Performance Standard for High Resolution Monochrome Closed Circuit Television Camera | | Sep. '69 |
| IEC 801-1, Electromagnetic compatibility for industrial-process measurement and control equipment. Part 1 - General introduction | 1984-11 | |
| IEEE-1394-1995 | 1994 | Dec. '95 |
| Universal Serial Bus Specification | 1.0 | Jan. '96 |
| Universal Serial Bus Monitor Control Class Definition | 0.9g | Nov. '96 |
| VESA Display Data Channel Standard | 2.01 | Apr. '96 |
| VESA Display Power Management Signaling Standard | 1.0 | Aug. '93 |
| VESA Enhanced Video Connector Physical Connector Standard | 1.0 | Feb. '96 |
| VESA Enhanced Video Connector Standard | 1.0 | Nov. '95 |
| VESA Enhanced Video Connector Standard : Proposed Revision | 1.2p | Mar. '97 |
| VESA Extended Display Identification Data Standard | 2.0 | Apr. '96 |
| VESA Flat Panel Display Interface 2 Standard Proposal | 0.8 | Jan. '97 |
| VESA Monitor Command Set Proposal | 0.2p | Feb. '97 |
| VESA Plug and Display Architecture Document [1] | 0.1p | Aug. '96 |

[1] Access to the VESA Plug and Display Architecture Document is restricted to VESA member companies.

ACQIS_MSFT_0034222

## Index

| | |
|---|---|
| 1. Introduction | 13 |
| 1.1 P&D Overview | 13 |
| 1.2 P&D Interface | 14 |
| 1.2.1 Interface Elements | 14 |
| 1.2.2 Digital Interface: Capabilities | 14 |
| 1.2.3 Analogue Interface: Capabilities | 14 |
| 1.3 Compatibility with Other VESA Standards | 14 |
| 1.3.1 Compatibility with VESA DDC Standard (see Section 2.1) | 14 |
| 1.3.2 Compatibility with VESA EDID Standard (see Section 2.1) | 15 |
| 1.3.3 Compatibility with VESA EVC Standard | 15 |
| 1.3.4 Compatibility with VESA DPMS Standard | 16 |
| 1.3.5 Compatibility with VESA FPDI-2 Standard | 16 |
| 1.4 Compatibility with Monitors Using Other Connectors | 17 |
| 1.4.1 Compatibility with Monitors Using 15-pin D-sub Connector | 17 |
| 1.4.2 Compatibility with Monitors Using 13W3 Connector | 17 |
| 1.4.3 Compatibility with Monitors Using BNC Connectors | 17 |
| 1.5 Incompatible Display and System Interfaces | 17 |
| 2. Plug and Display Architectural Overview | 18 |
| 2.1 Plug and Display System Overview | 18 |
| 2.2 P&D Architecture | 18 |
| 2.2.1 Logical Layer Concepts | 18 |
| 2.2.2 Physical Layer Concepts | 19 |
| 2.2.3 Explanation of Remaining Elements of P&D Architecture Overview Drawing | 20 |
| 2.3 P&D-A/D Connector Overview | 21 |
| 3. Detection of Display Disconnect | 22 |
| 3.1 Detection Mechanism - Host | 22 |
| 3.2 Detection Mechanism - Display | 22 |
| 3.3 Power Up/Down and Hot Plugging : Flowchart | 23 |
| 4. Electrical Layer Specification: Part 1 | 24 |
| 4.1 Introduction | 24 |
| 4.2 DDC2 Sublayer, Type A | 24 |
| 4.2.1 List of Signals | 24 |
| 4.2.2 Signal Specification and Timing | 24 |
| 4.2.3 Extended Display identification Data (EDID) | 24 |
| 4.3 IEEE 1394-1995 Sublayer, Type D1 | 24 |
| 4.4 USB Sublayer, Type D2 | 24 |
| 4.5 Analogue Sublayer, Type E1 | 25 |
| 4.5.1 Analogue Interface | 25 |
| 4.5.2 Analogue Video Signals | 26 |
| 4.5.3 Synchronisation Signals - VESA Video Signal Standard | 27 |
| 4.5.4 Pixel Clock | 27 |
| 4.6 Charging Power | 29 |

4.6.1 Hot Plugging _____ 29

**4.7 Stereo Syncronisation** _____ 30

***5. Electrical Layer Specification: Digital (TMDS) Video Transmission Overview*** _____ *31*

**5.1 Transition Minimised Differential Signaling Interface Overview** _____ 31
5.1.1 Introduction _____ 31
5.1.2 Logical Architecture _____ 31
5.1.3 Summary _____ 34
5.1.4 TMDS Transmitter _____ 35
5.1.5 TMDS Receiver Summary _____ 37
5.1.6 Relationship Between Controller's Output Data and Input Data Clock _____ 38

**5.2 TMDS Transition-Controlled Digital Encoding and Signal Transmission** _____ 40

**5.3 System Debug on Differential Data Pairs** _____ 43

**5.4 Implementation** _____ 44
5.4.1 Amplitude Modulated Signal mapping (e.g. TFT) _____ 44
5.4.2 Temporal Modulated Signal Mapping (e.g. DSTN) - 16bpp _____ 45
5.4.3 Temporal-Modulated Signal Mapping (e.g. DSTN) - 24bpp _____ 46

**5.5 Physical Layer** _____ 47
5.5.1 Signal Bandwidth Characteristics _____ 47

***6. Electrical Layer Specification: TMDS Transmission Specification*** _____ *48*

**6.1 Electrical Characteristics** _____ 48

**6.2 DC Electrical Specifications** _____ 49
6.2.1 Differential Transmitter DC Specifications _____ 49
6.2.2 Differential Receiver DC Specifications _____ 49

**6.3 Driver Output Levels** _____ 51

**6.4 Signal Integrity** _____ 53
6.4.1 Jitter and Skew of Clock and Differential Data Pairs _____ 53

**6.5 Eye Diagram Template** _____ 54

**6.6 AC Specifications** _____ 56
6.6.1 Timing Diagrams _____ 57

**6.7 Error Specification for Display Interface** _____ 60

**6.8 Guidance for Display Controller Implementation** _____ 60

***7. Mechanical Physical Layer: Connector*** _____ *61*

**7.1 Introduction** _____ 61
7.1.1 P&D-A/D Connector _____ 61
7.1.2 P&D-D Connector _____ 61

**7.2 Receptacle Connector** _____ 62

**7.3 Positive Retention of Plug and Receptacle** _____ 64

**7.4 Contact Finish On Plug And Receptacle Contacts** _____ 64

**7.5 Shell Finish On Plugs And Receptacles** _____ 64

**7.6 Connector Durability** _____ 65

**7.7 Plug Connector** _____ 65
7.7.1 Plug Connector Termination _____ 65

ACQIS_MSFT_0034224

**7.8 Pinouts**_____ _____ 66
   7.8.1 Contact Sequencing_____ 66
   7.8.2 P&D-A/D Signal Pin Assignments - Main Pin Field _____ 67
   7.8.3 Signal Pin Assignments - MicroCross™ Section_____ 67
   7.8.4 P&D-D Signal Pin Assignments - Pin Field _____ 68

**7.9 Connector Performance Characteristics** _____ _____ 68
   7.9.1 Environmental_____ 68
   7.9.2 Electrical _____ 69
   7.9.3 Mechanical _____ 70

**7.10 Connector Performance Test Criteria** _____ _____ 71
   7.10.1 Connector Performance Test Groups_____ 72

*8. Physical Layer: Cable Assembly Specifications*_____ 82

**8.1 TMDS Video Sublayer, Type AT/AT'** _____ _____ 82

**8.2 Analogue Video Sublayer (Coax), Type A** _____ _____ 83

**8.3 Conductors for Vertical, Horizontal, Stereo Sync., Sync. Return and DDC, Type C** _____ 83

**8.4 Conductors for Charge Power and +5VDC, Type D** _____ 83

**8.5 USB Sublayer, Type USB** _____ _____ 83

**8.6 IEEE 1394-1995 Sublayer, Type 1394** _____ _____ 83

**8.7 Cable Type Usage : P&D-A/D** _____ _____ 84

**8.8 Cable Type Usage : P&D-D** _____ _____ 85

*9. Compliance with Plug and Display Standard* _____ 86

**9.1 A P&D-A/D Compliant Host System / Graphic Card / etc.** _____ 86

**9.2 A P&D-D Compliant Host System / Graphic Card / etc.** _____ 86

**9.3 A P&D Compliant Display** _____ _____ 86

**9.4 P&D Symbol** _____ _____ 87
   9.4.1 Upper Left Quadrant _____ 87
   9.4.2 Upper Right Quadrant_____ 87
   9.4.3 Lower Left Quadrant_____ 87
   9.4.4 Lower Right Quadrant_____ 87
   9.4.5 Example _____ 87
   9.4.6 Additional Information _____ 87

*10. Appendix A: Digital Monitor Cable Assembly* _____ 89

**10.1 Introduction** _____ _____ 89

**10.2 P&D-D ⇔ P&D-D Plug Connectors** _____ _____ 90
   10.2.1 Pin Definitions _____ 90

**10.3 P&D-D ⇔ Microribbon Plug Connector** _____ 91
   10.3.1 Assembly Drawing _____ 91
   10.3.2 Pin Definitions, P&D-D ⇔ Microribbon _____ 92

*11. Appendix B: Software Considerations at Start-Up* _____ 94

**11.1 Power on Sequences** _____ _____ 94
   11.1.1 System Unit Powers on after Monitor Power On _____ 94
   11.1.2 System Unit Powers on and Monitor Not Powered On_____ 95

ACQIS_MSFT_0034225

11.1.3 System Unit IPL after Monitor Power On _____ 96

*12. Appendix C: Guidance on Implementation* _____ **97**

**12.1 P&D Family of Connectors** _____ **97**

**12.2 Plug - Receptacle Physical Compatibility Summary** _____ **97**

*13. Appendix D: Power-Up and Hot-Plugging of P&D Hosts and Monitors* _____ **98**

**13.1 Requirements of P&D Hosts** _____ **98**

**13.2 Requirements of P&D Monitors** _____ **98**

**13.3 Power-Up and Hot-Plugging Sequence of Events for P&D-A/D Host** _____ **99**
13.3.1 P&D-D Monitor Attached to P&D-A/D Host _____ 99
13.3.2 EVC Monitor Attached to P&D-A/D Host _____ 99
13.3.3 Non-P&D Monitor Attached to P&D-A/D Host _____ 100

**13.4 Power-Up and Hot-Plugging Sequence of Events for P&D-D Host** _____ **102**
13.4.1 P&D-D Monitor Attached to P&D-D Host _____ 102
13.4.2 Monitor with Analogue Interface Attached to P&D-D Host _____ 102

**13.5 Power-Up and Hot-Plugging Sequence of Events for P&D-D Monitor** _____ **104**

*14. Appendix E : Measurement Protocols* _____ **106**

**14.1 Bandwidth Measurements** _____ **106**
14.1.1 Scope and objective _____ 106
14.1.2 Test Equipment _____ 106
14.1.3 Test Specimen _____ 106
14.1.4 Test Fixture _____ 106
14.1.5 Test Method _____ 106

**14.2 Shell-to-Shell and Shell-to-Bulkhead Resistance** _____ **108**
14.2.1 Scope & Objectives _____ 108
14.2.2 Measurement Equipment _____ 108
14.2.3 Test Specimen _____ 108
14.2.4 Test Procedure _____ 108
14.2.5 Shell to Shell Resistance _____ 108
14.2.6 Receptacle to Bulkhead Resistance _____ 108
14.2.7 Details to be Specified _____ 108
14.2.8 Test Documentation _____ 109

ACQIS_MSFT_0034226

## Index of Tables

TABLE 1-1 : P&D INTERFACE FEATURES                                                                    14
TABLE 1-2 : P&D DIGITAL INTERFACE CAPABILITIES                                                        14
TABLE 1-3 : EVC VIDEO CAPABILITY                                                                      16
TABLE 4-1 : ELECTRIC SUBLAYERS                                                                        24
TABLE 4-2 : DDC2 SUBLAYER SIGNALS                                                                     24
TABLE 5-1 : THEORETICAL LOW VOLTAGE SINGLE ENDED DIFFERENTIAL SWING LEVEL
    RELATIVE TO $R_{EXT\ SWING}$                                                  32
TABLE 5-2 :  ADDRESSABILITY TABLE                                                                     34
TABLE 5-3 : ENCODER MAPPING FOR A SINGLE DIFFERENTIAL DATA PAIR                                       36
TABLE 5-4 : SIGNAL NAME DESCRIPTIONS                                                                  39
TABLE 5-5 : ENCODED DATA COMPONENTS FOR TX0 DIFFERENTIAL DATA PAIR                                    40
TABLE 5-6 : ENCODED DATA COMPONENTS FOR TX1 DIFFERENTIAL DATA PAIR                                    41
TABLE 5-7 : ENCODED DATA COMPONENTS FOR TX2 DIFFERENTIAL DATA PAIR                                    41
TABLE 5-8 : SYSTEM DEBUG PATTERNS                                                                     43
TABLE 5-9 : AMPLITUDE MODULATED COLOUR MAPPING                                                        44
TABLE 5-10 : TEMPORAL MODULATION COLOUR MAPPING - 16BPP                                               45
TABLE 5-11 : TEMPORAL MAPPING, PIXEL LOCATION ON DISPLAY                                              45
TABLE 5-12 : TEMPORAL MODULATION COLOUR MAPPING - 24BPP                                               46
TABLE 5-13 : DISTRIBUTED TRANSMISSION PATH BANDWIDTH AND RISE-TIME                                    47
TABLE 6-1 : TRANSMITTER DC SPECIFICATIONS FOR 25 - 65MHZ                                              49
TABLE 6-2 : RECEIVER DC SPECIFICATIONS FOR 25 - 65MHZ                                                 49
TABLE 6-3 : DC SPECIFICATIONS                                                                         49
TABLE 6-4 : COMPONENT VALUES, CAPACITOR COUPLING                                                      52
TABLE 6-5 : SIGNAL INTEGRITY PARAMETERS                                                               53
TABLE 6-6 : EYE DIAGRAM MASK AT POINT S[1]                                                            54
TABLE 6-7:  EYE DIAGRAM MASK AT POINT R[1]                                                            55
TABLE 6-8 : AC SPECIFICATION (PART 1)                                                                 56
TABLE 6-9 : AC SPECIFICATION (PART 2)                                                                 57
TABLE 7-1 : P&D-A/D AND P&D-D SIGNALS                                                                 66
TABLE 7-2 : CONTACT SEQUENCING                                                                        66
TABLE 7-3 : P&D-A/D SIGNAL ASSIGNMENT - MAIN PIN FIELD                                                67
TABLE 7-4 : SIGNAL ASSIGNMENT - MICROCROSS™ SECTION                                                   67
TABLE 7-5 : SIGNAL ASSIGNMENT - MAIN PIN FIELD                                                        68
TABLE 7-6 : PERFORMANCE GROUP A                                                                       72
TABLE 7-7 : PERFORMANCE GROUP B                                                                       73
TABLE 7-8 : PERFORMANCE GROUP C                                                                       74
TABLE 7-9 : PERFORMANCE GROUP D                                                                       75
TABLE 7-10 : PERFORMANCE GROUP E                                                                      76
TABLE 7-11 : PERFORMANCE GROUP F                                                                      77
TABLE 7-12 : PERFORMANCE GROUP FP - GENERAL PURPOSE, SINGLE ENDED                                     78
TABLE 7-13 : PERFORMANCE GROUP FP - GENERAL PURPOSE, DIFFERENTIAL                                     79
TABLE 7-14 : PERFORMANCE GROUP FP - QUASI-COAXIAL LINES                                               80
TABLE 7-15 : PERFORMANCE GROUP G                                                                      81
TABLE 8-1 : PHYSICAL SUBLAYER DESIGNATIONS                                                            82
TABLE 8-2 : TMDS VIDEO SUBLAYER ATTRIBUTES (PART 1)                                                   82
TABLE 8-3 : TMDS VIDEO SUBLAYER ATTRIBUTES (PART 2)                                                   82
TABLE 8-4 : ANALOGUE VIDEO SUBLAYER ATTRIBUTES # 1                                                    83
TABLE 8-5 : ANALOGUE VIDEO SUBLAYER ATTRIBUTES # 2                                                    83
TABLE 8-6 : CABLE TYPE USAGE - P&D-A/D                                                                84
TABLE 8-7 : CABLE TYPE USAGE - P&D-D                                                                  85

ACQIS_MSFT_0034227

## Index of Figures

| | |
|---|---:|
| FIGURE 2-1 : P&D-A/D CONNECTOR OVERVIEW | 21 |
| FIGURE 3-1 : POWER UP/DOWN AND HOT PLUGGING FLOWCHART | 23 |
| TABLE 4-1 : ANALOGUE SUBLAYER SIGNALS | 25 |
| TABLE 4-2 : VIDEO SIGNAL AMPLITUDE AND POLARITY | 26 |
| TABLE 4-3 : SYNCHRONISATION SIGNAL SPECIFICATION | 27 |
| FIGURE 4-4 : STEREO SYNC. | 28 |
| FIGURE 5-1 : SIMPLIFIED BLOCK DIAGRAM OF A TMDS INTERFACE WITH CLOCK + RGB | 31 |
| FIGURE 5-2 : TRANSITION MINIMISED DIFFERENTIAL VOLTAGE SWING ADJUST | 33 |
| FIGURE 5-3 : SINGLE ENDED TRANSITION MINIMISED DIFFERENTIAL SIGNAL ADJUSTMENT | 33 |
| FIGURE 5-4 : SYSTEM ENVIRONMENT BLOCK DIAGRAM EXAMPLE | 34 |
| FIGURE 5-5 : TMDS TRANSMITTER IC FUNCTIONAL BLOCK DIAGRAM | 35 |
| FIGURE 5-6 : TYPICAL CMOS CIRCUITS FOR TMDS DRIVER | 36 |
| FIGURE 5-7 : HORIZONTAL INPUT TIMING AT TYPE B INTERFACE | 38 |
| FIGURE 5-8 : VERTICAL INPUT TIMING AT TYPE B INTERFACE | 38 |
| FIGURE 5-9 : INPUT DATA TIMING WITH RESPECT TO IDCK AT TYPE B INTERFACE | 38 |
| FIGURE 5-10 : CONTROL SIGNAL TIMING WITH RESPECT TO IDCK AT TYPE B INTERFACE | 38 |
| FIGURE 5-11 : CONTROL SIGNALS WITH RESPECT TO DE TIMING | 39 |
| FIGURE 5-12 : TMDS INTERFACE TRANSITION MINIMISATION TIMING DIAGRAM | 40 |
| FIGURE 5-13 : ENCODED TIMING DIAGRAM FOR ALL DIFFERENTIAL DATA PAIRS | 41 |
| FIGURE 5-14 : HSYNC., VSYNC., AND CTL[3:1] SAMPLING RELATIVE TO CLOCK EDGE | 42 |
| FIGURE 6-1 : DIFFERENTIAL MODE IMPEDANCE | 48 |
| FIGURE 6-2 : SIGNAL LEVELS ON TRANSMISSION MEDIA | 48 |
| FIGURE 6-3 : TEST CIRCUIT FOR MEASURING $I_{OH}$ AND $I_{OL}$ | 50 |
| FIGURE 6-4 : DRIVER AND RECEIVER CIRCUIT MODEL FOR ONE DIFFERENTIAL DATA PAIR | 51 |
| FIGURE 6-5 : CAPACITOR COUPLED TMDS SYSTEM | 52 |
| FIGURE 6-6 : TIMING DIAGRAM FOR JITTER AND SKEW SPECIFICATION | 53 |
| FIGURE 6-7: TMDS CONNECTION | 54 |
| FIGURE 6-8: EYE DIAGRAM MASK AT POINT S | 54 |
| FIGURE 6-9: EYE DIAGRAM MASK AT POINT R | 55 |
| FIGURE 6-10 : TRANSMITTER SMALL SIGNAL TRANSITION TIMES | 57 |
| FIGURE 6-11 : RECEIVER DIGITAL OUTPUT TRANSITION TIMES | 57 |
| FIGURE 6-12 : TRANSMITTER / RECEIVER CLOCK CYCLE HIGH / LOW TIMES | 58 |
| FIGURE 6-13 : DIFFERENTIAL DATA PAIR TO DIFFERENTIAL DATA PAIR SKEW TIMING | 58 |
| FIGURE 6-14 : DE, VSYNC., HSYNC., AND CLT[3:1] SETUP / HOLD TIMES TO IDCK OF TRANSMITTER | 58 |
| FIGURE 6-15 : VSYNC., HSYNC., AND CLT[3:1] DELAY TIMES FROM DE OF TRANSMITTER | 58 |
| FIGURE 6-16 : DE HIGH / LOW TIMES OF TRANSMITTER | 58 |
| FIGURE 6-17 : PLL_SYNC TIMING OF TRANSMITTER WITH SYNC_CONT = 1 | 59 |
| FIGURE 6-18 : PLL_SYNC TIMING OF TRANSMITTER WITH SYNC_CONT = 0 | 59 |
| FIGURE 6-19 : OUTPUT SIGNALS DISABLED / ENABLED TIMING FROM PD ACTIVE / INACTIVE FROM TRANSMITTER | 59 |
| FIGURE 6-20 : DIFFERENTIAL CLOCK DELAY FROM IDCK | 59 |
| FIGURE 6-21 : LINE ERROR RATE | 60 |
| FIGURE 6-22 : FULL FRAME ERROR RATE | 60 |
| FIGURE 7-1 : P&D-A/D RECEPTACLE CONNECTOR - BASIC MATING INTERFACE DIMENSIONS | 62 |
| FIGURE 7-2 : P&D-D RECEPTACLE CONNECTOR - BASIC MATING INTERFACE DIMENSIONS | 62 |
| FIGURE 7-3 : P&D-A/D REFERENCE HOLE PATTERN (RECEPTACLE) | 63 |
| FIGURE 7-4 : P&D-D REFERENCE HOLE PATTERN (RECEPTACLE) | 63 |
| FIGURE 7-5 : RECOMMENDED PANEL CUT-OUT | 64 |
| FIGURE 7-6 : P&D-D PLUG CONNECTOR - BASIC MATING INTERFACE DIMENSIONS | 65 |
| FIGURE 9-1 : P&D SYMBOL | 87 |
| FIGURE 9-2 : P&D SYMBOL EXAMPLE | 87 |
| FIGURE 10-1 : PIN DEFINITIONS, P&D-D ⇔ P&D-D | 90 |
| FIGURE 10-2 : CABLE ASSEMBLY DRAWING, P&D-D ⇔ MICRORIBBON | 91 |

ACQIS_MSFT_0034228

FIGURE 10-3 : PIN DEFINITIONS, P&D-D ⇔ MICRORIBBON                                      92
FIGURE 12-1 : P&D CONNECTOR FAMILY                                                       97
FIGURE 12-2 : PLUG RECEPTACLE PHYSICAL COMPATIBILITY                                     97
FIGURE 13-1 : POWER-UP AND HOT PLUGGING FLOWCHART FOR P&D-A/D HOST                      101
FIGURE 13-2 : POWER-UP AND HOT-PLUGGING FLOWCHART FOR P&D-D (TMDS) HOST                 103
FIGURE 13-3 : POWER-UP AND HOT-PLUGGING FLOWCHART FOR P&D-D (TMDS) MONITOR              105
FIGURE 14-1 : BANDWIDTH MEASUREMENT SET-UP                                              107

ACQIS_MSFT_0034229

# 1. Introduction

## 1.1 P&D Overview

The purpose of this standard is to provide a digital interface and, optionally, an analogue interface for video data allowing a wide range of display devices to be attached to a single video port on the host system which may be a personal computer (PC), workstation or other device. This standard only defines the interface at the connector on the host system and provides additional recommendations regarding system implementation.

Monitors using a digital video interface generally have a fixed pixel format, typified by, but not restricted to, a Liquid Crystal Display (LCD) monitor. The objective is to retain data in a digital format thus eliminating the analogue conversion losses that cause screen artifacts. Retaining data in a digital format additionally provides opportunities for reducing system cost and simplifying the display setup.

The digital interface defined in this standard is referred to as Transition Minimised Differential Signaling (TMDS).

Analogue interface monitors are typified by, but not restricted to, CRT (cathode ray tube) based displays.

Prior to the P&D standard, the attachment of digital interface displays to PC's or workstations has required either:

- Conversion of the analogue interface to digital at the display with cost and image quality problems
- Provision of a separate graphics card with a digital interface with cost, space (slot for card), and the issues of a proprietary interface needing to be handled

Key features and benefits of the VESA P&D interface are:

- Single connector for any display device.
- Industry standard, interoperability from multiple suppliers.
- High quality display output.
- Scaleable cost and performance.
- Interoperable solution for analogue and digital monitors.
- Independent software and hardware layers.
- Operating System independent.
- Plug and Play enabled.
- Capable of using existing technology.
- Capable of working over several metres of cable.
- No DC component on interface.
- Low electromagnetic emission.
- Reduced pin count relative to parallel interface (typically 7:1 ratio).

The host receptacle interface defined in this standard is referred to as the P&D-A/D (Plug and Display - Analogue / Digital) in Section 12 which explains the relationships between this and other receptacles in the same family together with the expected monitor plugs.
The P&D-D receptacle shown in Section 12 is a logical extension of this standard for host applications not requiring an analogue option.

ACQIS_MSFT_0034230

## *1.2 P&D Interface*

The term 'logical layer' is used in this section to indicate a section of code.

### 1.2.1 Interface Elements

| Feature | Comment |
|---|---|
| Digital Interface | Mandatory |
| Analogue Interface[1] | Optional |
| DDC2 | Mandatory |
| USB | Optional |
| IEEE 1394-1995 | Optional |
| Initialisation Logical Layer | Mandatory |
| Command Logical Layer | Optional |
| Adapter Logical Layer | Mandatory |

**Table 1-1 : P&D Interface Features**

[1] The analogue interface may be either:

- Red, green and blue video with Vsync. and Hsync., or
- Red, green and blue video with composite sync.

### 1.2.2 Digital Interface: Capabilities

See Section 6 for details of performance ranges, table 1.2 shows the maximum performance capability and the minimum set of features present.

| Maximum clock rate | 112 MHz | 160 MHz (target) |
|---|---|---|
| Maximum addressibility | 1280 x 1024 | 1600 x 1280 |
| Maximum refresh rate | 60 Hz | 60 Hz |
| Maximum colour capability | 24 bpp | 24 bpp |
| DDC2 | Yes | Yes |
| Initialisation layer | Yes | Yes |
| Adapter logical layer | Yes | Yes |

**Table 1-2 : P&D Digital Interface Capabilities**

Note: The above data rates can be achieved with a 10m cable also but it may not be possible to support either the USB or IEEE-1394 options at >5m, (see their specification documents for details).

### 1.2.3 Analogue Interface: Capabilities

Ability to support a minimum of 150MHz pixel clock.

## *1.3 Compatibility with Other VESA Standards*

### 1.3.1 Compatibility with VESA DDC Standard (see Section 2.1)

The VESA P&D standard utilises the VESA DDC Interface to allow configuration data to be sent from the display to graphics subsystem.

The DDC1 protocol is not supported in P&D, but P&D is fully compatible with the DDC2 protocols.

ACQIS_MSFT_0034231

### 1.3.2 Compatibility with VESA EDID Standard (see Section 2.1)

The VESA P&D standard utilises a configuration data structure defined in VESA Extended Display Identification Data Standard Version 3.

The VESA EDID standard should be read for details of the revised data structure required for the P&D standard.

### 1.3.3 Compatibility with VESA EVC Standard

The VESA EVC standard provides a high bandwidth analogue video interface, optional serial interfaces, and provision for analogue audio in/out and video in signals.

The VESA P&D standard provides a digital video interface and optional serial interfaces together with the same high bandwidth analogue video interface as EVC.

The VESA EVC and P&D standards share a common connector contact layout but with a different shell giving protection against mis-plugging of monitor and host. See Appendix C, Section 12 for details of plugging options.

Signals that are common to both standards include:

- Analogue video (Red, Green and Blue)
- Horizontal sync.
- Vertical sync.
- DDC bus
- USB bus
- IEEE 1394 bus
- Pixel clock
- Stereo sync.
- Charging power

All of these signals are carried on the same pins in both standards except for the charging power signals, 'Charge power +' and 'Charge power return'. Changes to the EVC standard to match the P&D standard are contained in the EVC Proposed Revision document prepared by the VESA monitor committee.

#### *1.3.3.1 Charging Power*

In EVC standard Version 1, charge power is defined as a floating supply. Changing to a ground referenced supply is under review by the VESA Monitor committee.

The VESA P&D standard does not support the analogue audio in and out and video in signals permitted in the EVC standard since these pins have been re-allocated to the digital interface signals.

ACQIS_MSFT_0034232

### *1.3.3.2 Video Compatibility*

The following table addresses video compatibility (see Appendix C, Section 12 for additional details):

| System Unit | Monitor | Video Result | Comment on Video Compatibility |
|---|---|---|---|
| EVC | EVC | OK | |
| EVC | P&D-D | Impossible | Incompatible Plug & Receptacle |
| P&D-A/D | EVC | OK | |
| P&D-A/D | P&D-D | OK | |
| P&D-D | EVC | Impossible | Incompatible Plug & Receptacle |
| P&D-D | P&D-D | OK | |

**Table 1-3 : EVC Video Capability**

### 1.3.4 Compatibility with VESA DPMS Standard

The VESA DPMS standard uses the absence of one or both of the horizontal and vertical synchronisation signals to indicate that the display should enter a power saving mode.

If using the analogue interface within the VESA P&D connector, then Hsync. and Vsync. should be used as usual to implement the DPMS standard.

If using the TMDS interface, then the Hsync. and Vsync. (or their equivalents for flat panel displays) signals are coded and multiplexed for transmission but demultiplexed and decoded by the TMDS receiver. They are then available to implement the DPMS standard.

If transmitting the video data over one of the serial bus options, separate provision must be made, if required, to signal power saving modes via a monitor control function. The VESA Monitor Command Set standard defines command codes to implement power saving functions.

### 1.3.5 Compatibility with VESA FPDI-2 Standard

The VESA Flat Panel Display Interface-2 (FPDI-2) Standard addresses the connection of integrated flat panel display technologies in products such as notebook PCs.

The P&D and FPDI-2 Standards use the same physical transport layer technology (PanelLink™ Technology[1]) with different connectors and cables.

The TMDS Technology has an adjustable output voltage. The maximum cable length in FPDI-2 is 500mm and the maximum cable length in P&D is 10m. For the same differential voltage swing at the receiver, a lower output voltage is required for FPDI-2 resulting in a reduced power requirement.

Note:
[1] In most cases this standard will use TMDS, Transition Minimised Differential Signaling, to indicate PanelLink™ or compatible technology.

ACQIS_MSFT_0034233

## *1.4  Compatibility with Monitors Using Other Connectors*

### 1.4.1  Compatibility with Monitors Using 15-pin D-sub Connector

These monitors will almost certainly be using an analogue interface. An adapter cable or connector can be provided which would allow attachment to the analogue section of the VESA P&D interface for virtually all monitors which have DDC capability.

Monitors without DDC capability cannot be connected to the P&D interface.

### 1.4.2  Compatibility with Monitors Using 13W3 Connector

These monitors will almost certainly be using an analogue interface. Many 13W3 implementations do not include DDC and hence they cannot be compliant with the VESA P&D interface.

Those 13W3 connections that do include DDC permit an adapter cable or connector to be provided which would allow attachment to the analogue section of the VESA P&D interface.

### 1.4.3  Compatibility with Monitors Using BNC Connectors

These monitors will almost certainly be using an analogue interface. Most BNC implementations do not include DDC and hence they cannot be compliant with the VESA P&D interface.

Those BNC connections that do include DDC permit an adapter cable or connector to be provided which would allow attachment to the analogue section of the VESA P&D interface.

## *1.5  Incompatible Display and System Interfaces*

The display shall give a visible and / or audible warning if there is basic incompatibility between the display requirements and the host system capabilities.

This function shall be triggered by detecting that the display interface is connected by monitoring the presence of the DDC +5VDC, if no displayable video is received within 60s of detecting the +5VDC then the display shall indicate incompatibility.

ACQIS_MSFT_0034234

# 2. Plug and Display Architectural Overview

The P&D architecture is designed as an integrated graphics subsystem with a layered system design concept. The two main layers are logical (software) and physical (electrical and connector).

## 2.1 Plug and Display System Overview

The Plug and Display Standard is consistent with the VESA Plug and Display Architecture concepts. This architecture is designed to maximise interconnectability whilst allowing many degrees of freedom in choice of the particular interface(s) supported by a particular implementation.

There are two major layers:

- **Logical Layer**
    - The Logical layer is a software layer with multiple sublayers, the Initialisation layer, the Command layer and the Adapter layer. A logical sublayer can communicate with more than one physical sublayer (Interface).
    - The logical layer structure permits independence from a specific operating system and hardware implementation.
    - The following logical layers are mandatory, the Initialisation layer and the Adapter layer.

- **Physical Layer**
    - Within the physical layer optional communications sublayers ( or interfaces ) may be selected. More than one communications channel is permitted within the Physical Layer.
    - Three sublayers are mandatory:
        - The DDC2 interface to provide configuration data.
        - The TMDS interface for digital video data.
        - The analogue interface for video data

    Other sublayers are optional and may provide such features as control of the display device, attachment of additional devices, etc.

The P&D interface is designed for point to point uni-directional video high speed data communication between a host (e.g. a PC or Workstation) and a Monitor but is also able to support bi-directional multi-port medium speed command, control and data transfer connectivity . The Monitor may be comprised not only of a display transducer but also a wide range of I/O. e.g. Digital Cameras, CD ROMs, Keyboards, Mice, Pointing Devices, Sound I/O.

## 2.2 P&D Architecture

Reference Section 2.3 for conceptual drawing.

### 2.2.1 Logical Layer Concepts

The Logical layer comprises of three sublayers:

- **Initialisation Layer**

    This layer is mandatory.

- **Command Layer**
    The command layer provides support for video transducer control and low speed I/O data streams.

- **Adapter Layer**
    The adapter layer provides transport mechanism of video data stream from the application and operating system to the display device.

ACQIS_MSFT_0034235

The **Initialisation Logical Layer** is a mandatory section of code which :

    a) Starts and Controls the DDC2 data from the display device to the host and places the DDC2 data into a buffer.

    b) Analyses the DDC2 data and configures the communications channel(s) in the system adapter(s) to match the channel resources in the monitor and the I/O attached to the monitor.

This layer of code may function prior to the operating system being loaded or during the loading of the operating system.

The **Command Logical Layer** is an optional layer of code that:

Controls the monitor in terms of  setting parameters (e.g. colour temperature ) , reading status and running diagnostics.

For those digital monitors which do not support the command layer, power management is controlled using the protocol specified by the VESA DPMS standard.

Either USB or IEEE-1394 may be used as the Command layer.

Low speed I/O devices (keyboard, pointing devices, etc.) may be attached via USB whether it is the Command layer or not.

High speed I/O devices (CDROM, hard disk drive, camera etc.) may be attached IEEE 1394 whether it is the Command layer or not.

The **Adapter Logical Layer** provides:

The interface for the unidirectional high speed video data bus or a high speed bi-directional channel(s) which allows video devices,(in-head display adapters, digital camera) and display adapter in the PC or Workstation.

This layer is mandatory

## 2.2.2  Physical Layer Concepts

The physical layer comprises two sublayers:

- **Electrical physical layers**
- **Mechanical physical layer**

### 2.2.2.1  Electrical Physical Layers

The electrical physical sublayers may be either the electrical interface at a physical connector or an electrical interface between two function units on a logic card or within a VLSI Module. The interface defined here is at the connector pins after the output transmitters.

A DDC2B (with +Vcc and GND supplied by the system unit) physical sublayer is mandatory to carry configuration data from the display to the host during host initialisation and operating system load.

Note: DDC2B is the minimum level of performance, an implementor may choose to use DDC2B+ or DDC2AB instead.

The TMDS and DDC2 electrical sublayers are mandatory, other electrical sublayers are optional.

### 2.2.2.2  Mechanical Physical Layer

This is the layer where the type and pin assignment configuration of the connector is defined. See Section 7 for specification.

Note: Specification of a particular cable type is outside the scope of this standard, however, Section 8 provides guidance on likely performance requirements.

ACQIS_MSFT_0034286

## 2.2.3 Explanation of Remaining Elements of P&D Architecture Overview Drawing

Reference: Section 2.3

- Graphics Engine

    This section covers the graphics chip, graphic accelerator, etc.

- Frame or Refresh Buffer

    A block of memory used to store and manipulate the displayed image(s).

- Optional Interconnection USB, IEEE 1394, etc.

    This represents the optional serial buses that may be used either to provide video data or to control of the display and / or provide attachment of other devices.

- $I^2C$ Hardware

    The hardware required to support a DDC2B (or DDC2B+ or DDC2AB) interface.

- Host Video Receptacle

    A representation of the physical receptacle on the host system.

- Display Video Cable Plug

    A representation of the physical plug on the host end of the video cable.

- Optional Frame or Refresh Buffer

    An optional frame or refresh buffer which may be required for some technologies or be an alternate design point.

- Display Device

    The actual display device.

ACQIS_MSFT_0034237

### *2.3 P&D-A/D Connector Overview*

**Figure 2-1 : P&D-A/D Connector Overview**

©Copyright 1997 Video Electronics Standards Association

# 3. Detection of Display Disconnect

The VESA Plug and Display Standard supports hot-plugging of the display device. The primary purpose is to protect the display device from possibly dangerous conditions created by receiving data at an inappropriate frequency and/or format. There are elements of the detection mechanism at the host and display ends.

Notes:

1. The flowchart in Section 3.3 and following text assume that monitor design incorporates DPMS.
2. DPMS is optional under P&D.

## 3.1 Detection Mechanism - Host

Reference the flowchart in section 3.3 which is intended for process illustration only.

Initially the host system shall provide the +5V DDC line and then check to see if an EDID can be read at address A2h. The host should retry this operation for up to 30s.

If no EDID is detected at A2h, then the host shall check for an EDID at A0h. If an EDID is present then the EDID contents should be decoded to provide supported mode information.

If no EDID is present then carry on to check for presence of a colour or monochrome monitor by checking for load on the R/G/B lines, if a monitor is present then assume it has minimum VGA capability.

If an EDID is detected at A2h, if a P&D monitor bit is set in EDID check that the charge power line has $\geq 2.0V$ from the monitor to indicate that the monitor is ready. **Note: The charge power line may be up to 20V.**

If the EDID requested use of the TMDS interface, then enable the TMDS transmitter.

Continue to monitor the Charge power line for $\geq 2.0V$, if the voltage drops then assume the monitor has been unplugged, immediately disable the TMDS transmitter (if it was enabled) and wait until the $\geq 2.0V$ signal is re-established indicating that a monitor, the same one or a different one, has been attached. The graphic sub-system should raise an interrupt to the operating system which should cause the operating system to initiate action to reread the EDID and take appropriate action based on the contents of the new EDID.

A status shall be set indicating what monitor capability has been detected (or assumed) and when the TMDS transmitter is enabled or disabled.

## 3.2 Detection Mechanism - Display

Reference the flowchart in Section 3.3 which is intended for process illustration only.

When power is applied initially the display should be in a quiescent state with no displayed image and the TMDS receiver (if present) disabled. The DDC +5V line from the system shall be monitored, if +5V is present then, assuming monitor power is enabled, output $\geq 2.4V$ on the Charge Power line if it is a P&D monitor. If a TMDS receiver is present then enable it, then check if the link is active and synchronised. Indicate 'link inactive' and, if necessary, 'link unsynchronised' status to user.

The DPMS circuit will then power up the monitor once the Hz. and Vt. sync. signals are detected.

Continue to monitor the +5V line, if the line drops for to <2.0V for $\geq 1s$ after being present for $\geq 60s$ then a hot plug condition exists. The display shall disable the TMDS receiver, if fitted, and indicate the status to the user by an appropriate technique e.g. flashing LED, on screen message, etc. After an appropriate period, the display should return to the initial quiescent state.

ACQIS_MSFT_0034239

### *3.3 Power Up/Down and Hot Plugging : Flowchart*

**Figure 3-1 : Power Up/Down and Hot Plugging Flowchart**

©Copyright 1997 Video Electronics Standards Association

# 4. Electrical Layer Specification: Part 1

The Electrical Layer Specification has been split into 3 sections. This section deals with all aspects except for the TMDS interface and Section 6 gives the detailed specification of the TMDS interface at the P&D connector. Section 5 is inserted to give an overview of the TMDS interface technology, it is not considered to be part of this standard.

## 4.1 Introduction

Each sublayer is identified by its function and also a designation of "Type x" where 'x' represents a variety of possible alphanumeric codes. These type codes are a cross-reference to the VESA P&D Architecture Document.

| Type Designation | Corresponding Sublayer |
|---|---|
| A | DDC2 |
| C1 | TMDS Interface[1] |
| D1 | IEEE 1394-1995 |
| D2 | USB |
| E1 | EDID Defined Analogue |

**Table 4-1 : Electric Sublayers**

[1] The TMDS Interface is considered in Sections 5 and 6.

## 4.2 DDC2 Sublayer, Type A

The DDC2 sublayer interface is a simple low cost serial interface for the initialisation of the P&D. DDC2B is the minimum level required to comply with this standard, DDC2B+ or DDC2AB may, optionally, be used for control of the monitor. This a mandatory electrical sublayer.

DDC2B is a point to point bi-directional channel between the display and the host system, the VESA Display Data Channel Standard contains the full definition.

### 4.2.1 List of Signals

| Signal Name | $I^2C$ Bus Name |
|---|---|
| DDC Data | SDL |
| DDC Clock | SCL |
| +5V DC | |
| DDC Return | |

**Table 4-2 : DDC2 Sublayer Signals**

### 4.2.2 Signal Specification and Timing

The VESA DDC Standard Version 2 contains definitions of signal specifications and timing.

### 4.2.3 Extended Display identification Data (EDID)

The VESA EDID Version 3 standard contains a specific data format for use with this P&D Standard.

## 4.3 IEEE 1394-1995 Sublayer, Type D1

See IEEE 1394-1995 ( High Speed Bus) Specification for details.

## 4.4 USB Sublayer, Type D2

See Universal Bus Specification for details.

ACQIS_MSFT_0034241

## *4.5  Analogue Sublayer, Type E1*

The analogue sublayer has a number of options ( e.g. signal amplitude and polarity ). The EDID transmitted by
the display will define the option(s) to be used.

### 4.5.1  Analogue Interface

As a method of supporting the current variable format analogue monitors, a RGB with line sync. and frame
sync. sublayer interface is supported.

### *4.5.1.1  List of Signals*

| Signal | Signal Level |
|---|---|
| Red Video Out | See Section 4.5.2 |
| Green Video Out | See Section 4.5.2 |
| Blue Video Out | See Section 4.5.2 |
| Pixel Clock Out (optional) | See Section 4.5.4 |
| Video Return | |
| Hz. Sync. Out | See Section 4.5.3 |
| Vt. Sync. Out | See Section 4.5.3 |
| Sync. Return | |
| Stereo Sync. | See Section 4.7 |

**Table 4-1 : Analogue Sublayer Signals**

### 4.5.2 Analogue Video Signals

The video signals provided by the P&D shall comply with the following requirements. Please note that this standard includes the new VESA video signal standard originally introduced in the VESA EVC standard which may be used if desired. Systems may continue to use the earlier signal standards while using the P&D, as long as support for the appropriate standard is identified by the display in the EDID information, and if the overall requirements for those signals under P&D are met.

#### 4.5.2.1 Signal Amplitude and Polarity

All video signals provided by systems using the P&D shall be interpreted such that increasingly positive voltages in excess of the defined black level correspond to increasing luminance in the displayed image. i.e. the P&D shall always provide "white-positive" video signals.

The signal amplitude standard expected by the display will be provided by that display via its EDID but must conform to one of the following standards:

|  | Type 1 "RS-170"[1] | Type 2 "RS-343"[1] | Type 3 "Euro" | Type 4 VESA |
|---|---|---|---|---|
| White (peak)[2] | + 1.000 V | + 0.714 V | + 0.700 V | + 0.700 VDC |
| Black[3] | + 0.075 V | + 0.054 V | + 0.000 V | + 0.000 VDC |
| Blank | Reference | Reference | Reference | + 0.000 VDC |
| Sync. tip[4] | - 0.400 V | - 0.286 V | - 0.300 V | None |

#### Table 4-2 : Video Signal Amplitude and Polarity

[1] - The terms "RS-170" and "RS-343" properly refer to two classes of former standards which were established by the Electronic Industries Association (EIA). As these terms have been commonly used within the computer display industry, they refer only to the signal level standards listed above. Refer to the EIA standards for full definition of these signals.

[2] - White is defined as the peak signal level, excluding overshoot, ringing, noise, and similar transients, which is transmitted during the active video time i.e. that period of the video signal exclusive of the blanking time.

[3] - Black is defined as the minimum signal level expected during the active video time. The RS-170 and RS-343 standards define a difference between "black" and "blank", known as the "setup". Setup may be considered optional under these standards, but the display should communicate (via the EDID) whether or not setup is expected.

[4] -The sync. tip level refers to the signal amplitude defined for the case of sync-on-video. In systems providing sync-on-video, this information should appear only on the Green video signal except in the case where the Red, Green and Blue signal outputs are being used to provide simultaneous monochrome outputs. Sync. information shall not be provided on any video signal output when separate sync. signals are in use. Sync-on-video may not be used when operating under the VESA video signal standard.

#### 4.5.2.2 Reference level

With the exception of the VESA video signal standard, the above listed standards are intended for AC-coupled video inputs and use the blank level as the signal reference. The VESA video signal standard is intended for DC-coupled systems, and the reference point under this standard is the signal common as established by the return for the video signals (pin C5 of P&D-A/D).

#### 4.5.2.3 System Impedance

Any analogue video output driver, display input, cabling, etc., used in a P&D-A/D based system shall be designed assuming a nominal impedance of 75Ω for the analogue video signal transmission system.

ACQIS_MSFT_0034243

### 4.5.3 Synchronisation Signals - VESA Video Signal Standard

Except as noted below, the following requirements shall apply to those systems employing the P&D-A/D and using the VESA video signal standard.

#### 4.5.3.1 Combining Synchronisation and Video (Luminance) Signals

Video systems using the VESA video signal standard shall not supply or use synchronisation pulses combined with the luminance signals defined above. i.e. there shall be no sync-on-green or equivalent.

Synchronisation signals shall always be supplied to the display by means of separate, dedicated signal lines.

#### 4.5.3.2 Sync Signals Under the VESA Video Standard

Horizontal sync. pulses shall at all times continue to be supplied during the vertical sync. pulse period. Under the VESA video signal standard, use of composite sync. on either separate sync. line is not permitted.

#### 4.5.3.3 Synchronisation Signal levels and Tolerances

It is expected that the synchronisation signals will be communicated using one or more standard logic family levels, and that strictly defining the expected signal levels for all cases is therefore beyond the scope of this standard. However, the following standards should be recognised for the specific cases of the TTL families.

| Logic Family | TTL (all families) |
|---|---|
| Logic "1" level | min. 2.4 V (driver), 2.0 V (receiver) |
| Logic "0" level | max. 0.5 V (driver), 0.8 V (receiver) |
| Rise / Fall time | < 10 ns (20 - 80%) |

**Table 4-3 : Synchronisation Signal Specification**

#### 4.5.3.4 Termination of Synchronisation Signal Lines; Loading

In the case of systems using the TTL logic levels as defined above, the standard termination presented on the synchronisation lines by the display device shall be a nominal 2 K$\Omega$ to +5 VDC.

### 4.5.4 Pixel Clock

The P&D receptacle provides for an optional Pixel Clock, intended for use by flat-panel based displays or similar systems which require a clock to sample the video output signals. This pixel clock is not required to be present on the P&D unless some level of flat-panel support via the analogue interface portion is intended, and may be enabled or disabled by the host depending on whether or not the display in question requests it via the display's EDID.

When provided the clock output shall meet the following requirements, as measured at the P&D output pin and using a standard ( 75$\Omega$ +/- 1% ) resistive termination connected as closely as possible to that point.

#### 4.5.4.1 Signal Amplitude and Offset

The clock signal amplitude shall be 0.7 Vp-p, +/- 0.1 V. The signal shall have 0.0V DC offset, meaning that the logical "0" portions of the signal shall be at 0.0V DC (as defined by the signal ground, pin C5), with the logical "1" state at a nominal + 0.7V from this reference.

#### 4.5.4.2 System Impedance

75$\Omega$ nominal.

#### 4.5.4.3 Active Edge

It shall be standard that the active edge of the pixel clock (the edge on which the video is expected to be sampled) shall be the rising edge i.e. the positive going transition.

### 4.5.4.4  Skew

The skew of the pixel clock shall be controlled such that the 50% point of the rising edge occurs at the midpoint (50%) of the pixel period within the green video signal +/- 90 degrees.

### 4.5.4.5  Rise / Fall Time

The rise time ( positive going transition ) of the pixel clock signal, as measured between the 10% and 90% points, shall not be greater than 20% of the pixel period of the fastest pixel clock supported in this mode of operation. There is no specific requirement on the clock fall time, other than it be sufficiently short so as to permit a low (logical "0") time (signal at or below 0.1 V) of not less than 35% of the clock period.

### 4.5.4.6  Overshoot / Undershoot, Ringing

The overshoot, undershoot, and ringing of the pixel clock signal shall be controlled so that no portion of the clock signal falls outside of the range +/- 0.15V of the nominal amplitude for the high or low state following the rising or falling transition, respectively.

The above requirements are summarised in the following diagram:



**Figure 4-4 : Stereo Sync.**

ACQIS_MSFT_0034245

## *4.6  Charging Power*

The charging power input is used by the host computer (typically a notebook or similar portable computer) as a source of charging power for its internal batteries (if fitted). **Support for this input is optional and a host with no need for charging power is not required to provide any connection or load on this line except for the hot plugging scheme requirements specified in Section 2**. Display devices intended for connection to a host may provide charging power on this pin as desired.

The following restrictions apply:

1. **Charging Voltage**
   $18 \rightarrow 20$ VDC.

2. **Current**
   Maximum of 1.5A in normal "full-on" state. The current available on this pin shall at all times be limited to not more than this value long term, and not more than 5A for not more than 2s. The device supplying the power must be designed so that no damage or safety hazard occurs under any load condition, including a short or ground applied for an indefinite period.

3. **Current Control, Default State, and Loss of Connection**
   The charging current shall at all times be under the control of the host device (the device being charged). The default (power up) state for the charging supply shall be the trickle charge state, as described below. The charging supply shall be switched to the "full on" state described above only upon detection of a host connection via sensing of the +5 VDC supply on pin # 8 (any time the voltage present on this line exceeds +2.0 VDC for a continuous period of not less than 10 µs), or under the command of the host device. The charging supply shall also be designed to return to the trickle charge state within 10ms of disconnection from the host, identified by loss of the +5 VDC supply (pin # 8) from the host (any time the voltage on this line is less than 0.8 VDC for a continuous period of not less than 10 µs).

4. **Trickle Charge Current Limit**
   In the "trickle charge" state, entered either under host control via a monitor command or upon disconnection from the host as described above, the charging current must not exceed 50mA under any load condition.

5. **Command Set**
   The commands used to control the various states of the charging power connection are defined in the VESA Monitor Command Set and may be carried by either:
   - The ACCESS.bus specification
   - The USB Video Class Device Specification

### 4.6.1  Hot Plugging

When used for hot plugging protection only, the voltage output on the charging power line must be ≥2.4V at a maximum of 50mA (under any conditions) as measured at the video cable plug.

ACQIS_MSFT_0034246

## *4.7 Stereo Syncronisation*

A signal for the syncronisation of stereoscopic displays may optionally be provided on the P&D pin # 24. This signal shall meet the level, termination, and loading requirements as listed in Section 4.5.3, and shall be subject to the following additional requirements:

If using the TMDS portion of the P&D interface then the stereo sync. signal, if required, shall be connected to the CLT3 input of the TMDS transmitter.

1. The stereo sync. signal shall be a nominal 50% duty cycle square wave at one-half the vertical sync. rate currently in use. The transitions of the stereo sync. signal shall take place within three horizontal line times of the start of the vertical blanking period, but in no case shall the stereo sync. transition occur prior to the start of vertical blanking.

2. Unless otherwise specified by the EDID, the sense of the stereo sync. signal shall be that the signal is high (logical "1" level) during that period corresponding to the left eye field, and low during the right eye field. An idle line in either state (the line may be considered idle if more than 3 vertical sync. pulses occur with no transition on the stereo sync. line) shall be interpreted as meaning that the stereoscopic display is no longer in use (the image being displayed is in the normal "flat" mode).

ACQIS_MSFT_0034247

# 5. Electrical Layer Specification: Digital (TMDS) Video Transmission Overview

Note: This section is an overview of the TMDS Interface and includes elements which are not part of the P&D standard.

## 5.1 *Transition Minimised Differential Signaling Interface Overview*

The VESA FPDI-2 and P&D Transition Minimised Differential Signaling (TMDS), interface standard is based on PanelLink™ Technology developed by Silicon Image, Inc. of Palo Alto, California. The TMDS interface takes parallel data from the host graphics controller and transmits it serially at high speed to the receiver.

The characteristics of this interface are:

- Uses 3 differential data pairs with timing and control data embedded in data transmission.
- Uses transition controlled binary DC balanced coding for reliable, low-power, and high-speed data transmission.
- Uses low-swing differential voltage.

### 5.1.1 Introduction

As the data rate from a variety of multimedia sources is increasing at the desktop computing systems interface, a safe and reliable transmission of data at high-speed essential. Video data transmission between computer systems and flat-panel displays (e.g. liquid crystal displays) requires higher speed interconnects for increasing video data. Existing digital interconnect systems for such applications typically employ single ended parallel data streams. The bandwidth requirement increases following the increase in display addressability or allowing multiple devices to be connected and the parallel interface may give problems with EMI and noisy transmission.

The number of signals required in a parallel interface makes the video transmission difficult and inflexible as signals may interfere each other and thus cables are short. The TMDS interconnect system not only reduces the number of data signals required for high bandwidth data transmission but also minimises the EMI using low swing differential voltage transmission with a new coding scheme for low power operation and simple clocking methods. TMDS technology uses a DC balanced and transition minimised coding scheme for low power operation, and a method of embedding timing and video control signals into the data streams, which further reduces the number of signals required. TMDS technology can be applied to interfacing LCDs and other flat-panel displays that require digital interface for reliable data transmission or remote display application where distance between the display and the host system is relatively long. In the latter case, the transmission media can be fiber optics using serial digital signal.

### 5.1.2 Logical Architecture



**Figure 5-1 :  Simplified Block Diagram of a TMDS Interface with Clock + RGB**

ACQIS_MSFT_0034248

The high-data rate link system  is composed of 3 data lines and an accompanying clock. Signal transmission media can be either a terminated cables such as twin-axial cable or twisted pair with screen return or an optical fiber, in this case a driver and an amplifier for a laser diode and a PIN diode respectively are a signal load and a source for the video link.

The voltage swing on the cable is adjustable[1] with 500mV being the recommended voltage. Since its swing is differential on the pair, the net signal on the pair is required to have a swing twice larger than the single-ended signal. It is required to make the transmitter interface have an externally adjustable current level, in cases when a standard level is not used for maximal current reduction. The implemented interconnect system is required to use low-swing signal on only four terminated lines, so there will be significantly reduced electromagnetic interference (EMI).

For an unconditionally P&D TMDS inter-operable transmitter, the output current level is set at the maximum (12 mA). For limited-domain applications (e.g. notebooks) make the output current level adjustable so that the transmitter can accommodate various kinds of cable and receiver types with minimum power.

The voltage difference between the AVCC and EXT_SWING pin determines the voltage swing of the differential signal pairs. This adjustable low voltage differential swing can be used for various cable lengths. A larger voltage swing would be used for longer cables, and a lower voltage swing should be used for shorter cables. Sometimes larger voltage swings can cause noise on shorter cables due to transmission line effects. It is absolutely necessary to adjust the voltage swing accordingly to the length and type of the cable. The larger the voltage swing, the higher the power consumption.

If the EXT_SWING pin is left unconnected, the internal voltage divider circuit will set the EXT_SWING pin at approximately 2.8V when AVCC is at 3.3V, producing approximately a 500mV swing on the differential signal pairs. The differential voltage level swing for single ended is set by the formula:

$V_{SWING} = 0.5V \times (500\Omega/R_{EXT\_SWING})$ where      $V_{SWING}$    = Single Ended Differential voltage swing

$R_{EXT\_SWING}$    = External Resistor on EXT_SWING pin

| Rs (RPOT1) | Vs (Theoretical Calculation) |
|---|---|
| 300Ω | 833mV |
| 400Ω | 625mV |
| 500Ω | 500mV |
| 600Ω | 417mV |
| 700Ω | 357mV |
| 800Ω | 313mV |
| 900Ω | 278mV |
| 1KΩ | 250mV |

**Table 5-1 : Theoretical Low Voltage Single Ended Differential Swing Level Relative to R $_{EXT\_SWING}$**

[1] The P&D standard requires the voltage swing to be preset.

ACQIS_MSFT_0034209



**Figure 5-2 : Transition Minimised Differential Voltage Swing Adjust**

From the above figure, TMDS technology uses current drive to develop the low voltage differential signal at the receiver side of the transmission line.



AVCC determines the high voltage level of the Low Voltage Differential Signals.

$R_{EXT\_SWING}$ determines the low voltage level of the Low Voltage Differential Signal
Therefore $V_{SWING}$ is determined by
$$V_{SWING} = AVCC - (\text{Voltage set by } R_{EXT\_SWING})$$

**Figure 5-3 : Single Ended Transition Minimised Differential Signal Adjustment**

From figure 5.3, the high voltage level of the low voltage differential signals will be set by AVCC, the low voltage is adjustable with the low voltage differential swing control circuit. The low voltage differential voltage swing is adjustable by using a potentiometer ($R_{EXT\_SWING}$).

Video signals are composed of three separate signals, typically RGB, along with two synchronisation signals called Hsync. and Vsync. Instead of having extra lines, those two sync. signals are mixed with the RGB data in the encoder, thereby limiting the number of data pairs to three. The transition-controlled digital encoding will encode 8-bit of data, data enable (DE), and 2-bit of control signals. Control signals are allowed to change only during "blank" time when DE is low/inactive, therefore, the levels of the control signals are constant during active data area when DE is high.

ACQIS_MSFT_0034250



Transition Minimised Differential Signals

Note: Each pair requires a current return

**Figure 5-4 : System Environment Block Diagram Example**

The system provides parallel interfaces to both the computer system's display/graphics controller and the display devices, and thus no modification to existing system is required other than adding a TMDS transmitter IC and a TMDS receiver IC.

### 5.1.3 Summary

TMDS technology implements a high-speed video data transmission system capable of converting parallel video data stream and video display timing and control signals to three high-speed serial differential data pairs at speeds capable of supporting high-resolution displays (e.g. 800x600 color pixels and above addressibilities).

Shown below is a sample of typical monitor requirements for update and refresh rates:

| Addressability | Frame Rate (Hz) | Pixel Clock (MHz) | Data Rate (Mbytes/s) Post Palette 12bpp | Data Rate (Mbytes/s) Post Palette 24bpp |
|---|---|---|---|---|
| **Update Rate (Shadow Buffer in Monitor)** | | | | |
| 640 x 480 | 60 | 25 | 37.5 | 75 |
| 720 x 400 | 70 | 28 | 42 | 84 |
| 800 x 600 | 60 | 40 | 60 | 120 |
| 1024 x 768 | 30 | 23.59 | 35.38 | 70.77 |
| 1280 x 1024 | 30 | 40 | 60 | 120 |
| 2000 x 2000 | 30 | 120 | 180 | 360 |
| 1280 x 720 | 30 | 27.64 | 41.46 | 82.92 |
| 1920 x 1080 | 30 | 62.2 | 93.3 | 186.6 |
| **CRT Compatible Refresh Rates** | | | | |
| 640 x 480 | 60 | 25 | 37.7 | 75 |
| 720 x 400 | 70 | 28 | 42 | 84 |
| 800 x 600 | 60 | 40 | 60 | 120 |
| 1024 x 768 | 60 | 65 | 97.5 | 195 |
| 1280 x 1024 | 60 | 112 | 168 | 336 |
| 1600 x 1200 | 75 | 250 | 375 | 750 |
| 2500 x 2000 | 75 | 384 | 575 | 1150 |
| 1280 x 720 | 60 | 77.5 | 116.25 | 232.5 |
| 1920 x 1080 | 30(1) | 77.5 | 115.8 | 231.6 |

**Table 5-2 : Addressability Table**

ACQIS_MSFT_0034251

## 5.1.4 TMDS Transmitter

The transmitter is a serial link sharing a common clock. It accepts parallel data streams and converts them into serial data streams. The clock line does not bear the same frequency as the data rate on the transmission wire. Effective data transmission is 10 times the input clock frequency. One of the advantages of this scheme is power reduction.



**Figure 5-5 : TMDS Transmitter IC Functional Block Diagram**

Figure 5.5 shows a TMDS transmitter IC functional block diagram. The transmitter IC consists of a data capture logic block, data encoder block, serialiser block, three high-speed differential data pair and differential clock line drivers. The encoder converts 8 bits of data into 10 bits of transition controlled and DC balanced data stream. The serialiser takes 10-bit encoded data as an input and serialises it according to the differential data pair speed required for the display addressability. The differential data pair drivers implements adjustable differential voltage swing drivers. These are open drain drivers which requires receiver-end termination with pull-up resistors matching the impedance of the interconnect system, as shown in Figure 5.6.

A TMDS interconnect system is composed of 3 data pairs and an accompanying clock pair with a reduced differential logic swing and with a DC-balanced data stream for transformer or capacitor coupling. Signal transmission media can be either a terminated wires such as twinax cable or twisted pair or an optical fiber, in this case a driver and an amplifier for a laser diode and a PIN diode respectively are a signal load and a source for the video link.

There are two ways to encode the control signals when DE is low. The first method uses edge transitions (rise/fall) of the control signals and the second method uses the levels (high/low) of control signals. TMDS encoding uses the latter, encoding levels of control signals. TMDS's proprietary encoding method guarantees transition-minimised and DC balanced character set for the data. Three special characters are used to encode the control signals. A total of 260 (256 in-band data set and 4 out-of-band special character set) 10-bit characters are required for each encoder as shown in the following table:

ACQIS_MSFT_0034252

| Data [7:0] | DE | Control 1 | 10-bit code |
|---|---|---|---|
| 1 to 256 | High | - | $C_1$-$C_{256}$ |
| - | Low | Low | $C_{257}$ |
| - | Low | Low | $C_{258}$ |
| - | Low | High | $C_{259}$ |
| - | Low | High | $C_{260}$ |

**Table 5-3 : Encoder Mapping for a Single Differential Data Pair**

The encoder generates one of the four kinds of special characters according to the level of Hsync. and Vsync. (or 2 control inputs) when DE is LOW. When DE is high, 8-bit data is converted to 10-bit transition minimised and DC-balanced in-band data.



**Figure 5-6 : Typical CMOS Circuits for TMDS Driver**

The voltage swing on the pair is adjustable but 1V is the typical differential voltage. Since its swing is differential on the pair, the net signal on the pair has a swing twice larger than the single-ended signal. A differential swing of 1V is enough to drive a receiver, it is possible to reduce the voltage swing depending on the quality and length of the wire without reducing performance. Since the voltage on the cable is developed by the current drawn by the receiver, with reduced swing, the power dissipation is reduced. With a larger characteristic impedance on the cable, it is possible to develop the same voltage with reduced amount of current, reducing the power further. The input of the receiver is a differential voltage, the transmitter is two single ended current sinks with the return current via the outer of each pair, either D or D conducts the current. It is very important to make the receiver have an externally adjustable current level, when a standard level is not used for maximal current reduction. Since TMDS interconnect systems use a low-swing signal on only four terminated lines, there will be significantly reduced electromagnetic interference(EMI) relative to fully parallel interfaces.

ACQIS_MSFT_0034253

### 5.1.5 TMDS Receiver Summary

Note: This section is included for completeness but does not constitute part of the P&D standard.

The receiver converts the transmitter's data stream using the differential pixel clock provided with the three serial data streams. Since there is no assumption on the related timing between clock and three data lines, the receiver blindly oversamples the data with the multiphase clocks and digital logic extracts data in later stages in the digital domain. The multiphase clocks are generated in the PLL from the reference clock which is transmitted with the data signals. Since only one datum is selected as an output out of the three sampled data, only one sampler will be activated after correct timing is determined. The remaining two will be deactivated until the next timing adjustment is needed, resulting in power-saving. Since three differential data pairs might have different line length, the correct sampling time will be different from differential data pair to differential data pair. The correct sampling time is individually obtained and the correct word is assembled from the three data streams to form parallel data using the information of intermittent synchronising patterns.

Figure 5.7 shows a TMDS receiver functional block diagram. The TMDS receiver chip consists of three differential receiver circuits, data recovery block, decoder block, and panel interface logic. The host graphics controller may use different clock frequencies for different display modes, therefore the receiver clock should be derived from the clock transmitted by the transmitter chip which goes to the RxCLK+ and RxCLK- pins.



**Figure 5.7: TMDS Receiver IC Functional Block Diagram**

There can be inter-channel timing skew among the multiple channel data recovery blocks because the line length of different data transmission pairs can be slightly different. The inter-channel timing skew can produce up to 1 cycle time of mismatch.

The TMDS interface defines a logical architecture, an encoding scheme and a scaleable physical interface based on a low-voltage differential swing current-mode circuit technology. Up to 8 bits of colour data is carried on each differential data pair. Three (3) control signals can be used for implementation-dependent or user-defined signals.

ACQIS_MSFT_0034254

### 5.1.6  Relationship Between Controller's Output Data and Input Data Clock

The vertical and horizontal timing diagrams in figures 5.8 → 5.12 for a typical Flat Panel Display Graphics Controller demonstrate the relationship between the controller's output data (D[23:0]) and the transmitter interface input data clock (IDCK).



**Figure 5-7 : Horizontal Input Timing  at Type B Interface**



**Figure 5-8 : Vertical Input Timing at Type B Interface**



**Figure 5-9 : Input Data Timing with Respect to IDCK at Type B Interface**



**Figure 5-10 : Control Signal Timing with Respect to IDCK at Type B Interface**

ACQIS_MSFT_0034255

**Figure 5-11 : Control Signals with Respect to DE Timing**

| Signal Name | Type | Description |
|---|---|---|
| Hsync. | In | Horizontal Sync. Input |
| Vsync. | In | Vertical Sync. Input |
| PLL SYNC | In | General Input Control Signal 0 reserved for PLL_SYNC |
| CLT1 | In | General Input Control Signal 1 |
| CLT2 | In | General Input Control Signal 2 |
| CLT3 | In | Stereo Sync. Input (optional) |
| DE | In | Input Data Enable. This signal qualifies the active data area. DE is always required and must be high for active video time and low during blanking. |
| IDCK | In | Input Data clock. Maximum frequency is 160 MHz. Input data can be valid either on falling edge of IDCK or on rising edge of IDCK as selected by DEDGE pin. IDCK must be a continuous free running clock with a minimum 40/60 or maximum 60/40 duty cycle. |
| DEDGE | In | Data Latching Edge for input data. A low level indicates that input data (D[23:0]) must be latched on falling edge of IDCK while a high level (3.3V) indicates that input data must be latched on rising edge of IDCK. |
| CEDGE | In | Control Latching Edge for input data enable (DE) and control signals (HSYNC, VSYNC, CLT[3-0]). A low level indicates that input data enable and control signals must be latched on falling edge of IDCK while high level (3.3V) indicates that input data enable and control signals must be latched on rising edge of IDCK. |
| Data | In | Input data is synchronised with input data clock (IDCK). Data can be latched on the rising or falling edge of IDCK depending upon whether DEDGE is high or low respectively. |

**Table 5-4 : Signal Name Descriptions**

The clock line is not the same frequency as the data rate. The clock runs at $1/10^{th}$ of the maximum data rate.

In the above diagram DE, Hsync., and Vsync. signals are shown with positive polarity. DE must always have positive polarity, whereas Hsync., Vsync. and other control signals (CLT[3:1]) can have either positive or negative polarity. DE must always be connected and must go low for a minimum of 10 IDCK cycles, even for DSTN panels. The interface relies on the polarity and timing of DE and not on the control signals.

The Display Enable (DE) signal is used to differentiate between "active" display area and "non-active" display area ("blank" time). The interface requires an active high Display Enable (DE) signal. There is no restriction on the polarity of the control signals; however, the change in polarity for the control signals is only recognised during "blank" time.

Input data D[23:0] and Data Enable (DE) are normally generated on the rising edge of IDCK since most displays latch data on the falling edge of shift clock. For the interface, D[23:0] and DE can be latched on the rising or falling edge of IDCK depending upon the setting of DEDGE and CEDGE respectively. The DEDGE pin controls the latching of data D[23:0]. When DEDGE is low, D[23:0] is latched using the falling edge of IDCK. When DEDGE is high, D[23:0] is latched using the rising edge of IDCK. The CEDGE pin controls the latching of control signals DE, Hsync., Vsync., CLT[3:1]. When CEDGE is low, DE and the other control

ACQIS_MSFT_0034256

signals are latched using the falling edge of IDCK. When CEDGE is high, DE and the other control signals are latched using the rising edge of IDCK.

The timing between D[23:0] and DE with respect to IDCK falling/rising edge, requires close attention. Timing considerations between the other control signals and IDCK are not as restrictive since the display timing requirements are relaxed.

For most Display Graphics Controllers, D[23:0] and DE have the same or similar timing; therefore, DEDGE and CEDGE should to be set at the same level. However, if D[23:0] is to be latched using the rising edge of IDCK and DE using the falling edge of IDCK, then DE will be latched half a clock cycle earlier with respect to D[23:0]. Subsequently, DE and D[23:0] are synchronised at the output of the data capture logic.

IDCK must always be free running with nominally 50/50 duty cycle and less than 5% jitter.

## 5.2 TMDS Transition-Controlled Digital Encoding and Signal Transmission

The encoder is required to encode 8-bits of data during active display time, and data enable (DE) + 2-bits of control signals during blank time. The encode is required to generate 10-bit DC-balanced and transition minimised codes during active display time. Control signals are assumed to change only during "blank" time when DE is low/inactive; the levels of the control signals are assumed to be constant during active data area when DE is high.



**Figure 5-12 : TMDS Interface Transition Minimisation Timing Diagram**

The encoding method guarantees transition-minimised DC-balanced 256 level data codes during active time during blank time, which supports high speed, low voltage differential, low power, and low EMI operation. The special characters are used for the level encoding of the control signals.

Encoded are 8-bits of data + data enable (DE) + 2-bits of control signals. The TMDS encoding method encodes the levels of control signals when DE is low. The encoding method guarantees the number of signal edge transitions in any 8-bits of date are minimised to no more than three (3) transitions and a DC balanced character set is generated for the data. Four kinds of special characters are used for the level encoding of the control signals. A total of 260 (256 in-band data set and 4 out-of-band special character set) 10-bit characters are conveyed for each encoded parallel data stream.

| Data [7:0] | DE | VSYNC | HSYNC | 10-bit code |
|---|---|---|---|---|
| 1 to 256 | High | | - | $C_1$-$C_{256}$ |
| - | Low | L | L | $C_{257}$ |
| - | Low | L | H | $C_{258}$ |
| - | Low | H | L | $C_{259}$ |
| - | Low | H | H | $C_{260}$ |

**Table 5-5 : Encoded Data Components for Tx0 Differential Data Pair**

ACQIS_MSFT_0034257

| Data [7:0] | DE | PLL_SYNC | CLT1 | 10-bit code |
|---|---|---|---|---|
| 1 to 256 | High | | - | $C_1$-$C_{256}$ |
| - | Low | L | L | $C_{257}$ |
| - | Low | L | H | $C_{258}$ |
| - | Low | H | L | $C_{259}$ |
| - | Low | H | H | $C_{260}$ |

Table 5-6 : Encoded Data Components for Tx1 Differential Data Pair

| Data [7:0] | DE | CLT2 | CLT3 | 10-bit code |
|---|---|---|---|---|
| 1 to 256 | High | | - | $C_1$-$C_{256}$ |
| - | Low | L | L | $C_{257}$ |
| - | Low | L | H | $C_{258}$ |
| - | Low | H | L | $C_{259}$ |
| - | Low | H | H | $C_{260}$ |

Table 5-7 : Encoded Data Components for Tx2 Differential Data Pair



Figure 5-13 : Encoded Timing Diagram for All Differential Data Pairs

ACQIS_MSFT_0034258



**Figure 5-14 : Hsync., Vsync., and CTL[3:1] Sampling Relative to Clock Edge**

A compliant implementation must generate one of the four kinds of special characters according to the level of Hsync. and Vsync. (or 2 control inputs) when DE is low. When DE is high, 8-bit data is converted to 10-bit transition minimised and DC-balanced in-band data. Four kinds of special characters are used for the level encoding of the control signal.

A compliant implementation is required to generate the 10-bit DC-balanced codes. Control signals are assumed to change only during "blank" time when DE is low/inactive; therefore, the levels of the control signals are allowed to be constant during active data area when DE is high.

A compliant implementation is required to generate one of four kinds of special characters depending upon the level of Hsync. and Vsync. or Control [3:1], when DE is low. When DE is high, 8-bit data is converted to 10-bit coded RGB data in each of 4 channels at the transmitter.

ACQIS_MSFT_0034259

### *5.3 System Debug on Differential Data Pairs*

The following will allow the system designer to generate a reproducible (triggerable) pattern for system debug on the differential data pairs. With Data Enable (DE) low the following out-of-band characters will be sent depending only on the sync. characters. This requires the sync. signals and DE be jumpered on the system designer's prototype board. The patterns are independent of the 24 bit data bus into the transmitter. The patterns will be decoded by the TMDS receiver.

| Rx0 Differential Data Pair (e.g. blue): | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hsync. | Vsync. | d0 | d1 | d2 | d3 | d4 | d5 | d6 | d7 | d8 | d9 |
| 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| Rx1 Differential Data Pair (e.g. green): | | | | | | | | | | | |
| PLL_SYNC | CTL1 | d0 | d1 | d2 | d3 | d4 | d5 | d6 | d7 | d8 | d9 |
| 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |
| Rx2 Differential Data Pair (e.g. red): | | | | | | | | | | | |
| CTL2 | CTL3 | d0 | d1 | d2 | d3 | d4 | d5 | d6 | d7 | d8 | d9 |
| 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 |
| 1 | 0 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 |

**Table 5-8 : System Debug Patterns**

Example:  for DE = 0, Vsync. = 0, Hsync. = 0.  Differential Data Pair Rx0 will cycle through the sequence 0010101011 repeatedly. The bit time will be the pixel clock period x10.

## 5.4 Implementation

Hsync. & Vsync. are transmitted via Tx0;  PLL_SYNC & CLT1 are transmitted via Tx1; CLT2 & CLT3 are transmitted via Tx2. The Data is sent during active display time while the control signals are sent during blank time.

### 5.4.1 Amplitude Modulated Signal mapping (e.g. TFT)

| Differential Data Pair # | 18 bpp | Pixel Mapping | 24 bpp | Pixel Mapping |
|---|---|---|---|---|
| Tx0 | D[7:0] | D0 : unused | D[7:0] | D0 : B0 |
| | | D1 : unused | | D1 : B1 |
| | | D2 : B0 | | D2 : B2 |
| | | D3 : B1 | | D3 : B3 |
| | | D4 : B2 | | D4 : B4 |
| | | D5 : B3 | | D5 : B5 |
| | | D6 : B4 | | D6 : B6 |
| | | D7 : B5 | | D7 : B7 |
| Tx1 | D[15:8] | D8 : unused | D[15:8] | D8 : G0 |
| | | D9 : unused | | D9 : G1 |
| | | D10 : G0 | | D10 : G2 |
| | | D11 : G1 | | D11 : G3 |
| | | D12 : G2 | | D12 : G4 |
| | | D13 : G3 | | D13 : G5 |
| | | D14 : G4 | | D14 : G6 |
| | | D15 : G5 | | D15 : G7 |
| Tx2 | D[23:16] | D16 : unused | D[23:16] | D16 : R0 |
| | | D17 : unused | | D17 : R1 |
| | | D18 : R0 | | D18 : R2 |
| | | D19 : R1 | | D19 : R3 |
| | | D20 : R2 | | D20 : R4 |
| | | D21 : R3 | | D21 : R5 |
| | | D22 : R4 | | D22 : R6 |
| | | D23 : R5 | | D23 : R7 |
| TxCLK | DCLK | | DCLK | |

Table 5-9 : Amplitude Modulated Colour Mapping

ACQIS_MSFT_0034261

## 5.4.2  Temporal Modulated Signal Mapping (e.g. DSTN) - 16bpp

| Differential Data Pair # | 16 bpp | Pixel Mapping 1st Transfer | Pixel Mapping 2nd Transfer | Pixel Mapping 3rd Transfer |
|---|---|---|---|---|
| Tx0 | D[7:0] | D0 : UR0 | D0 : UB2 | D0 : UG5 |
| | | D1 : UG0 | D1 : UR3 | D1 : UB5 |
| | | D2 : UB0 | D2 : UG3 | D2 : UR6 |
| | | D3 : UR1 | D3 : UB3 | D3 : UG6 |
| | | D4 : LR0 | D4 : LB2 | D4 : LG5 |
| | | D5 : LG0 | D5 : LR3 | D5 : LB5 |
| | | D6 : LB0 | D6 : LG3 | D6 : LR6 |
| | | D7 : LR1 | D7 : LB3 | D7 : LG6 |
| Tx1 | D[15:8] | D8 : UG1 | D8 : UR4 | D8 : UB6 |
| | | D9 : UB1 | D9 : UG4 | D9 : UR7 |
| | | D10 : UR2 | D10 : UB4 | D10 : UG7 |
| | | D11 : UG2 | D11 : UR5 | D11 : UB7 |
| | | D12 : LG1 | D12 : LR4 | D12 : LB6 |
| | | D13 : LB1 | D13 : LG4 | D13 : LR7 |
| | | D14 : LR2 | D14 : LB4 | D14 : LG7 |
| | | D15 : LG2 | D15 : LR5 | D15 : LB7 |
| Tx2 | D[23:16] | D16 : SHFCLK | D16 : SHFCLK | D16 : SHFCLK |
| | | D17 : n/c | D17 : n/c | D17 : n/c |
| | | D18 : n/c | D18 : n/c | D18 : n/c |
| | | D19 : n/c | D19 : n/c | D19 : n/c |
| | | D20 : n/c | D20 : n/c | D20 : n/c |
| | | D21 : n/c | D21 : n/c | D21 : n/c |
| | | D22 : n/c | D22 : n/c | D22 : n/c |
| | | D23 : n/c | D23 : n/c | D23 : n/c |
| TxCLK | DCLK | | | |

Table 5-10 : Temporal Modulation Colour Mapping - 16bpp

| upper pixel 0 | upper pixel 1 | upper pixel 2 | upper pixel 3 | upper pixel 4 | ••• |
|---|---|---|---|---|---|
| | | | | | |
| lower pixel0 | lower pixel 1 | lower pixel 2 | lower pixel 3 | lower pixel 4 | ••• |
| | | | | | |

Table 5-11 : Temporal Mapping, Pixel Location on Display

ACQIS_MSFT_0034262

### 5.4.3 Temporal-Modulated Signal Mapping (e.g. DSTN) - 24bpp

| Differential Data Pair # | 24 bpp | Pixel Mapping 1st Transfer | Pixel Mapping 2nd Transfer |
|---|---|---|---|
| Tx0 | D[7:0] | D0 : UR0 | D0 : UR4 |
| | | D1 : UG0 | D1 : UG4 |
| | | D2 : UB0 | D2 : UB4 |
| | | D3 : LR0 | D3 : LR4 |
| | | D4 : LG0 | D4 : LG4 |
| | | D5 : LB0 | D5 : LB4 |
| | | D6 : UR1 | D6 : UR5 |
| | | D7 : UG1 | D7 : UG5 |
| Tx1 | D[15:8] | D8 : UB1 | D8 : UB5 |
| | | D9 : LR1 | D9 : LR5 |
| | | D10 : LG2 | D10 : LG5 |
| | | D11 : LB2 | D11 : LB5 |
| | | D12 : UR2 | D12 : UR6 |
| | | D13 : UG2 | D13 : UG6 |
| | | D14 : UB2 | D14 : UB6 |
| | | D15 : LR2 | D15 : LR6 |
| Tx2 | D[23:16] | D16 : LG2 | D16 : LG6 |
| | | D17 : LB2 | D17 : LB6 |
| | | D18 : UR3 | D18 : UR7 |
| | | D19 : UG3 | D19 : UG7 |
| | | D20 : UB3 | D20 : UB7 |
| | | D21 : LR3 | D21 : LR7 |
| | | D22 : LG3 | D22 : LG7 |
| | | D23 : LB3 | D23 : LB7 |
| TxCLK | DCLK | | |

**Table 5-12 : Temporal Modulation Colour Mapping - 24bpp**

## *5.5 Physical Layer*

### 5.5.1 Signal Bandwidth Characteristics

| $P_{CLK}$ | $f_o$ MHz | x | $f_c$ GHz | Maximum Distributed rise-time |
|---|---|---|---|---|
| 25 | 125 | 3 | 0.375 | 933ps |
| 40 | 200 | 3 | 0.600 | 583ps |
| 65 | 325 | 3 | 0.975 | 360ps |
| 112 | 560 | 3 | 1.68 | 208ps |
| 160 | 800 | 3 | 2.4 | 145ps |

**Table 5-13 : Distributed Transmission Path Bandwidth and Rise-Time**

Note:

| $P_{clk}$ | = Pixel Clock |
|---|---|
| $f_o$ | = frequency operation |
| x | = harmonic order |
| $f_c$ | = cut-off frequency = $3f_o$ |
| rise time | = $0.35/f_c$ |

ACQIS_MSFT_0034264

## 6. Electrical Layer Specification: TMDS Transmission Specification

### 6.1 Electrical Characteristics



**Figure 6-1 : Differential Mode Impedance**

TxOUT = Transmitter                RxIN = Receiver

A = Transmitter interface point      A' = Receiver interface point

B = Transmitter interface point      B' = Receiver interface point

RT = Termination Resistance         $V_{TERM}$= Termination Voltage

Tx_AVcc = $3.3V \pm 5\%$ (with capacitor coupling)

$V_{TERM}$ = $3.3V \pm 5\%$ (with capacitor coupling)

$90\Omega < Z_T < 110\Omega$ (range of allowed differential mode impedance of the media.)

$Z_T = 100\Omega$ for P&D

$R_T = \frac{1}{2} Z_T$

$I_{SINK} = 12mA$ for A/A' or B/B'

$100mV < V_{SWING} < 600mV$ single-ended with $R_T = 50 \Omega$ on A or B.





**Figure 6-2 : Signal Levels on Transmission Media**

ACQIS_MSFT_0034265

## 6.2  DC Electrical Specifications

DC specifications for both driver and receiver are given in Table 6.1.

### 6.2.1  Differential Transmitter DC Specifications

(Under Normal Operating Conditions).

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|--------|-----------|-----------|-----|-----|-----|-------|
| $V_{OD}$ | Differential Output Voltage | $R_L = 50\Omega$, $R_{TX} = 500\Omega$ | 483 | 521 | 567 | mV |
| | | $R_L = 50\Omega$, $R_{TX} = 850\Omega$ | 269 | 295 | 331 | mV |
| $V_{OH}$ | High-level Output Voltage | $Z_0 = 50\Omega$ | 3.2 | 3.25 | 3.3 | V |
| $V_{OL}$ | Low-level Output Voltage | $R_L = 50\Omega$, $R_{TX} = 500\Omega$ | | 2.73 | | V |
| | | $R_L = 50\Omega$, $R_{TX} = 850\Omega$ | | 2.96 | | V |
| $I_{OS}$ | Output Short Circuit Current | $V_{OUT} = 0$ V | | | 5 | mA |
| $I_{OZ}$ | Output Tri-state Current | $PD\# = 0$, $V_{OUT} = V_{CC}$ | | +/- 4 | +/- 11 | μA |
| $I_{CCT}$ | Transmitter Supply Current | $DCLK = 65$ MHz | | | 62 | mA |
| | @ 3.3V $V_{CC}$ | $DCLK = 40$ MHz | | | 38 | mA |
| $I_{PD}$ | Power-down Current | | | | 100 | μA |

**Table 6-1 : Transmitter DC Specifications for 25 - 65MHz**

### 6.2.2  Differential Receiver DC Specifications

(Under Normal Operating Conditions).

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|--------|-----------|-----------|-----|-----|-----|-------|
| $V_{OH}$ | High-level Output Voltage | $OVCC = 3.3V$ | | 3.3 | | V |
| | | $OVCC = 5V$ | | 5 | | |
| $V_{OL}$ | Low-level Output Voltage | | GND | 0.1 | 0.25 | V |
| $I_{OHD}$ | Output High Drive | $V_{OUT} = V_{OH}$, Data and Controls | | 12.4 | | mA |
| $I_{OLD}$ | Output Low Drive | $V_{OUT} = V_{OL}$, Data and Controls | | 18.32 | | mA |
| $I_{OHC}$ | Output High Drive | $V_{OUT} = V_{OH}$, ODCK | | 27.3 | | mA |
| $I_{OLC}$ | Output Low Drive | $V_{OUT} = V_{OL}$, ODCK | | 40.1 | | mA |
| $V_{ID}$ | Differential Input Voltage | | 250 | 600 | 1000 | mV |
| $I_{CCR}$ | Receiver Supply Current | $DCLK = 65$ MHz | | | 90 | mA |
| | @ 3.3V $V_{CC}$ | $DCLK = 40$ MHz | | | 55 | mA |
| $I_{PD}$ | Power-down Current | | | | 100 | μA |

**Table 6-2 : Receiver DC Specifications for 25 - 65MHz**

| Symbol | Parameter | Conditions | Min | Max | Unit |
|--------|-----------|-----------|-----|-----|------|
| $I_{OH}$ | Output current high | $V_{TERM} = 3.3$ V | 2 | 12 | mA |
| | | $R_{TERM} = 50\ \Omega$ | | | |
| $I_{OL}$ | Output current low | $V_{TERM} = 3.3$ V | | 0.1 | mA |
| | | $R_{TERM} = 50\ \Omega$ | | | |
| $V_{TERM}$ | Termination voltage | $R_{TERM} = 50\ \Omega$ | 2.4 | 4.2 | V |
| $R_{TERM}$ | Termination resistance | $V_{TERM} = 3.3$ V | 45 | 55 | Ω |
| $V_{ID}$ | Input differential voltage | | 100 | | mV |

**Table 6-3 : DC Specifications**

ACQIS_MSFT_0034266



**Figure 6-3 : Test Circuit for Measuring $I_{OH}$ and $I_{OL}$**

Note: $I_{OH}$ and $I_{OL}$ should be measured as close to the TMDS transmitter pins as practical.

ACQIS_MSFT_0034267

### *6.3  Driver Output Levels*

Driver output stage is a differential current switch with externally adjustable current. The range of adjustment is from 2mA to 12mA, depending on the length of the cable. The output impedance of the driver is dominant compared with the characteristic impedance of the interconnect media. Thus, the output current is not affected by the termination voltage. Impedance of the interconnect is $100\Omega$ with 10% tolerance. $50\Omega$ termination resistors with 10% tolerance are connected to the receiver supply voltage.



**Figure 6-4 : Driver and receiver Circuit Model for One Differential Data Pair**

Test Circuit Information: Din = High ;     $\overline{\text{Din}}$ = Low

$I_{OH}$ = 12mA for P&D

ACQIS_MSFT_0034268

Figure 6.5 shows the DC signal levels of the driver and receiver in the presence of voltage shift between ground levels of the driver and receiver. A maximum of 0.6V shift is allowed when AVcc is shared, which will cover most of the typical interconnect environment. However, when the cable is very long or fiber optic transmission is used, a.c. coupling is required. A typical circuit is shown in figures 6.6. Signal current must be increased in case of signal loss due to cable resistance to give the same signal level in the receiver. The receiver needs to be able to resolve 100mV differential input.

The P&D standard requires use of capacitor coupling between the TMDS transmitter and receiver, see figure 6.5



**Figure 6-5 : Capacitor Coupled TMDS System**

The purpose of $R_A$ and $R_B$ is to provide an average DC level on the TX side and provide source termination. $R_C$ & $R_D$ are on-chip termination resistors in the TMDS receiver.

Note:  $R_A = R_B = \frac{1}{2} Z_T$, with $Z_T = 100\Omega$,  $T_{CLK} = 25MHz$ - $112MHz$,  $C_1 = C_2$,  $1nF < C_1 < 100nF$
$R_C * RX\_AV_{CC} = R_D * RX\_AV_{CC} = 1/2 V_{SWING}$

|         | 25 - 65 MHz          | 65 - 112 MHz         |
|---------|----------------------|----------------------|
| $Z_T$   | $100\ \Omega$        | $100\ \Omega$        |
| $C_1$   | 10 nF +/- 20% [1]    | 10 nF +/- 20% [1]    |
| $C_2$   | 10 nF +/- 20% [1]    | 10 nF +/- 20% [1]    |
| $R_A$   | $100\ \Omega$        | $100\ \Omega$        |
| $R_B$   | $100\ \Omega$        | $100\ \Omega$        |
| $R_C$   | $50\ \Omega$         | $50\ \Omega$         |
| $R_D$   | $50\ \Omega$         | $50\ \Omega$         |

**Table 6-4 : Component Values, Capacitor Coupling**

[1]  Typical p/n CE103X2NV

ACQIS_MSFT_0034269

### 6.4 Signal Integrity

Maximum transmission rate is defined by the user depending on the application. In case of 800x600, a 40MHz dot clock is used. In case of 1024x768 and 1280x1024, 65MHz and 112 MHz could be used. A bit time is one tenth of a clock period. The duty cycle of the transmitted clock should be maintained close to 50% to remove DC component.



**Figure 6-6 : Timing Diagram for Jitter and Skew Specification**

### 6.4.1 Jitter and Skew of Clock and Differential Data Pairs

The amount of jitter in the dot clock is allowed within 5% of the dot clock period. For differential data pairs, 20% jitter with respect to bit time is allowed. The skew among the differential data pair is allowed within one bit time. Skew between clock and data channels is allowed within one bit time.

| **Frequency of Pixel Clock** | | 25MHz | 40MHz | 65MHz | 112MHz | 160MHz |
|---|---|---|---|---|---|---|
| $T_{CK}$ | = Clock Period = 1/F | 40 ns | 25 ns | 15.38 ns | 8.929 ns | 6.25 ns |
| $T_{CKH}$ | = Clock duty  min/max | 40/60 | 40/60 | 40/60 | 40/60 | 40/60 |
| $T_{CKJ}$ | = Clock jitter = $T_{CK}$ x 0.05 | 2 ns | 1.25 ns | 769 ps | 446 ps | 313 ps |
| $T_{BIT}$ | = Bit time = $T_{CK}$ x 0.10 | 4 ns | 2.5 ns | 1.538 ns | 892 ps | 625 ps |
| $T_{DJ}$ | = Data jitter = $T_{BIT}$ x 0.20 | 800 ps | 500 ps | 307.6 ps | 178.4 ps | 125 ps |
| $T_{SKEW}$ | = $T_{BIT}$ | 4 ns | 2.5 ns | 1.538 ns | 892 ps | 625 ps |

**Table 6-5 : Signal Integrity Parameters**

ACQIS_MSFT_0034270

### 6.5 Eye Diagram Template

The reference points for all connections between transmitter and receiver are points S and R as shown in Figure 6.7.



**Figure 6-7: TMDS Connection**

The output from the TMDS transmitter shall have the output levels as specified in section 7.7. The mask of the transmitter eye diagram as measured at the input to the cable (point S) on two 50Ω termination resistors, are given in Figure 6.8 and Table 6.6. The Y1 and Y2 amplitudes in Table 6.6 are set to allow overshoot and undershoots relative to the amplitudes of a logic 1 and 0.



**Figure 6-8: Eye Diagram Mask at Point S**

| DOT CLOCK FREQUENCY | $X_1$ | $X_2$ | $Y_1$ | $Y_2$ |
|---|---|---|---|---|
| 25 MHz | 0.15 | 0.25 | 0.20 | 0.20 |
| 40 MHz | 0.15 | 0.25 | 0.20 | 0.20 |
| 65 MHz | 0.20 | 0.30 | 0.20 | 0.20 |
| 112 MHz | 0.20 | 0.30 | 0.20 | 0.20 |

**Table 6-6 : Eye Diagram Mask at Point S[1]**

[1] Preliminary

ACQIS_MSFT_0034271

The TMDS receiver terminates the link by an equivalent resistance of 100Ω. The mask of the receiver eye diagram is given in Figure 6.9 and it's specification in Table 6.7.



**Figure 6-9: Eye Diagram Mask at Point R**

| DOT CLOCK FREQUENCY | $X_1$ | $Y_1$ | $Y_2$ |
|---|---|---|---|
| 25 MHz | 0.30 | 100mV | 600mV |
| 40 MHz | 0.30 | 100mV | 600mV |
| 65 MHz | 0.30 | 100mV | 600mV |
| 112 MHz | 0.30 | 100mV | 600mV |

**Table 6-7: Eye Diagram Mask at Point R[1]**

[1] **Preliminary**

ACQIS_MSFT_0034272

## 6.6 AC Specifications

| Symbol | Parameter | Conditions | Min | Typ | Max | Units |
|---|---|---|---|---|---|---|
| $S_{LHT}$ | Small Swing Low-to-High Transition Time | $C_L = 5pF$ | 0.25 | 0.3 | 0.5 | ns |
| $S_{HLT}$ | Small Swing High-to-Low Transition Time | $C_L = 5pF$ | 0.25 | 0.3 | 0.5 | ns |
| $D_{LHT}$ | Digital Output Low-to-High Transition Time (Data, DE, Vsync., Hsync., CLT[3:0]) (ODCK) | $C_L = 15pF$ | | | | |
| | | $OVCC = 3.3V$ | 2.5 | 3.1 | 4.1 | ns |
| | | $OVCC = 5.0V$ | 1.9 | 2.4 | 3.0 | ns |
| | | $C_L = 15pF$ | | | | |
| | | $OVCC = 3.3V$ | 1.2 | 1.4 | 1.9 | ns |
| | | $OVCC = 5.0V$ | 0.9 | 1.1 | 1.4 | ns |
| $D_{HLT}$ | Digital Output High-to-Low Transition Time (Data, DE, Vsync., Hsync., CLT[3:0]) (ODCK) | $C_L = 15pF$ | | | | |
| | | $OVCC = 3.3V$, Data Out | 1.1 | 1.9 | 2.6 | ns |
| | | $OVCC = 5.0V$, Data Out | 1.3 | 1.6 | 2.1 | ns |
| | | $C_L = 15pF$ | | | | |
| | | $OVCC = 3.3V$, Clock Out | 0.7 | 0.9 | 1.2 | ns |
| | | $OVCC = 5.0V$, Clock Out | 0.6 | 0.7 | 0.9 | ns |
| $T_{LPL}$ | PLL Locking Time | | | | 12 | us |
| $T_{UPL}$ | PLL Unlocking Time | | | | 1 | us |
| $T_{DPS}$ | Differential Pair Skew | 1 Bit Time | | | 5 | % |
| $T_{CCS}$ | Differential data pair-to-Differential data pair Skew | | | | $T_{CIP}$ | ns |
| $T_{CIP}$ | IDCK Cycle Time | | 15 | | 40 | ns |
| $T_{CIH}$ | IDCK High Time | | $0.4T_{CIP}$ | $0.5T_{CIP}$ | $0.6T_{CIP}$ | ns |
| $T_{CIL}$ | IDCK Low Time | | $0.4T_{CIP}$ | $0.5T_{CIP}$ | $0.6T_{CIP}$ | ns |
| $T_{IJT}$ | IDCK Jitter | $(0.05)x\ T_{CKJ}$ | | | 1 | ns |
| $R_{CIP}$ | ODCK Cycle Time | | 15 | | 40 | ns |
| $R_{CIH}$ | ODCK High Time | | $0.4T_{CIP}$ | $0.5T_{CIP}$ | $0.6T_{CIP}$ | ns |
| $R_{CIL}$ | ODCK Low Time | | $0.4T_{CIP}$ | $0.5T_{CIP}$ | $0.6T_{CIP}$ | ns |

**Table 6-8 : AC Specification (part 1)**

Note: All timing measured from 80% and 20% of waveform signal.

ACQIS_MSFT_0034273

| Symbol | Parameter | Conditions | Min | Max | Unit |
|---|---|---|---|---|---|
| $T_{SDF}$ | Data, DE, Vsync., Hsync., and CLT[3:0] | CEDGE = 0 | 3 | | ns |
| | Setup Time from IDCK falling edge | DEDGE = 0 | | | |
| $T_{HDF}$ | Data, DE, Vsync., Hsync., and CLT[3:0] | CEDGE = 0 | 4 | | ns |
| | Hold Time from IDCK falling edge | DEDGE = 0 | | | |
| $T_{SDR}$ | Data, DE, Vsync., Hsync., and CLT[3:0] | CEDGE = 1 | 4 | | ns |
| | Setup Time from IDCK rising edge | DEDGE = 1 | | | |
| $T_{HDR}$ | Data, DE, Vsync., Hsync., and CLT[3:0] | CEDGE = 1 | 3 | | ns |
| | Hold Time from IDCK rising edge | DEDGE = 1 | | | |
| $T_{DDF}$ | Vsync., Hsync., and CLT[3:0] Delay from DE falling edge | | $T_{CIP}$ | | ns |
| $T_{DDR}$ | Vsync., Hsync., and CLT[3:0] Delay from DE rising edge | | $T_{CIP}$ | | ns |
| $T_{TRX}$ | Differential Clock Output delay from IDCK | | | 5.8 | ns |
| $T_{HDE}$ | DE high time | | | $8000T_{CIP}$ | ns |
| $T_{LDE}$ | DE low time | | $10T_{CIP}$ | | ns |
| $T_{PH1}$ | PLL_SYNC Delay from Vsync. asserted (Phase 1) | SYNC_CON T = 1 | $T_{CIP}$ | $3T_{CIP}$ | ns |
| $T_{PH2}$ | PLL_SYNC Delay from Vsync. asserted (Phase 2) | SYNC_CON T = 0 | $T_{CIP}$ | $3T_{CIP}$ | ns |
| $T_{LPS}$ | PLL_SYNC Delay from Vsync. de-asserted | | $T_{CIP}$ | $2T_{CIP}$ | ns |
| $T_{LPD}$ | Delay from PD Active to Outputs Disabled | | 4 | 6 | ns |
| $T_{HPD}$ | Delay from PD Inactive to Outputs enabled | | 4 | 6 | ns |

**Table 6-9 : AC Specification (part 2)**

Note : All timing measured from 80% and 20% of waveform signal.

### 6.6.1 Timing Diagrams



**Figure 6-10 : Transmitter Small Signal Transition Times**



**Figure 6-11 : Receiver Digital Output Transition Times**

ACQIS_MSFT_0034274



**Figure 6-12 : Transmitter / Receiver Clock Cycle High / Low Times**



**Figure 6-13 : Differential Data Pair to Differential Data Pair Skew Timing**

### 6.6.1.1 Parallel Stream Input Timing to Transmitter



**Figure 6-14 : DE, Vsync., Hsync., and CLT[3:1] Setup / Hold Times to IDCK of Transmitter**



**Figure 6-15 : Vsync., Hsync., and CLT[3:1] Delay Times from DE of Transmitter**



**Figure 6-16 : DE High / Low Times of Transmitter**

ACQIS_MSFT_0034275



Figure 6-17 : PLL_SYNC Timing of Transmitter with SYNC_CONT = 1



Figure 6-18 : PLL_SYNC Timing of Transmitter with SYNC_CONT = 0



Figure 6-19 : Output Signals Disabled / Enabled Timing from PD Active / Inactive from Transmitter

Figure 6-20 : Differential Clock Delay from IDCK

ACQIS_MSFT_0034276

## 6.7 Error Specification for Display Interface

Pixel Error Rate[1]                    1 pixel error / 2,000 frames (33 seconds at 60fps)

Hsync. and Vsync. pulses are spread over a number of frames determined by the length of the pulse. The pixel error rate is over one frame hence it is unlikely that a transmission error will affect more than a small percentage of the Hsync. or Vsync. pulse time.

## 6.8 Guidance for Display Controller Implementation

Line Error Rate[2]              1 pixel wide bit error / 20,000 frames (5 min 33 seconds at 60fps))
Full Frame Error Rate[3]        1 pixel wide bit error / 200,000 frames (55 min 33 seconds at 60 fps)



**Figure 6-21 : Line Error Rate**



**Figure 6-22 : Full Frame Error Rate**

Possible display effects without fault tolerant logic:

- Pixel error rate results in single pixel error.
- Line error rate results in display of erroneous data on one line.
- Full frame error rate results in one frame with random data displayed.

ACQIS_MSFT_0034207

# 7. Mechanical Physical Layer: Connector

## 7.1 Introduction

The P&D connector mating interface is covered by patents issued to Molex Inc. To obtain license to these patents and to obtain additional connector interface design detail companies should contact Molex Inc. directly.

This section describes the standardised P&D-A/D receptacle connector interface required on the host system (personal computer, workstation, etc.). For reference, information is also provided for the mating plug connector and for the P&D-D (digital only) receptacle and plug. The cable attached plug connectors provide the interconnection from the display device to the host.

General dimensions and tolerances, and description of those features which affect the intermateability of the receptacle and plug connectors are described in this section. The panel cutout, printed circuit board hole pattern, pinouts, performance characteristics and test criteria for the receptacle connector are also described in this section.

All other features which do not affect the intermateability are not described, and may vary. Definition of the cable assembly and cable can be found in Sections 8 and 9 respectively. Additionally, recommended cable assemblies for a digital interface monitor are provided in Appendix A (Section 10).

### 7.1.1 P&D-A/D Connector

The P&D-A/D connector contacts are separated into two primary groups. One set of 30 contacts, on 1.905 x 1.905 mm spacing, is designed to handle power, ground, digital, and low frequency analogue signals. The other set of 4 quasi-coaxial contacts is designed for high frequency, 75Ω, analogue signals.

Refer to figure 7.1 for the mating features and figure 7.3 for the pinouts.

### 7.1.2 P&D-D Connector

The P&D-D connector contacts are in a single group of 30 contacts, on 1.905 x 1.905 mm spacing, is designed to handle power, ground, digital, and low frequency analogue signals.

Refer to figure 7.2 for the mating features and figure 7.4 for the pinouts.

ACQIS_MSFT_0034278

### 7.2 Receptacle Connector

Figure 7.1 provides basic dimensional information for the mating interface of the P&D-A/D receptacle connector and figure 7.2 provides basic dimensional information for the mating interface of the P&D-D receptacle connector. This information in addition to the mating information provided with the license will assure intermateability of the plugs with standardised receptacles. The receptacle is defined as the connector with the fully shrouded redundant contact point female contacts.

For reference, the recommended panel cutout for mounting both receptacles is included as figure 7.5.



**Figure 7-1 : P&D-A/D Receptacle Connector - Basic Mating Interface Dimensions**

Notes:
1. Dimensions are in mm.
2. Interpret dimensions and tolerances per ASME Y14.5M - 1994.
3. Illustrations are in third angle projection.
4. Not to scale.



**Figure 7-2 : P&D-D Receptacle Connector - Basic Mating Interface Dimensions**

Notes:
1. Dimensions are in mm.
2. Interpret dimensions and tolerances per ASME Y14.5M - 1994.
3. Illustrations are in third angle projection.
4. Not to scale.

ACQIS_MSFT_0034279



**Figure 7-3 : P&D-A/D reference Hole Pattern (Receptacle)**

Notes:
1. Dimensions are in mm.
2. Interpret dimensions and tolerances per ASME Y14.5M - 1994.
3. Not to scale.



**Figure 7-4 : P&D-D Reference Hole Pattern (Receptacle)**

Notes:
1. Dimensions are in mm.
2. Interpret dimensions and tolerances per ASME Y14.5M - 1994.
3. Not to scale.

ACQIS_MSFT_0034280



**Figure 7-5 : Recommended Panel Cut-out**

Notes:
1.  Dimensions are in mm.
2.  Interpret dimensions and tolerances per ASME Y14.5M - 1994.
3.  Not to scale.

### 7.3  Positive Retention of Plug and Receptacle

Jackscrews with 4-40 threads are used to retain the plug and receptacle together and also to ensure that the plug and receptacle reference surfaces always bottom against each other during mating, thus providing an effective seal for EMC/RFI purposes.

### 7.4  Contact Finish On Plug And Receptacle Contacts

It is necessary to standardise the electroplated finish on the contacts to assure the performance and compatibility of the mating interfaces of the plugs and receptacles from different sources. The following standardised electroplatings are most common, but other thicknesses and compositions may be used providing they meet the test criteria in Section 7.10.

a)  0.76μm minimum gold, over 1.27μm nickel.
b)  0.25μm minimum gold over 0.76μm palladium-nickel alloy  [1]80% Pd-20% Ni, over 1.27μm nickel

[1]Note: It is not acceptable to use tin, tin/lead, nickel or other non-noble materials known to be incompatible with gold or other essentially noble interfaces.

### 7.5  Shell Finish On Plugs And Receptacles

It is necessary to standardise the plated finish on the shells to insure compatibility of products from different sources. Both shells shall be electroplated with a minimum of 3.03μm of tin or tin alloy over a suitable underplate.

ACQIS_MSFT_0034021

### 7.6 Connector Durability

The requirements of different end-use applications call for connectors which can be mated and unmated a different number of times, without degrading performance beyond acceptable limits. Accordingly, this standard establishes a minimum performance criteria of 500 mating cycles while meeting the performance criteria as specified in Performance Groups D and F in Section 7.11

### 7.7 Plug Connector

Figure 7.6 provides basic dimensional information for the mating interface of the P&D-D plug connector. The plug connector is defined as the connector with exposed male contacts.



**Figure 7-6 : P&D-D Plug Connector - Basic Mating Interface Dimensions**

Notes:
1. Dimensions are in mm.
2. Dimensions and tolerances per ASME Y14.5M - 1994
3. Illustrations are in third angle projection
4. Not to scale

#### 7.7.1 Plug Connector Termination

The termination of the wire to the plug contacts may be varied to suit the manufacturing process needs of the cable assembler while meeting the requirements of section 7.10. For reference, the following methods are listed: crimp, insulation displacement (IDC), insulation piercing, welding, and soldering.

ACQIS_MSFT_0034282

## *7.8 Pinouts*

The signals supported by the P&D-A/D and P&D-D will be provided on the connector as follows:

| P&D-A/D | P&D-D |
|---|---|
| Analogue Video | |
| Charging Power | Charging Power |
| TMDS Digital Video | TMDS Digital Video |
| Display      Data      Channel (DDC2) | Display      Data      Channel (DDC2) |
| Hz. And Vt. Sync. [1] | |
| IEEE 1394 | IEEE 1394 |
| Pixel Clock | |
| Stereo sync. [1] | |
| Universal Serial Bus (USB) | Universal Serial Bus (USB) |

**Table 7-1 : P&D-A/D and P&D-D Signals**

[1]  Hz., Vt. And Stereo sync. pulses will be carried on the TMDS interface if used, else may be carried on dedicated pins.

### 7.8.1  Contact Sequencing

Tables 7.2 and 7.3 describe pin sequencing and their location per figures 7.1 and 7.3.

| Pin | Function | Pin | Function |
|---|---|---|---|
| 1 | General Purpose, Third Make | 18 | General Purpose, Fourth Make |
| 2 | General Purpose, Third Make | 19 | General Purpose, Third Make |
| 3 | General Purpose, Third Make | 20 | General Purpose, Third Make |
| 4 | General Purpose, Third Make | 21 | General Purpose, Third Make |
| 5 | General Purpose, Third Make | 22 | General Purpose, Third Make |
| 6 | General Purpose, Third Make | 23 | General Purpose, Third Make |
| 7 | General Purpose, Third Make | 24 | General Purpose, Third Make |
| 8 | General Purpose, Fourth Make | 25 | General Purpose, Third Make |
| 9 | General Purpose, Third Make | 26 | General Purpose, Third Make |
| 10 | General Purpose, Third Make | 27 | General Purpose, Third Make |
| 11 | General Purpose, Third Make | 28 | General Purpose, Fourth Make |
| 12 | General Purpose, Third Make | 29 | General Purpose, Third Make |
| 13 | General Purpose, Third Make | 30 | General Purpose, Third Make |
| 14 | General Purpose, Third Make | C1 | Quasi-Coaxial, Fourth Make |
| 15 | General Purpose, Third Make | C2 | Quasi-Coaxial, Fourth Make |
| 16 | General Purpose, Third Make | C3 | Quasi-Coaxial, Fourth Make |
| 17 | General Purpose, Third Make | C4 | Quasi-Coaxial, Fourth Make |
| | | C5 | Common Ground for Quasi Coaxial Lines, Second Make |
| Shell | First Make | | |

**Table 7-2 : Contact Sequencing**

ACQIS_MSFT_0034283

## 7.8.2  P&D-A/D Signal Pin Assignments - Main Pin Field

| Pin | Signal | Pin | Signal |
|---|---|---|---|
| 1 | TMDS Data2 + | 16 | USB data + |
| 2 | TMDS Data2 - | 17 | USB data - |
| 3 | TMDS Data2 return | 18 | 1394 outer shield (optional) & Charge Power return[2] |
| 4 | Hz. and Vt. Sync. return | 19 | 1394 Vg |
| 5 | Horizontal Sync. / Composite Sync. | 20 | 1394 Vp |
| 6 | Vertical Sync. | 21 | TMDS Data0 + |
| 7 | TMDS Clock return | 22 | TMDS Data0 - |
| 8 | Charge power +[1] | 23 | TMDS Data0 return |
| 9 | 1394 pair A, data - | 24 | Stereo sync. |
| 10 | 1394 pair A, data + | 25 | DDC return & Stereo Sync. Return |
| 11 | TMDS Data1 + | 26 | DDC data (SDA) |
| 12 | TMDS Data1 - | 27 | DDC clock (SCL) |
| 13 | TMDS Data1 return | 28 | +5 VDC |
| 14 | TMDS Clock + | 29 | 1394 pair B, Clock + |
| 15 | TMDS Clock - | 30 | 1394 pair B, Clock - |

**Table 7-3 : P&D-A/D Signal Assignment - Main Pin Field**

[1] Optional output from monitor, see section 4.6 for details.

[2] Note: The IEEE-1394 internal cable bundle may need an outer shield to minimise internal crosstalk within the cable construction. The outer EMI containment shield for the IEEE-1394 function will be provided by the overall P&D cable shield. If the internal bundle shield for IEEE-1394 is required this may be terminated to pin #18. It is recommended that this implementation be evaluated in the case where both Charge Power return and the IEEE-1394 internal cable bundle shield will be commoned to pin #18.

## 7.8.3  Signal Pin Assignments - MicroCross™ Section

| Pin | Signal |
|---|---|
| C1 | Red Video Out |
| C2 | Green Video Out |
| C3 | Pixel clock (optional) |
| C4 | Blue Video Out |
| C5[1] | Video / Pixel Clock Return |

**Table 7-4 : Signal Assignment - MicroCross™ Section**

[1] C5 designates the shield cross at the center of pins C1, C2, C3 and C4.

### 7.8.4  P&D-D Signal Pin Assignments - Pin Field

| Pin | Signal | Pin | Signal |
|-----|--------|-----|--------|
| 1 | TMDS Data2 + | 16 | USB data + |
| 2 | TMDS Data2 - | 17 | USB data - |
| 3 | TMDS Data2 return | 18 | 1394 outer shield (optional) & Charge Power return[2] |
| 4 | Unused | 19 | 1394 Vg |
| 5 | Unused | 20 | 1394 Vp |
| 6 | Unused | 21 | TMDS Data0 + |
| 7 | TMDS Clock return | 22 | TMDS Data0 - |
| 8 | Charge power +[1] | 23 | TMDS Data0 return |
| 9 | 1394 pair A, data - | 24 | Unused |
| 10 | 1394 pair A, data + | 25 | DDC return |
| 11 | TMDS Data1 + | 26 | DDC data (SDA) |
| 12 | TMDS Data1 - | 27 | DDC clock (SCL) |
| 13 | TMDS Data1 return | 28 | +5 VDC |
| 14 | TMDS Clock + | 29 | 1394 pair B, Clock + |
| 15 | TMDS Clock - | 30 | 1394 pair B, Clock - |

**Table 7-5 : Signal Assignment - Main Pin Field**

[1]  Optional output from monitor, see section 4.6 for details.

[2]  Note: The IEEE-1394 internal cable bundle may need an outer shield to minimise internal crosstalk within the cable construction. The outer EMI containment shield for the IEEE-1394 function will be provided by the overall P&D cable shield. If the internal bundle shield for IEEE-1394 is required this may be terminated to pin #18. It is recommended that this implementation be evaluated in the case where both Charge Power return and the IEEE-1394 internal cable bundle shield will be commoned to pin #18.

## 7.9  Connector Performance Characteristics

This section summarises the Environmental, Electrical, and Mechanical Performance Characteristics of the P&D connector. ANSI/EIA-364 Test Procedures and Conditions, or requirements are noted where applicable. Details of the Connector Performance test criteria and groups with test sequences may be found in Section 7.10.

### 7.9.1  Environmental

#### 7.9.1.1  Thermal Shock

Conditions:  ANSI/EIA-364-32, Condition 1
10 Cycles, mated/unmated

#### 7.9.1.2  Cyclic Humidity

Conditions:  ANSI/EIA-364-31, Condition A, C
Method III, omit 7A and 7B

#### 7.9.1.3  Temperature Life

Conditions:  ANSI/EIA-364-17, Condition 4
105° C for 250 hours
Method A, mated

#### 7.9.1.4  Corrosion Resistance

Conditions:  ANSI/EIA-364-65, Environmental Class II
Locate sample in zone 14

### 7.9.2  Electrical

#### 7.9.2.1  Contact Resistance

Conditions:  ANSI/EIA-364-23
15 m$\Omega$, maximum, initial per contact mated pair
10 m$\Omega$, maximum change from original per contact mated pair

#### 7.9.2.2  Dielectric Withstanding Voltage

Conditions:  ANSI/EIA-364-20
Test voltage 500V DC +/- 50 V
Method C, unmated and unmounted
Barometric pressure of 15psi

#### 7.9.2.3  Insulation Resistance

Conditions:  ANSI/EIA-364-21
Test voltage 500V DC +/- 50 V
Method C, unmated and unmounted

#### 7.9.2.4  Shell-to-Shell and Shell-to-Bulkhead Resistance

Conditions:  VP&D appendix E, section 14.2
50m$\Omega$, maximum, initial
50m$\Omega$, maximum change from original

#### 7.9.2.5  Contact Current Rating

Conditions:  ANSI/EIA-364-70, TP-70
55 °C, maximum ambient
85 °C, maximum temperature change
1.5A minimum

#### 7.9.2.6  Impedance: General Purpose Lines

Conditions:  ANSI/EIA-364-67[1]
TDR method normalised to 1ns risetime, single ended
1:1 S:G ratio
55$\Omega$ to 75$\Omega$

#### 7.9.2.7  Impedance: Differential Lines

Conditions:  ANSI/EIA-364-67[1]
TDR method normalised to 500ps risetime
Shell only grounded
$Z_{SOURCE}$ & $Z_{LOAD}$ = 105$\Omega$
105$\Omega$ +/- 10%

#### 7.9.2.8  Impedance: Quasi-Coaxial Lines

Conditions:  ANSI/EIA-364-67[1]
TDR method normalised to 1ns risetime
75$\Omega$ +/- 10%

ACQIS_MSFT_0034286

### 7.9.2.9  Bandwidth:  General Purpose Lines - Single Ended

Conditions:                See appendix E, section 14
                           Calculation based on risetime measurement, single ended
                           1:1 S:G ratio
                           0.8 GHz minimum

### 7.9.2.10  Bandwidth:  General Purpose Lines - Differential

Conditions:                See appendix E, section 14
                           Calculation based on risetime measurement, differential
                           1:1 S:G ratio
                           2.4 GHz minimum

### 7.9.2.11  Bandwidth:  Quasi-Coaxial Lines

Conditions:                See appendix E, section 14
                           Calculation based on risetime measurement
                           2.4 GHz minimum

### 7.9.2.12  Crosstalk:  General Purpose - Differential

Conditions:                ANSI/EIA-364-90 [1]
                           1V / 500ps, Measure NEXT & FEXT
                           Shield only grounded
                           5% maximum

### 7.9.2.13  Crosstalk:  Quasi-Coaxial Lines

Conditions:                ANSI/EIA-364-90 [1]
                           1V / 1ns, Measure NEXT & FEXT
                           5% maximum

[1]  At time of preparation of this standard, ANSI/EIA-364-67 and ANSI/EIA-34-90 have not been ratified and are cited as the recommended test procedures. The impedance values are described in ohms as calculated from the "% reflection" as specified in ANSI/EIA-364-67.

## 7.9.3  Mechanical

### 7.9.3.1  Vibration

Conditions:                ANSI/EIA-364-28, Condition III

### 7.9.3.2  Mechanical Shock

Conditions:                ANSI/EIA-364-27 Condition G

### 7.9.3.3  Durability

Conditions:                ANSI/EIA-364-09
                           2 mated pairs, 5 cycles
                           2 mated pairs, Automatic cycling to 500 cycles
                           Rate:  500 +/- 50 cycles/hour

### 7.9.3.4  Mating and Unmating Forces

Conditions:                ANSI/EIA-364-13
                           Insert and extract at speed of 25mm / minute
                           Unmating force: 1 kgf minimum, 4 kgf maximum

ACQIS_MSFT_0034287

## *7.10 Connector Performance Test Criteria*

To verify the performance requirements, performance testing is specified according to the recommendations, test sequences and test procedures of ANSI/EIA-364, entitled "Electrical Connector Test Procedures Including Environmental Classifications". Table 1 of ANSI/EIA-364 shows operating class definitions for different end-use applications. For the VESA P&D connector, the test specifications follow the recommendations for environmental class 1.3, which is defined as follows: " No air conditioning of humidity control with normal heating and ventilation".

The Equipment operating Environmental Conditions shown, for class 1.3 in Table 2 are:

- Temperature: +15° C to +85° C
- Humidity: 95% maximum.

Class 1.3 is further described as operating in a "harsh environmental" state, but with no marine atmosphere.

Accordingly, the performance groupings, sequences within each group, and the test procedures will follow the recommendations of ANSI/EIA-364, except where the unique requirements of the P&D connector and cable assembly may call for tests which are not covered in ANSI/EIA-364, or where the requirements deviate substantially from those in that document. In those cases, test procedures of other recognised authorities or specific procedures described in the annexes will be cited.

Receptacles, plugs and cable terminations shall perform to the requirements and pass all the following tests in the groups and sequences shown.

Testing may be done as follows:

a) Plug and receptacle only.
   In this case, for those performance groups that require it, the plugs may be assembled to the cable to provide a cable assembly.

b) Cable assembly (with a plug on each end) and receptacle.
   In this case, performance testing for both elements may be combined.

c) Cable assembly only (with a plug on each end).
   In this case, the cable assembly supplier should use a plug connector source which has successfully passed performance testing, according to this standard.

d) Plug only, or receptacle only.
   In this case, the other half shall be procured from a source, which has successfully passed performance testing, according to this standard. For those performance groups that require it, the plugs may be assembled to the cable to provide a cable assembly.

All resistance values shown in the following performance groups are for connectors only, including their terminations to the wire and/or PC board, but excluding the resistance of the wire. Resistance measurements shall be performed in an environment of temperature, pressure and humidity specified by ANSI/EIA-364.

The numbers of units to be tested is a recommended minimum; the actual sample size is to be determined by requirements of users.

ACQIS_MSFT_0034288

## 7.10.1 Connector Performance Test Groups

### 7.10.1.1 Performance group A: Basic mechanical and dimensional conformance & electrical functionality when subjected to mechanical shock & vibration

Number of samples:

[2] Receptacles, unassembled to PCB used for Phase 1, A1 and A2 (one each)
[2] Receptacles, assembled to PCB
[2] Plugs, unassembled to cable used for Phase 1, A1 and A2 (one each)
[2] Cable assemblies with a plug assembled to one end, 25.4 cm long.

| | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| A1 | Visual and dimensional inspection | ANSI/EIA 364-18 | Unmated connectors | Dimensional inspection | | |
| A2 | Plating thickness measure-ments | | | | | Record thicknesses; see clause 2.1.2 |
| A3 | None | | | Low level contact resistance | ANSI/EIA 364-23 | 15 mΩ, maximum, initial per contact mated pair. (Each contact) |
| A4 | Vibration | ANSI/EIA 364-28 | Method 5A, 15 min/axis | Continuity | ANSI/EIA 364-46 | No discontinuity at 1 µs or longer. (Each contact) |
| A5 | None | | | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change from original per contact mated pair. (Each contact) |
| A6 | Mechanical shock (specified pulse) | ANSI/EIA 364-27 | Condition A see note 1 | Continuity | ANSI/EIA 364-46 | No discontinuity at 1 µs or longer. (Each contact) |
| A7 | None | | | Low level contact resistance. | ANSI/EIA 364-23 | 15 mΩ maximum change from original per contact mated pair. (Each contact) |

#### Table 7-6 : Performance Group A

Note 1: Connectors are to be mounted on a fixture which simulates typical usage. The socket shall be mounted to a panel which is permanently affixed to the fixture. The mounting means shall include typical accessories such as:

1. An insulating member to prevent grounding of the shell to the panel
2. A PCB in accord with the pattern shown in Figure 7.5 for the receptacle being tested. The PCB shall also be permanently affixed to the fixture.

The plug shall be mated with the receptacle, and the other end of the cable shall be permanently clamped to the fixture.

ACQIS_MSFT_0034289

## 7.10.1.2 Performance Group B: Low level contact resistance when subjected to thermal shock & humidity stress

Number of samples:

[2] Receptacles, assembled to PCB

[2] Cable assemblies with a plug assembled to one end, 25.4 cm. long

| | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| B1 | None | | | Low level contact resistance | ANSI/EIA 364-23 | 15 mΩ maximum, initial per contact mated pair. (Each contact) |
| B2 | Thermal shock | ANSI/EIA 364-32 | Condition I 10 cycles (mated) | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change from initial per contact mated pair. (All samples to be mated) |
| B3 | Humidity | ANSI/EIA 364-31 | Condition C (504 hrs.) Method III (cycling) non-energized. Omit 7a & 7b (mated) | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change from initial per contact mated pair. (All samples to be mated) |

Table 7-7 : Performance Group B

ACQIS_MSFT_0034290

### 7.10.1.3 Performance Group C: Low level contact resistance when subjected to thermal shock & humidity stress

Number of samples:

  [2] Receptacles, assembled to PCB
  [2] Cable assemblies with a plug assembled to one end, 2 m. long

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| C1 | Withstanding voltage | ANSI/EIA 364-20 | Test voltage 500 VDC +50/-50 V Method C (unmated and unmounted) | Withstanding voltage | ANSI/EIA 364-20 | No flashover. No sparkover. No excess leakage. No breakdown. |
| C2 | Thermal shock | ANSI/EIA 364-32 | Condition I 10 cycles (unmated) | Withstanding voltage (same conditions as C1) | ANSI/EIA 364-20 | No flashover. No sparkover. No excess leakage. No breakdown. |
| C3 | Insulation resistance | ANSI/EIA 364-21 | Test voltage 500 VDC +50/-50 V (unmated and unmounted) | Insulation resistance | ANSI/EIA 364-21 | 1 GΩ minimum, between adjacent contacts and contacts and shell |
| C4 | Humidity (cyclic) | ANSI/EIA 364-31 | Condition A (96 hrs.) Method III non-energized. Omit steps 7a and 7b | Insulation resistance (same conditions as C3) | ANSI/EIA 364-21 | 1 GΩ minimum. |

Table 7-8 : Performance Group C

ACQIS_MSFT_0034291

#### *7.10.1.4 Performance Group D: Contact life & durability when subjected to mechanical cycling & corrosive gas exposure*

Number of samples:

[2] Receptacles, assembled to PCB

[2] Cable assemblies with a plug assembled to one end, 25.4 cm. Long.

| | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or Conditions | Title | ID No. | Performance Level |
| **D1** | None | | | Low level contact resistance | ANSI/EIA 364-23 | 15 mΩ maximum, initial per contact pair. (Each contact) |
| **D2** | Continuity housing (shell) | | | Contact resistance, braid to receptacle shell | ANSI/EIA 364-06 | 50 mΩ maximum, initial from braid to receptacle shell at 100 mA, 5VDC open circuit max. |
| **D3** | Durability | ANSI/EIA 364-09 | (a) 2 mated pairs, 5 cycles (b) 2 mated pairs, automatic cycling to 250 cycles, rate 500 cycles/hr +10/-10 cycles | | | |
| **D4** | None | | | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change per contact pair. (Each contact) |
| **D5** | Continuity Housing (shell) | | | Contact resistance | ANSI/EIA 364-06 | 50 mΩ maximum, change from initial from braid to receptacle shell at 100 mA, 5VDC open circuit max. |
| **D6** | Mixed flowing gas (in unmated condition) | ANSI/EIA 364-65 | Class II exposures: (a) 2 mated pairs-unmated for 1 day (b) 2 mated pairs-mated 10 days | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change from original per contact pair. (Each contact). Measured at end of exposure. |
| **D7** | Durability | ANSI/EIA 364-09 | Class II exposures: (a) 2 mated pairs, 5 cycles (b) 2 mated pairs, automatic cycling to 250 cycles, rate 500 cycles/hr +/- 10 cycles | | | |
| **D8** | Mixed flowing gas (in mated condition) | ANSI/EIA 364-65 | Class II Exposures: Expose mated for 10 days | Low level contact resistance at end of exposure | ANSI/EIA 364-23 | 10 mΩ maximum change from original per contact pair. (Each contact). Measured at end of exposure. |
| **D9** | Continuity housing (shell) | | | Contact resistance | ANSI/EIA 364-06 | 50 mΩ maximum, initial from braid to receptacle shell at 100 mA, 5VDC open circuit max. |

**Table 7-9 : Performance Group D**

©Copyright 1997 Video Electronics Standards Association

### 7.10.1.5  Performance Group E:  Contact resistance & unmating force when subjected to temperature life stress

Number of samples:
  [2] Receptacles, assembled to PCB
  [2] Cable assemblies with a plug assembled to one end, 2m long.

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| **E1** | Unmating forces | ANSI/EIA 364-13 | Mount socket rigidly, insert receptacle by hand Auto Rate: 25 mm/min. | Unmating only | ANSI/EIA 364-13 | Unmating force: 1 kgf minimum 4 kgf maximum |
| **E2** | None | | | Low level contact resistance | ANSI/EIA 364-23 | 15 mΩ maximum, initial per contact pair. (All contacts in 2 connectors.) |
| **E3** | Continuity – housing (shell) | | | Contact resistance | ANSI/EIA 364-06 | 50 mΩ maximum, initial from braid to receptacle shell at 100 mA, 5VDC open circuit max. |
| **E4** | Temperature life | ANSI/EIA 364-17 | Condition 4 (105° C) 250 hrs. Method A (mated) | Low level contact resistance | ANSI/EIA 364-23 | 10 mΩ maximum change per contact pair. (All contacts in 2 connectors) |
| **E5** | Continuity housing (shell) | | | Contact resistance | ANSI/EIA 364-06 | 50 mΩ maximum, change from initial from braid to receptacle shell at 100 mA, 5VDC open circuit max. |
| **E6** | Unmating forces | ANSI/EIA 364-13 | Mount socket rigidly. Insert plug by hand. Auto Rate: 25mm/min. | Unmating only | ANSI/EIA 364-13 | Unmating force: 1 kgf minimum, 4 kgf maximum |

**Table 7-10 : Performance Group E**

ACQIS_MSFT_0034293

## 7.10.1.6 Performance Group F: Mechanical retention and durability

Number of samples:

     [2] Receptacles, assembled to PCB

     [2] Plugs assembled to cable, one end only, 25.4 cm long.

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| F1 | Mating and unmating forces | ANSI/EIA 364-13 | Auto Rate: 25mm/min. | Unmating only | ANSI/EIA 364-13 | Unmating force: 1kgf minimum, 4 kgf maximum |
| F2 | Durability | ANSI/EIA 364-09 500 cycles/hr +/- 50 cycles | Automatic cycling to 500 cycles | Unmating only | ANSI/EIA 364-13 | Unmating force at end of durability cycles: 1kgf minimum, 4 kgf maximum. |

**Table 7-11 : Performance Group F**

ACQIS_MSFT_0034294

### 7.10.1.7  Performance Group FP:  Electrical Test - General Purpose Line, Single Ended

Number of samples:

    [2]  Receptacles, assembled to PCB
    [2]  Plugs terminated to PCB

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| FP5 | Impedance Single Ended | EIA 364-67 [1] | TDR method, normalized to 1 ns, single ended 1:1 S:G ratio | Time domain reflecto-meter | EIA 364-67[1] | 55 to 75 Ω |
| FP6 | Bandwidth Single Ended | See note[2] | single ended 1:1 S:G ratio | Measure t rise Calculate BW | See note [2] | 0.8 GHz Min. |

**Table 7-12 : Performance group FP - General Purpose, Single Ended**

Notes:  This chart applies only to the thirty general purpose lines.

[1]  At time of preparation of this standard, ANSI/EIA-364-67 had not been ratified and is cited as a recommended test procedure.

[2]  No current test appendix exists in ANSI/EIA-364 for Bandwidth testing, see appendix E, section 14 for reference test procedure.

ACQIS_MSFT_0034295

## 7.10.1.8 Performance Group FP: Electrical Test - General Purpose Lines, Differential

Number of samples:

   [2] Receptacles, assembled to PCB
   [2] Plugs terminated to PCB

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| FP4 | Crosstalk Differential | EIA 364-90 [1] | 1 V/500ps Shell only grounded | Measure NEXT & FEXT | EIA 364-90 [1] | 5 % Max. |
| FP5 | Impedance Differential | EIA 364-67 [1] | Differential TDR method normalized to 500 ps Shell only grounded $Z_{SOURCE}$ & $Z_{LOAD}$ = $105\Omega$ | Time domain reflecto- meter | EIA 364-67 [1] | $105\Omega$ +/- 10% |
| FP6 | Bandwidth Differential | See note [2] | 1:1 S:G environment | Measure t rise Calculate BW | See note [2] | 2.4 GHz Min. |

**Table 7-13 : Performance Group FP - General Purpose, Differential**

Notes: This chart applies only to the thirty general purpose lines.

[1] At time of preparation of this standard, ANSI/EIA-364-67 and ANSI/EIA-364-90 have not been ratified and are cited as recommended test procedures.

[2] No current test appendix exists in ANSI/EIA-364 for Bandwidth testing, see appendix E, section 14 for reference test procedure.

ACQIS_MSFT_0034296

### 7.10.1.9 Performance Group FP: Electrical Tests - Quasi-coaxial Lines

Number of samples:

   [2] Receptacles, assembled to PCB
   [2] Plugs terminated to 76.2mm (typ.) of semi-rigid 75Ω cable.

|  | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| **FP4** | Crosstalk | EIA 364-90[1] | 1 V/ 1 ns | Measure NEXT & FEXT | EIA 364-90[1] | 5% Max. |
| **FP5** | Impedance | EIA 364-67[1] | TDR method, normalized to 1 ns | Time domain reflecto-meter | EIA 364-67[1] | 75Ω +/- 10% |
| **FP6** | Bandwidth | See note [2] | | Measure t rise Calculate BW | See note [2] | 2.4 GHz Min. |

**Table 7-14 : Performance Group FP - Quasi-coaxial Lines**

Notes: This chart applies only to the four Quasi-coaxial lines.

[1] At time of preparation of this standard, ANSI/EIA-364-67 and ANSI/EIA-364-90 have not been ratified and are cited as recommended test procedures.

[2] No current test appendix exists in ANSI/EIA-364 for Bandwidth testing, see appendix E, section 14 for reference test procedure.

### 7.10.1.10 Performance Group G: General tests

Suggested procedures to test miscellaneous but important aspects of the interconnect.

Since the tests listed below may be destructive, separate samples must be used for each test. The number of samples to be used is listed under the test title.

| | Test | | | Measurements to be performed | | Requirements |
|---|---|---|---|---|---|---|
| Phase | Title | ID No. | Severity or conditions | Title | ID No. | Performance Level |
| G1 | Electrostatic discharge | IEC 801-2 | 1 to 8 kV in 1 kV steps. Use 8 mm ball probe. Test unmated | Evidence of discharge | | No evidence of discharge to any of the 34 contacts; discharge to shield is acceptable. |
| G2 | Cable flexing [2 plugs] | ANSI/EIA 364-41 | Condition I, dimension X=3.7x cable diameter; 100 cycles in each of two planes | Withstanding voltage | per C1 | per C1 |
| | | | | Insulation resistance | per C3 | per C3 |
| | | | | Continuity | ANSI/EI A 364-46 | No discontinuity on contacts or shield greater than 1 µs during flexing. |

Table 7-15 : Performance Group G

ACQIS_MSFT_0034298

# 8.  Physical Layer: Cable Assembly Specifications

Cable assembly specification has a "Type x" designation where 'x' is a alphanumeric code. These type designations are a cross reference to the VESA P&D Architecture Document.

These requirements apply to cable assemblies regardless of length.

| Type Designation | Corresponding Sublayer |
|---|---|
| A | Analogue Video |
| AT/AT' | TMDS Video |
| C | Sync and DDC |
| D | Charging Power and +5 VDC |
| USB | USB |
| 1394 | 1394 |

**Table 8-1 : Physical Sublayer Designations**

## 8.1  TMDS Video Sublayer, Type AT/AT'

| Parameter | Value | Conditions |
|---|---|---|
| Impedance | $100 +/- 5\Omega$ | |
| Time Delay Skew | 300 ps max.  within a pair | 65 MHz |
| | 1300 ps max. Between pairs | 65 MHz |
| | 180ps max. within a pair | 112 MHz |
| | 750ps max. between pairs | 112 MHz   Ref. Section 6.4.1 ($T_{CKJ}$) |
| Conductor DC Resistance | $3.6\Omega$ max. | At $20°$ C |
| Near End Crosstalk | 3.8% max. Between any 2 pairs | Drive waveform is a 300ps rise time (20% - 80%) pulse |
| Far End Crosstalk | 1.0% max. between any 2 pairs | Drive waveform is a 300ps rise time (20% - 80%) pulse. |

**Table 8-2 : TMDS Video Sublayer Attributes (part 1)**

| Attenuation | | |
|---|---|---|
| Frequency (MHz) | 65 MHz TMDS | 112 MHz TMDS |
| 1 | 0.55 dB max. | 0.40 dB max. |
| 10 | 1.3  dB max. | 0.88 dB max. |
| 50 | 2.3  dB max. | 1.7  dB max. |
| 100 | 3.1  dB max. | 2.2  dB max. |
| 200 | 4.4  dB max. | 3.2  dB max. |
| 400 | 6.0  dB max. | 4.6  dB max. |
| 600 | 8.2  dB max. | 5.9  dB max. |

**Table 8-3 : TMDS Video sublayer attributes (part 2)**

ACQIS_MSFT_0034209

## *8.2 Analogue Video Sublayer (Coax), Type A*

| Parameter | Value | Conditions |
|---|---|---|
| Impedance | $75\Omega$ +/- $4\Omega$ | |
| Conductor DC Resistance | $1.8\Omega$ max. | At $20°$ C |

Table 8-4 : Analogue Video Sublayer Attributes # 1

| Attenuation | |
|---|---|
| Frequency (MHz) | |
| 1 | 0.14 dB max. |
| 10 | 0.45 dB max. |
| 50 | 1.0  dB max. |
| 100 | 1.5  dB max. |
| 200 | 2.1  dB max. |
| 400 | 3.0  dB max. |
| 700 | 4.3  dB max. |
| 1000 | 5.4  dB max. |

Table 8-5 : Analogue Video Sublayer Attributes # 2

## *8.3 Conductors for Vertical, Horizontal, Stereo Sync., Sync. Return and DDC, Type C*

Conductor DC resistance:  $3.6\Omega$ maximum at $20°$ C

## *8.4 Conductors for Charge Power and +5VDC, Type D*

Conductor DC resistance:  $2.3\Omega$ maximum at $20°$ C
Current carrying capacity:  1.5A minimum

## *8.5 USB Sublayer, Type USB*

Electrical performance requirements shall be per the Universal Serial Bus specification.

## *8.6 IEEE 1394-1995 Sublayer, Type 1394*

Electrical performance requirements shall be per IEEE-1394-1995 specification.

ACQIS_MSFT_0034300

## 8.7  Cable Type Usage : P&D-A/D

| Cable Type | Pin | Signal | Cable Type | Pin | Signal |
|---|---|---|---|---|---|
| AT | 1 | TMDS Data2 + | 1394 | 19 | 1394 Vg |
| AT' | 2 | TMDS Data2 - | 1394 | 20 | 1394 Vp |
| AT/AT' | 3 | TMDS Data2 return | AT | 21 | TMDS Data0 + |
| C | 4 | Hz. & Vt. Sync. return | AT' | 22 | TMDS Data0 - |
| C | 5 | Horizontal Sync. / Composite Sync. | AT/AT' | 23 | TMDS Data0 return |
| C | 6 | Vertical Sync. | C | 24 | Stereo sync. |
| AT/AT' | 7 | TMDS Clock return | C | 25 | DDC return & Stereo Sync. return |
| D | 8 | Charge power + [1] | C | 26 | DDC data (SDA) |
| 1394 | 9 | 1394 pair A, data - | C | 27 | DDC clock (SCL) |
| 1394 | 10 | 1394 pair A, data + | C | 28 | +5 VDC |
| AT | 11 | TMDS Data1 + | 1394 | 29 | 1394 pair B, clock + |
| AT' | 12 | TMDS Data1 - | 1394 | 30 | 1394 pair B, clock - |
| AT/AT' | 13 | TMDS Data1 return | A | C1 | Red Video Out |
| AT | 14 | TMDS Clock + | A | C2 | Green Video Out |
| AT' | 15 | TMDS Clock - | A | C3 | Pixel Clock (optional) |
| USB | 16 | USB data + | A | C4 | Blue Video Out |
| USB | 17 | USB data - | A | C5 | Video / Pixel Clock return |
| D + 1394 | 18 | 1394 shield (optional) & Charge power return [2] | | | |

**Table 8-6 : Cable Type Usage - P&D-A/D**

[1]  Optional output from monitor, see section 4.6 for details.

[2]  Note: The IEEE-1394 internal cable bundle may need an outer shield to minimise internal crosstalk within the cable construction. The outer EMI containment shield for the IEEE-1394 function will be provided by the overall P&D cable shield. If the internal bundle shield for IEEE-1394 is required this may be terminated to pin #18. It is recommended that this implementation be evaluated in the case where both Charge Power return and the IEEE-1394 internal cable bundle shield will be commoned to pin #18.

ACQIS_MSFT_0034301

## 8.8 Cable Type Usage : P&D-D

| Cable Type | Pin | Signal | Cable Type | Pin | Signal |
|---|---|---|---|---|---|
| AT | 1 | TMDS Data2 + | 1394 | 19 | 1394 Vg |
| AT' | 2 | TMDS Data2 - | 1394 | 20 | 1394 Vp |
| AT/AT' | 3 | TMDS Data2 return | AT | 21 | TMDS Data0 + |
| | 4 | Unused | AT' | 22 | TMDS Data0 - |
| | 5 | Unused | AT/AT' | 23 | TMDS Data0 return |
| | 6 | Unused | | 24 | Unused |
| AT/AT' | 7 | TMDS Clock return | C | 25 | DDC return |
| D | 8 | Charge power + | C | 26 | DDC data (SDA) |
| 1394 | 9 | 1394 pair A, data - | C | 27 | DDC clock (SCL) |
| 1394 | 10 | 1394 pair A, data + | C | 28 | +5 VDC |
| AT | 11 | TMDS Data1 + | 1394 | 29 | 1394 pair B, clock + |
| AT' | 12 | TMDS Data1 - | 1394 | 30 | 1394 pair B, clock - |
| AT/AT' | 13 | TMDS Data1 return | | | |
| AT | 14 | TMDS Clock + | | | |
| AT' | 15 | TMDS Clock - | | | |
| USB | 16 | USB data + | | | |
| USB | 17 | USB data - | | | |
| D + 1394 | 18 | 1394 shield & Charge power return | | | |

Table 8-7 : Cable Type Usage - P&D-D

ACQIS_MSFT_0034302

# 9. Compliance with Plug and Display Standard

This section defines the requirements for any piece of hardware ( e.g. host system, graphic card, display) to be able to claim that it is compliant with the VESA Plug and Display Standard.

## 9.1 A P&D-A/D Compliant Host System / Graphic Card / etc.

A P&D-A/D compliant host system, graphic card (or similar) must have the following attributes:

1. DDC2 capability
2. Capability to decode and use the EDID Version 3 structure
3. A P&D-A/D receptacle
4. The P&D TMDS interface
5. An analogue interface (R/G/B and 2 syncs. or R/G/B and composite sync.)
6. Support for hot-plugging protection (see Section 3)
7. It may also contain any or all of the following:

   - IEEE-1394-1995
   - USB
   - Pixel clock
   - Stereo sync.
   - Provision to use charge power

## 9.2 A P&D-D Compliant Host System / Graphic Card / etc.

A P&D-D compliant host system, graphic card (or similar) must have the following attributes:

1. DDC2 capability
2. Capability to decode and use the EDID Version 3 structure
3. A P&D-D receptacle
4. The P&D TMDS interface
5. Support for hot-plugging protection (see Section 3)
6. It may also contain any or all of the following:

   - IEEE-1394-1995
   - USB
   - Provision to use charge power

## 9.3 A P&D Compliant Display

A P&D compliant display must have the following attributes:

1. DDC2 capability
2. Capability to send the appropriate EDID Version 3 structure
3. A P&D plug
4. The P&D-D TMDS interface
5. Support for hot-plugging protection (see Section 3)
6. It may also contain any or all of the following:

   - IEEE-1394-1995
   - USB
   - Stereo sync. (carried via TMDS)
   - Provision to supply charge power

7. The capability to indicate to the user if the host system does not respond with the EDID requested video data stream

ACQIS_MSFT_0034303

### *9.4  P&D Symbol*

It is required that the following symbol be used on system units adjacent to the P&D receptacle and on the P&D plug on the end of the video cable intended to plug into the system unit - this will give end users a clear indication of which interface options are supported.



**Figure 9-1 : P&D Symbol**

Following expands the definition of each quadrant. If no support is provided for a feature then the corresponding quadrant shall be left blank.

### 9.4.1  Upper Left Quadrant

Defines the analogue interface support:

       A1 : RS-170
       A2 : RS-343
       A3 : Euro
       A4 : VESA

### 9.4.2  Upper Right Quadrant

Defines the TMDS operating range:

      D  :    Operating range is non-standard (at time of writing)
      D1 :    range of $25 \Rightarrow 65$ MHz
      D2 :    range of $65 \Rightarrow 112$ MHz
      D3 :    range of $112 \Rightarrow 160$ MHz

### 9.4.3  Lower Left Quadrant

Indicates support for IEEE 1394-1995

### 9.4.4  Lower Right Quadrant

Indicates support for USB

### 9.4.5  Example

A system supporting analogue video in VESA format, TMDS with $25 \Rightarrow 65$ MHz operating range, IEEE 1394-1995 and USB would use one of these symbols:



**Figure 9-2 : P&D Symbol Example**

### 9.4.6  Additional Information

If TMDS does not operate over one of the predefined ranges then it is recommended that the actual operating range be printed on the cable with the upper right quadrant carrying the letter 'D' only.

ACQIS_MSFT_0034304

The following sections of this standard are informative appendices and do not constitute part of the VESA Plug and Display Standard.

ACQIS_MSFT_0034305

# 10.  Appendix A: Digital Monitor Cable Assembly

This is an informative appendix and does not form part of the VESA Plug and Display Standard.

## *10.1  Introduction*

Two configurations are recommended for digital only interface implementations using detachable signal cables, benefits include:

- Standard cable assembly
    - Shorter lead time
    - Lower cost
        - No unique cables
        - Lower inventory level
- Multiple suppliers

Different cable lengths and configurations are possible  e.g.  5m and 10m

- Minimum configuration: DDC2 + TMDS channel
- Maximum configuration: DDC2 + TMDS + USB + IEEE 1394 + Charge Power

Notes:
1.  The USB and IEEE 1394-1995 specifications have cable length constraints, check the appropriate specification for details.
2.  It is important to ensure that the connector and cable components and construction techniques used result in an assembly that meets the performance requirements defined in this standard.
     In particular, an appropriate cable termination technique should be used at the 40 pin microribbon.

ACQIS_MSFT_0034306

## 10.2  P&D-D ⇔ P&D-D Plug Connectors

A cable using P&D-D plug connectors on both ends with a 1:1 pin relationship as shown is Table 10.1 is acceptable.

### 10.2.1  Pin Definitions

| Pin | P&D-D Connector Main Field | Pin | P&D-D Connector Main Field |
|---|---|---|---|
| 1 | TMDS Data2 + | 1 | TMDS Data2 + |
| 2 | TMDS Data2 - | 2 | TMDS Data2 - |
| 3 | TMDS Data2 return | 3 | TMDS Data2 return |
| 4 | Unused | 4 | Unused |
| 5 | Unused | 5 | Unused |
| 6 | Unused | 6 | Unused |
| 7 | TMDS Clock return | 7 | TMDS Clock return |
| 8 | Charge power + | 8 | Charge power + |
| 9 | 1394 pair A, data - | 9 | 1394 pair A, data - |
| 10 | 1394 pair A, data + | 10 | 1394 pair A, data + |
| 11 | TMDS Data1 + | 11 | TMDS Data1 + |
| 12 | TMDS Data1 - | 12 | TMDS Data1 - |
| 13 | TMDS Data1 return | 13 | TMDS Data1 return |
| 14 | TMDS Clock + | 14 | TMDS Clock + |
| 15 | TMDS Clock - | 15 | TMDS Clock - |
| 16 | USB data + | 16 | USB data + |
| 17 | USB data - | 17 | USB data - |
| 18 | 1394 outer shield (optional) & Charge power return | 18 | 1394 outer shield (optional) & Charge power return |
| 19 | 1394 Vg | 19 | 1394 Vg |
| 20 | 1394 Vp | 20 | 1394 Vp |
| 21 | TMDS Data0 + | 21 | TMDS Data0 + |
| 22 | TMDS Data0 - | 22 | TMDS Data0 - |
| 23 | TMDS Data0 return | 23 | TMDS Data0 return |
| 24 | Unused | 24 | Unused |
| 25 | DDC return | 25 | DDC return |
| 26 | DDC data (SDA) | 26 | DDC data (SDA) |
| 27 | DDC clock (SCL) | 27 | DDC clock (SCL) |
| 28 | +5V dc | 28 | +5V dc |
| 29 | 1394 pair B, clock+ | 29 | 1394 pair B, clock+ |
| 30 | 1394 pair B, clock - | 30 | 1394 pair B, clock - |

**Figure 10-1 : Pin Definitions, P&D-D ⇔ P&D-D**

Numbering convention on P&D-D plugs:



ACQIS_MSFT_0034307

## *10.3 P&D-D ⇔ Microribbon Plug Connector*

### 10.3.1 Assembly Drawing



**Figure 10-2 : Cable Assembly Drawing, P&D-D ⇔ Microribbon**

ACQIS_MSFT_0034308

## 10.3.2  Pin Definitions, P&D-D ⇔ Microribbon

| Pin | P&D-D Connector Main Field | Pin | 0.050" 40 pin Microribbon Connector |
|---|---|---|---|
| 1 | TMDS Data2 + | 8 | TMDS Data2+ |
| 2 | TMDS Data2 - | 7 | TMDS Data2- |
| 3 | TMDS Data2 return | 27 | TMDS Data2 return |
| 4 | Unused | | Not applicable |
| 5 | Unused | | Not applicable |
| 6 | Unused | | Not applicable |
| 7 | TMDS Clock return | 21 | TMDS Clock return |
| 8 | Charge power + | 22, 24 | Charge power + |
| 9 | 1394 pair A, data - | 19 | 1394 pair A, data - |
| 10 | 1394 pair A, data + | 20 | 1394 pair A, data + |
| 11 | TMDS Data1 + | 6 | TMDS Data1+ |
| 12 | TMDS Data1 - | 5 | TMDS Data1- |
| 13 | TMDS Data1 return | 25 | TMDS Data1 return |
| 14 | TMDS Clock + | 1 | TMDS Clock+ |
| 15 | TMDS Clock - | 2 | TMDS Clock- |
| 16 | USB data + | 33 | USB data + |
| 17 | USB data - | 34 | USB data - |
| 18 | 1394 outer shield (optional) & Charge power return | 26, 28 | Charge power return |
| | | 14 | USB return |
| | | 39 | 1394 pair A return |
| | | 37 | 1394 pair B return |
| 19 | 1394 Vg | 38, 40 | 1394 Vg |
| 20 | 1394 Vp | 16, 36 | 1394 Vp |
| 21 | TMDS Data0 + | 4 | TMDS Data0+ |
| 22 | TMDS Data0 - | 3 | TMDS Data0- |
| 23 | TMDS Data0 return | 23 | TMDS Data0 return |
| 24 | Unused | | Not applicable |
| 25 | DDC return | 11 | DDC return |
| 26 | DDC data (SDA) | 31 | DDC data (SDA) |
| 27 | DDC clock (SCL) | 12 | DDC clock (SCL) |
| 28 | +5V dc | 15, 35 | +5V dc |
| 29 | 1394 pair B, clock+ | 17 | 1394 pair B, clock+ |
| 30 | 1394 pair B, clock - | 18 | 1394 pair B, clock - |
| | | 13, 32 | +5V dc return |

**Figure 10-3 : Pin Definitions, P&D-D ⇔ Microribbon**

Numbering convention on P&D-D plug:



Numbering Convention on microribbon plug:



\* Pin # 1 identification mark

Notes:

1. 1394 shields and Charge power return are bussed at pin 18 of the P&D-D connector, the 1394 pair A shield is connected to pin 39, the 1394 pair B shield is connected to pin 37 and the Charge power return is bussed at pins 26 & 28 of the 40 pin microribbon connector.

2. For 1394 Vg, two wires are connected to pin 19 of the P&D-D connector and connected separately to pins 38 and 40 in the 40 pin ribbon connector in order to safely handle the 1.5A current required by the 1394 specification.

ACQIS_MSFT_0034309

3. For 1394 Vp, two wires are connected to pin 20 of the P&D-D connector and connected separately to pins 16 and 36 in the 40 pin ribbon connector in order to safely handle the 1.5A current required by the 1394 specification.

4. Connector drawings not to scale and looking at plug face.

5. For +5V dc, two wires are connected to pin 28 of the P&D-D- connector and connected separately to pins 15 and 35 in the 40 pin ribbon connector.

ACQIS_MSFT_0034310

## 11. Appendix B: Software Considerations at Start-Up

This appendix is for information only and is a suggestion on how the operating system may interact with the Plug & Display graphic subsystem. The processes described correspond to the layer of code above the processes described in section 2.3 Hot Plugging.

### *11.1 Power on Sequences*

#### 11.1.1 System Unit Powers on after Monitor Power On

```
Initialisation
        Prior to System Unit Power on Reset
        The Monitor resets itself to the state as defined in the Monitor Quiescent State
                Monitor not displaying
                Channels Disabled
        System Unit provides +5V to DDC
        Monitor leaves Quiescent state
        Monitor Display enabled
        System Unit reads DDC
        Channels enabled as per EDID data
If Command Layer Present
        Then
                Start Command Layer
                Hand Control to Command Layer
                Test for presence of Monitor
                Monitor response
                Continue
                .......

Else
        Start Adapter Layer
        Hand Control to adapter Layer
        Continue
        .........
```

ACQIS_MSFT_0034311

## 11.1.2  System Unit Powers on and Monitor Not Powered On

```
Initialisation
        System Unit provides +5V to DDC
        Read EDID
If Command Layer Present
        Then
                Start Command Layer
                Hand Control to Command Layer
                        Test for presence of Monitor
                        Is Charge Power line >2.0V ?
                        Continue to test at set time intervals
                        ......
        The Monitor powers on Quiescent State
        Monitor not displaying
        Channels disabled
        Monitor leaves Quiescent State
        Monitor Display enabled
                        Monitor responses
                        Continue
                        ............
```

Else

```
        Start Adapter Layer
        Hand Control to adapter Layer
        The Monitor resets itself to the state as defined in the Monitor Quiescent State
        Is Charge Power line >2.0V ?
        Monitor not displaying
        All Channels enabled
        Monitor leaves Quiescent state
        DPMS enables monitor

        Continue
        ............
```

ACQIS_MSFT_0034312

### 11.1.3 System Unit IPL after Monitor Power On

No Vsync., Hsync. Or TMDS activity
      The Monitor sets itself to the state as defined in the Monitor Quiescent State
      Monitor not displaying
      Channels disabled
      System Unit starts
      .......
      .......
      System IPL
      System Unit reads EDID
      Is there Vsync. & Hsync. or syncronised TMDS activity ?
      Then
            Monitor leaves Quiescent state
            Monitor Display enabled
      Else

      If Command Layer Present
            Then
                   Start Command Layer
                  Hand Control to Command Layer
                  Test for presence of Monitor
                  Monitor response
                  Continue
                  .......

            Else
                  Start Adapter Layer
                  Hand Control to adapter Layer
                  DPMS moves Monitor out of Power management state
                  Continue
                  .........

ACQIS_MSFT_0034313

## 12. Appendix C: Guidance on Implementation

### 12.1 P&D Family of Connectors

The VESA Plug and Display Standard (this document) builds on the VESA Enhanced Video Connector Physical Standard (EVC), extending that concept into a family of related connectors which exist under a common logical interface architecture. The original EVC definition fits into this family as the connector standard of choice for systems choosing to support only an analogue video interface. The two new connector standards introduced here complete the family, providing standards for supporting both analogue and digital video interfaces on a single host connector, and for supporting a digital only host. The relationship between these connectors and the corresponding monitor video connectors is shown in following diagram.



Figure 12-1 : P&D Connector Family

Note: The black pins/sockets above indicate the pins/sockets used in the minimum configuration.

This family of connectors uses a combination of shell shape and other physical features to ensure that displays using a given interface type (either analogue or digital) will not be connected to hosts which do not provide support for that interface, but can always be connected to hosts on which that interface may be supported.

Analogue interface monitors will use the original EVC plug, and so may be supported on both analogue only hosts (with the P&D-A/D receptacle) and on those hosts which provide both analogue and digital support (via the P&D-A/D receptacle).

Digital interface monitors, using a plug which has no provision for analogue connections, are supported on any host which provides a digital output but will not be capable of being connected to hosts supplying only analogue video. Similarly, analogue input monitors cannot be connected to hosts providing support only for digital video.

### 12.2 Plug - Receptacle Physical Compatibility Summary

|  | Host Receptacle EVC | Host Receptacle P&D - A/D | Host Receptacle P&D - D |
|---|---|---|---|
| Monitor Plug : EVC | Yes | Yes | No |
| Monitor Plug : P&D - D | No | Yes | Yes |

Figure 12-2 : Plug Receptacle Physical Compatibility

ACQIS_MSFT_0034314

# 13. Appendix D: Power-Up and Hot-Plugging of P&D Hosts and Monitors

This is an informative appendix and does not form part of the VESA plug and Display Standard.

This appendix is provided to assist in navigating the many subtle details involved in the initial stages of configuring a P&D host to work with an attached monitor. Potential pit-falls are introduced by the probability that P&D hosts and P&D monitors will, on occasion, be attached to non-P&D compliant hardware. Also, it is necessary to try to gracefully handle instances of poorly-made connections between hosts and monitors using extension cables and/or countless conceivable forms of adaptive hardware. Of course, it is not possible to completely "fool-proof" this interface against all possible contingencies.

## 13.1 Requirements of P&D Hosts

All P&D hosts are required to supply +5.0VDC on the +5V DDC line to the monitor. P&D-D monitors depend on being able to use the presence of this +5V supply as a prerequisite to enabling their TMDS receivers.

In all P&D hosts, a HARDWARE-BASED mechanism should be used to continuously monitor the Charge Power line for the presence of at least +2.0V from the monitor supplied on the Charge Power line, and to do the work of disabling the host's TMDS transmitter whenever that voltage falls below +2.0V. A mechanism requiring the support of software that runs on the host CPU should NEVER be used to perform this function. The intention is that it should be possible for this feature to work even if the host system is "hung."

## 13.2 Requirements of P&D Monitors

P&D monitors are required to supply a minimum +2.4V output on the Charge Power line to the host. The host makes use of the presence of this power supply in determining whether or not a monitor is attached.

Adaptive hardware designed to allow non-P&D monitors (including older CRT monitors), to be used with hosts that are compliant with the Plug and Display standard must, as a minimum, strap the +5V DDC line originating from the host to the Charge Power line going back to the host. A manufacturer of such adaptive hardware should strive to design such that it is easier to connect and disconnect the display from the host at the host's P&D interface than at the point where the adaptive hardware attaches to the monitor. Doing this will help to ensure that the P&D host is able to receive an indication of whenever the monitor is connected or disconnected.

ACQIS_MSFT_0034315

### *13.3  Power-Up and Hot-Plugging Sequence of Events for P&D-A/D Host*

Figure 13.1 presents a flowchart of the sequence of actions taken by a P&D host upon being turned on or reset. The following paragraphs follow some of the possible sequences of events to support the attachment of various types of monitors.

### 13.3.1  P&D-D Monitor Attached to P&D-A/D Host

In this scenario, a P&D-D monitor has been attached to a P&D-A/D host, and the host has just been turned on or reset.

The host begins by attempting to read EDID at DDC address A2h, which would be successful, since the monitor is compliant with P&D. By examining the contents of the EDID structure received, the host determines that the TMDS interface will be used. The host then double-checks to see that a voltage level of +2.4V or higher is being received from the monitor on the Charge Power line. Presuming that there are no problems with either the monitor or the cable connecting it to the host, the host will find at least +2.0V to be present and will, therefore, turn on its TMDS transmitter and begin sending an image to the display using the various parameters found within the EDID structure. Normal display operation has begun.

While normal display operation continues, hardware within the host continuously monitors the Charge Power line for any occasion in which the voltage level might drop below +2.0V. Such an event would presumably mean that the display has been disconnected from the host. Should such an event occur, the monitoring hardware in the host would immediately disable the TMDS transmitter. That same monitoring hardware would then continuously monitor the Charge Power line to see if the voltage level ever rises back to +2.0V or higher. Presumably, the return of a voltage level of +2.0V or higher would mean that a display has just been connected to the host. Since it is not prudent to assume that the monitor just connected is necessarily the same one that had been disconnected earlier, the monitoring hardware does NOT re-enable the TMDS transmitter. Instead, the monitoring hardware signals the host via an interrupt (or similar means) that a monitor has just been connected. This signal would cause the host to repeat the earlier process to identify and configure itself for the newly attached display.

### 13.3.2  EVC Monitor Attached to P&D-A/D Host

In this scenario, an EVC monitor has been attached to the host, and the host has just been turned on or reset.

The host begins by attempting to read EDID at DDC address A2h, which would be successful, since the monitor is compliant with P&D. By examining the contents of the EDID structure received, the host would determine that the analogue interface will be used, and will, therefore, turn on its D-to-A converters and begin sending an image to the display using the various parameters found within the EDID structure. Normal display operation has begun.

While normal display operation continues, hardware within the host continuously monitors the Charge Power line for any occasion in which the voltage level might drop below +2.0V. Such an event would presumably mean that the display has been disconnected from the host. Even when such an event occurs, however, display output through the D-to-A converters would actually continue. Should such an event occur, the same monitoring hardware then continuously monitors the Charge Power line to see if the voltage level ever rises back to +2.0V or higher. Presumably, the return of a voltage level of +2.0V or higher would mean that a display has just been connected to the host. Since it is not prudent to assume that the monitor just connected is necessarily the same one that had been disconnected earlier, the monitoring hardware would immediately disable the D-to-A converters. The monitoring hardware would then signal the host via an interrupt (or similar means) that a monitor has just been connected. This signal would cause the host to repeat the earlier process to identify and configure itself for the newly attached display.

ACQIS_MSFT_0034316

### 13.3.3 Non-P&D Monitor Attached to P&D-A/D Host

In this scenario, a monitor that uses an analogue interface, and which is not compliant with P&D, has been attached to a P&D-A/D host, and the host has just been turned on or reset.

The host begins by attempting to read EDID at DDC address A2h, which might very well fail, since the monitor is not compliant with P&D. The lack of an EDID structure can be used as the basis of a assumption that the monitor (if one is attached) will be using the analogue interface, and not TMDS. The host then attempts to read an earlier incarnation of EDID at DDC address A0h. If the display has this earlier EDID structure, then the sequence of events would continue with the host using the information in that EDID structure to configure its output as appropriate before turning on its D-to-A converters. Normal display operation would thereby begin.

However, if no EDID structure was found at A0h, the host would be forced to make more assumptions concerning the attached monitor. If the host is a typical personal computer, it may well presume that any monitor attached to it is an older VGA-standard monitor. Such a host would turn on the D-to-A converters and then check the R, G and B analogue output lines to determine if a load exists on all three outputs. If such a load is present, the host would likely assume that it has been attached to a colour VGA monitor. If there is no such load present, then the host would then likely check the G analogue output line to determine if a load exists on it alone. If such a load is present, the host would likely assume that it has been attached to a monochrome VGA monitor. If there is no such load present, then the host would likely assume some other appropriate default form of monitor. Whatever the result, the host would then configure its output as appropriate, and normal display operation would begin.

However, if the host is not a personal computer, but a workstation belonging to a family of workstations with a family of monitors dating from before the introduction of P&D, the host should perform whatever loading tests and make whatever presumptions concerning the resolution and frequency of the attached monitor that would be appropriate for monitors in its product line. Whatever the result, the host would then configure its output as appropriate, and normal display operation would begin.

While normal display operation continues, hardware within the host continuously monitors the Charge Power line for any occasion in which the voltage level might drop below +2.0V. Such an event would presumably mean that the display has been disconnected from the host. However, it is also possible that the non-compliant monitor in this case, or the adaptive hardware used to attach that monitor to the host does not provide a voltage on the Charge Power line. For this reason, display output through the D-to-A converters actually continues even if this voltage is lost, or was simply never provided. In such circumstances, the monitor would be operating in an alternate form of normal operating mode in which the monitoring hardware continuously monitors the Charge Power line to see if the voltage level ever rises back to +2.0V or higher. Presumably, the onset of a voltage level of +2.0V or higher would mean that a display (perhaps one compliant with P&D) has just been connected to the host. Since it is not prudent to assume that the monitor just connected is the same one that had been disconnected earlier, the monitoring hardware would immediately disable the D-to-A converters. The monitoring hardware would then signal the host via an interrupt (or similar means) that a monitor has just been connected. This signal would cause the host to repeat the earlier process to identify and configure itself for the newly attached display.

ACQIS_MSFT_0034317



**Figure 13-1 : Power-Up and Hot Plugging Flowchart for P&D-A/D Host**

©Copyright 1997 Video Electronics Standards Association

### 13.4 Power-Up and Hot-Plugging Sequence of Events for P&D-D Host

Figure 13.2 presents a flowchart of the sequence of actions taken by a compliant host with only a TMDS output capability upon being turned on or reset. The following paragraphs follow some of the possible sequences of events for various types of monitors.

### 13.4.1 P&D-D Monitor Attached to P&D-D Host

In this scenario, a P&D-D monitor has been attached to a P&D-D host, and the host has just been turned on or reset.

The host begins by checking that +2.0V or higher is being received from the monitor on the Charge Power line, which would be the case, since the monitor complies with P&D. The host then attempts to read the monitor's EDID at DDC address A2h, and which presumably would succeed. By examining the contents of the EDID structure received, the host determines that the TMDS interface is what the monitor requires. The host then turns on its TMDS transmitter and begins sending an image to the display using the various parameters found within the EDID structure. Normal display operation has begun.

While normal operation continues, hardware within the host continuously monitors the Charge Power line for any occasion in which the voltage level might drop below +2.0V. Such an event would presumably mean that the display has been disconnected from the host. Should this occur, the monitoring hardware in the host would immediately disable the TMDS transmitter. That same monitoring hardware would then continuously monitor the Charge Power line to see if the voltage level ever rises back to +2.0V or higher. Presumably, the return of a voltage level of +2.0V or higher would mean that a display has just been connected to the host. Since it is not prudent to assume that the monitor just connected is necessarily the same one that had been disconnected earlier, the monitoring hardware does NOT re-enable the TMDS transmitter. Instead, the monitoring hardware signals the host via an interrupt (or similar means) that a monitor has just been connected. This signal would cause the host to repeat the earlier process to identify and configure itself for the newly attached display.

### 13.4.2 Monitor with Analogue Interface Attached to P&D-D Host

Although the physical design of the connectors should not allow this to occur, it is conceivable that through ad-hoc efforts on the part of end-users, or improperly designed adaptive hardware or extension cables, a situation might arise where somehow a monitor requiring analogue input is attached to a P&D-D host.

The host begins by checking to that +2.0V or higher is being received from the monitor on the Charge Power line, which would be the case if the monitor is happens to comply with P&D. The host then attempts to read EDID at DDC address A2h, which presumably would succeed if the monitor happens to comply with P&D. However, either by the absence of either a voltage on the charge power line or an EDID structure at A2h, or by the reading the EDID structure, the host would either assume or discover that it has been attached to a monitor requiring an analogue interface. Since the host is not capable of providing an analogue output, the host would first send an error status message to the operating system, and then it would being continuously monitoring the Charge Power line for any occasion in which the voltage level might drop below +2.0V, indicating that the incompatible display has been disconnected. That same monitoring hardware would then continuously monitor the Charge Power line to see if the voltage level ever rises back to +2.0V or higher. Presumably, the return of a voltage level of +2.0V or higher would mean that a monitor has just been connected to the host. The monitoring hardware then signals the host via an interrupt (or similar means) that a monitor has just been connected. This signal would cause the host to repeat the earlier process to identify and configure itself for the newly attached display.

ACQIS_MSFT_0034319



**Figure 13-2 : Power-Up and Hot-Plugging Flowchart for P&D-D (TMDS) Host**

©Copyright 1997 Video Electronics Standards Association

### *13.5 Power-Up and Hot-Plugging Sequence of Events for P&D-D Monitor*

Figure 13.3 presents a flowchart of the sequence of actions taken by the circuitry of a compliant monitor requiring TMDS input upon being connected to a power source. It is expected that the monitor will default to being essentially in the DPMS off state upon first being connected to a power source.

The monitor would continuously watch the +5V DDC line received from the host for the presence of +5.0V. Presumably, this would mean that the monitor has just been connected to an active compliant host, or that the host has just been turned on. The monitor would also continuously watch for when the host reads all 256 bytes of the monitor's EDID structure at A2h. This would presumably mean that the host is, in fact, compliant with the Plug and Display specification, and that it should now be aware of the monitor's requirements. In response to this reading of the EDID structure, the monitor would turn on its TMDS receiver.

While continuing to check for the presence of +5.0V from the host, the monitor would wait until it starts receiving SHFCLK pulses from the host before powering up its flat panel (presuming this is a flat panel monitor) and entering normal operating mode. If the monitor supports DPMS, then in normal operating mode the monitor would watch the horizontal and vertical sync. signals (or their flat panel equivalents) for indications of which of the four possible DPMS states it should enter.

Throughout normal operation, the monitor would also continuously watch for either the cessation of SHFCLK, or the absence of +5.0V on the +5V DDC line. Should either of these happen, the monitor would power down its flat panel (if it is not already powered down) and disable its TMDS receiver - essentially the equivalent of entering the DPMS off state. The monitor would then go back to waiting for +5.0V to be reestablished and for its EDID structure at A2h to be read again, before re-enabling its TMDS receiver.

ACQIS_MSFT_0034321



**Figure 13-3 : Power-Up and Hot-Plugging Flowchart for P&D-D (TMDS) Monitor**

ACQIS_MSFT_0034322

# 14. Appendix E : Measurement Protocols

## 14.1 Bandwidth Measurements

### 14.1.1 Scope and objective

The purpose of this test is to evaluate the bandwidth performance of a connector and/or a connection system. This is necessary to determine the impact of the connection for the system in which it is used.

This measurement is the high frequency half power point (-3dB power point).
The frequency domain procedure used will measure the first order (20dB/decade) half power point (roll off frequency) of the connection. This data can then be used to determine the connection's impact on the system in which it is used.

Once the bandwidth data is known, a complex waveform can be analyzed. The complex waveform (system waveform) can be broken down into its fundamental components and each frequency that passes through the connection can be analyzed. Another approach is to convert the bandwidth (frequency domain) data to time domain information and then analyze the impact the connection will have on the system's waveform.

### 14.1.2 Test Equipment

The equipment of choice for frequency domain measurements is the Network Analyzer. Bandwidth measurements require a swept frequency source and receiver capable of a flat amplitude response over the frequency range of measurement. The Network Analyzer provides both the swept source and tuned (flat amplitude response) receiver ports necessary for the bandwidth measurement.

A test fixture is needed to attach the device under test (DUT) to the network analyzer's two ports.

### 14.1.3 Test Specimen

Two connections, to the Device Under Test (DUT), are described. In each case a complete connection must be made which will be an accurate representation of the final connection.

1. Connector (mated two pieces): The connector should be a mated pair with multiple contacts. This connector type has contacts that typically consist of two halves that are mated together to complete the connection. Typical applications are board to board, board to wire, and wire to wire.

2. Connection (connector mated to card edge): The interconnection should be complete, in that the test specimen should not be altered electrically when used in a system. For card edge connectors, the mating card edge or connection must be in place to test the connection.

### 14.1.4 Test Fixture

The test fixture should provide the interconnect between the network analyzer and the DUT. The test fixture can provide the signal to ground pattern for which the DUT will be tested. If the test fixture does not include the signal to ground pattern connections, it should be part of the DUT. The fixture should provide a controlled impedance setup. The fixture should be as similar to the intended application as possible. This includes cable and/or printed circuit board connections.

### 14.1.5 Test Method

The network analyzer, test fixture, and DUT should be connected as in Figure 14.1. The DUT should be mounted in the test fixture in a manner that is as close to the actual application of the connector as possible. The test fixture connects to the source and receive ports of the network analyzer.

The network analyzer frequency range can be set to sweep logarithmically over several decades to monitor the first order roll off. The amplitude should be set to monitor in -dB.

ACQIS_MSFT_0034323

The DUT can be measured and the corresponding first order roll off frequency can be monitored at the -3dB point. Filtering should not be used as it can mask the data. However, it can be useful in determining if the -3dB point is the first order roll off frequency.



**Figure 14-1 : Bandwidth Measurement Set-Up**

ACQIS_MSFT_0034324

## *14.2 Shell-to-Shell and Shell-to-Bulkhead Resistance*

### 14.2.1  Scope & Objectives

This procedure is to be used to determine the shell to shell and/or shell to bulkhead resistance.

Shell to shell resistance is indicative of connector conduction.

Shell to bulkhead resistance is indicative of electrical bonding.

### 14.2.2  Measurement Equipment

1. Voltmeter
   Capable of measuring the voltage within +/- 2% of the desired value.
2. Ammeter
   Capable of measuring the current within +/- 1% of desired value.
3. Regulated Power
   Supply Capable of delivering 1.0A +/- 0.1A
4. Test Probes
   Spherical ends of 1.27mm (0.50 inch) minimum radius shall be used to make contact on the connector and mounting surfaces.

### 14.2.3  Test Specimen

The test shall consist of a mated connector (plug + receptacle) or receptacle mounted to a conductive surface (bulkhead). Test specimen shall be wired or unwired as specified in the Detail Specification.

When assessing shell to shell resistance the mated connectors shall be placed on a non-conductive surface.

### 14.2.4  Test Procedure

Unless otherwise specified, a current of 1.0A +/- 0.1A dc at 1.5 volts maximum shall be passed through the mated connector or through the receptacle and the mounting surface (bulkhead).

### 14.2.5  Shell to Shell Resistance

Unless otherwise specified, the voltage drop across the mated connector shall be measured from a point on the rear accessory thread of the plug to the mounting flange on the receptacle. On square flange receptacles, the point of measurement shall be adjacent to the mounting hole.

### 14.2.6  Receptacle to Bulkhead Resistance

Unless otherwise specified, the voltage drop across the receptacle mounted to the bulkhead shall be measured from a point on the rear of the accessory thread on the plug to a point on the bulkhead next to the mounting flange. Be careful that the probe does not touch the mounting flange.

### 14.2.7  Details to be Specified

The following details shall be specified in the Detail Specification:

1. Number of samples to be tested.
2. Test current if other than specified herein.
3. Point(s) of measurement if other than specified herein.
4. Voltage drop

ACQIS_MSFT_0034325

## 14.2.8 Test Documentation

Documentation shall contain the following:

1. Title of test
2. Description of specimen (and fixture, if applicable)
3. Test equipment used and date(s) of last calibration
4. Values and observations
5. Ambient temperature and humidity (as applicable)
6. Point(s) of voltage measurement
7. Details of receptacle mounting (if applicable)
8. Name of operator and test date

ACQIS_MSFT_0034326