# Exhibit 55

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ACQIS LLC,**            *Plaintiff*<br><br>-v-<br><br>**MITAC COMPUTING TECHNOLOGY CORPORATION,**            *Defendant* | § § § § § § § § § | **6-20-CV-00962** |
| **ACQIS LLC,**            *Plaintiff*<br><br>-v-<br><br>**INVENTEC CORPORATION,**            *Defendant* | § § § § § § § § § | **6-20-CV-00965** |
| **ACQIS LLC,**            *Plaintiff*<br><br>-v-<br><br>**ASUSTEK COMPUTER, INC.,**            *Defendant* | § § § § § § § § § | **6-20-CV-00966** |
| **ACQIS LLC,**            *Plaintiff*<br><br>-v-<br><br>**LENOVO GROUP LTD., LENOVO PC HK LIMITED, LCFC (HEFEI) ELECTRONICS TECHNOLOGY CO., LTD., LENOVO INTERNATIONAL INFORMATION PRODUCTS (SHENZHEN) CO. LTD., LENOVO CENTRO TECHNOLOGICO S DE R.L. DE CV A MEXICO CORPORATION, LENOVO INFORMATION PRODUCTS (SHENZHEN) CO., LTD.**            *Defendants* | § § § § § § § § § § § § § § § § § § § | **6-20-CV-00967** |

| | |
|---|---|
| **ACQIS LLC,**<br>     *Plaintiff*<br><br>-v-<br><br>**WIWYNN CORPORATION,**<br>     *Defendant* | § § § § § § § § § § §   6-20-CV-00968 |

# CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on November 17, 2021. During that hearing, the Court provided its final constructions. The Court now enters those claim constructions.

**SIGNED** this 17th day of November, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Final Construction |
|---|---|---|---|

| | | | |
|---|---|---|---|
| #1: "Peripheral Component Interconnect (PCI) bus transaction" / "PCI bus transaction" (proposed by Plaintiff and Defendants)<br><br>U.S Patent No. 7,676,624, Claims 6, 11<br>U.S. Patent No. 8,041,873, Claims 54, 77, 97<br>U.S. Patent No. 9,529,768 Claims 1, 3-18, 21-22, 30, 33-35, 39-40<br>U.S. Patent No. 9,703,750, Claims 1-2, 4-7, 10-12, 18-21, 25-27, 29, 31, 34-35, 37-38, 44-47<br>U.S. Patent No. 8,626,977, Claims 1, 4, 9-10, 16<br>U.S. Patent No. 8,977,797, Claims 7-8, 10, 14, 16, 36, 38<br>U.S. Patent No. RE45,140, Claims 30-31<br>U.S. Patent No. 8,756,359, Claims 3, 7, 17<br>U.S. Patent No. RE44,739, Claims 29-32<br>U.S. Patent No. RE44,654, Claims 14-16<br>U.S. Patent No. RE43,602, Claim 14 | Information, including at least PCI address, data, byte enable, and command type information, in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component | A transaction, in accordance with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component | A transaction, in accordance or backwards compatible with the industry standard PCI Local Bus Specification, for communication with an interconnected peripheral component |

| | | | |
|---|---|---|---|
| U.S. Patent No. RE44,468, Claims 14, 21, 26, 29, 35, 37, 45<br>U.S. Patent No. RE46,947, Claims 19, 35, 48, 51, 54, 57<br>U.S. Patent No. RE42,984, Claim 52 | | | |

| | | | |
|---|---|---|---|
| #2: "address and data bits of a Peripheral Component Interconnect (PCI) bus transaction"/"address and data bits of a PCI bus transaction"/"address bits, data bits, and byte enable information bits of a Peripheral Component Interconnect (PCI) bus transaction"/"address bits, data bits, and byte enable information bits of a PCI bus transaction" (proposed by Plaintiff)<br><br>Claims reciting specific "bits" of a PCI bus transaction, including but not limited to "address bits," "data bits," and "byte enabled information bits" (proposed by Defendants)<br><br>U.S. Patent No. 9,529,768 Claims 1, 3-18, 21-22, 30, 33-35, 39-40<br>U.S. Patent No. 9,703,750, Claims 1-2, 4-7, 10-12, 18-21, 25-27, 29, 31, 34-35, 37-38, 44-47<br>U.S. Patent No. 8,626,977, Claims 1, 4, 9-10, 16<br>U.S. Patent No. 8,977,797, Claims 7-8, 10, 14, 16, 36, 38 | No construction needed. These phrases recite the bits of a PCI bus transaction that are conveyed / transmitted / communicated, *i.e.*, "address bits," "data bits," and "byte enable information bits," as applicable. Claims that recite these bits do not require that other, non-recited bits be conveyed / transmitted / communicated. The claims, as written, are clear, and this language of the claims does not require construction. | A PCI bus transaction, including all address, data, and control bits | Plain-and-ordinary meaning |

| | | | |
|---|---|---|---|
| U.S. Patent No. RE45,140, Claims 30-31<br>U.S. Patent No. 8,756,359, Claims 3, 7, 17<br>U.S. Patent No. RE44,739, Claims 29-32<br>U.S. Patent No. RE44,654, Claims 14-16<br>U.S. Patent No. RE43,602, Claim 14<br>U.S. Patent No. RE44,468, Claims 14, 26, 29, 35, 37, 45<br>U.S. Patent No. RE46,947, Claims 19, 35, 48, 51, 54, 57 | | | |

| | | | |
|---|---|---|---|
| #3: "encoded…" (proposed by Plaintiff)<br>Claims reciting a "encoded" PCI bus transaction or PCI bus transaction in "serial stream" or "serial form" (proposed by Defendants)<br><br>U.S. Patent No. 9,529,768 Claims 1, 4-10, 13, 15, 18, 21-22, 30, 33-35, 39-40<br>U.S. Patent No. 9,703,750, Claims 1, 5-7, 10-12, 14, 18-21, 25, 27, 29, 31, 35, 37-38, 44-47<br>U.S. Patent No. 8,626,977, Claims 1, 4, 6, 9-10, 16<br>U.S. Patent No. 8,977,797, Claims 7-8, 10, 14, 16, 36, 38<br>U.S. Patent No. RE45,140, Claims 30-31<br>U.S. Patent No. 8,756,359, Claims 3, 7, 17<br>U.S. Patent No. RE44,739, Claims 29-32<br>U.S. Patent No. RE44,654, Claims 14-16<br>U.S. Patent No. RE44,468, Claims 14, 26, 29, 35, 37, 45<br>U.S. Patent No. RE46,947, Claims 14, 35, 48, 51, 54, 57<br>U.S Patent No. 7,676,624, Claim 11 | Code representing a PCI bus transaction.<br><br>PCI bus transaction in serial form. | A PCI bus transaction that has been serialized from a parallel form | "encoded [PCI bus transaction]": Plain-and-ordinary meaning wherein the plain-and-ordinary meaning is "code representing a PCI bus transaction"<br><br>"serial": plain-and-ordinary meaning |

| | | | |
|---|---|---|---|
| U.S. Patent No. 8,041,873, Claims 54, 77, 97 U.S. Patent No. RE42,984, Claims 40, 52 | | | |
| #4: "USB"/"Universal Serial Bus (USB) protocol"/"Universal Serial Bus (USB) protocol [data/information]" (proposed by Plaintiff and Defendants) U.S. Patent No. 9,529,768 Claims 33-34, 36, 40 U.S. Patent No. 9,703,750, Claims 4, 7, 24, 46-50 U.S. Patent No. 8,626,977, Claims 1, 4, 11, 17 U.S. Patent No. 8,756,359, Claims 1-8, 17, 19-21 U.S. Patent No. RE44,739, Claims 14, 18-19, 30 U.S. Patent No. RE44,654, Claims 20, 23 U.S. Patent No. RE44,468, Claims 21 U.S. Patent No. RE46,947, Claim 14 U.S. Patent No. 9,529,769, Claim 19 | "Universal Serial Bus (USB) protocol" / "Universal Serial Bus (USB) protocol data": USB data payload "Universal Serial Bus (USB) protocol information": information described in the USB specification. | [data/information conveyed according to] the protocols defined in the Universal Serial Bus Specification Revision 2.0 and prior versions of the Universal Serial Bus Specification" | Plain-and-ordinary meaning. |

| | | | |
|---|---|---|---|
| #5: "console" (proposed by Plaintiff and Defendants)<br><br>U.S. Patent No. 9,529,768 Claims 18, 21-22, 30, 34, 40<br>U.S. Patent No. 9,703,750, Claims 5-6, 10-12, 18-20, 24, 35-38, 44-45, 48<br>U.S. Patent No. 8,626,977, Claims 1, 4<br>U.S. Patent No. RE45,140, Claims 14, 17, 31<br>U.S. Patent No. 8,756,359, Claims 1-8, 17, 19-21<br>U.S. Patent No. RE44,739, Claims 18-19<br>U.S. Patent No. RE44,654, Claims 14-16, 20, 23<br>U.S. Patent No. RE43,602, Claim 14<br>U.S. Patent No. 8,041,873, Claims 54, 77<br>U.S. Patent No. RE44,468, Claims 21, 26, 29<br>U.S Patent No. 7,676,624, Claims 6, 11<br>U.S. Patent No. RE42,984, Claims 40, 52 | A device or enclosure, housing one or more coupling sites, that connects components of a computer system. | Enclosure, housing at least one bay for receiving a computer module, which connects components of a computer system | A chassis or enclosure, housing one or more coupling sites, that connects components of a computer system. |

| | | | |
|---|---|---|---|
| #6: "central processing unit (CPU)" (proposed by Defendants)<br><br>U.S. Patent No. 8,756,359, Claims 1-2, 4, 6, 8, 17, 19;<br>U.S. Patent No. 9,529,768 Claims 1, 4, 7, 10, 13, 18, 22, 30, 33-34, 36, 39;<br>U.S. Patent No. 9,703,750, Claims 1, 5-6, 10-11, 18, 21, 24-25, 27, 29, 31, 34-35, 37-38, 44-48, 50;<br>U.S. Patent No. 8,977,797, Claims 7-8, 10, 14, 16, 36;<br>U.S. Patent No. 8,626,977, Claims 1, 6, 12-14;<br>U.S. Patent No. 9,529,769, Claim 19;<br>U.S. Patent No. RE44,654, Claims 14, 20, 23;<br>U.S. Patent No. RE44,739, Claims 14, 18, 29;<br>U.S. Patent No. RE42,984, Claims 40, 52;<br>U.S. Patent No. RE45,140, Claims 17, 14, 30, 35;<br>U.S. Patent No. RE44,468, Claims 14, 21, 26, 29, 35, 37, 45;<br>U.S. Patent No. RE46,947, Claims 14, 19, 35, 48, 51, 54, 57. | No construction needed. Plain and ordinary meaning. | A core processing unit | Plain-and-ordinary meaning |

| | | | |
|---|---|---|---|
| U.S. Patent No. RE43,602, Claim 14 | | | |
| #7: "computer module" (proposed by Defendants)<br><br>U.S. Patent No. RE43,602, Claims 14;<br>U.S Patent No. 7,676,624, Claims 11;<br>U.S. Patent No. 8,041,873, Claims 54, 77;<br>U.S. Patent No. RE42,984, Claims 40, 52. | A computing package for providing a computing function as recited in a particular claim. | A user-removable, user-portable computer system within an enclosure comprising at least a processor, memory, and mass storage | A removable computer package |

| | | | |
|---|---|---|---|
| #8: "single chip" (proposed by Defendants)<br><br>U.S. Patent No. 9,529,768 Claims 1, 4, 13, 18, 22, 36, 39;<br>U.S. Patent No. 9,703,750, Claims 1, 5-6, 10-11, 14, 24-25, 31, 35, 37, 45, 48, 50;<br>U.S. Patent No. 8,977,797, Claims 36, 38;<br>U.S. Patent No. 8,756,359, Claim 1;<br>U.S. Patent No. 8,626,977, Claims 1, 6, 13-14;<br>U.S. Patent No. 9,529,769, Claim 19;<br>U.S. Patent No. RE44,739, Claims 18, 29;<br>U.S. Patent No. RE43,602, Claim 14; and<br>U.S. Patent No. RE45,140, Claims 14, 30, 35. | No construction needed. Plain and ordinary meaning. | One integrated circuit chip | Plain and ordinary meaning |