IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| ACQIS LLC,           § |                   |
|   *Plaintiff*,       § |                   |
|                      § |                   |
| -v-                  § | 6:22-CV-00385-ADA |
|                      § |                   |
| MICROSOFT CORPORATION, § |                 |
|   *Defendant*.       § |                   |
| ACQIS LLC,           § |                   |
|   *Plaintiff*,       § |                   |
|                      § |                   |
| -v-                  § | 6:22-CV-00386-ADA |
|                      § |                   |
| SONY GROUP CORPORATION, § |                |
| SONY INTERACTIVE     § |                   |
| ENTERTAINMENT INC.,  § |                   |
| SONY INTERACTIVE     § |                   |
| ENTERTAINMENT LLC,   § |                   |
|   *Defendants*.      § |                   |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned cases are exceptionally complex and warrants the appointment of a technical advisor. These cases involve U.S. Pat. Nos. 8,977,797, which is entitled "Method of improving peripheral component interface communications utilizing a low voltage differential signal channel;" 9,529,768, which is entitled "Computer system including CPU or peripheral bridge directly connected to a low voltage differential signal channel that communicates serial bits of a peripheral component interconnect bus transaction in opposite directions;" 9,703,750, which is entitled, "Computer system including CPU or peripheral bridge directly connected to a low voltage differential signal channel that communicates serial bits of a peripheral component interconnect bus transaction in opposite

1

directions;" RE44,654, which is entitled, "Data security method and device for computer modules;" and RE45,140, which is entitled, "Data security method and device for computer modules." The patents relate to improve PCI communications and data security.

The '797 Patent is exemplary; it is classified in the field of "Electric digital data processing; Accessing, addressing or allocating within memory systems or architectures." The specification describe using low voltage differential signal channels comprising two unidirectional serial channels to transmit data in both directions in a manner that is "faster, consumes less power, and generates less noise, including electromagnetic interferences (EMI), than a PCI channel." '797 Patent at 3:65–4:2, Claim 1. Full appreciation of the parties' upcoming arguments requires a detailed understanding of electrical engineering.[1]

The Court hereby appoints Dr. Joshua J. Yi to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Dr. Yi's appointment pursuant to the terms of this Order would assist the Court in this case. Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or after the last document in the following list is filed:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

If the document was filed with the Court, the copy must include the CM/ECF header.

Dr. Yi will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Dr. Yi may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Dr. Yi may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

**SIGNED** this 21st day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE