IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC, a Texas limited liability company, Plaintiff, v. SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company. Defendants. | Civil Action No. 6:22-cv-386 **JURY TRIAL DEMANDED** |

**STATUS REPORT ON DEFENDANTS' OPPOSED MOTION FOR TRANSFER TO THE NORTHERN DISTRICT OF CALIFPORNIA PURSUANT TO 28 U.S.C. §1404(a)**

Defendants Sony Interactive Entertainment LLC ("SIE") and Sony Interactive Entertainment Inc. ("SIEI") (collectively, "Defendants") provides the following status report regarding Defendants' opposed Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404 ("Motion to Transfer") in accordance with the Court's April 4, 2023 Standing Order Governing Proceedings (OGP) 4.3—Patent Cases.

Defendants' Motion to Transfer is fully briefed and ready for resolution. On December 19, 2022, Defendants filed their Opposed Motion to Transfer to the Northern District of California, or in the alternative, to the Austin Division of the Western District of Texas Under 28 U.S.C. § 1404(a) (Dkt. No. 21). Sony's reply was filed on April 5, 2023. Accordingly, the motion is fully briefed and is ready for resolution. Sony believes the Court would benefit from an oral hearing on the Motion. The *Markman* hearing in this case is scheduled for July 21, 2023.

1

In addition, Defendants respectfully note that their Partial Motion to Dismiss (Dkt. No. 24), filed December 20, 2022 is also fully briefed and ready for resolution.

Dated: June 23, 2023,     Respectfully submitted,

/s/ *Mark C. Lang*
Eric A. Buresh (admitted in this District)
KS Bar 19895
Mark C. Lang
KS Bar 26185 (*pro hac vice*)
Erise IP P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913.777.5600
Fax: 913.777.5601
Eric.buresh@eriseip.com
Mark.lang@eriseip.com

Abran J. Kean (*pro hac*)
CO Bar 44660
Erise IP P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Fax: 913.777.5601
Abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 23, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Mark C. Lang*
Mark C. Lang
