UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ACQIS LLC | § § | |
| vs. | § § | NO: WA:22-CV-00386-ADA |
| SONY GROUP CORPORATION, SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC | § § | |

## **ORDER RESETTING MARKMAN HEARING**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by public Zoom on August 11, 2023 at 01:30 PM .

IT IS SO ORDERED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE