**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| ACQIS LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:23-cv-00822-ADA |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ) | |
| ENTERTAINMENT INC., and ) | |
| SONY INTERACTIVE ) | |
| ENTERTAINMENT LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **NOTICE OF COMPLIANCE**

Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC hereby provide notice that on July 24, 2023, they served their Initial Disclosures upon Plaintiff's counsel of record via electronic mail.

Dated: August 4, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Eric A. Buresh
Mark C. Lang (admitted pro hac vice)
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: eric.buresh@eriseip.com
Email: mark.lang@gmail.com
Telephone: (913) 777-5600
Facsimile: (913) 777-560

Abran J. Kean (admitted pro hac vice)
5299 DTC Blvd., Suite 1340
Greenwood Village, CO 80111
Email: abran.kean@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 4, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*