# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC,<br>    *Plaintiff,*<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC<br>    *Defendants.* | Case No. 1:23-cv-00822-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER RE: SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO STAY

BEFORE THE COURT is Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's (collectively, "Sony") Motion To Stay Pending Ruling on Sony's Petition for Writ of Mandamus ("Motion") and for an Expedited Briefing Schedule. Having read and considered the Motion and all supporting papers and responses thereto, the Court concludes that the Motions should be, and are hereby GRANTED. This case, including the *Markman* hearing, is stayed until the Federal Circuit rules on Sony's mandamus petition.

ORDERED this \_\_\_\_\_ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE