# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC,<br>    *Plaintiff,*<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC<br>    *Defendants.* | Case No. 1:23-cv-00822-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER RE: SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC OPPOSED MOTION FOR AN EXPEDITED BRIEFING SCHEDULE

BEFORE THE COURT is Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's (collectively, "Sony") Motion for Expedited Briefing on its Motion To Stay Pending Ruling on Sony's Petition for Writ of Mandamus ("Motion"). Having read and considered the Motion and all supporting papers and responses thereto, the Court concludes that the Motions should be, and are hereby GRANTED. ACQIS's response to Sony's Motion to Stay is due by 11:00 AM Central Time on Friday, August 11, 2023.

ORDERED this \_\_\_\_\_ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE