**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ACQIS LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:23-cv-00822-ADA |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE | ) |
| ENTERTAINMENT INC., and | ) |
| SONY INTERACTIVE | ) |
| ENTERTAINMENT LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance in this matter on behalf of Defendants Sony Interactive Entertainment Inc., and Sony Interactive Entertainment LLC.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 North College Avenue, Suite 800, Tyler, Texas 75702, Telephone: (903) 934-8450, Facsimile: (903) 934-9257, Email: travis@gillamsmithlaw.com.

Dated: August 10, 2023      Respectfully submitted,

    */s/ J. Travis Underwood*
    _____
    J. Travis Underwood
    Texas Bar No. 24102587
    **GILLAM & SMITH, LLP**
    102 North College Avenue, Suite 800
    Tyler, Texas 75702
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    travis@gillamsmithlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 10, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ J. Travis Underwood*
_____
J. Travis Underwood