IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC, | |
| Plaintiff, | Civil Action No. 1:23-cv-00822-ADA |
| v. | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT INC., and SONY INTERACTIVE ENTERTAINMENT LLC, | |
| Defendants. | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Andrew Thomas "Tom" Gorham of Gillam & Smith LLP enters his appearance in this matter on behalf of Defendants Sony Interactive Entertainment Inc., and Sony Interactive Entertainment LLC.

Andrew Thomas 'Tom" Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com

Dated: August 11, 2023

Respectfully submitted,

/s/ *Andrew Thomas "Tom" Gorham*
Andrew Thomas "Tom" Gorham
Texas Bar No.
GILLAM & SMITH, LLP
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903)934-8450
Facsimile: (903)934-9257

***Attorneys for Defendants***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 11, 2023, with a copy of this document via the Court's CM/ECF system.

*/s/ Andrew Thomas Gorham*
Andrew Thomas Gorham