IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ACQIS LLC,<br>    *Plaintiff*, | § | |
| -v- | § | 1-23-cv-00822-ADA |
| SONY GROUP CORPORATION,<br>SONY INTERACTIVE<br>ENTERTAINMENT INC.,<br>SONY INTERACTIVE<br>ENTERTAINMENT LLC,<br>    *Defendants*. | § | |

## ORDER TO PAY TECHNICAL ADVISOR

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Dr. Joshua J. Yi to serve as technical advisor. The Court has reviewed Dr. Yi's invoice for services through today, which include assisting the Court in evaluating the proper construction of disputed claim terms, and the preparation of the claim construction order and supporting memorandum. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:          $15,819.33
    Defendants:     $15,819.33

**SIGNED** this 6th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE