IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC, | |
| Plaintiff, | Civil Action No. 1:23-cv-822 |
| v. | **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC | |
| Defendants. | |

## DEFENDANTS' NOTICE OF AGREED EXTENSION OF DEADLINE

Sony Interactive Entertainment LLC and Sony Interactive Entertainment Inc. ("Sony") hereby notify the Court that the Parties have agreed to extend the deadline for Sony to Answer, Move or otherwise Respond to Plaintiff's Complaint up to and through September 25, 2023.

1

Dated: September 13, 2023                              Respectfully submitted,

                                                       */s/ Melissa R. Smith*

                                                       Melissa Smith
                                                       Texas State Bar No. 24001351
                                                       melissa@gillamsmithlaw.com
                                                       GILLAM & SMITH, L.L.P.
                                                       303 South Washington Avenue
                                                       Marshall, Texas 75670
                                                       Telephone: 903-934-8450
                                                       Facsimile: 903-934-9257

                                                       Eric A. Buresh (KS Bar 19895)
                                                       Mark C. Lang (KS Bar 26185)
                                                       ERISE IP, P.A.
                                                       7015 College Blvd., Suite 700
                                                       Overland Park, Kansas 66211
                                                       Telephone: (913) 777-5600
                                                       Facsimile: (913) 777-5601
                                                       eric.buresh@eriseip.com
                                                       mark.lang@eriseip.com

                                                       *Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 13, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*