# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:23-cv-822 |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| SONY INTERACTIVE ENTERTAINMENT INC. AND SONY INTERACTIVE ENTERTAINMENT LLC | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING SONY INTERACTIVE ENTERTAINMENT INC. AND SONY AGREED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

BEFORE THE COURT is Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC's (collectively, "Sony") Agreed Motion for Extension of Time to File Answer. Having read and considered the Motion, the Court concludes that the Motion should be, and hereby GRANTED.

ORDERED this _____ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE