IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ACQIS LLC,<br>a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation<br>SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company.<br><br>Defendants. | Civil Action No. 1:23-cv-822<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF JOINT REQUEST TO CHANGE DEADLINES

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff ACQIS LLC and Defendants Sony Interactive Entertainment LLC and Sony Interactive Entertainment Inc. notify the Court that the parties have agreed to extensions of time and new case deadlines related to narrowing issues, as detailed below:

| Original Deadline/Case Event | Amended / New Deadline/Case Event | Item |
|---|---|---|
| February 16, 2024 | March 8, 2024 | Close of Fact Discovery. |
| | February 28, 2024 | Plaintiff to reduce asserted claims to 15 total |
| | March 13, 2024 | Defendants to reduce prior art invalidity to 5 grounds total (not including invalidity under §112) |
| February 23, 2024 | March 15, 2024 | Opening Expert Reports. |

1

| | | |
|---|---|---|
| March 22, 2024 | April 12, 2024 | Rebuttal Expert Reports. |
| April 12, 2024 | April 26, 2024 | Close of Expert Discovery. |
| April 19, 2024 | | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| April 26, 2024 | May 3, 2024 | Dispositive motion deadline and Daubert motion deadline.<br><br>See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical advisor (if appointed). |
| May 10, 2024 | May 15, 2024 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| May 24, 2024 | May 29, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| May 31, 2024 | | File Motions *in limine*. |
| May 31, 2024 | June 5, 2024 | Serve objections to rebuttal disclosures. |
| June 7, 2024 | June 12, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| June 14, 2024 | | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |

| | | |
|---|---|---|
| May 24, 2024 (or 8 weeks before trial) | | Parties to jointly email the Court's law clerk (*see* OGP at 1) to confirm their pretrial conference and trial dates. |
| June 25, 2024 (or three business days before Final Pretrial Conference) | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| | June 21, 2024 | Plaintiff to reduce asserted claims to 10 total |
| | June 28, 2024 | Defendants to reduce prior art invalidity to 3 grounds total (not including invalidity under §112) |
| June 28, 2024 (or as soon as practicable) | | Final Pretrial Conference. Held in person unless otherwise requested. |
| July 19, 2024 (or as soon as practicable) | | Jury Selection/Trial. |

This request does not change the date of any hearing, trial, or other Court date and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: February 1, 2024,                                     Respectfully submitted,

By: */s/ Logan J. Drew*
Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (*pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue

Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Plaintiff ACQIS LLC*


/s/ *Melissa R. Smith*
Eric A. Buresh (admitted in this District)
KS Bar 19895
Mark C. Lang
KS Bar 26185 (*pro hac vice*)
Erise IP P.A.
7015 College Blvd., Suite 700
Overland Park, KS 66211
Phone: 913.777.5600
Fax: 913.777.5601
Eric.buresh@eriseip.com
Mark.lang@eriseip.com

Abran J. Kean (*pro hac*)
CO Bar 44660
Erise IP P.A.
5600 Greenwood Plaza Blvd., Suite 200
Greenwood Village, CO 80111
Phone: 913.777.5600
Fax: 913.777.5601
Abran.kean@eriseip.com

Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.

303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Counsel for Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Melissa R. Smith*