# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>        Defendants. | Case No. 1:23-cv-00822-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ACQIS LLC'S UNOPPOSED MOTION FOR AN ORDER AUTHORIZING DEPOSITIONS IN JAPAN

Pursuant to Fed. R. Civ. P. 7(b) and Article 17 of the United States – Japan Consular Convention, Plaintiff ACQIS LLC ("ACQIS") respectfully requests an order from the Court authorizing a consular officer of the Embassy of the United States of America in Tokyo, Japan to conduct depositions of employees of Defendant Sony Interactive Entertainment Inc., which will occur on or about March 6, 2024.

The U.S. Embassy in Tokyo requires a copy of the Court order to secure the deposition(s). ACQIS would appreciate if the Court could rule on this motion as soon as possible to ensure the deposition reservation is not lost.

The proposed order is submitted herewith. Defendants Sony Interactive Entertainment Inc. and Sony Interactive Entertainment LLC do not oppose this motion.

Dated: February 6, 2024                    Respectfully submitted,

By: */s/ Logan J. Drew*

Ronald J. Schutz (admitted in this District)
MN Bar No. 0130849
Email: rschutz@robinskaplan.com
Aaron R. Fahrenkrog (*pro hac vice*)
MN Bar No. 0386673
Email: afahrenkrog@robinskaplan.com
Logan J. Drew (admitted in this District)
MN Bar No. 0389449
Email: ldrew@robinskaplan.com
William Jones (*pro hac vice*)
MN Bar No. 0402360
Email: wjones@robinskaplan.com
**ROBINS KAPLAN LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Of Counsel:
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
Andrea L. Fair
Texas State Bar No. 24078488
Email: andrea@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)

*Counsel for Plaintiff ACQIS LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

/s/ *Logan J. Drew*
Logan J. Drew
