**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ACQIS LLC,  )<br>A Texas limited liability company,  )<br>  )<br>　　　　　Plaintiff,  )<br>v.  )<br>  )<br>SONY INTERACTIVE  )<br>ENTERTAINMENT INC., a Japanese  )<br>corporation,  )<br>SONY INTERACTIVE ENTERTAINMENT )<br>LLC, a California limited liability company.,  )<br>  )<br>　　　　　Defendants.  ) | Civil Action No. 1:23-CV-822-ADA<br><br>JURY TRIAL DEMANDED |

## ENTRY OF APPEARANCE

Notice is hereby given that Michelle Marriott enters her appearance as counsel for Defendants SONY INTERACTIVE ENTERTAINMENT INC., a Japanese corporation, and SONY INTERACTIVE ENTERTAINMENT LLC, a California limited liability company, in the above-referenced proceeding for the purpose of receiving notices from the Court. Ms. Marriott is currently admitted to practice in the United States District Court for the Western District of Texas. Ms. Marriott's contact information is as follows:

Michelle Marriott
Erise IP, P.A.
7015 College Boulevard, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 21784
Michelle.marriott@eriseip.com

Dated: February 6, 2024     Respectfully submitted,

**Erise IP, P.A.**

By: /s/ *Michelle L. Marriott*
Michelle L. Marriott
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
michelle.marriott@eriseip.com

*Attorney for SONY INTERACTIVE ENTERTAINMENT INC., and SONY INTERACTIVE ENTERTAINMENT LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, the foregoing was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel of record.

*/s/ Michelle L. Marriott*
Michelle L. Marriott