# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ACQIS LLC,<br><br>        Plaintiff,<br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>        Defendants. | Case No. 1:23-cv-822-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER AUTHORIZING DEPOSITIONS IN JAPAN

Before the Court is Plaintiff ACQIS LLC's unopposed motion seeking an order authorizing a consular officer of the Embassy of the United States of America in Tokyo, Japan to conduct depositions of certain employees of Defendant Sony Interactive Entertainment Inc. Having considered the motion, it is GRANTED.

**IT IS ORDERED:**

**To Any Consul or Vice Consul of the United States Embassy, Tokyo, Japan**

Upon the application of Plaintiff ACQIS LLC and pursuant to Article 17 of the United States – Japan Consular Convention, you have been duly appointed and are hereby authorized to take oral depositions and to mark any documentary exhibits in connection therewith at the United States Embassy in Tokyo, Japan, of the following witness(es), who will appear voluntarily:

- **Iwao Takiguchi** of Sony Interactive Entertainment Inc., located at 1-7-1 Konan Minato-ku, Tokyo 108-0075 Japan.

The deposition(s) will commence on March 6, 2024 at or about 8:30 a.m. local time and terminate at or about 4:00 p.m. local time.

Listed below are the names of counsel who may participate in the deposition(s), together with other persons who may attend or assist with the deposition(s), either remotely or in person. The proceedings will be reported, video-recorded, and interpreted by Planet Depos, LLC.

Counsel for Plaintiff ACQIS LLC:

- Logan J. Drew of Robins Kaplan LLP

Counsel for Defendant Sony Interactive Entertainment Inc.:

- Mark Lang of Erise IP

Other attendees from Sony Interactive Entertainment Inc:

- Yuji Takeuchi

For Planet Depos, LLC:

- Jason Meadors (court reporter)
- Mark McClure (court reporter)
- Mary Allred (court reporter)
- Charlotte Lacey (court reporter)
- Trevor Price (videographer/technician)
- Scott Yuken (videographer/technician)
- Christie Jeon (videographer/technician)
- Chester Wong (videographer/technician)
- Linda Fleet (technician)
- Wendy Viner (technician)
- Joe Viner (technician)
- Naoko Selland (interpreter)
- Mike Sekine (interpreter)
- Hanako Kaku (interpreter)
- Grace Liu (interpreter)
- Toby Rushbrook (interpreter)
- Yoshiko Iga (interpreter)

Other attendees:

- Satomi Nishimuro (check interpreter for Sony Interactive Entertainment Inc.)

Please cause the testimony of said witness to be reduced to writing and the deposition(s) signed by said witness(es) and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court will all convenient speed.

**SIGNED** this 7th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE